# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC., et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05CV<br>)<br>) Removed from the Montgomery County<br>) Circuit Court - CV 2005-996<br>) |

## AFFIDAVIT OF H.R. "CHIP" MATTHEWS, JR.

Personally appeared before me, the undersigned authority, a Notary Public in and for said County and State, H.R. "Chip" Matthews, Jr., who being by me, first duly sworn, did depose and say on oath as follows:

1.     My name is Chip Matthews.  I am over the age of nineteen (19) years and have personal knowledge of the facts contained within this affidavit.

2.     I am a resident of Atlanta, Georgia.  I am the President of Benton Express, Inc.

3.     Benton Express, Inc., is a corporation organized and existing under the laws of the State of Georgia and with its principal place of business in Atlanta, Georgia.

Further affiant sayeth not.

_____
H.R. "CHIP" MATTHEWS, JR.

STATE OF GEORGIA        )

COUNTY OF FULTON        )

Sworn to and subscribed before me this the 20th day of May, 2005.

_Vicbi C. Lynes_

Notary Public

Notary Public, Rockdale County, Georgia
My Commission Expires April 23, 2008

My Commission Expires: