# EXHIBIT 2



100 Vestavia Parkway
Birmingham, AL 35216
Phone (205) 822-2006
Fax (205) 822-2057
www.carrallison.com

Gregory A. Brockwell
Direct Dial (205) 949-2916
Direct Facsimile (205)822-4058
gab@carrallison.com

August 31, 2005

*Via Facsimile*

LaBarron N. Boone
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

      RE:   **Estate of Ronald T. Roby v. Benton Express, Inc.**
             **In the United States District Court, Middle Division**
             **Northern Division**
             **2:05CV-194-T**
             **Claim #: TR903065**

Dear LaBarron:

     Please provide responses to Benton Express' First Interrogatories and First Request for Production within 7 days. According to our agreement in the Report of Parties' Planning Meeting, these responses were due on August 1, 2005, and are now considerably overdue. Thank you for your attention to this matter, and please let us know if you have any questions or comments.

                                      Very truly yours,

                                      Gregory A. Brockwell
                                      For the Firm

GAB/sdh

cc:    Brett A. Ross, Esq.

Birmingham     Dothan     Florence     Gulfport     Jasper     Mobile     USLAW NETWORK, INC.