**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

September 13, 2005

# NOTICE OF REASSIGNMENT

TO:     All Counsel

Re:     Hazel M. Roby v. Benton Express, Inc.
         Civil Action No.2:05cv494-T

The above-styled case has been reassigned to Magistrate Judge Vanzetta McPherson.

Sincerely,

Sheryl K. Lent
Deputy Clerk