IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv494-T |
| | ) |
| BENTON EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the *Withdrawal of Motion to Compel*, filed by Defendant, Benton Express, Inc., on 14 September 2005 (Doc. #11), and for good cause shown, it is

**ORDERED** that the motion is **GRANTED.** The clerk of the court is DIRECTED to terminate the pending motion to compel (Doc. #9).

DONE this 15th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE