IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the of the Estate of Ronald Tyrone Roby, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv494-T (WO) |
| BENTON EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to amend complaint (Doc. No. 13) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 17th day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE