IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BENTON EXPRESS, INC., et al,  )<br><br>Defendants.  ) | CIVIL ACTION NO.: 2:05CV494-T |

**JOINT STIPULATION REGARDING DISCLOSURE DEADLINES FOR ACCIDENT RECONSTRUCTION EXPERTS**

COME NOW the Plaintiff, Hazel Roby, and the Defendant, Benton Express, Inc., and hereby jointly stipulate to the following deadlines for the disclosure, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, of opinions of accident reconstruction experts:

1. The parties agree that the Plaintiff identified an accident reconstruction expert by its original deadline of September 30, 2005.

2. The parties agree that the Defendant requested that the Plaintiff supplement, add to, and clarify the opinions of the Plaintiff's accident reconstruction expert.

3. The parties agree that, due to the requested supplementation regarding the Plaintiff's accident reconstruction expert, it would be unfair to require the Defendant to disclose its accident reconstruction expert by the original deadline of October 31, 2005.

4. As a compromise to resolve this situation, the parties have agreed as follows:

    a. The Plaintiff will produce its disclosure for an accident reconstruction expert no later than October 31, 2005; and

1



  b. The Defendant will produce its disclosure for an accident reconstruction expert no later than November 30, 2005.

*[signature]*
_____
LABARRON N. BOONE

Attorney for Plaintiff

**OF COUNSEL:**

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

*[signature]*
_____
BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR, ALLISON, PUGH, HOWARD,
 OLIVER, & SISSON, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
(205) 822-2006

2