# EXHIBIT 1

# Plaintiff's Rule 26 Initial Disclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of  The Estate of RONALD TYRONE ROBY, Deceased,  Plaintiff,  v.  BENTON EXPRESS, INC., et al.,  Defendants. | § § § § § § § § § § § | CIVIL ACTION NO.: 2:05cv194-T |

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

COMES NOW the Plaintiff, Hazel M. Roby, and provides the following Rule 26(a) Initial Disclosures:

### Rule 26(a)(1)(A)

1. Any individuals disclosed by other parties.

2. Hazel M. Roby
   Plaintiff
   6301 Old Pond Road
   Montgomery, Alabama 36117

   Subject:   Wife of decedent.

3. Investigating Officers of Montgomery Police Department.

   Subject:   Investigation of the accident made the subject matter of this case.

4. Montgomery County Coroner.

   Subject:   Cause of Death.

5. Brigitte Harris
   305 1st Ave.
   P O Box 780615
   Tallassee, Alabama 36078

   Subject: Erratic driving of Craig Stephens.

6. Richard Patterson
   1746 Fontaine Drive
   Jonesboro, GA 30236

   Subject: Erratic driving of Craig Stephens.

7. Ladon Dansby
   3946 Wares Ferry Road
   Montgomery, Alabama 36109

   Subject: Motorist observed scene of accident.

8. Andrew Davis
   Post Office Box 2775
   Montgomery, Alabama 36120

   Subject: Motorist observed scene of accident.

9. Stephanie Stephens
   1959 Stacey Road
   Cantonment, Florida 32533

   Subject: Wife of decedent truck driver.

### Rule 26(a)(1)(B)

The following are currently in the possession, custody, or control of Plaintiff and will be produced upon request:

1. Death Certificate of Ronald Tyrone Roby.
2. 2000 Chevrolet Malibu.
3. Statement of Funeral Expenses.

### Rule 26(a)(1)(C)

The following are a computation of damages claimed by Plaintiff in this matter:

1.   Funeral Expenses:            $9,013.50

Plaintiff also claims an unspecified amount as punitive damages.

### Rule 26(a)(1)(D)

Not applicable.

_____
LABARRON N. BOONE

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy in the United States Mail, first class postage prepaid and properly addressed to them, on this the 5th day of July 2005.

_____
OF COUNSEL

Brett A. Ross
Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,*
 *Oliver & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216