# EXHIBIT 2

# Excerpts of Deposition of Hazel Roby

FREEDOM COURT REPORTING

Page 71

```
 1   the time of the accident was owned by his
 2   parents, the Johnsons; is that correct?
 3        A.    Yes.
 4        Q.    When did they purchase the
 5   vehicle?
 6        A.    I don't -- I don't know.
 7        Q.    Do you know how much they
 8   paid for it?
 9        A.    No, I don't.
10        Q.    Do you know where they
11   purchased it?
12        A.    No, I don't.
13        Q.    Do you recall how many miles
14   it had on it?
15        A.    No.  I don't recall.
16        Q.    Was it a vehicle that you
17   drove frequently?
18        A.    Yes.
19        Q.    Did you have any insurance
20   on the car?
21        A.    No.
22        Q.    Did Mr. Roby have any
23   insurance on the car?
```

**FREEDOM COURT REPORTING**

Page 72

```
1         A.    On the Malibu?
2         Q.    On the Malibu?
3         A.    No.
4         Q.    All right.  Did y'all have
5   insurance on the Mercedes?
6         A.    To my knowledge, he did.
7         Q.    Who was the insurance
8   carrier on the Mercedes?
9         A.    I don't know because he
10  handled that part of the business.
11        Q.    Have you seen any documents,
12  you know, at y'all's house or something
13  that might say who you had insurance with
14  on the Mercedes?
15        A.    I saw one document that I
16  found, you know, that I saw, you know,
17  when I was packing from the insurance
18  company, and I can't recall the insurance
19  company's name.
20        Q.    Would you be able to locate
21  that document again, do you think?
22        A.    I don't know.
23        Q.    Have you received any
```

```
 1  payments from a car insurance company as a
 2  result of this accident?
 3       A.    Yes.
 4       Q.    How much?
 5       A.    I don't -- I don't recall
 6  the amount.
 7       Q.    Do you remember an
 8  approximate amount?
 9       A.    Approximately -- I guess
10  within five thousand.
11            MR. BOONE:  It don't matter.  He
12                 may be able to track it
13                 down, because your words --
14                 your exact words I guess,
15                 we don't want you to guess.
16            THE WITNESS:  Okay.
17            MR. BOONE:  But your best
18                 recollection, if you feel
19                 comfortable, I want you to
20                 tell him.
21       A.    No.  We'll supply that later
22  because I don't know.  I don't want to
23  guess.
```

FREEDOM COURT REPORTING

Page 74

```
 1          Q.     And I don't want you to
 2   guess either.  But, you know, sometimes I
 3   might ask you just for a general range of
 4   something and I'm not going to hold you to
 5   that exact number.  I'm just trying to get
 6   an idea of things for my purpose to the
 7   best of your memory.  So with that being
 8   said --
 9          A.     Excuse me.  Would this be a
10   conflict what he just said, he's not going
11   to hold --
12               MR. BOONE:  Don't worry about
13                    it.  Just remember that if
14                    you feel comfortable
15                    answering what he said, you
16                    should if you can give it
17                    in a fair range.  If it's a
18                    guess, don't do it.  Just
19                    don't guess.  But if you
20                    feel like, well, I feel
21                    comfortable it was in a
22                    range and you can say that,
23                    do so.  But just caution is
```

1            do not guess like he is --
2            he don't want you to guess.
3            But if you feel comfortable
4            that you can give him a
5            range, do so.
6       Q.    All right. And with that
7  being said, I mean, do you remember if it
8  was, say, somewhere between a dollar and
9  less than ten thousand dollars?
10      A.    Yes.
11      Q.    Is it in that range?
12      A.    Yes.
13      Q.    And narrowing that down a
14 bit. Would you say it was about between
15 two thousand and eight thousand dollars,
16 in that range?
17      A.    Between -- within five
18 thousand, approximately.
19      Q.    And do you remember the name
20 of the insurance company that sent you
21 that money?
22      A.    I don't, but -- I don't
23 right offhand.

1    Q.    Is that something that you
2  could find out and let your attorney know?
3    A.    Yes.
4    Q.    How long after the accident
5  was it that you received that payment?
6    A.    I don't know, but that will
7  be supplied, also, with that.
8    Q.    Do you have any knowledge as
9  to what the source of the payment would
10 have been?  And by that, I mean whether it
11 was the insurance that was on your
12 Mercedes or whether it was insurance on
13 the Malibu?
14   A.    On the Malibu.
15   Q.    And who paid for the
16 insurance on the Malibu?
17   A.    His parents.
18   Q.    Have you received any other
19 payments as a result of this accident?
20   A.    Yes.
21   Q.    Okay.  What else have you
22 received?
23   A.    Life insurance policy.

```
 1         Q.    How much was the life
 2   insurance that you received?
 3         A.    I don't recall.
 4         Q.    Well, do you recall a range
 5   like we were talking about earlier?
 6         A.    That would be -- if you need
 7   it, it would be supplied at a later time.
 8   But right now, I -- I don't recall that
 9   amount.
10         Q.    Do you have some documents
11   that would indicate that amount?
12         A.    Yes.
13         Q.    And what was the source of
14   the life insurance?  I mean, was it
15   something that you had through your work
16   or that you had purchased from an
17   insurance agent?
18         A.    Work --
19               MR. BOONE:  Let me make that --
20                    I don't know how many more
21                    insurance questions, but
22                    that's clearly irrelevant
23                    and not pertinent to a
```

```
 1              death case in Alabama which
 2              is purely punitive.  But
 3              I'll allow the questions to
 4              continue, but it's not
 5              discoverable evidence in
 6              this case but definitely
 7              not admissible evidence in
 8              this case.  But I'll let
 9              her go ahead and answer.
10       MR. BROCKWELL:   And -- and
11              whether this is admissible
12              at trial or not is a
13              separate issue, obviously.
14              But what we've told you in
15              a letter, LaBarron, was
16              that, you know, we think
17              any insurance payments are
18              relevant at least at this
19              stage for us to know if
20              there's any potential
21              offsets or credits, any
22              sort of subrogation claims
23              out there, claims for
```

1    reimbursement. And that's
2    the reasons I'm asking
3    these questions, to make
4    sure it's not a possible
5    insurance company down the
6    road to ask my client to
7    pay them back for whatever
8    they've paid you. And
9    that's why I need to know
10   about these items.
11        Q.    So you say you've received life
12   insurance and that you believe you have
13   some documents you could give your
14   attorney on those payments; is that
15   correct?
16        A.    Right. And I received a
17   check from Benton Express.
18        Q.    And you understand that's my
19   client, ma'am, Benton Express?
20        A.    Right.
21        Q.    When did you receive that?
22        MR. BOONE:  I'm going to object
23        to the form.  Irrelevance

```
 1                    of these questions, too,
 2                    but you can answer.  I
 3                    think y'all -- I know y'all
 4                    sent it to her.
 5         A.    I guess within -- within two
 6   months ago, I believe.
 7         Q.    And do you recall what the
 8   amount was of that?
 9               MR. BOONE:  Object to the form.
10                    They sent the check.  They
11                    know how much it was.
12         A.    I can supply you a copy of
13   that.  Right now I don't know the exact
14   amount.  I couldn't guess.
15         Q.    Was it your understanding
16   that the payment from Benton Express was
17   for the funeral expenses that you
18   incurred?
19               MR. BOONE:  If you don't
20                    remember.
21         A.    Yes.
22         Q.    You can answer.
23               MR. BOONE:  You can answer, if
```

```
 1                        you know.
 2         A.    Yes.
 3         Q.    Okay.  Other than the car
 4  insurance payment, the life insurance and
 5  the money from Benton Express, have you
 6  received any other money as a result of
 7  this accident?
 8         A.    Yes.
 9         Q.    Tell me what else you've
10  received.
11         A.    From Social Security widow
12  pay.
13         Q.    And did you get a sort of
14  death benefit from Social Security?
15         A.    Yes, for the surviving
16  widow.
17         Q.    Was that just a lump sum?
18         A.    Yes.
19         Q.    And so you're not continuing
20  to receive payments from Social Security?
21         A.    No.
22         Q.    And do you recall what the
23  amount of that was?
```

```
 1        A.    It's the normal amount that
 2   they give according to what Social
 3   Security said.
 4        Q.    Okay.  Anything else?
 5        A.    No.
 6        Q.    Was your husband taking any
 7   prescription medications at the time this
 8   accident occurred?
 9        A.    Yes.
10        Q.    What was he taking?
11        A.    He was taking blood pressure
12   medicine.
13        Q.    And did he have high blood
14   pressure?
15        A.    Yes.
16        Q.    Any other medications that
17   he was taking?
18        A.    He was taking Nexium for his
19   ulcers.
20        Q.    I'm sorry.  Did you say
21   ulcers he had?
22        A.    I'm sorry.  Reflux.  His
23   reflux.
```