# EXHIBIT 5

# Letter from the Plaintiff's Counsel dated October 25, 2005

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | JOSEPH H. AUGHTMAN | *Attorneys at Law* | LARRY A. GOLSTON, JR. DC FL | AZ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | DANA G. TAUNTON | | D. MICHAEL ANDREWS | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | J. MARK ENGLEHART TX | 218 COMMERCE STREET | MELISSA A. PRICKETT | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | CLINTON C. CARTER AR KY MS TN | POST OFFICE BOX 4160 | JOHN E. TOMLINSON | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | BENJAMIN E. BAKER, JR. DC GA KY OK TX | MONTGOMERY, ALABAMA | KIMBERLY R. WARD GA | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | DAVID B. BYRNE, III | 36103-4160 | NAVAN WARD, JR. MS | MN ALSO ADMITTED IN MINNESOTA |
| R. GRAHAM ESDALE, JR. | TED G. MEADOWS DC MN MS TN WV | (334) 269-2343 | WESLEY CHADWICK COOK | MS ALSO ADMITTED IN MISSISSIPPI |
| JULIA ANNE BEASLEY | GERALD B. TAYLOR, JR. FL MS TN TX | | WILLIAM H. ROBERTSON, V | NY ALSO ADMITTED IN NEW YORK |
| RHON E. JONES | FRANK WOODSON | TOLL FREE | | OH ALSO ADMITTED IN OHIO |
| LABARRON N. BOONE | KENDALL C. DUNSON GA | (800) 898-2034 | | OK ALSO ADMITTED IN OKLAHOMA |
| ANDY D. BIRCHFIELD, JR. | J. PAUL SIZEMORE GA TN | | OF COUNSEL: | SC ALSO ADMITTED IN SOUTH CAROLINA |
| RICHARD D. MORRISON MS | SCARLETTE M. TULEY | TELECOPIER | BENJAMIN L. LOCKLAR | TN ALSO ADMITTED IN TENNESSEE |
| C. GIBSON VANCE | CHRISTOPHER E. SANSPREE MS | (334) 954-7555 | P. LEIGH O'DELL | TX ALSO ADMITTED IN TEXAS |
| J. P. SAWYER MS OH | ROMAN ASHLEY SHAUL AR MS SC TN WV | | | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| C. LANCE GOULD | W. ROGER SMITH, III AZ MN MS TN WV | BEASLEYALLEN.COM | | WV ALSO ADMITTED IN WEST VIRGINIA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

October 25, 2005

Gregory A. Brockwell
***Carr, Allison, Pugh, Howard,***
***Oliver, & Sisson, P.C.***
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re:   ***Hazel Roby v. Benton Express, Inc.***

Dear Greg:

Pursuant to your letters of September 23, 2005, and October 13, 2005, enclosed is a list of the relatives of Hazel and Ronald Roby along with copies of the Petition for Letters of Administration and Letters of Administration granted to Hazel Roby.

Regarding your request for documents reflecting insurance on the Mercedes, there was no insurance coverage in effect on this vehicle at the time of the wreck. Mr. and Mrs. Roby did not own the Chevy Malibu and, as such, Mrs. Roby is not in possession of any documents pertaining to any insurance on that vehicle.

I will continue to object to production of any documents evidencing payment of any insurance funds to Mrs. Roby or the Estate of Ronald Roby as a result of Mr. Roby's death.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

*L. Boone*

LABARRON N. BOONE

LNB/drj
Enclosure