IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAZEL M. ROBY, as              )
Administratrix of the          )
of the Estate of Ronald        )
Tyrone Roby, Deceased,         )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )      2:05cv494-T
                               )
BENTON EXPRESS, INC.,          )
                               )
    Defendant.                 )
```

### ORDER

It is ORDERED that defendant's objections (Doc. No. 17) are overruled. The amendment appears to come within the time allowed by the uniform scheduling order (Doc. No. 8).

DONE, this the 31st day of October, 2005.

                                         /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE