```
        MR. BOONE:  Let me make that --
20               I don't know how many more
21               insurance questions, but
22               that's clearly irrelevant
23               and not pertinent to a
0078
 1               death case in Alabama which
 2               is purely punitive.  But
 3               I'll allow the questions to
 4               continue, but it's not
 5               discoverable evidence in
 6               this case but definitely
 7               not admissible evidence in
 8               this case.  But I'll let
 9               her go ahead and answer.
10         MR. BROCKWELL:  And -- and
11               whether this is admissible
12               at trial or not is a
13               separate issue, obviously.
14               But what we've told you in
15               a letter, LaBarron, was
16               that, you know, we think
17               any insurance payments are
18               relevant at least at this
19               stage for us to know if
20               there's any potential
21               offsets or credits, any
22               sort of subrogation claims
23               out there, claims for
0079
 1               reimbursement.  And that's
 2               the reasons I'm asking
 3               these questions, to make
 4               sure it's not a possible
 5               insurance company down the
 6               road to ask my client to
 7               pay them back for whatever
 8               they've paid you.  And
 9               that's why I need to know
10               about these items.
11      Q.  So you say you've received life
12   insurance and that you believe you have
13   some documents you could give your
14   attorney on those payments; is that
15   correct?
16      A.   Right.  And I received a
```

```
17  check from Benton Express.
18     Q.   And you understand that's my
19  client, ma'am, Benton Express?
20     A.   Right.
21     Q.   When did you receive that?
22        MR. BOONE:  I'm going to object
23           to the form.  Irrelevance
0080
1            of these questions, too,
2            but you can answer.  I
3            think y'all -- I know y'all
4            sent it to her.
5     A.   I guess within -- within two
6  months ago, I believe.
```

    MR. BOONE: Let me make that --
20        I don't know how many more
21        insurance questions, but
22        that's clearly irrelevant
23        and not pertinent to a
0078
1        death case in Alabama which
2        is purely punitive. But
3        I'll allow the questions to
4        continue, but it's not
5        discoverable evidence in
6        this case but definitely
7        not admissible evidence in
8        this case. But I'll let
9        her go ahead and answer.
10      MR. BROCKWELL: And -- and
11        whether this is admissible
12        at trial or not is a
13        separate issue, obviously.
14        But what we've told you in
15        a letter, LaBarron, was
16        that, you know, we think
17        any insurance payments are
18        relevant at least at this
19        stage for us to know if
20        there's any potential
21        offsets or credits, any
22        sort of subrogation claims
23        out there, claims for
0079
1        reimbursement. And that's
2        the reasons I'm asking
3        these questions, to make
4        sure it's not a possible
5        insurance company down the
6        road to ask my client to
7        pay them back for whatever
8        they've paid you. And
9        that's why I need to know
10       about these items.
11  Q. So you say you've received life
12  insurance and that you believe you have
13  some documents you could give your
14  attorney on those payments; is that
15  correct?
16    A.  Right. And I received a

```
17  check from Benton Express.
18     Q.   And you understand that's my
19  client, ma'am, Benton Express?
20     A.   Right.
21     Q.   When did you receive that?
22       MR. BOONE: I'm going to object
23          to the form. Irrelevance
0080
1           of these questions, too,
2           but you can answer. I
3           think y'all -- I know y'all
4           sent it to her.
5      A.   I guess within -- within two
6  months ago, I believe.
```