IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the of the Estate of Ronald Tyrone Roby, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05cv494-T |
| BENTON EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that defendant's motion for clarification (Doc. No. 25) is set for an on-the-record hearing on November 10, 2005, at 8:15 a.m. Counsel for defendant is to arrange for the conference to be conducted by telephone.

DONE, this the 8th day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE