# EXHIBIT 1

# DEFENDANT'S FIRST
# RULE 26(a)(2) DISCLOSURES

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

HAZEL M. ROBY, as Administratrix of  )
the Estate of RONALD TYRONE          )
ROBY, Deceased,                      )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )    CIVIL ACTION NO.: 2:05CV194-T
                                     )
BENTON EXPRESS, INC., et al,         )
                                     )
          Defendants.                )

---

## DEFENDANT'S FIRST RULE 26(a)(2) DISCLOSURES

---

**COMES NOW** the Defendant, Benton Express, and provides the following as its First Rule 26(a)(2) Disclosures:

### Initial Preliminary Report of Opinions by Bob Tynes

### QUALIFICATIONS OF BOB TYNES

My name is Bob Tynes. I am the President of a transportation consulting business named Bob Tynes & Associates, Inc. Prior to becoming a private consultant, I worked in various governmental positions involving the regulation of the trucking business for approximately twenty-five years. A summary of my experience and qualifications is included in the curriculum vitae ("CV") that is attached hereto.

### BASIS OF OPINIONS OF BOB TYNES

My opinions are and will be based upon my professional work background and experience summarized in the CV that is attached hereto and on my review of the documents in this case. The documents that I have been provided by counsel for Benton Express include the following:

1

1.    Documents produced by Benton Express which are Bates-stamped "Benton 001" through "Benton 971."

2.    Documents produced by Atlanta Police Department.

3.    Documents produced by Florida Highway Patrol.

4.    Audio recording produced by Florida Highway Patrol.

5.    Materials produced by Montgomery Police Department.

6.    Deposition of Hazel Roby.

7.    Deposition of Don Hammonds.

8.    Deposition of David Justice.

9.    Deposition of Barry Weems.

10.   Deposition of Bill Jones.

11.   All exhibits attached to these depositions.

12.   Benton Express' responses to Plaintiff's First Interrogatories, Second Interrogatories, First Request for Production, Second Request for Production, First Request for Admission, and Second Request for Admission.

13.   Plaintiff's Rule 26(b) Submissions, including "Initial Preliminary Report of Opinions by Roland B. Brown, CDS."

## SUMMARY OF FACTS

The following is my understanding of the facts that appear to have been the subject of discovery thus far in the case:

Benton Express, Inc., is a less-than-load ("LTL") carrier that operates in several southeastern states. The company has numerous terminals located throughout its area of operation. Its operation includes "road" drivers who drive tractor-trailers between the company's terminals. The operation also includes "city" drivers who pick up and deliver goods for customers in the areas around each of the company's terminals.

Beginning in late January or early February of 2004, Craig Stephens worked as a "road" driver for Benton Express, Inc., based out of the company's Pensacola, Florida, terminal. As a "road" driver, it appears that he mostly made round-trips between the Benton Express terminals in Pensacola, Florida, and Tallahassee, Florida, and between the Benton Express terminals in Pensacola, Florida, and Atlanta, Georgia.

On Friday, April 8, 2005, Craig Stephens departed from the Pensacola terminal in a Benton Express tractor-trailer at approximately 6:00 p.m. CDT. He apparently proceeded directly to the Atlanta terminal and arrived there as expected. He then switched trailers and departed from the Atlanta terminal at approximately 12:40 a.m. EDT on Saturday, April 9, 2005. Upon departing the Atlanta terminal, he was supposed to proceed directly to the Pensacola terminal, and he was expected to arrive there sometime in the early morning of April 9, 2005.

Sometime on April 9, 2005, whether in the morning or around lunchtime, it was discovered that Mr. Stephens had not arrived at the Pensacola terminal as expected. At that point, Benton Express began attempting to determine whether there were any reasons for Mr. Stephens' delay, such as an accident or maintenance problem. The company also checked fuel records for Mr. Stephens' tractor to see if he had made any fuel purchases. During the afternoon of April 9, the company contacted the Florida Highway Patrol and reported Mr. Stephens missing. The Florida Highway Patrol issued a Be On the Look Out ("BOLO") report for Mr. Stephens and the missing tractor-trailer and indicated to the company that it would notify the state patrols of Alabama and Georgia of the situation. At various points throughout the day, the company attempted to contact Mr. Stephens by telephone or "walkie-talkie." During the night of April 9, a Benton Express manager, Glenn Clark, went searching for Mr. Stephens along his most likely route.

On Sunday, April 10, 2005, Benton Express officials continued to try to locate Craig Stephens and the missing tractor-trailer. They continued to attempt to contact Mr. Stephens by

telephone or "walkie-talkie." During the day, Benton Express reported the missing tractor-trailer as stolen to the Atlanta Police Department. During the afternoon and evening, another Benton Express manager, Bill Jones, went searching for Mr. Stephens along his most likely route. Mr. Jones had also made the decision that he planned to relieve Mr. Stephens of duty and terminate him. Mr. Jones had another truck driver "stand by" so that he could be prepared to take over Mr. Stephens' tractor-trailer if Mr. Stephens could be located.

The above actions to locate Craig Stephens involved individuals who appear to have been at the management level within the company. In addition to the telephone calls that initiated the BOLO report and the stolen-vehicle report, it appears that Benton Express contacted law enforcement authorities at various other points throughout the weekend as part of their efforts to locate Craig Stephens.

At approximately 6:05 a.m. CDT on Monday, April 11, 2005, Craig Stephens was involved in an accident with a vehicle driven by Ronald Roby. The accident occurred at the intersection of Interstates 85 and 65 in Montgomery, Alabama. Both Mr. Stephens and Mr. Roby were killed in the accident.

## OPINIONS OF BOB TYNES

- I reserve the right to agree with any opinions stated by experts for the Plaintiff.

- I reserve the right to disagree with and/or rebut any opinions stated by experts for the Plaintiff.

- The "runs," made by Craig Stephens prior to the events that are the subject of this case and the times logged for those runs were proper and would not cause any problems for Mr. Stephens or Benton Express with the U.S. Department of Transportation. They also would not have indicated any issue or problem to a safe and reasonably prudent motor carrier.

4

- Satellite-based systems, such as QUALCOMM, are used primarily by truckload carriers--not by LTL carriers such as Benton Express. Even for those carriers who use such a satellite-based system, the system is used primarily as a tool for dispatching--not as a tracking system. Such systems are easily disengaged and/or tampered with, and this has become a problem for the carriers that use them.

- Most motor carriers do not equip their tractor-trailers with a satellite-based system. Those that do use such systems do so voluntarily and at significant expense. No law, regulation, or industry standard requires motor carriers to use such systems--with the exception of vehicles transporting explosives for the U.S. Department of Defense.

- During the time that Craig Stephens was missing, Benton Express acted as a safe and reasonably prudent motor carrier by attempting to contact Mr. Stephens, searching for Mr. Stephens, and contacting the law enforcement authorities.

- The U.S. Department of Transportation regulations are not intended to determine legal liability for accidents involving motor carriers. The DOT leaves the determination of legal liability to the court system.

- There is no law, regulation, or industry standard that requires truck drivers to be in constant communication with the motor carrier for which they are driving. Benton Express' policy that its road drivers need contact the company only in "unusual" situations is perfectly acceptable.

- No hours of service or logbook violations by Craig Stephens have anything to do with the accident that is the subject of this case. If anything, the fact that Craig Stephens was given a written reprimand for a violation of the DOT "70-hour rule"

5

indicates that Benton Express had a system in place to monitor its drivers and that it was acting as a safe and reasonably prudent motor carrier.

The opinions expressed herein are expressed with a reasonable degree of professional certainty within the trucking industry.

I have caused this report of my opinions to be prepared, and it is true and correct to the best of my knowledge.  I reserve the right to amend, append, revise, or supplement this report when other materials are provided to me through further discovery or if anything causes my opinions to change.

Brett A. Ross
Gregory A. Brockwell
Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR, ALLISON, PUGH, HOWARD,
    OLIVER, & SISSON, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 Direct Facsimile


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on the following via U.S. mail, postage prepaid and properly addressed on this the 31st day of October, 2005:

Jere L. Beasley
LaBarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Of Counsel

6

# Curriculum Vitae

Robert C. Tynes
President
Bob Tynes & Associates, Inc.

## Office Address

Bob Tynes & Associates
8619 Stone Creek Court
Douglasville, Georgia 30135
(770) 942-2731
E-Mail: rtynes@mediaone.net

## Biographical Data

Birth Date: July 23, 1948
Place of Birth: Winter Haven, Florida
Citizenship: United States

## Education

**One Year Graduate Work**
Rollins College
Winter Park, Florida
Major: Criminal Justice

**Bachelor of Science**, Summer 1973
Florida State University
Tallahassee, Florida
Major: Criminology
Minor: Psychology

2

Curriculum Vitae
Robert C. Tynes

# Honors and Awards

☐          Federal Highway Administration - Administrator's Award for Superior
Achievement - 1991
☐          Greater Lansing Federal Executive Association - Employee of the Year -
1988
☐          U.S. DOT, Transportation Safety Institute - Outstanding Performance in
the development and presentation of training courses - 1992
☐          U.S. DOT, Transportation Safety Institute - Continued Superior
Performance as Associate Staff in the Motor Carrier Safety Program - 1994

# Work Experience

**Consultant**
Bob Tynes & Associates Inc.
P.O. Box 6389
Douglasville, Georgia 30135
1999- Present

-Provide safety regulatory consulting services to the motor carrier industry regarding the
application of the Federal Motor Carrier Safety Regulations (FMCSR) and the Hazardous
Materials Regulations (HMR).
-Conduct seminars for industry regarding the FMCSR and HMR.
-Provide Expert testimony services to clients regarding the FMCSR and standard industry
operational practices.

**State Director**

Curriculum Vitae
Robert C. Tynes
    U.S. Department of Transportation
    Federal Highway Administration
    Office of Motor Carriers
    Georgia Division
    1994-1999

    -Supervised the activities of eight Safety Investigators and approved their compliance
    reviews and enforcement cases.
    -Evaluate Safety Investigator's knowledge, interpretive ability and application of the
    Federal Motor Carrier Safety Regulations (FMCSR)
    -Issued civil forfeiture letters to motor carriers for violations of the FMCSR.
    -Make formal presentations to industry, enforcement agencies and other interested parties
    regarding interpretation and application of the FMCSR.
    -Coach new Safety Investigators and assure they possessed a thorough understanding of
    the FMCSR prior to working on their own.
    -Represent the Agency in proceedings before various branches of government in offering
    testimony regarding the application of the FMCSR and other agency policies and
    procedures.

**Federal Programs Manager**
    U.S. Department of Transportation
    Federal Highway Administration
    Office of Motor Carriers
    Region 4
    Atlanta, Georgia
    1990-1994

    -Supervise the enforcement and compliance review activities of 54 Safety Investigators in
    the eight states in Region 4, approving enforcement cases and evaluating their application
    of the FMCSR.
    -Provide training to the eight states in Region 4 regarding the accurate and appropriate
    development of enforcement actions against non-compliant carriers.
    -Train Safety Investigators and provide daily guidance to the eight states in the Region
    regarding interpretation of the FMCSR and the Hazardous Materials Regulations (HMR).
    -Served as Regional Drug Testing Expert.  In this ancillary duty, I provided training for
    Safety Investigators, State enforcement personnel and industry in application of the drug
    testing regulations.
    -Performed as primary public speaker for the Region regarding interpretation and
    application of FMCSR.  Appeared on behalf of Regional Director at various conventions,
    association meetings and state enforcement seminars.
**State Programs Manager**
    U.S. Department of Transportation
    Federal Highway Administration

Curriculum Vitae
Robert C. Tynes
       Office of Motor Carriers
       Region 4
       Atlanta, Georgia
       1989-1990

       -Monitored and evaluated the enforcement, compliance review and vehicle inspection activities of the eight state commercial vehicle enforcement programs in Region 4.
       -Evaluated and monitored training in FMCSR and HMR provided to various states by the Transportation Safety Institute, other states and organizations.
       -Evaluated and approved/disapproved State Enforcement Plans in grant application through the Motor Carrier Safety Assistance Program.  Managed over $5 million in grants through this program to the states.

**State Program Specialist**
       U.S. Department of Transportation
       Federal Highway Administration
       Office of Motor Carriers
       Michigan Division Office
       Lansing, Michigan
       1987-1989

       -Monitored and evaluated the enforcement, compliance review, and vehicle inspection activities of the state of Michigan's commercial vehicle enforcement program
       -Evaluated and monitored training in FMCSR and HMR provided to Michigan by the Transportation Safety Institute, other states and organizations.
       -Evaluated and approved/disapproved Michigan's State Enforcement Plans in grant application through the Motor Carrier Safety Assistance Program.

**Safety Investigator**
       U.S. Department of Transportation
       Federal Highway Administration
       Office of Motor Carriers
       Michigan Division Office

Curriculum Vitae
Robert C. Tynes
      Lansing, Michigan
      1986-1987

      -Conducted Compliance Reviews and prepared enforcement cases against non-compliant carriers.
      -Answered technical questions for carriers and the general public regarding the FMCSR and the HMR.
      -conducted motor vehicle roadside inspections to determine the compliance of the driver and the vehicle to the requirement of the FMCSR and the HMR.
      -conducted numerous training seminars for industry and other interested parties regarding the FMCSR and the HMR.
      -Applied and interpreted the FMCSR and HMR  in conducting my daily work.

**Special Agent**
      Interstate Commerce Commission
      Bureau of Investigations and Enforcement
      Washington DC
      Chicago, Illinois
      Lansing, Michigan
      1976-1986

      -One of only three Special Agents in the Chicago Regional Office of the ICC.  Handled the more complex and extensive investigations of violations of the economic and safety regulations.
      -Primary instructor for the ICC National Training Center in Washington, DC.
      -Conducted several national high profile investigations involving violations of the Clayton Act, Elkins Act, and Racketeering statutes.

**Safety Enforcement Officer**
      Florida Public Service Commission
      Field Office
      Orlando, Florida
      1973-1976

Curriculum Vitae
Robert C. Tynes

-Conducted Compliance Reviews and prepared enforcement cases against non-compliant motor carriers.

-Answered technical questions for carriers and the general public regarding the FMCSR and the HMR. (Florida had adopted the Federal Motor Carrier Safety Regulations in total)

-conducted motor vehicle roadside inspections to determine the compliance of the driver and the vehicle to the requirement of the FMCSR and the HMR.

-conducted numerous training seminars for industry and other interested parties regarding the FMCSR and the HMR.

-Applied and interpreted the FMCSR and HMR  in conducting my daily work.

# Special Accomplishments

- Chaired National Enforcement Quality Team - Federal Highway Administration - 1993-1998 - Developed new and innovative FMCSR enforcement methods adopted nationwide by the agency.
- With one other person developed and implemented the Department's (DOT) first drug interdiction program for commercial motor vehicles.  This highly successful  program, named operation DEACON, exists yet today as project DIAP.
- Served as primary contract officer for the FHWA in a National Uniformity Study designed to determine the uniform application of the FMCSR, HMR and agency review and enforcement procedures nationally.
- Prepared and presented to the Congress of the United States a report on the safety  practices of Owner/Operators working in the transportation of exempt commodities.

# Conference Presentations

- Interviewing Strategy, Techniques and Tactics - Presented nationwide, both at the ICC and within the FMCSA.
- Investigative Techniques Related to Litigation - Presented nationwide while at the ICC.

Curriculum Vitae
Robert C. Tynes
            Managing Your DOT Audit - Presented to industry during 1999-2000.


## Teaching Experience

            Federal Programs Management - Transportation Safety Institute, Oklahoma City, OK - 1993 to 1999.  (Topics covered entire scope of FMCSR and HMR.)

            Motor Carrier Enforcement - Transportation Safety Institute, Oklahoma City, OK - 1993 to 1999. (Topics included elements of proof for cases in FMCSR and HMR.)

            Effective Presentation Techniques - Transportation Safety Institute, Oklahoma City, OK - 1990 to 1999.


## Associations - Memberships

Chairman Georgia Council for Commercial Vehicle Safety - A joint public private organization promoting Commercial Motor Vehicle safety on GA roads.

Seat on liaison committee for GA Network of Employers for Transportation Safety

Associate Member, Georgia Motor Trucking Association.

Associate Member, Florida Trucking Association.

Associate Member, American Pyrotechnics Association.

Associate Member, National Association of Chemical Distributors.


## Professional References

        Mr. Ed Crowell
        President
        Georgia Motor Trucking Association
        1280 West Peachtree Street NW
        Suite 300
        Atlanta, Geogia 30309
        (404) 876-4313

Curriculum Vitae
Robert C. Tynes

       Mr. Thomas Marlow
       State Director
       US DOT - FMCSA
       61 Forsythe Street
       Suite 17T85
       Atlanta, Georgia 30303
       (404) 562-3622

       Mr. James Keenan
       Director
       US DOT - FMCSA
       Washington, DC
       (202) 366-2966

Following are the cases in which Robert C. Tynes has testified or provided a deposition during the past five years:

1.  Burkhart v. Schneider National Carriers, et. al.    Deposition
    Civil Action No. 99C5355    Trial Testimony

2.  Andrew S, Melton v. Schneider National Carriers, Inc.    Deposition
    Circuit Court of Cook County Illinois
    No. 99 L 10591

3.  Glen Albert Beddingfield, et al.  v. Transport Leasing/Contract Inc.,et al.   Deposition
    Circuit Court of Jefferson County, Alabama  Trial Testimony
    Civil Action No.  CV0000-391

    Bytrice Crawford v. Mercer Trucking, Inc., et al.
    Circuit Court of Jefferson County, Alabama
    Civil Action No.  00-1066 JSV

    Roger and Tami Nash, et al., v. Transport Leasing/Contract, Inc., et al.
    Circuit Court of Jefferson County, Alabama
    Civil Action No.  CV0000-640

4.  Trucks, Inc. v. United States of America    Deposition
    Civil Action No. 1:96-CV-800-CC    Trial Testimony
    Norther District of Georgia

5.   Canal Insurance Company v. Barbara Haniewski, et al.    Deposition
    Superior Court of New Haven Connecticut   Trial Testimony
    CV 98 0417942 S

5.  Susan Landando v. Dale Johnson Trucking, et.al.    Deposition
    Twelfth Judicial Circuit
    Will County Illinois
    No. 99 SC 4820

5.  Chambers v. Penske Truck Leasing, Inc., et al    Deposition
    Thirteenth Judicial Circuit    Trial Testimony
    Hillsborough County Florida
    No. 02-02766

8.___ Scott Puls v. Nationwide-Southeast Inc,    Trial Testimony
Tenth Judicial Circuit
Polk County Florida
No. GCG-2001-2259

9.    Aimee & Eric Powell v. Sunbelt Transport, Inc.    Deposition
Fourth Judicial Circuit
Duval County Florida
No. 02-05148 CA

10.___ Dionisio v. AAA Cooper, et. al.    Deposition
Eleventh Judicial Circuit
Miami-Dade County
No. 00-28639 CA 09

11.    Thomas Goodwin v. Kent A. DolezalDeposition
___ Schneider National Carriers, Inc. and Raymond Burton
D/A: 11/08/01

11.    Jones v. Schneider National Carriers, et. al.    Deposition

11.    Beverly Calhoun v. United Parcel Service    Hearing Testimony

14.    Andersen v. Schneider National Bulk Carriers, Inc.    Deposition
In the Circuit Court of Jefferson County, Alabama
Civil Action No.: CV03 5753

15.    Claudia A. McNabb v. Schneider National Carriers, Inc.    Hearing Testimony
United States District Court For The Eastern District
Of Pennsylvania
No. 03-5813

16.    Deborah Hyden et al. v. Central Trucking, Inc.    Deposition
In The Superior Court for the State of Arizona
In and For the County of Maricopa
No. CV2002-019148

17.    Cathy Grindle, et al. v United Parcel Service Deposition
State Of Alabama In The Circuit Court Of Etowah County
Civil Action No.: CV-03-1027

18.    Cruz v. Transit Group Transportation, Inc.    Depostion
In The Circuit Court Of The Eighth Judicial Circuit

In And For Alachua County, Florida
Case: 01-03CA-2491

18.  <u>Authur Haynes v. Crete Carrier Corporation, Inc.</u>    <u>Depostion</u>
In The Circuit Court of Lowndes County, Alabama
Case Number: CV 03-111

18.  <u>Douglas R. Peters et al. v. Comcar Industries, Inc. et al.</u>    <u>Deposition</u>
In The Circuit Court of the 15th Judicial Cuircuit
In And For Palm Beach County, Florida
Civil Action Case No.: 50 2004CA00483XXXXMB AJ

18.  <u>OOIDA v. USIS f/k/a DAC Services, Inc.</u>    <u>Deposition</u>
_____ In The United States District Court
For The District of Colorado
Civil Action 04-RB-1384(CBS)