# **MINUTES**

```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   NOVEMBER 10, 2005           AT       8:18        A.M./P.M.

DATE COMPLETED   NOVEMBER 10, 2005           AT       8:32        A.M./P.M.

HAZEL M. ROBY                         )
                                      )
        Plaintiff                     )
                                      )
    v                                 )      CA No. 2:05-cv-00494-T
                                      )
BENTON EXPRESS, INC.                  )
                                      )
        Defendant                     )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty LaBarron Boone | X | Attys Brett Ross, Gregory Brockwell |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | David Sapp, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:    MOTION HEARING

8:15 a.m.    Motion hearing commenced by telephone on defendant's motion
             to clarify scheduling order; oral argument heard; matter
             taken under advisement.
8:32 a.m.    Hearing concluded.