IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as )<br>Administratrix of the )<br>of the Estate of Ronald )<br>Tyrone Roby, Deceased, )<br>　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　)<br>　v. )<br>　　　　　　　　　　　　)<br>BENTON EXPRESS, INC., )<br>　　　　　　　　　　　　)<br>　　Defendant. ) | CIVIL ACTION NO.<br>　2:05cv494-T |

ORDER

Based upon the representations made during an on-the-record conference on November 10, 2005, it is ORDERED that the motion for clarification of scheduling order (Doc. No. 25) is granted to the extent that the parties are subject to the following maximums for discovery: 30 requests for admissions by each party to any other party; 75 interrogatories, including subparts, by each party to any other party; and 75 requests for production of

documents, including subparts, by each party to any other party.

DONE, this the 10th day of November, 2005.


                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**