IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as )<br>Administratrix of the )<br>of the Estate of Ronald )<br>Tyrone Roby, Deceased, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BENTON EXPRESS, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv494-T |

ORDER

It is ORDERED that defendant Benton Express, Inc.'s motion for partial dismissal (Doc. No. 27) is set for submission, without oral argument, on November 28, 2005, with all briefs due by said date.

DONE, this the 10th day of November, 2005.

                         /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE