**EXHIBIT INDEX**

Exhibit 1:     Affidavit of Don Hammonds

Exhibit 2:     Employee Handbook

Exhibit 3:     Receipt of Employee Handbook

Exhibit 4:     Excerpts of Deposition of Glenn Clark

Exhibit 5:     Defendant's Responses to Plaintiff's First Interrogatories

Exhibit 6:     Excerpts of Deposition of Don Hammonds

Exhibit 7:     Defendant's Responses to Plaintiff's Second Requests for Admissions

Exhibit 8:     Excerpts of Deposition of David Justice

Exhibit 9:     "BOLO" Report from Florida Highway Patrol

Exhibit 10:    Excerpts of Deposition of Bill Jones

Exhibit 11:    Incident Report from Atlanta Police Department

Exhibit 12:    Excerpts of Deposition of Garlin McLellan

Exhibit 13:    Records for Craig Stephens' Personal Cell Phone