**Exhibit 2:     Employee Handbook**



# Benton Express
# Employee Handbook

Benton 001

All rules, offenses, and penalties listed within may be modified, added to, or deleted at the discretion of Benton Express.

**INEXCUSABLE OFFENSES-PENALTIES: IMMEDIATE DISCHARGE**

1. Stealing.
2. Gross Insubordination.
3. Violation of safety rules applicable to trucks set down and prescribed by the Motor Carrier Safety Regulations.
4. Fighting or disorderly conduct.
5. Drinking at work, possessing alcoholic beverages, or reporting to work in an intoxicated condition.
6. Allowing persons other than company employees on duty or other authorized persons to ride in the truck. (NO UNAUTHORIZED PERSONS)
7. Improper handling of merchandise being hauled.
8. Immoral conduct while on the clock.
9. Deviation from route to make unauthorized stops.
10. Unexcused absence will not be tolerated. You must notify your supervisor within fifteen minutes of your start to work time.
11. Taking company property off the premises without permission.
12. Tampering with tachometer, fuel lines, governor, or fuel pumps on the company vehicles.
13. Bringing or carrying of firearms or any other lethal weapons on company property; this includes terminal property and company vehicles.
14. Timecards must be punched only by the employee whose name is on the timecard.
15. Alterations or erasures on timecards is prohibited.
16. Failure to comply with Benton Express drug program and refusing to be tested for drug or alcohol as prescribed by Federal D.O.T.
17. Failure to report all accidents from the scene, or report all injuries immediately.
18. ADA Rule - No employee shall harass or create a hostile work environment when concerning a disabled employee.
19. Sexual Harassment Policy -It is the policy of Benton Express, Inc., that all personnel will work in an environment free from sexual harassment. Any allegations proven to be true will result in disciplinary action up to

and including termination. Sexual harassment is defined, but not limited to verbal or written assaults, verbal or written jokes, physical harassment or abuse, or any act perceived as sexual harassment. Any harassment claim <u>must</u> be brought to the attention of a terminal manager or officer of Benton Express, Inc.

## MAJOR OFFENSES AND PENALTIES

FIRST VIOLATION -
   Written reprimand and 1 to 5 days layoff without pay
SECOND VIOLATION -
   Written reprimand and 5 to 10 days layoff without pay, or discharge
THIRD VIOLATION -
   Discharge

1. Insubordination.
2. Habitual tardiness.
3. Failure to carry out definite orders.
4. Threatening or cursing other company employees.
5. Selling, soliciting, or distributing literature on company property while on the clock without permission.
6. Gambling.
7. Riding the time clock.
8. Leaving the job before properly relieved.
9. Failure to report in complete detail all accidents including owner's name, vehicle registrations of other vehicles, name and address of all Witnesses, and shield number of any law enforcement officers on the scene.
10. Failure to report any overage or shortage of merchandise while loading or unloading at time of pickup or delivery.
11. Falsifying driver's logs, city manifest, or company documents.
12. Any combination of the above constitutes a second and or third violation.

## MINOR OFFENSES-PENALTY

FIRST VIOLATION -
   Written reprimand
SECOND VIOLATION -
   Written reprimand and 1 to 3 days layoff without pay
THIRD VIOLATION -
   Written reprimand and 3 to 5 days layoff without pay

Benton 036