**Exhibit 3:     Receipt of Employee Handbook**

I hereby acknowledge receipt of the Benton Express Employee Handbook. I agree to familiarize myself with this handbook and to comply with these regulations and procedures at all times while an employee at Benton Express.

_____
(Employee Signature)

1-30-04
_____
(Date)