**Exhibit 8:    Excerpts of Deposition of David Justice**

FOSHEE & TURNER COURT REPORTERS

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2       FOR THE MIDDLE DISTRICT OF ALABAMA
 3              NORTHERN DIVISION
 4
 5  HAZEL M. ROBY, as Administratrix
 6  of the Estate of RONALD TYRONE ROBY,
 7  deceased,
 8       Plaintiff,
 9                    CIVIL ACTION FILE
10  vs.
11                 NO. 2:05CV194-T
12  BENTON EXPRESS, INC., et al.,
13       Defendants.
14
15       VIDEOTAPED DEPOSITION OF
16          DAVID LELAND JUSTICE
17
18          September 26, 2005
19              9:31 am.
20
21       1180 West Peachtree Street
22              Suite 900
23           Atlanta, Georgia
24
25  Lisa Fischer, CCR-B-1277, RPR, CRR
```

Page 2

```
 1       APPEARANCES OF COUNSEL
 2
 3  On behalf of the Plaintiff:
 4     LABARRON N. BOONE, Esq.
 5     Beasley, Allen, Crow, Methvin,
 6     Portis & Miles, P.C.
 7     218 Commerce Street
 8     Montgomery, Alabama 36104
 9     334-269-2343
10
11  On behalf of Defendant Benton Express, Inc.:
12     GREGORY A. BROCKWELL, Esq.
13     Carr Allison
14     100 Vestavia Parkway
15     Birmingham, Alabama 35216
16     205-822-2006
17
18  The Videographer:  Mike Brown
19
20  Also Present:
21     Boyd Hammonds
22
23            - - -
24
25
```

Page 3

```
 1          INDEX TO EXAMINATIONS
 2
 3    Examination                    Page
 4
 5  Cross-Examination by Mr. Boone        5
 6  Direct Examination by Mr. Brockwell  118
 7  Recross-Examination by Mr. Boone     120
 8
 9            - - -
```

Page 4

```
 1       (Disclosure pursuant to OCGA 9-11-28
 2  (d):  The party taking this deposition will
 3  receive the original and one copy based on our
 4  standard and customary per-page charges.
 5  Copies to other parties will likewise be
 6  furnished at our customary page rate.
 7  Incidental direct expenses of production may be
 8  added to either party where applicable.)
 9
10       (The witness was sworn.)
11       MR. BROCKWELL:  LaBarron, can I
12  make a statement on the record?
13       MR. BOONE:  That would be fine.
14       MR. BROCKWELL:  Last week
15  plaintiff's counsel had the
16  opportunity to depose our corporate
17  representative as a general
18  corporate representative.
19  Mr. Justice and other witnesses that
20  are here today are testifying as
21  fact witnesses and not as corporate
22  representatives.
23       And so I would say to the extent
24  that they give any testimony beyond
25  their role in the events of this
```

1 (Pages 1 to 4)

Page 57

1   A. That he did get to Atlanta on time,
2   and he swapped his load out to go back to
3   Pensacola.
4   Q. Anything else you recall Glenn Clark
5   telling you?
6   A. No, sir, not at the time. I mean,
7   there was nothing else at that time.
8   Q. And when you talked to Bill Jones,
9   what do you recall his -- what did he tell you?
10  A. He asked me to check fuel records to
11  see if anyone had purchased fuel with the card
12  that was issued for that tractor.
13  Q. And did you do that?
14  A. Yes.
15  Q. And had anybody purchased fuel?
16  A. No, sir.
17  Q. Can an operator of a Benton Express
18  truck get fuel at the terminal?
19  A. No.
20  Q. And in the Atlanta area, is there any
21  specific places they would have to go to get
22  fuel?
23  A. Anyplace that accepted fuel --
24  FleetCor Technologies' fuel cards.
25  Q. Is there any place that truck drivers

Page 58

1   normally use? For example, a Benton Express
2   trucker who's going back to Pensacola, is there
3   one in that general area of the terminal where
4   truckers usually use?
5   A. Most any of your truck stops accept
6   that type of payment system.
7   Q. Is there a bunch of them in that
8   general area?
9   A. You got me kind of geographically
10  challenged on that one. I don't know the area
11  that well.
12  Q. What? The terminal, Benton Express
13  terminal?
14  A. I'm talking about once he left the
15  terminal back to where he was supposedly going.
16  Q. Any of them -- I mean, that's why I
17  was asking. Is there any truck stops generally
18  in the area of the terminal, meaning within a
19  5-mile radius?
20  A. Yes, sir.
21  Q. And do you know what any habits --
22  what's the typical habit of a trucker? If
23  they're coming from Pensacola, and assuming
24  they got a full tank, would that get them all
25  the way to Atlanta without stopping?

Page 59

1   A. Yes.
2   Q. Would it get them all the way back to
3   Pensacola?
4   A. I would say so, yes.
5   Q. So usually one full tank can get a
6   driver from Pensacola to Atlanta and back
7   without another fill-up?
8   A. Yes, sir, if he left on a full tank.
9   Q. Right. If you left on a full tank, it
10  should get you back?
11  A. Yes.
12  Q. Does the terminals have -- when he
13  goes and picks up a truck, do you know if it's
14  the policies and procedures of Benton to have a
15  filled-up truck?
16  A. No, sir.
17  Q. So he may get into a truck and it may
18  be on "E" -- is that possible -- near "E"?
19  A. It's very possible, yes, sir.
20  Q. Would he be the only one operating his
21  truck, the truck he was in?
22  A. No, sir.
23  Q. So he would get the truck or the
24  tractor and whatever, and there could be no
25  rhyme or reason for how much fuel may be in it?

Page 60

1   A. Correct.
2   Q. And when you checked the fuel records,
3   how did you do that?
4   A. Through my PC, through my personal
5   computer.
6   Q. And is that something you got on your
7   person?
8   A. No, sir.
9   Q. In your wife's home, in your
10  girlfriend's house?
11  A. I had a personal computer in that
12  home.
13  Q. And you could have just logged in and
14  checked the fuel records?
15  A. Yes, sir.
16  Q. Would his card have a certain ID
17  number where you can figure out if he's used
18  it?
19  A. Yes, sir.
20  Q. Do you remember what his ID number was
21  or what the number for it was?
22  A. It would have been his truck number,
23  but at the time I don't remember what he was
24  driving.
25  Q. And after you checked that, did you do

15 (Pages 57 to 60)