**Exhibit 9:** **"BOLO" Report from Florida Highway Patrol**

**From:**     "David E. Tripp" <tripp.david@fhp.hsmv.state.fl.us>
**To:**       <gab@carrallison.com>
**Date:**     9/12/05 9:25AM
**Subject:**  Benton Express BOLO

Dear Mr. Brockwell:

The Tallahassee Regional Communications Center is in receipt of your letter
dated August 16, 2005 requesting all records regarding a crash in
Montgomery, Alabama, on April 11, 2005.  An exhaustive search of our records
found the actual Teletype BOLO, which was issued to all available state law
enforcement units that were in service at that time.  The Teletype and the
telephone .wav files from the original calls are attached.  I regret that
the actual radio transmission of the BOLO is not available.  The DVD that
held that transmission has been reused and the BOLO, which your office is
looking for, has been recorded over with more recent transmissions.
Therefore there will not be any cost for the attachments.

Captain David E. Tripp
Florida Highway Patrol
Tallahassee Regional
Communications Center
(850) 245-7720
(800) 459-6861
(850) 921-6119 Fax
(850) 591-9912 Cell
tripp.david@fhp.hsmv.state.fl.us
www.fhp.state.fl.us

Received: 2005-04-09 17:31:38
  DEV-NBR-HDR:
  MNE-HDR: H37900001
  ATTN-HDR: SYSTEM GENERATED HEADER
  DTE-HDR: 20050409
  TIME-HDR: 1732
  MSG-NBR-HDR: 00058

--FLORIDA ADMINISTRATIVE MESSAGE--

    FROM: H37-90-0146
      TO: REG-IO-N01
  SUBJECT: ATTEMPT TO LOCATE

*************OVERDUE MOTORIST**********ATTEMPT TO
LOCATE*******************PLEA
SE BOLO INFO TO ALL AVAILABLE FIELD UNITS*****
MOTORIST: CRAIG ANTHONY STEPHENS  //  B/M  41YEO // 6'00
FLORIDA LICENSE  S315101644020
SHOULD BE DRIVING A SEMI TRACTOR TRAILER WHITE IN COLOR WITH RED
WRITING ALONG THE SIDE "GENERAL COMMODITY" // ALSO HAS "546"
VISIBLE ON THE DOOR.
SUBJ LEFT ATLANTA GA ENROUTE TO PENSACOLA FL VIA THE FOLLOWING
ROUTE:
I85 IN GEORGIA TO MONTGOMERY ALABAMA
FROM ALABAMA HE WOULD HAVE TAKEN I65 SB TO FLUMMELTON TO HWY
113
FROM HWY 113 SOUTHBOUND INTO FLORIDA WHERE  HWY 113 BECOMES
US29.
THERE IS NO RADIO CONTACT WITH HIM AT THIS TIME.
HIS WIFE ADVISED HE HAS NOT CONTACTED HER AT THIS TIME EITHER
THE TRAILER CONTAINS GENERAL PRODUCTS SUCH AS ELETRICAL
MOTORS, TILES, AND
OTHER ITEMS NOTHING HAZARDOUS.
SEMI UNIT NUMBER IS 546
SEMI HAS FL TAG OF A7701Q UNK TRAILER TAG
TRAILER NUMBER IS 5074
ANY CONTACT WITH THIS SUBJ PLEASE ADV HIM TO MAKE CONTACT WITH
HIS SPV GLEN CLARK AT 850-232-2325 OR 850-479-8403 AND HIS WIFE ASAP
*********PLEASE CHECK ALL RESTAREAS AND/OR TRUCKSTOPS FOR THIS
SUBJ********
THANKS FOR YOUR ASSISTANCE