**Exhibit 11:   Incident Report from Atlanta Police
Department**

**Report Type:** Original

**Confidential:**

# Atlanta Police Department
## INCIDENT REPORT

**Incident / CICA #:** 05-100-0654

**Report Status:** Approved

| | Incident / CICA # | Report Date / Time | Date / Time Occurred From | Date / Time Occurred To | Officer Involvement |
|---|---|---|---|---|---|
| **I N C I D E N T** | 05-100-0654 | 04/10/2005 11:15 | 04/09/2005 00:17 | 04/10/2005 10:00 | Reported Case |

| | Incident Description | | Beat | County |
|---|---|---|---|---|
| | Overdue Motorist/ Missing Truck & Product | | 309 | Fulton |

| Location Of Incident (Street, City, State, Zip Code, Quadrant) | Location Type |
|---|---|
| 1045 South River Industri Blvd SE, Atlanta, GA 30315 | Other/Unknown |

GA Codes:UCR Class : 9920:9999 Driving Without Consent     Attempt Only : No
Family Violence : No                                        Bias Incident : No
Gang Related : No                                           Special Event : No
Temperature : Warm                                          Weather : 1-Clear
Weapon Or Tool : None                                       Alcohol Related? : No
Appears Drug Related? : No                                  Forced Entry? : No
Security Devices? : No                                      Work Requested Or Completed? : No

| | Relationship Of The Parties | Police Action Taken | Reason No Arrest Made |
|---|---|---|---|
| **F A M   V I O L** | | | |
| | Primary Aggressor Identified By | | # Of Previous Complaints |

### SUBJECT 1

| Codes (Primary/Secondary) | Type | Name / Business Name | | |
|---|---|---|---|---|
| Victim | Business | Benton Express | | |

| Home Phone | Permanent Address | | | Work Phone |
|---|---|---|---|---|
| (404) 267-2200 | 1045 South River Industri Blvd, Atlanta, GA, 30315 | | | |

| Temp. Phone | Temp. Address | | | Temp. Address Valid Until |
|---|---|---|---|---|
| | | | | |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Relation To Offender : None                    Notified Of Rights? : No
Prosecute/Testify? : Yes                       If No Injury, Describe Act : Owner of property

### SUBJECT 2

| Codes (Primary/Secondary) | Type | Name / Business Name | | |
|---|---|---|---|---|
| Reporting Person | Adult | Jones, Bill | | |

| Home Phone | Permanent Address | | | Work Phone |
|---|---|---|---|---|
| (678) 618-1924 | 1045 South River Ind. Blvd, Atlanta, GA, 30315 | | | |

| Temp. Phone | Temp. Address | | | Temp. Address Valid Until |
|---|---|---|---|---|
| | | | | |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|
| White | M | 03/24/1951 | 54 | | | | |

Sobriety : Sober                               Relation To Offender : Employer
Notified Of Rights? : No                       Prosecute/Testify? : Yes
Involved Injury? : No                          If No Injury, Describe Act : Reported incident

### SUBJECT 3

| Codes (Primary/Secondary) | Type | Name / Business Name | | |
|---|---|---|---|---|
| Suspect | Adult | Stephens, Craig Anthony | | |

| Home Phone | Permanent Address | | | Work Phone |
|---|---|---|---|---|
| (850) 937-6911 | 1959 Stacey Rd, Cantonment, FL | | | |

| Temp. Phone | Temp. Address | | | Temp. Address Valid Until |
|---|---|---|---|---|
| | | | | |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|
| Black | M | 11/02/1964 | 40 | 6 ' 1 " | 170 lbs | Brown | Black |

Build : Thin                                   Sobriety : Unknown
Involved Injury? : No                          Skin Tone : Medium Brown
Complexion : Medium                            Speech : Normal
Teeth : Normal                                 Oddity : Calm
Hair Style : Crew Cut                          Facial Hair : Clean Shaven
Who ID'd This Person : Bill Jones              Occupation : Truck Driver

| Report Type: Original | Atlanta Police Department | Incident / CICA #: 05-100-0654 |
|---|---|---|
| Confidential: | INCIDENT REPORT | Report Status: Approved |

<table>
<tr><td rowspan="6">V<br>E<br>H<br>I<br>C<br>L<br>E</td><td rowspan="6">1</td><td colspan="2">Owner</td><td>Year</td><td>Make</td><td colspan="2">Model</td><td>Style</td><td>Color (Top / Bottom)</td></tr>
<tr><td colspan="2"></td><td>1998</td><td>Volvo</td><td colspan="2">Tactor</td><td>Tractor</td><td>White/White</td></tr>
<tr><td colspan="2">Tag #<br>A7701Q</td><td>Tag State<br>GA</td><td colspan="2">Tag Type<br>Commercial</td><td>Tag Year<br>2005</td><td colspan="2">Vehicle Type<br>4-Truck, Semi w/Trailer</td></tr>
<tr><td colspan="6">VIN<br>4VGJDAPF8WN861468</td><td colspan="3">Record Type<br>Other</td></tr>
<tr><td colspan="4">Is Driver The Owner? : No<br>Vehicle Locked? : No<br>Keys In Ignition? : Yes</td><td colspan="5">Was Driver Arrested? : No<br>Ignition Locked? : No</td></tr>
</table>

<table>
<tr><td rowspan="2">N<br>A<br>R<br>R<br>A<br>T<br>I<br>V<br>E</td><td>Topic: Information About Incident</td></tr>
<tr><td>On 4-10-05 I was contacted by Bill Jones who is the Regional Manager for Benton Express. Mr. Jones reported that a truck driver by the name of Craig Anthony Stephens left Benton Express at 1045 South River Ind. Blvd. on 04-09-05 at 0017 hrs. driving the listed truck pulling a trailer loaded with floor tile, film products, and cleaning compound. Mr. Stephens was to take the load to Florida which was about a 6 hour trip. Bill Jones said that Mr. Stephens never made it to his destination with the load. Bill Jones and other company managers began trying to locate Mr. Stephens. Bill Jones said that Mr. Stephens would not answer his Nextel. They contacted Mr. Stephens' wife and she said that Mr. Stephens called her on 04-09-05 at 0030 hrs. and told her that he was leaving Atlanta and would be home in a few hours and that is the last time she has heard from Mr. Stephens. The trailer that Mr. Stephens is pulling is silver and has "Trucks Inc." written on the side, the trailer number is 5074. The truck's number is 546 and has Benton Express written on the sides. Bill Jones said that Mr. Stephens has worked for the company for over one year and has been a good employee so far.</td></tr>
</table>

| THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF. | | | | | | |
|---|---|---|---|---|---|---|
| Reporting Officer (Electronic Signature) | ID # | Assignment | Gender | Signed Date / Time | Off Days | Court Time |
| Off STAPLER, K J | 1179 | 2350 | M | 04/11/2005 11:04 | Fri, Sat | 09:00 |
| Supervisor (Electronic Signature) | ID # | Assignment | Gender | Signed Date / Time | | |
| Sgt BATTLE, M A | 1142 | 2396 | M | 04/11/2005 12:18 | | |
| Central Records (Electronic Signature) | ID # | VIC # | | Signed Date / Time | Referred To | |
| Clv BRINKLEY, K | 1137 | | | 04/11/2005 17:53 | Auto, Z-3 | |