**Exhibit 12:   Excerpts of Deposition of Garlin McLellan**

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE MIDDLE DISTRICT OF ALABAMA

3                      NORTHERN DIVISION

4

5

    * * * * * * * * * * * * * * * *

6                                    *

    HAZEL ROBY, as Administratrix    *

7   of the Estate of RONALD TYRONE   *

    ROBY, Deceased,                  *

8                                    *

                 Plaintiff,          *

9                                    *

    VS.                              *  CIVIL ACTION NUMBER

10                                   *  2:05CV494-B

    BENTON EXPRESS, INC., et al.,    *

11                                   *

                 Defendants.         *

12                                   *

    * * * * * * * * * * * * * * * *

13

14

15        The testimony of ALBERT GARLIN McLELLAN,

16        taken at Bozeman, Jenkins & Matthews, 114

17        East Gregory Street, Pensacola,

18        Florida, on the 5th day of October, 2005,

19        commencing at approximately 11:15, o'clock,

20        a.m.

21

22

23

Page 54

1    A    No, I did not.
2    Q    Any reason why you didn't make one that
3  Friday?
4    A    I took off that night.
5    Q    You just took off?
6    A    That's correct.
7    Q    Is it any Fridays where both you and
8  Craig make runs?
9         And I'm sorry, I may have not heard you.
10  You may have already answered, but I'm not sure.  And
11  my question was, are there any Fridays where you and
12  Craig both make runs to Atlanta?
13    A    No.
14    Q    So, either one of you all go to Atlanta
15  or the other one don't?
16    A    The Atlanta run is my regular run.
17    Q    Okay.  Any -- and Craig would do it
18  whenever you took off?
19    A    Right, whenever I wanted off and he was
20  available and had the time to do it, he did it.
21    Q    Okay.  Now, when Craig left on that
22  Friday for -- to do the run, your regular run, did
23  you have any contact with Craig on Friday or

Page 55

1  Saturday?
2    A    No.
3    Q    Did you have any contact with anybody
4  concerning Craig on either Friday or Saturday?
5    A    No.
6    Q    Did you have any contact with anybody on
7  Sunday concerning Craig?
8    A    Yes.
9    Q    And on Sunday, did you have -- who did
10  you have contact with concerning Craig?
11    A    Craig.
12    Q    On Friday -- that Sunday when you
13  actually talked with Craig, Craig directly, you had
14  not talked to Glenn or Craig before then?
15    A    No.
16    Q    And prior to that Sunday, had you had any
17  information or had any reason to even hear anything
18  about where Craig was?
19    A    No.
20    Q    Okay.  So, on Sunday, at some time, you
21  had direct contact with Craig?
22    A    Yes.
23    Q    And I think you said -- I think it's

Page 56

1  clear that you said prior to your direct contact with
2  Craig, you had not had any conversation with anybody
3  about Craig?
4    A    That's correct.
5    Q    Okay.  So, on Sunday, you had a
6  conversation with Craig about what time?
7    A    Around 10 minutes till 5:00 or five
8  minutes till 5:00.
9    Q    And that's P.M.?
10    A    P.M.
11    Q    Okay.  Sunday, 5:00 P.M., you had contact
12  with Craig.  And as of Sunday, 5:00 P.M., when you
13  had contact with Craig, would you have still
14  considered him a friend at that time?
15    A    Yes.
16    Q    And all the things I asked you before
17  about him being a good employee, would you have
18  considered Craig a good employee still at that point
19  after your 5:00 P.M. conversation with Craig on
20  Sunday?
21    A    Yes.
22    Q    And you would have considered him still a
23  good guy?

Page 57

1    A    Yes.
2    Q    Nothing had changed about -- to your
3  knowledge, about Craig that would have made him not a
4  good Benton Express employee?
5         MR. BROCKWELL:  You're talking about
6      prior to the phone call or during the phone
7      call or after the phone call?
8         MR. BOONE:  Yeah.  Let me ask the
9      question.  Let me just go ahead and go
10      forward.
11  MR. BOONE:
12    Q    So, at -- at 5:00 or five minutes to 5:00
13  when you talked to Craig, where -- did Craig call you
14  on your personal cell phone?
15    A    Right.  He called me on the walkie-talkie
16  or direct connect or whatever you want to call it.
17    Q    On your cell phone?
18    A    That's correct.
19    Q    Which would have been at that PIN number
20  186 asterisk 112 asterisk 19311?
21    A    Yes.
22    Q    And at that time, when your friend Craig
23  called you, what did he tell you?

15 (Pages 54 to 57)

Page 58

1  A        He wanted to know if I could run the
2  Tallahassee run, which was his regular run.
3  Q        Okay.
4  A        And that's what he asked me.
5  Q        And what did you tell him?
6  A        I told him yes, I was backing under the
7  trailer right then.
8  Q        Okay. And so, on that Sunday, at 5:00,
9  you were about to do Craig's Tallahassee run?
10 A        Yes.
11 Q        All right. Anything else you and Craig
12 talked about?
13 A        During that conversation?
14 Q        Yeah, during that conversation.
15 A        Yes. I asked him where he was at. And
16 he said he was still hung up in Atlanta.
17 Q        All right. So, at your -- when you
18 talked to him at 5:00 on Sunday, he told you he was
19 still in Atlanta?
20 A        Yes.
21 Q        And did y'all talk -- did y'all talk
22 about anything else other than the fact he told you
23 he was still in Atlanta?

Page 59

1  A        Yes.
2  Q        And what else did y'all talk about?
3  A        I asked him what did he mean by being
4  hung up in Atlanta. And he said that him and his
5  wife had a big argument and he just wanted to show
6  her that he could leave her. And I asked him, well
7  -- well, I told him, I said, well, it kind of
8  backfired on you because she has been over here
9  looking for you and she got the terminal manager
10 involved and he had to call the terminal manager in
11 Atlanta and then they had to contact the police to
12 put out a BOLO on him.
13 Q        And that's what you told Craig?
14 A        Yeah, I told him that and I told him he
15 needed to call Glenn right away and to call his wife
16 and let her know he was all right, and he said that
17 he was staying at his aunt's house in Atlanta.
18 Q        And did you -- do you know what phone --
19 do you know if Craig was calling you from her
20 physical phone or was he calling you from a cell
21 phone?
22 A        Uh --
23 Q        Well, let me strike and start over.

Page 60

1          Do you know if Craig was calling you from
2  like the phone at that house he was at or on a cell
3  phone?
4  A        Cell phone.
5  Q        And do you know what type of cell phone
6  Craig had?
7  A        It was a company phone.
8  Q        He had a company phone?
9  A        Yes.
10 Q        And that was a Nextel phone?
11 A        Yes.
12 Q        And how do you know he was on the company
13 Nextel phone?
14 A        Because he called me on direct connect.
15 Q        Okay. Could he have not have called you
16 on direct connect from any other cell phone, like
17 another personal cell phone?
18 A        I have no idea.
19 Q        Okay. But your best thought was and your
20 best understanding was he was on the company Nextel
21 two-way phone?
22 A        Yes.
23 Q        And were you aware before that day that

Page 61

1  he had a Nextel two-way phone?
2  A        A company phone, yes.
3  Q        Okay. And he said he was at his aunt's
4  house?
5  A        Right.
6  Q        His aunt's house?
7  A        At his aunt's house.
8  Q        Okay. And do you have any idea where his
9  aunt lived?
10 A        No, sir.
11 Q        Did you ever tell anybody else what
12 Craig told you, that he was at his aunt's house?
13 A        Yes, I told the terminal manager.
14 Q        And that was Glenn Clark?
15 A        That's correct.
16 Q        Okay. Now, let's go through exactly what
17 Craig told you one more time because you kind of said
18 a lot. It may have been pretty simple, but I want to
19 make sure I got it all.
20          Craig - conversation. Craig told you he
21 was hung up in Atlanta?
22 A        Yes, he called me on direct connect and I
23 keyed up and told him to go ahead, and he said, yeah,

16 (Pages 58 to 61)

1   Garlin, I want to see if you can run that Atlanta for
2   me tonight.  And I said, yeah, I'm backing up under
3   the trailer right now.  And I said, where are you at?
4   And he said, well, I'm still hung up in Atlanta.  I
5   said, what do you mean hung up?  He said, well, it's
6   like this, he said, me and my wife got in a big
7   argument and I just wanted to show her that I could
8   leave her.  And I told him, well, it kind of
9   backfired on him because she's out looking for him,
10  she got ahold of the terminal manager, and since he
11  wasn't back, the terminal manager had to call up to
12  Atlanta and get them involved, and so they had to --
13  I guess the Georgia Highway Patrol was on the lookout
14  for him and probably the Alabama Highway Patrol was
15  on the lookout for him.  And he said he was staying
16  out at his aunt's house.
17  Q        Okay.
18  A        And I told him, well, he needed to call
19  Glenn and he needed to call his wife, because didn't
20  nobody know where he was at.  And he said, yeah,
21  okay, I'm going to do that right away.  And I said,
22  okay.  He said, but my phone's about dead.  I said,
23  well, call them right now.  And that was the end of

1   our conversation.
2   Q        Do you know if Glenn had a Nextel phone?
3   A        Who had?
4   Q        He did?
5   A        I didn't understand the question.
6   Q        I'm sorry.  Did Glenn have a Nextel
7   two-way phone?
8   A        Yes, he has one.
9   Q        Did you have Glenn's PIN number?
10  A        Yes, I do.
11  Q        Did Craig -- do you know if Craig had
12  Glenn's PIN number?
13  A        That, I don't know.
14  Q        Okay.
15  A        I'm -- I just don't know.
16  Q        Okay.  And he told you that his phone was
17  about to go dead?
18  A        Yes.
19  Q        Did he tell you anything about when he
20  was going to head back?
21  A        No.
22  Q        Did he tell you anything that would make
23  you think he wasn't going to head back?

1   A        No.
2   Q        When you -- after the phone conversation,
3   did you expect that Craig was going to be heading
4   back to Pensacola at some point in the near future?
5   A        Yes.
6   Q        And did you know whether or not Craig had
7   picked up the load in Atlanta during that
8   conversation?
9   A        No, I do not.
10  Q        Did you know who -- did you know Craig's
11  aunt's name?
12  A        No.
13  Q        And when I say did you know her name,
14  meaning from any conversations you ever had with him,
15  did you -- had he ever mentioned his aunt?
16  A        No.
17  Q        Did he tell you her name at that time?
18  A        No.
19  Q        Did he tell you where she lived?
20  A        No.
21  Q        So, the only reason -- your understanding
22  of the only reason Craig was delayed was simply
23  because he was trying to make a point to his wife,

1   who you had gathered he was in a dispute with?
2   A        Yes.
3   Q        And he was just trying to show her that
4   -- you know, that -- you know, that -- well, he was
5   just trying to make a point to her, I guess is what
6   you said?
7   A        Yes.
8   Q        And you -- from your communication with
9   him, it had nothing to do with being mad at Benton
10  Express?  From your conversations with Craig, you
11  would agree that it had nothing to do with being mad
12  with Benton Express?
13  A        No.
14  Q        And from your conversation with Craig, he
15  said nothing bad about Benton Express, did he?
16  A        No, he never said anything bad.
17  Q        And from your knowledge of Craig, you
18  would -- would you agree with me from your experience
19  with him -- and you told me you considered him a
20  friend.  You would agree with me that he was happy
21  with his job at Benton Express?
22  A        Yes.
23  Q        Do you know if Craig was in any way

Page 82

1   A      I can't -- I can't remember anything.
2   Q      Okay.  So, now going to --
3   A      I'm sure you can.
4   Q      -- the 5:00 o'clock call.  And I think
5   we're going to be near a break because I think I've
6   went through it thoroughly, but I'm just trying to
7   make sure if that refreshes your recollection.  But
8   at 5:00 o'clock when you called Craig -- when Craig
9   called you, did you -- did you mention anything to
10  Craig about a BOLO report?
11  A      Yes.  I told him that they had -- the
12  Georgia police was probably looking for him.  But I
13  didn't know that they actually was.  I just told him
14  that so it would maybe speed him up a little bit.
15  Q      So, you didn't -- nobody had told you
16  that, you just told him that kind of trying to scare
17  him?
18  A      Yeah, to sort of get him on the run, get
19  him on the move.
20  Q      Did he tell you anything that made you
21  think that he wasn't about to get on the move?
22  A      No.
23  Q      Did he tell you anything that made you

Page 83

1   think he wasn't about to get on the move and head
2   back to Pensacola?
3   A      No.
4   Q      And so -- so, when you used that term
5   "BOLO report" to Craig, did you -- did you even know
6   what it meant?
7   A      Not really.
8   Q      And do you know if Craig knows what it
9   meant?
10  A      I have no idea.
11  Q      Do you know if Craig has a police scanner
12  and have ever heard that term before?
13  A      No, I don't know that.
14  Q      Do you know if Craig has a police
15  scanner?
16  A      I have no idea.
17  Q      Okay.  So, I think you told me everything
18  you talked to about Craig; is that right?
19  A      I hope so.
20  Q      One thing I want to try and get clear is,
21  your attorney may have -- the attorney there for
22  Benton Express may have it with him and he may not,
23  but you will -- I'm sure you're going to recall this.

Page 84

1   Did you at any time take any notes of your
2   conversation with Craig?
3   A      I never took any notes.
4   Q      Did you write any notes?
5   A      I write a note.
6   Q      And when you wrote that note, it would
7   have been after you hung up from Craig?
8   A      No, it was Monday morning when I got back
9   to the terminal from Tallahassee.  And Craig's pickup
10  truck was still there, so I wrote him a little note
11  and put it on his driver's side window so he could
12  see it.
13  Q      Okay.  So, you would have wrote that note
14  after you returned from Tallahassee?
15  A      That's correct.
16  Q      And I gathered from you, because I've
17  asked these questions over and over, about three
18  times, just trying to make sure, after that 5:00
19  o'clock call -- that 5:00 -- well, strike that.
20         That 5:00 o'clock call with Craig and
21  that 8:00 o'clock call with Glenn, both on Sunday,
22  8:00 A.M. with Glenn, 5:00 P.M. with Craig --
23  A      Uh-huh.

Page 85

1   Q      -- I gather that you talked to nobody
2   else about Craig on that Sunday?
3   A      That's correct.
4   Q      However, even though you hadn't talked to
5   anybody else about Craig on that Sunday, when you got
6   back and saw his truck, you wrote that note and put
7   it on his truck window?
8   A      Yes, because it was like 1:00 o'clock and
9   he still had time to get there before they opened up.
10  So, I wrote it in case he came up after I went home.
11  Q      So, you would have returned about 1:00
12  o'clock A.M. Monday morning?
13  A      From Tallahassee.  I got back about 1:00
14  o'clock, yeah.
15  Q      Yeah.  You would have went to
16  Tallahassee, dropped off a load; is that right?
17  A      Yes.
18  Q      And you would have left about what time
19  on Sunday?
20  A      Going to or coming from?
21  Q      Going -- leaving Pensacola, when you left
22  Pensacola to go to Tallahassee, what time would you
23  have left on that Sunday?

22 (Pages 82 to 85)

**Page 94**

1 A    B-O-Y-I-N-G-T-O-N.
2 Q    And are there any Boyingtons in Alabama?
3 A    Yes.
4 Q    Okay.  Any other last names?
5 A    None that I know of.
6 Q    Okay.  Now, to wrap up, hopefully, after
7 one or two other minor areas.  Did anybody give you
8 any instructions on what to specifically say to Craig
9 if you talked to him?
10 A    No.
11 Q    Did anybody tell you to specifically call
12 Craig?
13 A    No.
14 Q    The next thing after your 5:00 o'clock
15 call with Craig, the next time you heard anything
16 about Craig, was when on Monday at, I think you said,
17 around 2:00 o'clock you found out from, I guess,
18 Glenn Clark that he was involved in a wreck?
19 A    That's correct.
20 Q    Okay.  Let's talk about if you would have
21 ran this Atlanta route, your normal Atlanta route
22 back to Pensacola.  When you come there on Friday
23 evening, I guess around between 5:00 and 7:00, do you

**Page 95**

1 have to see anybody?
2 A    I'm not -- I'm not sure on what you mean
3 by the time.
4 Q    On Friday, I know -- I know that I have
5 seen from records that Craig ran that route on a
6 number of occasions and I guess it's when you were
7 taking off?
8 A    Yes.
9 Q    And I've seen it and generally he left
10 around the 7:00 o'clock time frame, you know, maybe a
11 little earlier or a little later, but generally his
12 records show he left about 7:00.  Is that the time
13 you generally left?
14 A    I -- generally around 6:30.
15 Q    Okay.  So, you left close to the same
16 time?
17 A    Right.
18 Q    And when you generally left around 6:30,
19 about how long would it take you to get to the Benton
20 Express terminal in Atlanta, Georgia?
21 A    About five hours.
22 Q    About five hours even?
23 A    Right.

**Page 96**

1 Q    Would it ever be an occasion where it
2 would have taken in excess of six hours?
3 A    Only if there was a major accident and
4 had the traffic blocked.
5 Q    Okay.  Do you have a governor on your
6 truck that you drive for Benton Express?
7 A    Yes.
8 Q    And what is your governor set at to --
9 what is your governor set at at the maximum speed
10 your truck can go?
11 A    72.
12 Q    Yours is set at 72?
13 A    Yes.
14 Q    Do you know if various Benton drivers,
15 theirs are set at different settings?
16 A    I have no idea.
17 Q    But yours is set at 72?
18 A    That's correct.
19 Q    And you know that for a fact?
20 A    Yes, sir.
21 Q    Have you ever had it adjusted?
22 A    No.
23 Q    Who set it for you?

**Page 97**

1 A    The company.
2 Q    And did you have anything to do with the
3 decision of setting it at 72?
4 A    No.
5 Q    Is that -- do you know if the company has
6 a policy whether or not that's the requirement for
7 all trucks at Benton Express?
8 A    I have no idea.
9 Q    Did anybody tell you it was set at 72 or
10 you just realized it when you were driving 72?
11 A    I was told that it was turned up to 72
12 by --
13 Q    When was it turned up to 72?
14 A    Say that again.
15 Q    When did it get turned up to 72?
16 A    Maybe two months ago, three months.
17 Q    Okay.
18 A    Give or take.
19 Q    Right.  Okay.  Prior to being turned up
20 to 72 -- another Benton Express trucker that we
21 deposed told us that his was set at approximately 62
22 miles per hour.  Do you recall if that was your
23 setting prior to them turning it up?

ESQUIRE DEPOSITION SERVICES

(205) 458-1360