**Exhibit 13:  Records for Craig Stephens' Personal Cell Phone**



## Call Detail (Continued)                                              850-261-9921
**User Name: STEPHANIE A STEPHENS**

Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Fea- ture | Airtime Charge | LD DA | Total Charge |
|------|-----|------|------|-----|---------------|---------|-----|-----------|---------|-----------|----------------|-------|--------------|
| 352 |     | 04/04 | 12:55PM | PE | 850-232-9175 | INCOMI CL | 23 | NA44 | P | IMS |  |  | 0.00 |
| 353 |     | 04/04 | 01:19PM | PE | 850-232-9175 | INCOMI CL | 2 | NA44 | P | IMS |  |  | 0.00 |
| 354 |     | 04/04 | 01:38PM | PE | 850-232-9175 | PENSAC FL | 5 | NA44 | P | MS |  |  | 0.00 |
| 355 |     | 04/04 | 02:51PM | PE | 850-232-9175 | PENSAC FL | 6 | NA44 | P | MS |  |  | 0.00 |
| 356 |     | 04/04 | 04:16PM |    | 850-232-9175 | PENSAC FL | 9 | NA44 | P | RMS |  |  | 0.00 |
| 357 |     | 04/04 | 04:26PM |    | 850-232-9175 | PENSAC FL | 3 | NA44 | P | RMS |  |  | 0.00 |
| 358 |     | 04/04 | 04:29PM |    | 251-433-5860 | PENSAC FL | 2 | NA44 | P | RS |  |  | 0.00 |
| 359 |     | 04/04 | 05:18PM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | P | RMS |  |  | 0.00 |
| 360 |     | 04/04 | 05:38PM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | P | RMS |  |  | 0.00 |
| 361 | Tue | 04/05 | 03:45PM |    | 251-433-5860 | PENSAC FL | 2 | NA44 | P | RS |  |  | 0.00 |
| 362 |     | 04/05 | 03:58PM | PE | 251-207-9001 | BELLEF AL | 1 | NA44 | P | MS |  |  | 0.00 |
| 363 |     | 04/05 | 08:59PM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | P | RMS |  |  | 0.00 |
| 364 |     | 04/05 | 09:31PM |    | 850-937-8911 | PENSAC FL | 1 | NA44 | O | RWS |  |  | 0.00 |
| 365 |     | 04/05 | 09:32PM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | O | RWS |  |  | 0.00 |
| 366 |     | 04/05 | 09:33PM |    | 850-232-9175 | PENSAC FL | 4 | NA44 | O | RWS |  |  | 0.00 |
| 367 |     | 04/05 | 09:37PM |    | 850-937-8911 | INCOMI CL | 59 | NA44 | O | IRWS |  |  | 0.00 |
| 368 | Wed | 04/06 | 12:29AM |    | 850-937-8911 | PENSAC FL | 1 | NA44 | O | RWS |  |  | 0.00 |
| 369 |     | 04/06 | 12:30AM |    | 850-937-8911 | INCOMI CL | 26 | NA44 | O | IRWS |  |  | 0.00 |
| 370 |     | 04/06 | 01:54PM |    | 850-232-9175 | PENSAC FL | 5 | NA44 | P | RMS |  |  | 0.00 |
| 371 |     | 04/06 | 08:47PM |    | 850-393-8496 | PENSAC FL | 1 | NA44 | P | RS |  |  | 0.00 |
| 372 |     | 04/06 | 08:48PM |    | 850-232-9175 | PENSAC FL | 2 | NA44 | P | RMS |  |  | 0.00 |
| 373 |     | 04/06 | 08:51PM |    | 850-937-8911 | INCOMI CL | 13 | NA44 | P | IRS |  |  | 0.00 |
| 374 |     | 04/06 | 09:04PM |    | 850-937-8911 | PENSAC FL | 23 | NA44 | O | RWS |  |  | 0.00 |
| 375 |     | 04/06 | 11:26PM |    | 850-937-8911 | PENSAC FL | 20 | NA44 | O | RWS |  |  | 0.00 |
| 376 | Thu | 04/07 | 07:41PM |    | 850-232-9175 | PENSAC FL | 2 | NA44 | P | RMS |  |  | 0.00 |
| 377 |     | 04/07 | 07:50PM |    | 850-393-8496 | PENSAC FL | 2 | NA44 | P | RS |  |  | 0.00 |
| 378 |     | 04/07 | 08:33PM |    | 850-937-8911 | INCOMI CL | 2 | NA44 | P | IRS |  |  | 0.00 |
| 379 |     | 04/07 | 08:35PM |    | 850-937-8911 | PENSAC FL | 1 | NA44 | P | RS |  |  | 0.00 |
| 380 |     | 04/07 | 08:36PM |    | 850-937-8911 | INCOMI CL | 4 | NA44 | P | IRS |  |  | 0.00 |
| 381 |     | 04/07 | 09:07PM |    | 850-937-8911 | PENSAC FL | 1 | NA44 | O | RWS |  |  | 0.00 |
| 382 |     | 04/07 | 09:08PM |    | 850-937-8911 | PENSAC FL | 1 | NA44 | O | RWS |  |  | 0.00 |
| 383 |     | 04/07 | 09:09PM |    | 850-937-8911 | INCOMI CL | 17 | NA44 | O | IRWS |  |  | 0.00 |
| 384 |     | 04/07 | 09:34PM |    | 850-937-8911 | PENSAC FL | 2 | NA44 | O | RWS |  |  | 0.00 |
| 385 |     | 04/07 | 11:05PM |    | 850-937-8911 | PENSAC FL | 5 | NA44 | O | RWS |  |  | 0.00 |
| 386 | Fri | 04/08 | 09:15AM |    | 850-484-0928 | PENSAC FL | 2 | NA44 | P | RS |  |  | 0.00 |
| 387 |     | 04/08 | 09:17AM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | P | RMS |  |  | 0.00 |
| 388 |     | 04/08 | 09:36AM |    | 850-393-8496 | PENSAC FL | 2 | NA44 | P | RS |  |  | 0.00 |
| 389 |     | 04/08 | 10:41AM |    | 850-232-9175 | PENSAC FL | 3 | NA44 | P | RMS |  |  | 0.00 |
| 390 |     | 04/08 | 11:23AM |    | 850-232-9175 | PENSAC FL | 4 | NA44 | P | RMS |  |  | 0.00 |
| 391 |     | 04/08 | 05:41PM |    | 850-232-9175 | PENSAC FL | 6 | NA44 | P | RMS |  |  | 0.00 |
| 392 |     | 04/08 | 06:03PM |    | 850-232-9175 | PENSAC FL | 1 | NA44 | P | RMS |  |  | 0.00 |
| 393 |     | 04/08 | 07:13PM |    | 850-232-9175 | INCOMI CL | 13 | NA44 | P | IRMS |  |  | 0.00 |
| 394 |     | 04/08 | 07:30PM |    | 850-232-9175 | PENSAC FL | 4 | NA44 | P | RMS |  |  | 0.00 |
| 395 |     | 04/08 | 08:24PM |    | 850-232-9175 | PENSAC FL | 2 | NA44 | P | RMS |  |  | 0.00 |
| 396 |     | 04/08 | 08:26PM |    | 850-232-9175 | INCOMI CL | 2 | NA44 | P | IRMS |  |  | 0.00 |
| 397 |     | 04/08 | 09:23PM |    | 850-232-9175 | INCOMI CL | 11 | NA44 | 2 | IRWS |  |  | 0.00 |
| 398 | Sat | 04/09 | 08:01PM |    | 850-968-2233 | PENSAC FL | 1 | NA44 | 2 | RWS |  |  | 0.00 |
| 399 |     | 04/09 | 08:02PM |    | 800-859-2073 | PENSAC FL | 3 | NA44 | 2 | RWS |  |  | 0.00 |



Page:              28 of 31
Billing Cycle Date:   03/11/05 - 04/10/05
Account Number:    00131186-030-61

## Call Detail (Continued)                                                              850-261-9921
### User Name: STEPHANIE A STEPHENS

Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD DA | Total Charge |
|------|-----|------|------|----|--------------|---------|-----|-----------|---------|----------|---------------|-------|--------------|
| 400 |     | 04/09 | 08:06PM | | 850-968-2233 | PENSAC FL | 2 | NA44 | 2 | RWS | | | 0.00 |
| 401 | Sun | 04/10 | 05:36PM | | 000-000-0411 | DA Call | 2 | NA44 | 2 | RWS | | 1.50 | 1.50 |
| 402 |     | 04/10 | 09:54PM | | 404-434-7444 | PENSAC FL | 1 | NA44 | 2 | RWS | | | 0.00 |
| 403 |     | 04/10 | 09:55PM | | 404-434-7444 | PENSAC FL | 1 | NA44 | 2 | RWS | | | 0.00 |
| 404 |     | 04/10 | 09:59PM | | 404-434-7444 | PENSAC FL | 1 | NA44 | 2 | RWS | | | 0.00 |
| 405 |     | 04/10 | 11:17PM | | 404-434-7444 | PENSAC FL | 1 | NA44 | 2 | RWS | | | 0.00 |
| Totals | | | 2554 | | | | | | | | 0.00 | 1.50 | 1.50 |

## Roaming Call Detail                                                                 850-261-9921
### User Name: STEPHANIE A STEPHENS

Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Fea-ture | Airtime Charge | LD Charge | Intl Tax | Total Charge |
|------|-----|------|------|--------------|---------|-----|-----------|----------|---------------|-----------|----------|--------------|
| **Charges Incurred While Roaming in Tampa, FL --System ID #85037-A** | | | | | | | | | | | | |
| 1 | Sat | 03/05 | 02:13AM | 251-207-9000 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 2 | | 03/05 | 01:23PM | 251-207-9000 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 3 | Sun | 03/06 | 08:39AM | 251-207-9000 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Pensacola, FL --System ID #85036-B** | | | | | | | | | | | | |
| 4 | | 03/06 | 01:45PM | 513-253-9258 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 5 | | 03/06 | 01:45PM | 513-253-9258 | PENSAC FL | 11 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Orlando, FL --System ID #85030-B** | | | | | | | | | | | | |
| 6 | | 03/06 | 07:42PM | 251-478-0861 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| 7 | | 03/06 | 08:00PM | 251-639-9028 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| 8 | | 03/06 | 08:02PM | 251-471-3971 | PENSAC FL | 12 | NA44 | | | | | 0.00 |
| 9 | | 03/06 | 08:50PM | 850-937-8911 | PENSAC FL | 11 | NA44 | | | | | 0.00 |
| 10 | | 03/06 | 11:11PM | 850-937-8911 | PENSAC FL | 50 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Tampa, FL --System ID #85037-A** | | | | | | | | | | | | |
| 11 | Mon | 03/07 | 12:06AM | 251-207-9000 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Orlando, FL --System ID #85030-B** | | | | | | | | | | | | |
| 12 | | 03/07 | 12:07AM | 850-937-8911 | PENSAC FL | 15 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Tampa, FL --System ID #85037-A** | | | | | | | | | | | | |
| 13 | | 03/07 | 04:01PM | 251-207-9000 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Pensacola, FL --System ID #85036-B** | | | | | | | | | | | | |
| 14 | Tue | 03/08 | 09:23PM | 251-478-0861 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 15 | Thu | 03/10 | 06:52PM | 251-478-0861 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in Birmingham, AL --System ID #85235-A** | | | | | | | | | | | | |
| 16 | | 03/10 | 07:08PM | 850-232-9175 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 17 | | 03/10 | 07:40PM | 850-937-8911 | PENSAC FL | 31 | NA44 | | | | | 0.00 |
| 18 | | 03/10 | 08:32PM | 850-937-8911 | PENSAC FL | 6 | NA44 | | | | | 0.00 |
| **Charges Incurred While Roaming in LA GRANGE, GA --System ID #85067-A** | | | | | | | | | | | | |
| 19 | Fri | 03/11 | 02:03AM | 850-232-9175 | PENSAC FL | 7 | NA44 | | | | | 0.00 |
| 20 | | 03/11 | 02:10AM | 850-232-9175 | PENSAC FL | 4 | NA44 | | | | | 0.00 |

DST X280-9900 (10/03)

 **cingular** WIRELESS

Page:                    30 of 31
Billing Cycle Date:      03/11/05 - 04/10/05
Account Number:          00131186-030-61

## Roaming Call Detail (Continued)                    850-261-9921
### User Name: STEPHANIE A STEPHENS

Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Fea-ture | Airtime Charge | LD Charge | Intl Tax | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | Sun | 03/27 | 07:54AM | 251-662-1862 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| 55 | | 03/27 | 09:23PM | 251-662-1862 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 56 | Mon | 03/28 | 12:21PM | 770-231-7042 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 57 | Thu | 03/31 | 09:11AM | 251-433-5860 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 58 | | 03/31 | 12:25PM | 251-415-3020 | PENSAC FL | 5 | NA44 | | | | | 0.00 |
| 59 | | 03/31 | 07:43PM | 251-662-1862 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| 60 | Fri | 04/01 | 03:19PM | 251-471-3971 | PENSAC FL | 11 | NA44 | | | | | 0.00 |
| 61 | | 04/01 | 05:29PM | 251-471-3971 | PENSAC FL | 4 | NA44 | | | | | 0.00 |
| 62 | | 04/01 | 05:56PM | 251-471-3971 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in MONTGOMERY, AL --System ID #05855-A | | | | | | | | | | | | |
| 63 | Sat | 04/02 | 06:41AM | 850-232-9175 | PENSAC FL | 18 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in AUBURN, AL --System ID #05915-A | | | | | | | | | | | | |
| 64 | | 04/02 | 07:00AM | 850-937-8911 | CANTON FL | 29 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in LAGRANGE, GA --System ID #04700-B | | | | | | | | | | | | |
| 65 | | 04/02 | 08:29AM | 850-937-8911 | CANTON FL | 40 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in ATLANTA, GA --System ID #00034-B | | | | | | | | | | | | |
| 66 | | 04/02 | 09:09AM | 850-937-8911 | CANTON FL | 4 | NA44 | | | | | 0.00 |
| 67 | | 04/02 | 09:15AM | 251-471-3971 | MOBILE AL | 4 | NA44 | | | | | 0.00 |
| 68 | | 04/02 | 09:21AM | 850-937-8911 | CANTON FL | 2 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in LAGRANGE, GA --System ID #04700-B | | | | | | | | | | | | |
| 69 | | 04/02 | 10:59AM | 850-937-8911 | CANTON FL | 17 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in Pensacola, FL --System ID #85036-B | | | | | | | | | | | | |
| 70 | Mon | 04/04 | 04:29PM | 251-433-5860 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| 71 | Tue | 04/05 | 03:45PM | 251-433-5860 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in Orlando, FL --System ID #85030-B | | | | | | | | | | | | |
| 72 | Wed | 04/06 | 12:29AM | 850-937-8911 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 73 | | 04/06 | 11:26PM | 850-937-8911 | PENSAC FL | 20 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in Pensacola, FL --System ID #85036-B | | | | | | | | | | | | |
| 74 | Thu | 04/07 | 09:07AM | 850-937-8911 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in Orlando, FL --System ID #85030-B | | | | | | | | | | | | |
| 75 | | 04/07 | 11:05PM | 850-937-8911 | PENSAC FL | 5 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in Birmingham, AL --System ID #85235-A | | | | | | | | | | | | |
| 76 | Fri | 04/08 | 07:30PM | 850-232-9175 | PENSAC FL | 4 | NA44 | | | | | 0.00 |
| 77 | | 04/08 | 08:24PM | 850-232-9175 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| Charges Incurred While Roaming in ATLANTA, GA --System ID #85065-A | | | | | | | | | | | | |
| 78 | Sat | 04/09 | 08:01PM | 850-968-2233 | PENSAC FL | 1 | NA44 | | | | | 0.00 |
| 79 | | 04/09 | 08:06PM | 850-968-2233 | PENSAC FL | 2 | NA44 | | | | | 0.00 |
| Totals | | | | 676 | | | 0.00 0.00 0.00 0.00 | | | | | |

DST X280-9900 (10/03)



Page: 24 of 30
Billing Cycle Date: 04/11/05 - 05/10/05
Account Number: 00131186-030-61

## Long Distance Call Detail
**User Name: STEPHANIE A STEPHENS**          **850-261-9921**

Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | LD Charge | DA/Add. Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sun | 04/10 | 05:36PM | 000-000-0411 | DA Call | 1 | NA44 | P | R | | 1.50 | 1.50 |
| Totals | | | 1 | | | | | | | 0.00 | 1.50 | 1.50 |

DST X280-9900 (10/03)

```
Call Detail                                    (850)261-9921        05/10/2005
ACCOUNT NUMBER: 0013118603061
------------------------------------------------------------------------------------------------
                              Number                   Rate Rate Fea- Airtime   LD   Total
     Item Day Date   Time   CL Called     Call To  Min Code Pd  ture Charge     DA   Charge
------------------------------------------------------------------------------------------------
       1 Sun 04/10 05:36PM    000-000-0411 DA Call    1 NA44 P   R                1.50   1.50
       2 Mon 04/11 05:00AM    404-434-7444 PENSAC FL  1 NA44 2   RWS                     0.00
================================================================================================
Totals                                                2              0.00   1.50   1.50
================================================================================================
Rate Code: NA44=FT9 NATP 850RUMMUNW
Rate Period (Pd.): P=Peak, O=Off Peak, 2=Off Peak 2
Feature: B=Direct Asst Call Complete; C=Call Waiting; D=Data Call; F=Call Forwarding; H=Group Mobile to Mobile Calls;
I=Incoming Call; K=Fax Call; M=Mobile To Mobile; P=Priority Access Service; R=Rerated Call; S=Shared Minutes;
T=Three Way Calling; W=Nights and Weekends
```