IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as | ) | |
| Administratrix of the | ) | |
| of the Estate of Ronald | ) | |
| Tyrone Roby, Deceased, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv494-T |
| | ) | |
| BENTON EXPRESS, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 34) is set for submission, without oral argument, on December 16, 2005, with the non-movant's brief and evidentiary materials due by said date.

DONE, this the 29th day of November, 2005.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE