# Exhibit C to
# Plaintiff's Renewed
# Motion to Compel and Response
# To Defendant's Motion for
# Protective Order

# Excerpts from the deposition of
# Glenn Clark

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION


     * * * * * * * * * * * * * * *
                                 *
     HAZEL ROBY, as Administratrix *
     of the Estate of RONALD TYRONE *
     ROBY, Deceased,              *
                                 *
               Plaintiff,         *
                                 *
     VS.                          * CIVIL ACTION NUMBER
                                 * 2:05CV494-B
     BENTON EXPRESS, INC., et al., *
                                 *
               Defendants.        *
                                 *
     * * * * * * * * * * * * * * *


          The testimony of GLENN E. CLARK, JR.,
     taken at Bozeman, Jenkins & Matthews, 114
     East Gregory Street, Pensacola,
     Florida, on the 5th day of October, 2005,
     commencing at approximately 2:15, o'clock,
     p.m.
```

1   -- anything about that conversation that made you
2   think that it didn't appear to be the same Craig that
3   normally reports to work?
4   A           No, it was the normal Craig.
5   Q           And that normal Craig, am I right that he
6   -- that normal Craig was a good employee of Benton?
7   A           Yes.
8   Q           Good guy?
9   A           Yes.
10  Q           A guy that you liked?
11  A           Yes.
12  Q           A guy you considered a good employee?
13  A           Yes.
14  Q           A guy that, the best of your knowledge,
15  followed all Benton's policies and procedures?
16  A           Yes.
17  Q           A guy that in your knowledge was a
18  safety-conscious Benton employee?
19  A           Yes.
20  Q           A guy in your opinion who was reliable?
21  A           Yes.
22  Q           A guy in your opinion who was a family
23  man?

```
 1   A           Yes.
 2   Q           A guy, from what you -- best you know of,
 3   was a good family man?
 4   A           To the best of my knowledge, yes, sir.
 5   Q           And A guy that you would say you
 6   personally liked as an employee?
 7   A           Yes.
 8   Q           And when he left Pensacola, did you have
 9   any idea what time he left?
10   A           Approximately 6:00 P.M.
11   Q           Did he have to sign anything in front of
12   you or have anything else to do with you, have
13   anything he had to do with you?  I understand you all
14   spoke generally and pleasantly, but was it anything
15   else he had to do with you that was routine and
16   mandatory?
17   A           He is supposed to sign out.
18   Q           Did he sign out with you or is there just
19   a sign-out sheet that he can sign out on even if
20   you're not there?
21   A           That's correct.  He signs out.  It's just
22   a sign-out sheet.
23   Q           All right.  And that means he could sign
```

```
 1    A         That's correct.
 2    Q         And you wanted to find out if he was
 3    harmed, injured or whatever the delay was?
 4    A         That's correct.
 5    Q         You never said anything like Craig
 6    Stephens is a bad employee to the authorities, did
 7    you?
 8    A         I did not.
 9    Q         You never told them anything like he had
10    a history of drug abuse or anything like that, did
11    you?
12    A         I did not.
13    Q         Never told them we had any concerns of
14    him being a bad employee who might try to steal our
15    equipment, did you?
16    A         No.
17    Q         And you never told them to arrest him
18    because we think he has stole our equipment, did you?
19    A         No.
20    Q         And that was no?  Did you say no?  I'm
21    sorry, I didn't hear you.
22    A         No.  You're correct, no.
23    Q         And what your concern was is you wanted
```

```
1   to locate him to make sure he was safe and that he
2   was ultimately going to come back with the Benton
3   Express equipment and the goods?
4   A        That's correct.
5   Q        Have you ever heard of a trucking company
6   called J.B. Hunt?
7   A        Yes, sir, I have.
8   Q        Swift?  Swift Trucking?
9   A        Yes, sir.
10  Q        Snyder International?
11  A        Yes, sir.
12  Q        Landstar?
13  A        Yes.
14  Q        Roadway?
15  A        Yes.
16  Q        Yellow?
17  A        Yes.
18  Q        Copps?
19  A        I'm sorry?
20  Q        I think it's C-O-P-P-S.  Garlin told me
21  about them.
22  A        I'm unaware of them.
23  Q        Okay.  What about JVL?
```