# Exhibit F to
# Plaintiff's Renewed
# Motion to Compel and Response
# To Defendant's Motion for
# Protective Order

# Excerpts from the deposition of
# George William Jones

FOSHEE & TURNER COURT REPORTERS

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  NORTHERN DIVISION
 4
 5   HAZEL M. ROBY, as Administratrix
 6   of the Estate of RONALD TYRONE ROBY,
 7   deceased,
 8            Plaintiff,
 9                                    CIVIL ACTION FILE
10   vs.
11                                    NO. 2:05CV194-T
12   BENTON EXPRESS, INC., et al.,
13            Defendants.
14
15            VIDEOTAPED DEPOSITION OF
16              GEORGE WILLIAM JONES
17
18              September 26, 2005
19                  2:22 p.m.
20
21          1180 West Peachtree Street
22                  Suite 900
23              Atlanta, Georgia
24
25      Lisa Fischer, CCR-B-1277, RPR, CRR
```

ORIGINAL

FOSHEE & TURNER COURT REPORTERS

Page 116

1   physically inoperable because it may have
2   broke?
3       A.  No, sir.
4       Q.  So you don't know specifically
5   anything about what caused this delay?
6       A.  No, sir.
7       Q.  Anybody at Benton Express that's told
8   you about specifically what was going on with
9   Craig Stephens in his employ that caused this
10  delay?
11      A.  No, sir.
12      Q.  So even without knowing whether or not
13  he was hijacked or ill or some very legitimate
14  explanation for what occurred, your saying that
15  you were going to relieve him of duty means you
16  were going to investigate further on whether or
17  not you would ultimately terminate him, or does
18  it mean you were going to terminate him?
19      A.  I had been --
20          MR. BROCKWELL:  Object to the form.
21          THE WITNESS:  I had been
22  investigating for 24 to 48 hours.
23      Q.  (By Mr. Boone)  Got you.
24      A.  The gentleman would have been
25  terminated.  It would have been up to somebody

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 117

```
 1      else to decide whether he would have a job in
 2      the future with Benton Express, because I would
 3      have terminated him.
 4           Q.   And my question to you is:  What
 5      information, other than the fact that you
 6      couldn't locate him, did you discover in this
 7      investigation?
 8           A.   None.
 9           Q.   So you don't have a clue what
10      happened?
11           A.   Not a clue, except for my tractor, our
12      tractor and our trailer and our customer's
13      product couldn't be found.  It was not at the
14      destination it should have been six and a half,
15      five hours later.
16           Q.   And based on what you were personally
17      doing in your role at Benton Express, based on
18      your experience there and obviously the
19      position you hold, you would have felt the
20      decision should be termination?
21           A.   Yes.
22           Q.   And the only thing I'm trying to
23      do -- and I hate to repeat the question, but a
24      couple of depositions, every time -- if I asked
25      a question of was there some more information,
```

FOSHEE & TURNER COURT REPORTERS

Page 118

1  sometimes it will spark people's mind and say,
2  oh. For example, I asked him, was there
3  anything else that transpired, and he said no.
4  And then later, I think he remembered another
5  conversation. I forgot the content, but he
6  remembered another conversation. And I think
7  that happened with both.
8      And nothing's wrong with that; but I'm
9  trying to figure out before I leave here, in
10 case you say, wow, I should have told him that,
11 was there anything other than the fact that he
12 had been delayed for that time and nobody could
13 locate him when it would go into a decision to
14 terminate him? Anything else you knew about
15 the situation other than the fact we can't find
16 him?
17     A.  Other than the fact that the Georgia
18 State Patrol, the Florida State Patrol, the
19 Alabama Police, and the Atlanta Police
20 Department could not locate our equipment, no.
21     Q.  And as of today, nobody's ever been
22 able to shed any more light for you on what may
23 have happened to him?
24     A.  No, sir. I'd love to know.
25     Q.  And with that, let's say he was found

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 119

1  deathly ill. Would that affect your decision
2  on whether or not you would terminate him?
3       A. Not at that time.
4       Q. At this time, after, say you
5  investigated it later, and you found out the
6  reason why is the guy was deathly ill and
7  couldn't call us?
8            MR. BROCKWELL: Object to the form,
9       calls for speculation.
10           THE WITNESS: But that's not
11      what happened.
12      Q. (By Mr. Boone) Was the goods actually
13 late? Say, for example, if they had arrived
14 there on Sunday sometime, my understanding is
15 they was going to be starting to be delivered
16 by city deliverers starting Monday. Is that
17 what your understanding is?
18           MR. BROCKWELL: If you know what the
19      Pensacola operation was planning to
20      do with that.
21           THE WITNESS: I do not know what
22      the Pensacola operation --
23      Q. (By Mr. Boone) Do you have any idea
24 when these goods were going to need to be
25 delivered to the customers?