**EXHIBIT 3**



100 Vestavia Parkway
Birmingham, AL 35216
Phone (205) 822-2006
Fax (205) 822-2057
www.carrallison.com

Gregory A. Brockwell
Direct Dial (205) 949-2916
Direct Facsimile (205)822-4058
gab@carrallison.com

October 14, 2005

**VIA FACSIMILE**

LaBarron N. Boone
BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

    RE:    **Estate of Ronald T. Roby v. Benton Express, Inc.**
            **In the United States District Court for the Middle District of Alabama**
            **2:05CV-194-T**

Dear LaBarron:

    We are in receipt of your expert disclosures. We would like to depose your DOT expert, Roland Brown, on November 11, 14, or 15. Please let us know which of these dates will work for you and Mr. Brown.

    Regarding the "Initial Preliminary Report of Opinions by M.P. Stirling," the disclosures are clearly defective under the rules in that no actual opinions are stated. Obviously, without knowing the opinions of Ms. Stirling, we do not know whether we will need an accident reconstruction expert of our own. Furthermore, we cannot be expected to retain an expert to respond to Ms. Stirling's opinions when we do not even know what those opinions are.

    To allow you to cure this defect, we are willing to stipulate to you providing full disclosures of Ms. Stirling's opinions by October 31, 2005. However, this stipulation would be made only on the condition that you stipulate to us being allowed 30 days from that date (i.e., until November 30) to disclose our accident reconstruction expert. Please let us know if you will agree to this proposal by Wednesday, October 19, so that we will know whether to seek the intervention of the Court.



**Estate of Ronald T. Roby v. Benton Express, Inc.**
October 14, 2005
Page 2

Thank you for your attention to this matter. We look forward to hearing from you.

Very truly yours,

Gregory A. Brockwell
For the Firm

GAB/sdh
cc: Brett A. Ross, Esq.

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON
C. GIBSON VANCE
J. P. SAWYER
C. LANCE GOULD

JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART
CLINTON C. CARTER
BENJAMIN E. BAKER, JR.
DAVID B. BYRNE, III
TED G. MEADOWS
GERALD B. TAYLOR, JR.
FRANK WOODSON
KENDALL C. DUNSON
J. PAUL SIZEMORE
SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE
ROMAN ASHLEY SHAUL
W. ROGER SMITH, III

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

LARRY A. GOLSTON, JR.
D. MICHAEL ANDREWS
MELISSA A. PRICKETT
JOHN E. TOMLINSON
KIMBERLY R. WARD
NAVAN WARD, JR.
WESLEY CHADWICK COOK
WILLIAM H. ROBERTSON, V

OF COUNSEL:
BENJAMIN L. LOCKLAR
P. LEIGH O'DELL

ALSO ADMITTED IN ARIZONA
ALSO ADMITTED IN ARKANSAS
ALSO ADMITTED IN FLORIDA
ALSO ADMITTED IN GEORGIA
ALSO ADMITTED IN KENTUCKY
ALSO ADMITTED IN MINNESOTA
ALSO ADMITTED IN MISSISSIPPI
ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN OHIO
ALSO ADMITTED IN OKLAHOMA
ALSO ADMITTED IN SOUTH CAROLINA
ALSO ADMITTED IN TENNESSEE
ALSO ADMITTED IN TEXAS
ALSO ADMITTED IN WASHINGTON
ALSO ADMITTED IN WEST VIRGINIA

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

October 17, 2005

**VIA FACSIMILE TRANSMISSION**

Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,*
*Oliver, & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re:　*Hazel Roby v. Benton Express, Inc.*

Dear Greg:

　　I am in receipt of your letter of October 14, 2005. Roland Brown is not available at all during the month of November. He is available December 5, 6, 15, and 16. Please advise immediately which of these dates is convenient for you.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/drj



**CARR ALLISON**

100 Vestavia Parkway
Birmingham, AL 35216
Phone (205) 822-2006
Fax (205) 822-2057
www.carrallison.com

Gregory A. Brockwell
Direct Dial (205) 949-2916
Direct Facsimile (205)822-4058
gab@carrallison.com

October 28, 2005

**VIA FACSIMILE (334)954-7555**

LaBarron N. Boone
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

RE: Estate of Ronald T. Roby v. Benton Express, Inc.
In the United States District Court for the Middle District of Alabama
2:05CV-194-T

Dear LaBarron:

We would like to depose your expert, M.P. Stirling. Please provide all dates in November that you and Ms. Stirling can be available for deposition. Thank you for your attention to this matter.

Very truly yours,

Gregory A. Brockwell
For the Firm

GAB/sdh
cc:   Brett A. Ross, Esq.

Birmingham   Dothan   Florence   Gulfport   Jasper   Mobile   US LAW

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY<br>J. GREG ALLEN<br>MICHAEL J. CROW<br>THOMAS J. METHVIN<br>J. COLE PORTIS<br>W. DANIEL MILES, III<br>R. GRAHAM ESDALE, JR.<br>JULIA ANNE BEASLEY<br>RHON E. JONES<br>LABARRON N. BOONE<br>ANDY D. BIRCHFIELD, JR.<br>RICHARD D. MORRISON MS<br>C. GIBSON VANCE<br>J. P. SAWYER MS OH<br>C. LANCE GOULD | JOSEPH H. AUGHTMAN<br>DANA G. TAUNTON<br>J. MARK ENGLEHART TX<br>CLINTON C. CARTER AR KY MS TN<br>BENJAMIN E. BAKER, JR. DC GA NY OK TN<br>DAVID B. BYRNE, III<br>TED G. MEADOWS DC MN MS TX WV<br>GERALD B. TAYLOR, JR. FL MS TN TX<br>FRANK WOODSON<br>KENDALL C. DUNSON GA<br>J. PAUL SIZEMORE GA TN<br>SCARLETTE M. TULEY<br>CHRISTOPHER E. SANSPREE MS<br>ROMAN ASHLEY SHAUL AR MS SC TN WV<br>W. ROGER SMITH, III AZ MN MS TN WV | *Attorneys at Law*<br>218 COMMERCE STREET<br>POST OFFICE BOX 4160<br>MONTGOMERY, ALABAMA<br>36103-4160<br>(334) 269-2343<br><br>TOLL FREE<br>(800) 898-2034<br><br>TELECOPIER<br>(334) 954-7555<br><br>BEASLEYALLEN.COM | LARRY A. GOLSTON, JR. DC FL<br>D. MICHAEL ANDREWS<br>MELISSA A. PRICKETT<br>JOHN E. TOMLINSON<br>KIMBERLY R. WARD GA<br>NAVAN WARD, JR. MS<br>WESLEY CHADWICK COOK<br>WILLIAM H. ROBERTSON, V<br><br>OF COUNSEL:<br>BENJAMIN L. LOCKLAR<br>P. LEIGH O'DELL | ALSO ADMITTED IN ARIZONA<br>ALSO ADMITTED IN ARKANSAS<br>ALSO ADMITTED IN FLORIDA<br>ALSO ADMITTED IN GEORGIA<br>ALSO ADMITTED IN KENTUCKY<br>ALSO ADMITTED IN MINNESOTA<br>ALSO ADMITTED IN MISSISSIPPI<br>ALSO ADMITTED IN NEW YORK<br>ALSO ADMITTED IN OHIO<br>ALSO ADMITTED IN OKLAHOMA<br>ALSO ADMITTED IN SOUTH CAROLINA<br>ALSO ADMITTED IN TENNESSEE<br>ALSO ADMITTED IN TEXAS<br>ALSO ADMITTED IN WASHINGTON, D.C.<br>ALSO ADMITTED IN WEST VIRGINIA<br><br>JAMES W. TRAEGER<br>1953-1987<br><br>RONALD AUSTIN CANTY<br>1963-2004 |

November 3, 2005

**VIA FACSIMILE TRANSMISSION**

Gregory A. Brockwell
Brett A. Ross
*Carr, Allison, Pugh, Howard,*
 *Oliver, & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re: *Hazel Roby v. Benton Express, Inc.*

Gentlemen:

Ms. Stirling has advised that she can be available the afternoon of December 6, 2005, if you wish to take her deposition immediately following the deposition of Roland Brown. Please let me know if this is convenient for you or if you wish for me to obtain additional dates for Ms. Stirling's deposition.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/drj



100 Vestavia Parkway
Birmingham, AL 35216
Phone (205) 822-2006
Fax (205) 822-2057
www.carrallison.com

Gregory A. Brockwell
Direct Dial (205) 949-2916
Direct Facsimile (205)822-4058
gab@carrallison.com

November 7, 2005

**VIA FACSIMILE (334)954-7555**

LaBarron N. Boone
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

    RE:    Estate of Ronald T. Roby v. Benton Express, Inc.
             In the United States District Court for the Middle District of Alabama
             2:05CV-194-T

Dear LaBarron:

    Please provide some additional dates for the deposition of M.P. Stirling. We do not want to take her deposition on the same day as Roland Brown's deposition. We look forward to hearing from you.

                                   Very truly yours,

                                   Gregory A. Brockwell
                                   For the Firm

GAB/sdh
cc:    Brett A. Ross, Esq.

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

| | | | |
|---|---|---|---|
| JERE LOCKE BEASLEY | JOSEPH H. AUGHTMAN | LARRY A. GOLSTON, JR. | ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | DANA G. TAUNTON | D. MICHAEL ANDREWS | ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | J. MARK ENGLEHART | MELISSA A. PRICKETT | ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | CLINTON C. CARTER | JOHN E. TOMLINSON | ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | BENJAMIN E. BAKER, JR. | KIMBERLY R. WARD | ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | DAVID B. BYRNE, III | NAVAN WARD, JR. | ALSO ADMITTED IN MINNESOTA |
| R. GRAHAM ESDALE, JR. | TED G. MEADOWS | WESLEY CHADWICK COOK | ALSO ADMITTED IN MISSISSIPPI |
| JULIA ANNE BEASLEY | GERALD B. TAYLOR, JR. | WILLIAM H. ROBERTSON, V | ALSO ADMITTED IN NEW YORK |
| RHON E. JONES | FRANK WOODSON | | ALSO ADMITTED IN OHIO |
| LABARRON N. BOONE | KENDALL C. DUNSON | | ALSO ADMITTED IN OKLAHOMA |
| ANDY D. BIRCHFIELD, JR. | J. PAUL SIZEMORE | OF COUNSEL: | ALSO ADMITTED IN SOUTH CAROLINA |
| RICHARD D. MORRISON | SCARLETTE M. TULEY | BENJAMIN L. LOCKLAR | ALSO ADMITTED IN TENNESSEE |
| C. GIBSON VANCE | CHRISTOPHER E. SANSPREE | P. LEIGH O'DELL | ALSO ADMITTED IN TEXAS |
| J. P. SAWYER | ROMAN ASHLEY SHAUL | | ALSO ADMITTED IN WASHINGTON, D.C. |
| C. LANCE GOULD | W. ROGER SMITH, III | | ALSO ADMITTED IN WEST VIRGINIA |

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

November 10, 2005

Gregory A. Brockwell
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

**RE:    Haze Roby for Ronald Roby, deceased v. Benton Express, Inc.**

Dear Gregory:

Ms. Stirling has advised that she can be available December 13 & 15 2005, Please let me know immediately which date is convenient for you.

Sincerely,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/ceh