**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL ACTION NO.: 2:05CV194-T |
| ) | |
| BENTON EXPRESS, INC., et al, ) ) | |
| Defendants. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

TO: All Attorneys of Record

Please take notice that the undersigned will take the deposition upon oral examination and video the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths:

DEPONENT:       Roland Brown

DATE:           December 6, 2005

TIME:           9:00 A.M.

PLACE:          The Law Offices of BEASLEY, ALLEN, CROW,
                   METHVIN, PORTIS & MILES, P.C.
                218 Commerce Street
                Montgomery, AL 36103-4160

Pursuant to Rule 30(b)(5), it is requested that the deponent produce at that time and place the following documents:

1. A current curriculum vitae and bibliography;

2. His complete file in this case, including but not limited to: any and all documents, files, notes, memoranda, test results, opinions, facsimiles, emails, summaries, charts, photographs, videos, calculations, working papers, correspondence and/or any drafts of any documents which in any way concern this case and/or Mr. Brown's opinions;

3. Any and all documents, books, articles, publications, standards, and regulations that he has reviewed in connection with this case;

4. Any and all documents, books, articles, publications, standards, and regulations upon which he relied in forming his opinions and conclusions about which he may testify at the trial of this case;

5. Any and all documents, correspondence, literature, medical records, witness statements, memoranda and/or any other information provided to him by Plaintiff's attorney, LaBarron Boone, and/or by any other attorney, agent, and/or employee of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. and/or on behalf of Plaintiff in connection with this case;

6. Any and all documents, correspondence, reports, opinions, summaries, witness statements, literature, memoranda and/or any other information provided to BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. and/or on behalf of Plaintiff in connection with this case;

7. Any report and other compilations of information which he has prepared concerning this case, whether written, taped, stored on computer disk or memorialized in any other medium;

8. An itemization of what he charges hourly for his expert services including but not limited to: travel time, reviewing of file, deposition testimony, trial testimony;

9. Any and all documents which reflect the amount of money he has already received, including deposits, and/or pending bills and/or invoices for services rendered by him regarding this case;

10. Any and all documents, books, articles, publications, standards, and regulations of which he is aware that do not support, or any such documents that contradict his opinions, conclusions and/or calculations regarding this case;

11. Any and all documents, books, articles, publications, standards, and regulations of which he is aware that support, or any such documents that agree with his opinions, conclusions and/or calculations regarding this case;

12. A list of all civil cases in which he has testified by deposition or at trial for the pervious seven years, including the name of the case, the jurisdiction of the case, the case number, and the identity of the attorney who retained him and whether he testified on behalf of the plaintiff or defendant.

Brett A. Ross (ASB-6771-O76B)
Gregory A. Brockwell (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

<u>OF COUNSEL</u>:

CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the following counsel of record by placing same in U.S. mail, addressed as follows and postage prepaid, on this the 31st day of October, 2005:

Jere L. Beasley
LaBarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

_____
Of Counsel

cc: Freedom Court Reporting (Gregory A. Brockwell/Stephanie Hall)