EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, | § § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. 2:05CV494-B |
| BENTON EXPRESS, INC., et al., | § § § |
| Defendants. | § |

## NOTICE OF VIDEOTAPED DEPOSITION

Please take notice that at 9:00 a.m. on December 8, 2005, at the law offices of Thomas J. Ueberschaer, 601 North Baylen Street, Pensacola, Florida, the Plaintiff in the above styled matter will take the videotaped deposition of Stephanie Stephens. Said deposition will be taken before an Officer of the Court authorized to administer oaths and shall be recorded by videographic and stenographic means. Said deposition will continue from day to day until complete. You are invited to attend and cross-examine the witness.

_____
LABARRON N. BOONE
Attorney for the Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy in the United States Mail, first class postage prepaid and properly addressed to them, on this the _6th_ day of December 2005.

/s/ L. Bonn<br>
OF COUNSEL

Brett A. Ross  
Gergory A. Brockwell  
CARR, ALLISON, PUGH, HOWARD,  
 OLIVER, & SISSON, P.C.  
100 Vestavia Parkway, Suite 200  
Birmingham, Alabama 35216