**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 2:05CV194-T |
| BENTON EXPRESS, INC., et al, ) ) | |
| Defendants. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

TO:   All Attorneys of Record

Please take notice that the undersigned will take the deposition upon oral examination and video the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths:

DEPONENT:   Captain David Tripp

DATE:   Thursday, December 15, 2005

TIME:   9:00 a.m. EST

PLACE:   Florida Highway Patrol
Tallahassee Regional Communications Center
501 South Calhoun Street
Tallahassee, FL 32399

*/s/ signature*

Brett A. Ross (ASB-6771-O76B)
Gregory A. Brockwell (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the following counsel of record by placing same in via Facsimile & U.S. mail, addressed as follows and postage prepaid, on this the 12th day of December, 2005:

Jere L. Beasley
LaBarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

_____
Of Counsel

cc: Freedom Court Reporting (Gregory A. Brockwell/Stephanie Hall)
    Captain David Tripp

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC., et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 2:05CV194-T<br>)<br>)<br>)<br>) |

**NOTICE OF VIDEOTAPED DEPOSITION**

TO:   All Attorneys of Record

Please take notice that the undersigned will take the deposition upon oral examination and video the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths:

DEPONENT:   Angie Daniels

DATE:   Thursday, December 15, 2005

TIME:   9:30 a.m. EST

PLACE:   Florida Highway Patrol
Tallahassee Regional Communications Center
501 South Calhoun Street
Tallahassee, FL 32399

_____
Brett A. Ross (ASB-6771-O76B)
Gregory A. Brockwell (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing upon the following counsel of record by placing same in via Facsimile & U.S. mail, addressed as follows and postage prepaid, on this the /2'² day of December, 2005:

Jere L. Beasley
LaBarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

_____
Of Counsel

cc:   Freedom Court Reporting (Gregory A. Brockwell/Stephanie Hall)
      Angie Daniels

## RETURN OF SERVICE AFFIDAVIT

UNITED STATES DISTRICT COURT    CASE: 2:05CV494-B
NORTHERN DISTRICT OF FLORIDA    CIVIL DIVISION

SUBPOENA

HAZEL M. ROBY, ET. SEQ.,

vs.

DUE DATE 12/15/05 @ 09:00 A.M.

BENTON EXPRESS, INC., ET. AL.,

Pursuant to the request of Gregory A. Brockwell, 100 Vestavia Pkwy, Birmingham, AL. VAUSE'S PROCESS SERVICE, received this process on December 12, 2005 at 11:30 A.M.

I, J. LEE VAUSE, SECOND CIRCUIT, ID served same on **CAPTAIN DAVID TRIPP, FLORIDA HIGHWAY PATROL**, at 501 S. CALHOUN ST., TALLAHASSEE, FL 32399 on **DECEMBER 12, 2005** at **02:25 P.M.**

### INDIVIDUAL SERVICE

By serving the within named person a copy of the above named document(s). FS 48.031(1)

The foregoing instrument was
acknowledged before me this day
by the process server who is
personally known to me.
December 13th, 2005

VAUSE'S PROCESS SERVICE
P.O. BOX 1777
TALLAHASSEE, FL 32302
OFFICE (850) 656-2605

NOTARY

J. LEE VAUSE, SECOND CIRCUIT, ID #81

INDEX    79320

## RETURN OF SERVICE AFFIDAVIT

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CASE: 2:05CV494-B |
| NORTHERN DISTRICT OF FLORIDA | CIVIL DIVISION |

HAZEL M. ROBY, ET. SEQ.,                      SUBPOENA

vs.

                                              DUE DATE 12/15/05 @ 09:30 A.M.
BENTON EXPRESS, INC., ET. AL.,

Pursuant to the request of Gregory A. Brockwell, 100 Vestavia Pkwy, Birmingham, AL. VAUSE'S PROCESS SERVICE, received this process on December 12, 2005 at 11:30 A.M.

I, J. LEE VAUSE, SECOND CIRCUIT, ID served same on **ANGIE DANIELS, FLORIDA HIGHWAY PATROL**, at 501 S. CALHOUN ST., TALLAHASSEE, FL 32399 on **DECEMBER 12, 2005** at **02:25 P.M.**

### INDIVIDUAL SERVICE

By serving the within named person a copy of the above named document(s). FS 48.031(1)

The foregoing instrument was              **VAUSE'S PROCESS SERVICE**
acknowledged before me this day           P.O. BOX 1777
by the process server who is              TALLAHASSEE, FL 32302
personally known to me.                   OFFICE (850) 656-2605
December 13th, 2005

_____             _____
NOTARY                                 J. LEE VAUSE, SECOND CIRCUIT, ID #81

INDEX   79319