# Exhibit 1 to Plaintiff's Response To Defendant's Motion for Summary Judgment

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE MIDDLE DISTRICT OF ALABAMA
 3                          NORTHERN DIVISION
 4
 5
       * * * * * * * * * * * * * * *
 6                                 *
     HAZEL ROBY, as Administratrix *
 7   of the Estate of RONALD TYRONE*
     ROBY, Deceased,               *
 8                                 *
                    Plaintiff,     *
 9                                 *
     VS.                           * CIVIL ACTION NUMBER
10                                 * 2:05CV494-B
     BENTON EXPRESS, INC., et al., *
11                                 *
                    Defendants.    *
12                                 *
       * * * * * * * * * * * * * * *
13
14
15        The testimony of ALBERT GARLIN McLELLAN,
16        taken at Bozeman, Jenkins & Matthews, 114
17        East Gregory Street, Pensacola,
18        Florida, on the 5th day of October, 2005,
19        commencing at approximately 11:15, o'clock,
20        a.m.
21
22
23
```

ORIGINAL

1  MR. BOONE:

2  Q      Okay.  Sir, have you ever received any
written document or training in safety meetings from
Benton Express concerning what to do if you get tired
on the road?

6  A      I can't remember getting anything like
that.

8  Q      Have you received any written
instructions or any communications in safety meetings
on what to do if you get sick on the road while
driving?

12 A      I have never received any.

13 Q      Have you received any written material or
training in your safety meetings concerning what to
do if you're going to be delayed on the truck for,
say, over four hours?

17 A      Yes, I have.  I have to call in.

18 Q      Okay.  Let's talk about that.  Sir, have
you ever received any written document or anything
telling you how frequently you should be in contact
with Benton Express when carrying or when picking up
or dropping off a load?

23 A      Road drivers only call in in case of an

```
1    from beginning to end?
2    A          Oh, probably six months ago.
3    Q          Okay.  Well, I know you don't have it in
4    front of me (sic), but I'm going to read something to
5    you and ask you if you recall it saying that.  Do you
6    recall if that document said on page -- and I know
7    you won't remember the page number, but I'm going to
8    read it for the record.  084 Bates number.  That the
9    scope of this policy, it says:  The following
10   security guidelines and procedures apply to all
11   work/load assignments.
                Do you ever recall reading that?
13   A          Yes.
14   Q          And further on page 3, which is Bates
15   number 086, do you ever recall reading this here:
16   Drivers are expected to maintain regular
17   communication with the company while in transit?
18   A          Yes, I remember reading that.
19   Q          And as a line-haul driver, have you ever
20   -- as a line-haul driver, do you maintain regular
21   communication with the company while in transit?
22   A          No, I do not.
23   Q          Any reason why you don't?
```

```
1    A         We're not -- line-haul drivers are not
2    required to do that.  The city drivers are.
3    Q         Anything you recall reading that says
4    that, that it does not apply to line-haul drivers?
5    A         No, I can't remember.
6    Q         Well, let me ask you this.  Do you
7    remember, as you -- whether you can point it to me
8    since it's not in front of you, but -- and your
9    attorney, the attorney there, may have a copy, but if
10   he doesn't, what I'm trying to figure out, do you
11   remember if there is anything specifically in there
12   that says regular communication does not apply --
13   this regular communication paragraph I read does not
14   apply to line-haul drivers?
15   A         I can't -- no, I don't.
16   Q         Did anybody tell you it doesn't apply to
17   line-haul drivers?
18   A         I can't remember anyone telling me that.
19   Q         Also, in this document, it says that --
20   well, let me ask you this here.  The truck that you
21   drive every day, is it the same one?
22   A         Yes.
23   Q         Does city drivers drive your tractor or
```

```
 1  is it only yours?
 2  A           A city driver drives it during the day.
 3  Q           Okay.  And you drive it during the night?
 4  A           I drive it during the night.
 5  Q           Okay.  Do you -- do you have -- is there
 6  any equipment in your truck or technology that's in
 7  your truck that would enable drivers and dispatchers
 8  to communicate with each other during business hours?
 9  A           No.
10  Q           As a line-haul driver, are you issued a
11  Benton Express paid for cell phone or Nextel two-way
12  radio?
13  A           No.  I have my personal.
14  Q           Okay.  Benton Express does not -- did not
15  provide you with any communication device for
16  communicating with them when you're on the road?
17  A           No.  I have my own personal phone.
18  Q           No.  Let me ask you.  Okay?  I'm trying
19  to make sure I get one at a time.  I'm going to ask
20  you that question next.  But make sure I get it clear
21  for the record.
22              Did Benton Express offer you any type of
23  device to communicate with them when you're on the
```

1   it that day.

2   Q        Okay.  Had you ever done it before?

3   A        Yes.

4   Q        Did you know that -- were you aware that

5   Craig Stephens, on Friday, left Benton Express after

6   being assigned a load by Craig Stephens to take to

7   Atlanta?

8         MR. BROCKWELL:  Hey, Labarron, you

9      just said if he was aware that Craig

10      Stephens, I think, had been assigned a load

11      by Craig Stephens.  I think maybe you meant

12      somebody else's name in there.

13      MR. BOONE:  Yeah, you're right.

14   MR. BOONE:

15   Q        Sir, were you aware that Craig had a run

16   to Atlanta to haul a Benton Express load on Friday,

17   which I think would be, 4/8 of '05?

18   A        Yes.

19   Q        And did you have any runs on Friday?

20   A        No.

21   Q        Did you ever run -- do any runs on

22   Friday?

23   A        Yes.

```
 1   Q         And where would you normally go when you
 2   did a run on Friday?
 3   A         Atlanta.
 4   Q         And so, you had did that run that Craig
 5   had done before?
 6   A         Say that again.
 7   Q         You had did that run from Pensacola to
 8   Atlanta and Atlanta and back to Pensacola before?
 9   A         Yes.
10   Q         And I would think -- would it be fair to
11   say you had did it a bunch of times?
12   A         Yes.
13   Q         And do you recall about the first time
14   you ever did it?
15   A         To Atlanta?
16   Q         Yeah.  It may have been since the
17   beginning.  I don't know.  But I'm just asking.
18   A         Maybe eight, nine, ten years ago.
19   Q         Okay.  And how often would you make a
20   Friday run?
21   A         Every Friday.
22   Q         On the Friday that Craig went to Atlanta,
23   you did make one that Friday?
```

```
1    A         No, I did not.
2    Q         Any reason why you didn't make one that
3    Friday?
4    A         I took off that night.
5    Q         You just took off?
6    A         That's correct.
7    Q         Is it any Fridays where both you and
8    Craig make runs?
9              And I'm sorry, I may have not heard you.
10   You may have already answered, but I'm not sure.  And
11   my question was, are there any Fridays where you and
12   Craig both make runs to Atlanta?
13   A         No.
14   Q         So, either one of you all go to Atlanta
15   or the other one don't?
16   A         The Atlanta run is my regular run.
17   Q         Okay.  Any -- and Craig would do it
18   whenever you took off?
19   A         Right, whenever I wanted off and he was
20   available and had the time to do it, he did it.
21   Q         Okay.  Now, when Craig left on that
22   Friday for -- to do the run, your regular run, did
23   you have any contact with Craig on Friday or
```

1  A          Yes.

2  Q          Nothing had changed about -- to your
3  knowledge, about Craig that would have made him not a
4  good Benton Express employee?

5          MR. BROCKWELL: You're talking about
6       prior to the phone call or during the phone
7       call or after the phone call?

8          MR. BOONE: Yeah. Let me ask the
9       question. Let me just go ahead and go
10      forward.

11 MR. BOONE:

12 Q          So, at -- at 5:00 or five minutes to 5:00
13 when you talked to Craig, where -- did Craig call you
14 on your personal cell phone?

15 A          Right. He called me on the walkie-talkie
16 or direct connect or whatever you want to call it.

17 Q          On your cell phone?

18 A          That's correct.

19 Q          Which would have been at that PIN number
20 186 asterisk 112 asterisk 19311?

21 A          Yes.

22 Q          And at that time, when your friend Craig
23 called you, what did he tell you?

```
1   A           He wanted to know if I could run the
2   Tallahassee run, which was his regular run.
3   Q           Okay.
4   A           And that's what he asked me.
5   Q           And what did you tell him?
6   A           I told him yes, I was backing under the
7   trailer right then.
8   Q           Okay.  And so, on that Sunday, at 5:00,
9   you were about to do Craig's Tallahassee run?
10  A           Yes.
11  Q           All right.  Anything else you and Craig
12  talked about?
13  A           During that conversation?
14  Q           Yeah, during that conversation.
15  A           Yes.  I asked him where he was at.  And
16  he said he was still hung up in Atlanta.
17  Q           All right.  So, at your -- when you
18  talked to him at 5:00 on Sunday, he told you he was
19  still in Atlanta?
20  A           Yes.
21  Q           And did y'all talk -- did y'all talk
22  about anything else other than the fact he told you
23  he was still in Atlanta?
```