# Exhibit 9 to Plaintiff's Response To Defendant's Motion for Summary Judgment



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S E
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2051 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ | |
|---|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | VERIFIED AND | TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME _____ | APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406779N**

Date: 10 / 1 / 04
Total miles driving today: 587
Vehicle Numbers: 562-3166-616-1117

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321
(Home Terminal Address): Pensacola fl

I certify these entries are true & correct: Driver's signature in full

USE TIME STANDARD AT HOME TERMINAL

**Hours totals:**
- Off Duty: 10
- Sleeper Berth: —
- Driving: 9
- On Duty (not driving): 5
- TOTAL: 24

**Remarks:** Tallahassee pick up — Pensacola fl MVI — Pensacola fl — Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1. 30024
2. 300248
3. ——
4. ——

**RECAP 8 DAY 70 HR.**
- TODAY: 14
- YESTERDAY: 10
- 3RD DAY: 4
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 28
- HRS. NEXT 2 DAYS: 42
- 7TH DAY: 0
- 7 DAY TOTAL: 28
- HRS. NEXT DAY: 42
- 8TH DAY: 0
- 8 DAY TOTAL: 28
- **CHECK**
- TODAY: 14
- 7 DAY TOTAL: 14
- 8 DAY TOTAL: 28

**LOAD / UNLOAD MANIFEST #S**
- 304261
- 199348

**PLACARDS REQ.** YES ☐ NO ☑ — N/A
YES ☐ NO ☑ — N/A

Benton 614

Explain excess hours: FROM PREVIOUS DAY LOG

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | ☐ | ☐ |
| 2 Pensacola fl | Atlanta GA | ☐ | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 562 | ☐ | ☐ | 3166 | ☐ |
| ☐ | 616 | ☐ | ☐ | 1117 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — "We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406778N**

10 / 2 / 04    626    616-5085
(Month) (Day) (Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola Fl
(Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| | Hours | ¼ S |
|---|---|---|
| 1: OFF DUTY | 19½ | |
| 2: SLEEPER BERTH | | |
| 3: DRIVING | 4 | — |
| 4: ON DUTY NOT DRIVING | | ½ |
| 5: REMARKS | 24 TOTAL | |

Remarks: Atlanta GA - pick up ; Pensacola Fl - unl

**OVER THE ROAD MANIFEST #'S**
1  300248
2  _____
3  _____
4  _____

**RECAP — 8 DAY 70 HR.**
TODAY 4½
YESTERDAY 14
3RD DAY 10
4TH DAY 4
5TH DAY 0
6TH DAY 0
6 DAY TOTAL 32½
HRS. NEXT 2 DAYS 37½
7TH DAY 0
7 DAY TOTAL 32½
HRS. NEXT DAY 37½
8TH DAY 0
8 DAY TOTAL 32½

**CHECK**
TODAY 4½
7 DAY TOTAL 14
8 DAY TOTAL 18½

FROM PREVIOUS DAY LOG →

**LOAD / UNLOAD MANIFEST #S**
334180

**PLACARDS REQ.** YES ✓  NO ☐

**TYPE OF PLACARD** Corrosive

Benton 615

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA    TO: Pensacola Fl    TURN ☐  LAYOVER ☐
      2                                    TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5085 | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____


"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OF SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER** 406788 N

10 / 15 / 04     507     562 – 1138  616-600
(Month)(Day)(Year)  (Total miles driving today)  Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)   I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**Hours:** 1: Off Duty — 10; 2: Sleeper Berth — ; 3: Driving — 9; 4: On Duty Not Driving — 5; TOTAL — 24

**Remarks:** Tallahassee fl · Pensacola fl · Pensacola MVI · Atlanta GA Drop off

**OVER THE ROAD MANIFEST #'S**
1. 300265
2. 300269
3.
4.

**RECAP 8 DAY 70 HR.**
- TODAY: 14
- YESTERDAY: 11
- 3RD DAY: 10½
- 4TH DAY: 10½
- 5TH DAY: 4
- 6TH DAY: 7½
- 6 DAY TOTAL: 57½
- HRS. NEXT 2 DAYS: 12½
- 7TH DAY: 0
- 7 DAY TOTAL: 57½
- HRS. NEXT DAY: 12½
- 8TH DAY: 0
- 8 DAY TOTAL: 57½
- CHECK TODAY: 14
- 7 DAY TOTAL: 43½
- 8 DAY TOTAL: 57½

FROM PREVIOUS DAY LOG →

**LOAD / UNLOAD MANIFEST #S**
199372
199373

**PLACARDS REQ.** YES [ ] NO [✓]
**TYPE OF PLACARD:** N/A / N/A

Benton 631

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | | |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | TURN [ ] | LAYOVER [✓] |
| 2 Pensacola fl | Atlanta GA | TURN [ ] | LAYOVER [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| | 562 | | | 507 | |
| | | | | 1138 | |
| | 616 | | | 600 | |

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** SINCE 1894

"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S E | 2061 SCL DR |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev -67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406789N**

10 / 16 / 04    325    616 - 48355
(Month) (Day) (Year)   (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct; Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

OVER THE ROAD MANIFEST #'S
1. 300269
2. ___
3. ___
4. ___

Hours chart:
1: OFF DUTY — 20
2: SLEEPER BERTH — ___
3: DRIVING — 4
4: ON DUTY (NOT DRIVING) — ___
TOTAL — 24

5: REMARKS — Atlanta GA / Pensacola fl

RECAP 8 DAY 70 HR.
TODAY — 4
YESTERDAY — 11
3RD DAY — 10½
4TH DAY — 10½
5TH DAY — 4
6TH DAY — 7½
6 DAY TOTAL — 61½
HRS NEXT 2 DAYS — 8½
7TH DAY — 0
7 DAY TOTAL — 61½
HRS NEXT DAY — 8½
8TH DAY — 0
8 DAY TOTAL — 61½

CHECK
TODAY — 4
7 DAY TOTAL — 43½
8 DAY TOTAL — 47½

LOAD / UNLOAD MANIFEST #S: 336168

PLACARDS REQ.  YES [ ]  NO [✓]

TYPE OF PLACARD: N/A

Benton 632

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA    TO: Pensacola fl    TURN [ ]  LAYOVER [ ]
      2                                     TURN [ ]  LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 48355 | [ ] |
| [ ] |  | [ ] | [ ] |  | [ ] |
| [ ] |  | [ ] | [ ] |  | [ ] |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____



### "We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: _____ DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406416 N**

11 / 1 / 04   323   616-550
(Month) (Day) (Year)   (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)   I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| | Hours | ¼ S |
|---|---|---|
| 1: Off Duty | 18 | — |
| 2: Sleeper Berth | | |
| 3: Driving | 5 | — |
| 4: On Duty Not Driving | 1 | — |
| **TOTAL** | **24** | |

**OVER THE ROAD MANIFEST #'S**
1. 300298
2. ___
3. ___
4. ___

Remarks: Pensacola fl MT / Atlanta GA drop off

**RECAP 8 DAY 70 HR**
- TODAY: 6 —
- YESTERDAY: 7½
- 3RD DAY: 0 —
- 4TH DAY: 0 —
- 5TH DAY: 0 —
- 6TH DAY: 0 —
- 6 DAY TOTAL: 13½
- HRS. NEXT 2 DAYS: 56½
- 7TH DAY: 0 —
- 7 DAY TOTAL: 13½
- HRS. NEXT DAY: 56½
- 8TH DAY: 0 —
- 8 DAY TOTAL: 13½

**LOAD / UNLOAD MANIFEST #S**
199401

**PLACARDS REQ.**
YES [ ]   NO [✓]

**TYPE OF PLACARD**
N/A

Benton 648

**CHECK**
- TODAY: 6 —
- 7 DAY TOTAL: 7½ [FROM PREVIOUS DAY LOG]
- 8 DAY TOTAL: 13½

Explain excess hours _____
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Pensacola fl   TO: Atlanta GA.   TURN [ ]   LAYOVER [ ]
        2 _____                        TURN [ ]   LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 550 | [ ] |
| [ ] | | [ ] | [ ] | | [ ] |
| [ ] | | [ ] | [ ] | | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____

# BENTON EXPRESS, INC.
SINCE 1934

*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | _____ TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME _____ VERIFIED AND APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev -67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

**LOG NUMBER 406417N**

11 / 2 / 04       323       562-52282-736
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 300297
2. 300294
3. —
4. —

Graph hours:
- 1: OFF DUTY — 15½ (¼ S)
- 2: SLEEPER BERTH — —
- 3: DRIVING — 8 —
- 4: ON DUTY (NOT DRIVING) — 1½
- TOTAL — 24

Remarks: Pensacola MVI ... Pensacola fl MVI ... Tallahassee fl Drop off

**RECAP 8 DAY 70 HR.**
- TODAY: 9½
- YESTERDAY: 6
- 3RD DAY: 7½
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 23
- HRS. NEXT 2 DAYS: 47
- 7TH DAY: 0
- 7 DAY TOTAL: 23
- HRS. NEXT DAY: 47
- 8TH DAY: 0
- 8 DAY TOTAL: 23
- CHECK
- TODAY: 9½
- 7 DAY TOTAL: 13½  ← FROM PREVIOUS DAY LOG
- 8 DAY TOTAL: 23

**LOAD / UNLOAD MANIFEST #'S**
- 336778
- 199404

| PLACARDS REQ. | | TYPE OF PLACARD |
|---|---|---|
| YES | NO | |
| ☐ | ☑ | N/A |
| ☐ | ☑ | N/A |
| ☐ | ☐ | |
| ☐ | ☐ | |

Benton 649

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| | FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|---|
| 1 | ATL GA | Pensacola fl | ☐ | ☐ |
| 2 | Pensacola fl | Tallahassee fl | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 52282 | ☐ |
| ☐ | 562 | ☐ | ☐ | 736 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — Since 1934

"We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2051 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: ____ DATE ____ LOCATION ____
FOR PERIOD OF ____ HOURS TIME FROM ____ TO ____
TERM. MANAGER OF SUPERVISOR CALLED ____ TIME ____ VERIFIED AND APPROVED BY ____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406517N**

Month / Day / Year: **1 / 28 / 05**
Total miles driving today: **323**
Vehicle Numbers: **562-837-616-**

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: **Pensacola fl**
USE TIME STANDARD AT HOME TERMINAL

Hours:
- Off Duty: 10 1/2
- Sleeper Berth: —
- Driving: 9 —
- On Duty (not driving): 4 1/2
- TOTAL: 24

Remarks: Tallahassee fl Pick up; Pensacola fl M V I; Pensacola fl M V I; Atlanta GA Drop off

**OVER THE ROAD MANIFEST #'S**
1. 300415
2. 300417
3. —
4. —

**RECAP — 8 DAY 70 HR.**
- TODAY: 13 1/2
- YESTERDAY: 10 —
- 3RD DAY: 9 1/2
- 4TH DAY: 11 1/2
- 5TH DAY: 5 —
- 6TH DAY: 8 —
- 6 DAY TOTAL: 57 1/2
- HRS. NEXT 2 DAYS: 12 1/2
- 7TH DAY: 0 —
- 7 DAY TOTAL: 57 1/2
- HRS. NEXT DAY: 12 1/2
- 8TH DAY: 0 —
- 8 DAY TOTAL: 57 1/2

CHECK
- TODAY: 13 1/2
- FROM PREVIOUS DAY LOG
- 7 DAY TOTAL: 44 —
- 8 DAY TOTAL: 57 1/2

**LOAD / UNLOAD MANIFEST #S**: 323362; 199532

**PLACARDS REQ.**: YES ☐ NO ☑ (both lines NO)

**TYPE OF PLACARD**: N/A; N/A

Benton 737

Explain excess hours: ____

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Tallahassee fl  TO: Pensacola fl    TURN ☐  LAYOVER ☐
      2 Pensacola fl       Atlanta GA.       TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☑ | 562 | ☐ | ☐ | 837 | ☐ |
| ☑ | 616 | ☐ | ☐ | 51129 | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed ____



"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD. S E | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day – 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

**LOG NUMBER 406518 N**

1 / 29 / 05    294    616-544
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 300417
2. ___
3. ___
4. ___

| Line | Hours | ¼ S |
|---|---|---|
| 1: OFF DUTY | 19½ | |
| 2: SLEEPER BERTH | | |
| 3: DRIVING | 4 | — |
| 4: ON DUTY (NOT DRIVING) | ½ | |
| TOTAL | 24 | |

Remarks: Pensacola fl / M+I

**RECAP**
**8 DAY 70 HR.**
TODAY: 4½
YESTERDAY: 13½
3RD DAY: 10
4TH DAY: 9½
5TH DAY: 11
6TH DAY: 5
5 DAY TOTAL: 8
HRS. NEXT 2 DAYS: 8
7TH DAY: 0
7 DAY TOTAL: 62
HRS. NEXT DAY: 8
8TH DAY: 0
8 DAY TOTAL: 62

**CHECK**
TODAY: 4½
7 DAY TOTAL: 57½
8 DAY TOTAL: 62

**LOAD / UNLOAD MANIFEST #S**
340628

**PLACARDS REQ.**  YES [ ]  NO [✓]

**TYPE OF PLACARD**
N/A

Benton 738

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.  TO: Pensacola fl   TURN [✓]  LAYOVER [ ]
2                                         TURN [ ]   LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 544 | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OF SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

**LOG NUMBER 406524 N**

2 / 4 / 05    507    562-327-1327
(Month)(Day)(Year)  (Total miles driving today)  Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**Hours logged:**
- Off Duty: 11
- Sleeper Berth: —
- Driving: 8
- On Duty (not driving): 5
- Total: 24

**Remarks:**
- Tallahassee fl pick up
- Pensacola fl MVI
- Pensacola fl MVI
- Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1. 300428
2. 300430
3. —
4. —

**LOAD / UNLOAD MANIFEST #S**
- 323395
- 199546

**PLACARDS REQ.** YES / NO ✓

**TYPE OF PLACARD:** N/A, N/A

Benton 749

**RECAP — 8 DAY 70 HR.**
- TODAY: 13
- YESTERDAY: 12½
- 3RD DAY: 14
- 4TH DAY: 3½
- 5TH DAY: 7
- 6TH DAY: 0
- 6 DAY TOTAL: 59½
- HRS. NEXT 2 DAYS: 10½
- 7TH DAY: 0
- 7 DAY TOTAL: 59½
- HRS. NEXT DAY: 10½
- 8TH DAY: 0
- 8 DAY TOTAL: 59½

**CHECK**
- TODAY: 13
- 7 DAY TOTAL: 46½
- 8 DAY TOTAL: 59½

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| ROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | ☐ | ✓ |
| 2 Pensacola fl | Atlanta GA | ☐ | ☐ |

FROM PREVIOUS DAY LOG

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 562 | ☐ | ☐ | 327 | ☐ |
| ☐ | 616 | ☐ | ☐ | 327 | ☐ |

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — SINCE 1934

"We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2051 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev -67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406525N**

2 / 5 / 05    323    616-5329
(Month)(Day)(Year)   (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

OVER THE ROAD MANIFEST #'S
1  306430
2  —
3  —
4  —

Hours: 18½ off duty; 5 — driving; ½ on duty (not driving)
TOTAL 24

Remarks: Atlanta GA pick up — Pensacola fl MVI

RECAP 8 DAY 70 HR.
TODAY 5½
YESTERDAY 13 —
3RD DAY 12½
4TH DAY 14 —
5TH DAY 3½
6TH DAY 7 —
6 DAY TOTAL 65 —
HRS. NEXT 2 DAYS 5 —
7TH DAY 0 —
7 DAY TOTAL 65 —
HRS. NEXT DAY 5 —
8TH DAY 0 —
8 DAY TOTAL 65 —

CHECK
TODAY 5½
7 DAY TOTAL 59½
8 DAY TOTAL 65 —
FROM PREVIOUS DAY LOG

LOAD / UNLOAD MANIFEST #S: 340779

PLACARDS REQ.: YES ☐  NO ☒

TYPE OF PLACARD: N/A

Benton 750

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.   TO: Pensacola fl   TURN ☐   LAYOVER ☐
2                                                TURN ☐   LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|--------|---------|-------|--------|---------|-------|
| ☐ | 616 | ☐ | ☐ | 5329 | ☐ |
| ☐ |  | ☐ | ☐ |  | ☐ |
| ☐ |  | ☐ | ☐ |  | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____