# Exhibit 14 to Plaintiff's Response To Defendant's Motion for Summary Judgment

FOSHEE & TURNER COURT REPORTERS

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                      NORTHERN DIVISION
 4                                              COPY
 5   HAZEL M. ROBY, as Administratrix
 6   of the Estate of RONALD TYRONE ROBY,
 7   deceased,
 8             Plaintiff,
 9                                    CIVIL ACTION FILE
10      vs.
11                                    NO. 2:05CV194-T
12   BENTON EXPRESS, INC., et al.,
13             Defendants.
14
15             VIDEOTAPED DEPOSITION OF
16                  BARRY LYNN WEEMS
17
18                September 26, 2005
19                    11:42 a.m.
20
21             1180 West Peachtree Street
22                     Suite 900
23                  Atlanta, Georgia
24
25       Lisa Fischer, CCR-B-1277, RPR, CRR
```

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 30

1  particular, your job at Benton, there's a lot
2  depending on the various trucker's personal
3  decisions on how they think they can best
4  accomplish their job?
5       A.  I don't know.
6            MR. BROCKWELL:  Object to the form.
7         If you know what the standard
8         for the whole industry is, then you
9         can answer.
10      Q.  (By Mr. Boone)  I was more
11 specifically talking about Benton as far as
12 when to call in.  I think you've answered this,
13 but when to call in, there's nothing written,
14 is there?
15      A.  I don't know.
16      Q.  Well, nothing you use is -- have you
17 read anything that's in writing, that's why you
18 do what you do?
19      A.  No.
20      Q.  And what you do is just based on what
21 you think from your judgment is the best thing
22 to do under the circumstances?
23      A.  Yes.
24      Q.  And what I'm asking -- what I'm trying
25 to figure out is if somebody told you, we do

Page 98

1  Q.  Nobody at Benton ever told you that?

2  A.  No.

3  Q.  That you ought to be in regular

4  communication in transit?

5  A.  No.

6  Q.  And that if you wasn't in regular

7  communication in transit, that that would be

8  considered suspicious and highly irregular?

9  A.  No.

10  MR. BROCKWELL:  He's already told us

11  about he's been told --

12  MR. BOONE:  I'm not asking about

13  back then.  Please let him answer

14  the question.  I'll let you follow

15  up, and you can clear up anything.

16  MR. BROCKWELL:  I'm just stating

17  this, that he's already testified

18  about --

19  MR. BOONE:  You can object to

20  the form.  Did my question deserve

21  an objection for form, or are you

22  just trying to testify?

23  MR. BROCKWELL:  No, I'm not

24  trying to testify.  I'm just saying

25  that he has already testified about