# Exhibit 15 to Plaintiff's Response To Defendant's Motion for Summary Judgment

FREEDOM COURT REPORTING

1

```
 1   IN THE UNITED STATES DISTRICT COURT FOR
 2         THE MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5   CASE NUMBER:   2:05CV194-T      COPY
 6
 7   HAZEL M. ROBY, as Administratrix of the
 8   Estate of RONALD TYRONE ROBY, Deceased,
 9        Plaintiff,
10   vs.
11
12   BENTON EXPRESS, INC., et al.,
13        Defendants.
14
15            S T I P U L A T I O N
16        IT IS STIPULATED AND AGREED by
17   and between the parties through their
18   respective counsel, that the deposition
19   of ROLAND BROWN may be taken before
20   Leslie K. Hartsfield, at the offices of
21   Beasley, Allen, Crow, Methvin, Portis &
22   Miles, P.C., 218 Commerce Street,
23   Montgomery, Alabama, 36103,
```

FREEDOM COURT REPORTING

123

1  you would, please.  There should be a
2  sleeve because I usually put photos --
3  those type things in sleeves rather than
4  folders.
5      Q.    (By Mr. Ross)  One did not.
6  It was in here like this (indicated).
7      A.    Okay.  That's fine.  That's
8  fine.
9      Q.    I'll put the poppy paper
10 back in there for you.
11     A.    Okay.  It would be in a
12 sleeve rather than a folder because
13 they'll slide out.
14     Q.    Okay.  The next item is No.
15 42 on your listing appears to be some
16 marking material for Qualcomm; is that
17 right --
18     A.    Yes.
19     Q.    -- off their website?  Does
20 it state anywhere in there or do you
21 know what Qualcomm's market saturation
22 is as to what percentage of trucks out
23 there have Qualcomm?

367 Valley Avenue
Birmingham, Alabama  35209
1-877-373-3660

1    A.    In 2002 according to I
2  believe it's the American Trucking
3  Association, at least 50 percent of
4  trucks had it.  This -- this talks about
5  the fact that it's 20 years.  It's been
6  in existence for 20 years.  It talks
7  about the types of operations and it
8  pretty well covers a lot of territory.
9  But my experience is that the number of
10 people with Qualcomm has increased
11 tremendously especially since 911.
12 There have been and -- and I know a -- I
13 say I know.  I know of a salesman with
14 Qualcomm and he and I talk from time to
15 time.  And I know that their -- that
16 their sales have increased since 2002.
17 But in 2002 it was at least 50 percent
18 and that was a conservative figure.  I
19 couldn't tell you an exact number now,
20 but I know it's considerably more than
21 50 percent.
22    Q.    I'm curious where that 2002
23 50 percent figure comes from.  Can you

FREEDOM COURT REPORTING

125

1   remember, can you point me to some sort,
2   you know, that's my job is to verify
3   these things.  Where would I find that
4   if I sought verification?
5        A.    Well, I think you can -- I
6   believe I may have in my documents
7   something that talks about it.  But I
8   got that figure from the American
9   Trucking Association if it's not in some
10  of the printed material that's apart of
11  my file, that's where I got it from the
12  American Trucking Association in a
13  survey they did.
14       Q.    Since we're on the topic and
15  so we don't lose the thought, if you
16  want to look through your file and see
17  if you can find it, I'm definitely
18  interested in that.
19       A.    If you would give me my list
20  of documents I --
21       Q.    Sure.  We introduced one
22  copy of it as an exhibit so let's --
23  here you go (indicated).  I don't see --

367 Valley Avenue
Birmingham, Alabama   35209
1-877-373-3660

1  it should be close to this --
2          MR. BOONE: Just to help
3  out, I know this one talks about it.
4  You mentioned it to me (indicated).
5          A.   I thought it was this one.
6  This was the one I was looking for.
7  This may not be the one that I'm looking
8  for, but it -- at least it refers to it.
9  This is the fall of 2004 put out by
10 Liberty Mutual Insurance Company which
11 is one of the leading insurers in the
12 trucking industry.  And it says, Best
13 and industry-accepted practices, Liberty
14 Mutual organizes less -- I mean, best
15 and industry-accepted practices program
16 area which allows to insure and address
17 certain programs.  And then on the next
18 page it says, GPS global positioning
19 system, almost half of the companies
20 have GPS -- companies with GPS had a
21 medium crash frequency that was 20
22 percent less than those that did not
23 have GPS.  And that's where I got the 50

```
 1   they have yet or not.
 2         Q.    22, U.S. Express, do you
 3   know if they have it?
 4         A.    Yes, they do have it.
 5         Q.    As we get down this list,
 6   there's a hundred and we can go through
 7   a hundred but I don't think it's good
 8   use of our time to do that.  But as we
 9   get into some of the smaller ones on
10   that list, Benton is not on the list of
11   the top 100 carriers.
12         A.    I understand that.
13         Q.    Arrow Trucking; for
14   instance, I'm familiar with them, do you
15   know if they have it?
16         A.    Where are they based?
17         Q.    Tulsa.
18         A.    Yes, they do have.
19         Q.    Roadlink from
20   Jacksonville?
21         A.    I'm not familiar with
22   them.
23         Q.    Rail, they're from
```

FREEDOM COURT REPORTING

135

1  Marshfield, Wisconsin?

2      A.   I'm not sure.  I think they
3  do but I'm not positive.

4      Q.   Jack Cooper?

5      A.   I'm not familiar with
6  them.

7      Q.   Carry autos mostly from
8  Kansas City.  Do you know?

9      A.   That's what I thought they
10 were but I'm not that familiar with
11 their operation.

12     Q.   And you haven't conducted
13 any sort of survey to determine who has
14 it and who doesn't, have you?

15     A.   I have done some surveys in
16 the past.  I did a good bit of surveys
17 back in the '99, 2000 area because I was
18 considering GPS for the company I was
19 working for.  And I checked quite a
20 few -- quite a few companies; for
21 example, I checked with New England
22 Motor Freight which is a carrier in the
23 Northeast; they had it.  I checked with

1   Estes Express.  Estes had it.  Yes, I
2   have done a survey on carriers who had
3   it back in the '99, 2000 to 2001 period,
4   yes.
5           Q.    Did they have it at Virginia
6   Tank Lines?
7           A.    Yes, sir.
8           Q.    They have it --
9           A.    I had it put in there in
10  2000.  As a matter of fact, it was -- we
11  got it completed not long before 911.
12          Q.    Did they have it at Coral
13  Industries?
14          A.    They did not have it at
15  Coral when I was there.  They are still
16  one, as I said, one of my consulting
17  clients.  I have recommended to them in
18  my last visit there that they do it.
19  And they have -- have asked me to get
20  some figures together which I'm in the
21  process of working on now to get a cost
22  figure for them because I know what it
23  was when I had it done at Virginia Tank

FREEDOM COURT REPORTING

137

1   Lines.  But I've pointed out some of the
2   advantages to Central Alabama Transport
3   and -- which is the trucking division of
4   Coral Industries.  And they are
5   seriously considering it and I have
6   strongly recommended it to them.
7         Q.    But as of right now, Coral
8   does not have it?
9         A.    Well, I don't -- I don't
10  think they've done it yet.  I think they
11  are -- they are waiting to get the
12  figures back from me.  It would be
13  Central Alabama Transport, not Coral.
14  Because Coral is not an over-the-road
15  operation.  Central Alabama Transport
16  is.  Central Alabama Transport is the
17  transportation division of Coral
18  Industries.
19        Q.    As I understand your
20  opinions in this case, you believe
21  Benton Express should have had Qualcomm
22  or something similar, GPS?
23        A.    Well, yes.  I think they

367 Valley Avenue
Birmingham, Alabama   35209
1-877-373-3660

FREEDOM COURT REPORTING

138

1  should have -- should have had some type
2  of a tracking system, GPS.  Simply
3  because they advertise that they have
4  the latest in technology.  On their web
5  page, they present to their customers
6  and potential customers that they have
7  the latest in technology and certainly
8  global positioning systems are the
9  latest in technology.  And plus the fact
10 that if they're not going to have that
11 they certainly need some tracking system
12 and they need to have a plan, not only a
13 plan, they need to have a procedure and
14 they need to enforce a procedure for
15 tracking.
16       Q.    I'm just talking about GPS
17 alone at the moment.  Is it your opinion
18 that it is the industry standard now to
19 have GPS in trucks?
20       A.    I -- I would say yes, that
21 it's getting to be.  It may not be
22 totally the industry standard but it's
23 getting closer to it and there's

1   certainly a lot of indication that it is
2   getting to be the trucking -- the
3   industry standard, yes.
4          Q.     So you would believe that
5   Benton Express is in violation of that
6   industry standard by not having it?
7          A.     That or -- or some other
8   system. Some type of tracking system,
9   yes.
10         Q.     So anyone who doesn't have
11  it such as your other client, Coral
12  Industries, would be in violation of the
13  industry standard by not having GPS in
14  their trucks?
15         A.     Well, I think it depends --
16  depends on the size of the fleet, the
17  operation they carry on, what kind of
18  safety procedures they have in place and
19  are exercising. But yeah, I told Coral
20  I think they're in violation of a safety
21  tool that is -- that is vitally
22  important to the safe operation of
23  their -- of their Central Alabama

FREEDOM COURT REPORTING

140

```
 1   Transport division.
 2        Q.   Do you know what it costs to
 3   have a GPS system in your truck?
 4        A.   When we installed it at
 5   Virginia Tank Lines, it was about -- I
 6   believe we were able to get it for about
 7   15- to $1600 per unit plus there's a
 8   monthly maintenance fee on it.
 9        Q.   Do you know how much that
10   is?
11        A.   It depends on whether you
12   use it for communication and tracking.
13   We used it for the communication or
14   dispatching of our trucks because --
15   there's systems.  There's one called
16   OmniTracs.  There's one called Qualcomm.
17   And if you use both of them, the service
18   charge is, depending on the area you
19   cover, it can range anywhere from 20- to
20   $60 per unit.
21        Q.   For smaller operators, that
22   might be a cost prohibitive, do you
23   agree?
```

1  experience as to what type of operation
2  the company has as to whether or not
3  they use Qualcomm?
4      A.   No, I don't think it matters
5  the type of operation they have.  I
6  think it matters in the -- in today's
7  economy and in today's world of events
8  and with the height of recognition of
9  terrorism and hijackings, this type
10 thing, and Benton certainly has
11 recognized these are -- are threats.
12 I -- I think the type operation you have
13 the -- I don't think it necessarily
14 relates to the type of operation.  I
15 think it relates to your emphasis on
16 trying to -- to know where your trucks
17 are.  Certainly if you're going to
18 advertise and you're going to promote to
19 your customer base that you have the
20 latest in technology, then I think you
21 need to have the latest in technology
22 and I think GPS falls into that
23 category.

FREEDOM COURT REPORTING

144

1    Q.    What benefit does the GPS
2  have to the customers of Benton
3  Express?
4    A.    Well, it would have the
5  opportunity; for example, if they're
6  running from Atlanta to Pensacola, they
7  can't track that shipment from the time
8  it leaves Atlanta until it gets to
9  Pensacola according to the testimony
10 that -- that I've read.  They have an
11 in-house computer system that is a
12 tracking system, but they can't tell a
13 customer if that truck is in route from
14 Atlanta to Pensacola, they can't say
15 that your truck or the trailer with your
16 shipment on it is going to be here at X
17 hour.  All they can do is -- is to work
18 off of experience they've had and a
19 pattern that has been set.  If they
20 had -- if they had Qualcomm or some GPS
21 system, they can say that truck is 18
22 miles south of Montgomery and his
23 anticipated arrival time here is X

367 Valley Avenue
Birmingham, Alabama   35209
1-877-373-3660

FREEDOM COURT REPORTING

238

1   corporate -- the corporation of Benton
2   Express.
3            And I think this accident
4   actually happened in top management.
5   That's what -- that's what caused this
6   accident was the lack of an emphasis on
7   compliance and safety and following
8   their company policies and procedures.
9   They've got a policy and procedure for
10  checking in every hour.  Now, I don't
11  know why they didn't enforce it.  It's
12  not for me to say.  That's for you
13  people to pass judgment on that.
14           The other issue I have is
15  that they have consistently as long as
16  Mr. Stephens has been running this run,
17  they have let him without -- based on
18  what I've seen and all the evidence
19  that's been provided to me by Mr. Boone
20  from the discovery that you people have
21  provided to us, there is nothing
22  anywhere that indicates that Benton
23  Express questioned whether or not

FREEDOM COURT REPORTING

241

```
 1   drivers.
 2              And then the other thing
 3   that goes back to the GPS and whether
 4   they had GPS or not, nobody that I have
 5   read or anything I have seen or read
 6   says GPS is a bad thing.  You shouldn't
 7   have it.  It's dangerous on trucks.
 8   Like CBs, there's -- there used to be
 9   CBs on every truck.  There's now a
10   regulation that says you can't have a CB
11   on a commercial motor vehicle.  Nobody
12   said that having GPS on a truck is a bad
13   thing.  Everything that I've read talks
14   about how good it is and how it can save
15   you money.  It can be efficient.
16              You mentioned cost.  And I
17   know you're running up in your mind and
18   you're going to try to come back with
19   the fact that Benton has 300 and
20   something tractors and if they have to
21   spend 12-, 1500, $1800 on a truck that
22   that's expensive.  I'm sure Benton
23   Express does a lot of things that are
```

FREEDOM COURT REPORTING

242

1  expensive. And -- and they --
2  obviously there's a great expense in
3  being in the trucking business. You
4  say, well, you got this monthly charge
5  that can run anywhere from 20- to $60.
6  Yes, you do have, but it depends on how
7  much of that -- they don't really need
8  the dispatching -- the dispatching
9  segment or the dispatching element
10 necessarily of that -- of that GPS
11 system because they're pretty well
12 dispatching terminal to terminal so they
13 don't really need that. So they
14 wouldn't have as much expense as other
15 cases. But there's one thing for sure,
16 if they had had GPS equipment on this
17 truck, they could have and would have
18 found this truck immediately. They
19 would -- they would have either had a
20 monitoring station in Pensacola or
21 Atlanta or Jacksonville or wherever they
22 chose to put the centralized monitoring
23 system for the GPS tracking.

367 Valley Avenue
Birmingham, Alabama   35209
1-877-373-3660

FREEDOM COURT REPORTING

243

```
 1        And then the other thing
 2  that Mr. Bill Jones and I agree with is
 3  the fact that he testified and in his
 4  report to the Atlanta police department
 5  he said this is approximately an
 6  six-hour run.  In his deposition, he
 7  testified that this is a five to six and
 8  a half hour run.  So he and I agree that
 9  Mr. Stephens could not make this round
10  trip and stay within the 11 hours of
11  driving.  And had they found this truck,
12  had they taken him out of service in
13  Atlanta when they should have and -- and
14  had they had GPS to where they could
15  locate it, they would have located it
16  before it got into Montgomery, Alabama
17  and ultimately cause this accident.
18        Q.   Any other opinions that you
19  have that we haven't talked about now?
20        A.   I believe that covers them.
21        Q.   I think so too.  One last --
22  well, actually there may be more than
23  one last question but just a random
```