# Exhibit 19 to Plaintiff's Response To Defendant's Motion for Summary Judgment

Date _2_
Driver _3_
Tractor _4_
Trailer _5_
Route No. _6_
Lunch Fr. _7_ To ____

**BENTON**
"We Do It Right The First Time"

#1 OFFICE COPY

## DRIVER DAILY TRIP LOG

Terminal _1_

|   | Mileage | Hours |
|---|---------|-------|
| End |   |   |
| Begin |   |   |
| TOTAL |   |   |

_7_

FUEL ____
OIL ____
LOCATION ____
SIGNATURE ____

FUEL ____
OIL ____
LOCATION ____
SIGNATURE ____

Time Leave Terminal _9_
Time Arrive Terminal _10_

Fill in Miles Driven in Each State

_1_ | GA | FL | SC | Ala | Other |

OPERATING POLICIES
CALL YOUR SUPERVISOR:
A. 1. ON DELAYS OR EXPECTED DELAYS OVER 15 MINUTES
2. PROGRESS REPORT EVERY 60 MINUTES
3. IMMEDIATELY! - ON ALL ACCIDENTS
4. ON ALL EXCEPTIONS
B. 1. WRITE UP ALL MECHANICAL DEFECTS ON FORMS PROVIDED
2. TALLY ALL SHIPMENTS OF 25 PIECES OR MORE
3. COMPLETE THIS TIME LOG AS DAY PROGRESSES
4. VISUALLY CHECK ADEQUATE FUEL AND OIL FOR TRIP
5. CODE REASON FOR NON-DELIVERY IN COLUMN BELOW

A. ORDER CANCELLED   E. STRIKE              I. NOT RECEIVING   M. NO FRT.
B. WRONG ADDRESS     F. DAMAGED REFUSED     J. NO COD MONEY
C. MOVED             G. LINE TOO LONG       K. CUT OFF
D. TOO LATE          H. NO ONE HOME         L. OTHER

| Stop No. | Time Arrive | Time Depart | Pro Number | Consignee | HM | Pcs. | Weight | FGT/COLL COD. FEE | Code No. |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   | A | B |   | C | D | E | F | G |
| H | I |   | J |   |   |   |   |   |   |   |

Benton 143