# Exhibit 20 to Plaintiff's Response To Defendant's Motion for Summary Judgment

AST-27
REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No: **3398**

Shaded Areas To Be Used By Data Processing Only  Event # 2005-00070121  Sheet 1 of 5 Sheet(s)   Microfilm No _____   Local Case No: **3398**

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|
| 04 / 11 / 2005 | 06:05 PM | M T W TH F S S | 03 | Montgomery | I-Interstate S-State M-Municipal F-Federal C-County P-Private Prop. O-Other | 01 |

On Street Road or Highway: **Interstate 85 S**
At Intersection of or Between (Node 1): **Interstate 65 S**
And (Node 2): **Interstate 85 N Ent Ramp**

Street or Road + Code: **I 085** / **2614**   Node Code: **2614**   N/A   Feet/Miles From 1 or 2 (Circle One)

Intersection Related: 1 Node 1  2 Node 2  (N) Not Int Related
Mile Post: 000.10
Control Access: 1 Main Rd  ③ Interchange  5 Exit Ramp  Hwy Loc: 2 Frontage Rd  4 Entrance Ramp  6 N/A
Prime Contr Circms: **27**   Prime Contr Unit No: **1**

First Harmful Event: **52**   Event Location: **1**   Distance to Fixed Object: N/A FT
No. of Vehicles: 2  No. Pedestrians: 0  No. Injured: 0  No. Fatalities: 0
Unit 1 Type: __  Unit 2 Type: __

### NON COLLISION EVENT
01 - Overturned  02 - Fire/Explosion  03 - Immersion  04 - Gas Inhalation  05 - Spill  06 - Road/Bridge Collapsed  07 - Jackknifed  08 - Pers/Cargo Fell From Moving Vehicle  09 - Trailer Hitch Came Loo  12 - Other

### COLLISION EVENT
15 - Pedestrian(s)  20 - Non-parked Vehicle  30 - Parked Vehicle  35 - Train  40 - Pedal Cyclist  45 - Animal  51 - Guardrail  52 - Crash Cushion  53 - Utility Pole  54 - Non-breakaway Light  55 - Tree  56 - Fire Hydrant  57 - Pier or Column  58 - Non-breakaway Sign  61 - Mailbox(es)  62 - Gas Line  63 - Barricade  64 - Bridge Rail  65 - Culvert Headwall  66 - Fence  67 - Retaining Wall  68 - Median Barrier  69 - Backstop  71 - Building  72 - Fence  73 - Boulder  74 - Ditch  75 - Overpass/Underpass  76 - Other Fixed Object  77 - Breakaway Sign  78 - Manhole  79 - Telephone Booth  80 - Guy Wire  81 - Breakaway Light  82 - Overhead Object  84 - Bridge Abutment  87 - Animal with Rider  89 - Foreign Material in R  93 - Pothole  97 - None  98 - Other

## UNIT 1

Driver Full Name: **Craig Anthony Stephens**
Street Address: **1959 Stacey Road**   City and State: **Cantonment, FL**   Zip: **32533**   Telephone No: **(850) 937-8911**

DOB: 11 / 02 / 1964   Race: **B**   Sex: **M**   DL State: **FL**   Driver License No: **S 315 101 64 402 0**
DL Class: **A**   DL Status: **C**   List Restrictions: Not Complied With   CDL Status: **C**   List Endorsements: Not Complied With   Residence Less Than 25 Miles: Yes / (No)

Place of Employment: **Benton Express Inc.**   Liability Insurance Co: **CNA Insurance**   Social Security No: NA

Driver Condition: ① No Defect  2 Apparently Asleep  3 Fatigued  4 Ill  8 Other  9 Unknown
Sobriety Officer's Opinion: Alcohol: Yes  No  (Unk)   Drugs: Yes  No  (Unk)
Type Test Given: ① No Test  2 Breath Test  3 Urine Test  ④ Unable to Administer  5 Refused Test
Test Result: __

Maneuver: **01**   Travel Road Name: **Interstate 85**   Road Code: **I 085**   Travel Direction: N  (S)  E  W  A - Not on Rd  U - Unk
Other Contr Circumstance: **99**   Prime Harm Event: **20**   Event Loc: **1**

Veh Year: **1998**   Make: **Volv**   Model: **Tra**   Body: N/A   V.I.N: **4VGJDAPF8WN861468**   License Tag Number: **A7701Q**   State: **FL**   Year: **2005**

Owner's Name: **Benton Express Inc.**   Street or R.F.D: **2061 SCL Drive**   City: **Jacksonville**   State: **FL**   Zip: **32209**

Type: 1-Auto  2-Sta. Wagon  3-Pick Up  4-Van  ⑤-Truck Tractor  6-Other Truck  7-Comm Bus  8-School Bus  9-Other Bus  10-Motorcycle  11-Moped  12-M. Scooter  13-Pedal Cycle  14-Farm Mach  15-Train  16-Road Equip.  17-Ridden Animal  18-M. Home (R.V.)  19-ATV  98-Other

Usage: 1-Personal  2-Driver Trng.  3-Construction  4-Ambulance/Paramedical  5-Military  6-Taxi  ⑦-Transport Prop  8-Agriculture  9-Wrecker/Tow  10-Police  11-Other Business  12-Bus/Pass. Transport.  13-Fire Fighting  98-Other

Hazardous Cargo: ①-None  2-Explosive  3-Gas  4-Flam/Combust Liq.  5-Flammable Solids  6-Oxidizer/Peroxide  7-Poison  8-Radioactive Material  9-Corrosive Material  98-Other   Placard: Yes  No  (NA)

Attachment: 1-None  2-Mobile Home  ③-Semi Trailer  4-Utility Trailer  5-Wheel Trailer  6-Boat Trailer  7-Camper Trailer  8-Towed Vehicle  9-Tanker  10-Pole Trailer  11-Double Trailer  98-Other
Oversized Load (Req Permit): Yes  No  (NA)   If Yes, Did Owner Have Permit?: Yes  No  (NA)

Contributing Defect: ⑰-None  1-Brakes  2-Steering  3-Power Plant  4-Suspension  5-Tires  6-Exhaust  7-Lights  8-Turn Signal  9-Windows/Windshield  10-Restraint Sys.  11-Wheels  12-Truck Coupling  13-Cargo  14-Fuel System  98-Other  99-Unknown

Circle areas Damaged On Diagram: 10 Under Carriage  TOTAL

Speed Limit: **50 MPH**   Est. Speed: **999 MPH**   Citation Offense Charged: **None**
Damage Severity: 1-Non Visible  2-Not Disabled  ③-Disabled
Vehicle Towed Away?: (Yes) No   Occupants in Unit: **1**
Enter Point of Initial Impact: **2**

Vehicle Towed By Whom: **B&R Wrecker Service**   To Where: **B&R Impound Lot**

## UNIT 2

Driver Full Name: **Ronald Tyrone Roby**
Street Address: **4441 Sunnybrook Drive, Montgomery, AL.**   Zip: **36108**   Telephone No: **(334) 281-9626**

DOB: 10 / 29 / 1960   Race: **B**   Sex: **M**   DL State: **AL**   Driver License No: **4022665**
DL Class: **D**   DL Status: **C**   List Restrictions: Not Complied With   CDL Status: **N**   List Endorsements: Not Complied With   Residence Less Than 25 Miles: (Yes) No

Place of Employment: **Disabled**   Liability Insurance Co: **Travelers Ins.**   Social Security No: NA

Driver Condition: ① No Defect  2 Apparently Asleep  3 Fatigued  4 Ill  8 Other  9 Unknown
Sobriety Officer's Opinion: Alcohol: Yes  (No)  Unk   Drugs: Yes  (No)  Unk
Type Test Given: ① No Test  2 Breath Test  3 Urine Test  4 Unable to Administer  5 Refused Test
Test Result: N/A

Maneuver: **01**   Travel Road Name: **Interstate 85**   Road Code: **I 085**   Travel Direction: N  E  (S)  W  A - Not on Rd  U - Unk
Other Contr Circumstance: **97**   Prime Harm Event: **20**   Event Loc: **1**

Veh Year: **2000**   Make: **Chev**   Model: **Mal**   Body: **4D**   V.I.N: **1G1ND52J1Y6236350**   License Tag Number: **VO7038**   State: **AL**   Year: **2005**

Owner's Name: **Richard Johnson**   Street or R.F.D: **Same As Driver**   City: N/A   State: **NA**   Zip: **N/A**

Type: ①-Auto  2-Sta. Wagon  3-Pick Up  4-Van  5-Truck Tractor  6-Other Truck  7-Comm Bus  8-School Bus  9-Other Bus  10-Motorcycle  11-Moped  12-M. Scooter  13-Pedal Cycle  14-Farm Mach  15-Train  16-Road Equip  17-Ridden Animal  18-M. Home (R.V)  19-ATV  98-Other

Usage: ①-Personal  2-Driver Trng  3-Construction  4-Ambulance/Paramedical  5-Military  6-Taxi  7-Transport Prop  8-Agriculture  9-Wrecker/Tow  10-Police  11-Other Business  12-Bus/Pass. Transport.  13-Fire Fighting  98-Other

Hazardous Cargo: ①-None  2-Explosive  3-Gas  4-Flam/Combust Liq.  5-Flammable Solids  6-Oxidizer/Peroxide  7-Poison  8-Radioactive Material  9-Corrosive Material  98-Other   Placard: Yes  No  (NA)

Attachment: ①-None  2-Mobile Home  3-Semi Trailer  4-Utility Trailer  5-Wheel Trailer  6-Boat Trailer  7-Camper Trailer  8-Towed Vehicle  9-Tanker  10-Pole Trailer  11-Double Trailer  98-Other
Oversized Load (Req Permit): Yes  No  (NA)   If Yes, Did Owner Have Permit?: Yes  No  (NA)

Contributing Defect: ⑰-None  1-Brakes  2-Steering  3-Power Plant  4-Suspension  5-Tires  6-Exhaust  7-Lights  8-Turn Signal  9-Windows/Windshield  10-Restraint Sys.  11-Wheels  12-Truck Coupling  13-Cargo  14-Fuel System  98-Other  99-Unknown

Circle areas Damaged On Diagram: 10 Under Carriage  TOTAL

Speed Limit: **50 MPH**   Est. Speed: **999 MPH**   Citation Offense Charged: **None**
Damage Severity: 1-Non Visible  2-Not Disabled  ③-Disabled
Vehicle Towed Away?: (Yes) No   Occupants in Unit: **1**
Enter Point of Initial Impact: **8**

Vehicle Towed By Whom: **B&R Wrecker Service**   To Where: **B&R Impound Lot**

## CODES

Contributing Circumstances:
01 - Improper Passing
02 - Improper Lane Change/Usage
03 - Improper Turn/U-Turn
04 - Following Too Close
05 - Misjudge Stopping Dist
06 - Over Speed Limit
07 - Avoid Object/Person/Veh
08 - Unseen Object/Person/Veh
09 - Improper Backing
10 - Imp Traffic Control
11 - Improper/No Signal
12 - Failure to Heed Sign/Signal
13 - Improper Driving Envirn
14 - Road Defect
15 - Vision Obstruction
16 - Defective Equipment
17 - DUI
18 - Under Min Speed
19 - Load Shift
20 - Improper Attachment
21 - Fail to Yield Right-of-Way
22 - Driver Condition
23 - Wrong Side of Road
24 - Veh Pushed /Towed by Veh

Driver Maneuver:
25 - Veh Pushed by Persons
26 - Veh Left Road
27 - Veh Not In Control
28 - DUI
29 - Parts/Cargo From Veh
30 - Parts/Cargo From Veh
31 - Veh Wgt/Hgt/Lngth
32 - Ped Under Influence
33 - Merge—Left
34 - Illegal/Improper Parking
35 - None
36 - Veh Pushed /Towed by Veh
01 - Go Straight Ahead
02 - Pass on Left
03 - Pass on One Way Street
04 - Pass on Right
05 - Go Straight—Left Turn Lane
06 - Go Straight—Right Turn Lane
07 - Change Lanes
08 - Change Lanes—Right
09 - Merge—Left
10 - Merge—Right
11 - Wrong Side of Road
12 - Wrong Way—1 Way
13 - Right Turn
14 - Left Turn
15 - U-Turn
16 - Start From Park
17 - Back in Traffic
18 - Parked—Legally
19 - Stopped In Traffic
20 - Exiting Private Road/Property
21 - Parked—Illegally
22 - Backing
23 - Pushed by Vehicle
24 - Pushed By Pedestrian

Pedestrian Action:
63 - PedCyc Ride Against Traffic on Rd
54 - PedCyc Ride Across Road
69 - PedCyc Ride in Bike Path
70 - Enter Parked Position
98 - Other
65 - PedCyc Ride with Traffic on Road
66 - PedCyc Ride Against Traffic in Rd
01 - Cross/Enter—Intersection
02 - Cross/Enter—Other
03 - Walk in Road—With Traffic
04 - Walk in Road—Against Traffic
05 - Stand in Roadway
06 - Push/Work on Vehicle
07 - Parked—Legally
08 - In Road—Other Work
09 - In Road—Playing
10 - Not In Road
98 - Other

Event Location:
1 - On Roadway
2 - Off Roadway
3 - Median
4 - Driveway
5 - Private Road/Property
6 - In Intersection

## SEATING

Unit 1: 1, 2, 3, 10; 4, 5, 6, 11; 7, 8, 9 — 22 shown in position 2
Other Involved Unit (Circle One): 12-C, 13-Rider of Domestic Animal, 14-Occ. of Non-Motorized Vehicle, 15-Victim of Other Circumstance/Codes Not Applicable

Unit 2: 1, 2, 3, 10; 4, 5, 6, 11; 7, 8, 9 — 42 shown in position 2
Other Involved Unit (Circle One): same codes as above

### CODES - SAFETY EQUIPMENT
- 01 - None Installed
- 05 - Not Applicable
- 09 - Unknown (Any Type)
- **Lap Belt Only**: 10 - Fastened, 12 - Not Fastened
- **Lap/Shoulder Harness**: 21 - Lap Only Used, 22 - Neither Used, 23 - Shoulder Only Used, 24 - Both Used
- **Motorcycle Helmet**: 31 - None Used, 32 - Used
- **Air Bags**: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used
- **Child Restraint**: 81 - Child Restraint Used, 82 - Other Restraint Used, 83 - None Used
- **Pedal Cycle/Pedestrian**: 91 - Contrasting Clothing, 92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Craig Anthony Stephens | 1959 Stacey Road, Cantonment FL. 32533 | 1 | 1 | K | 41 | M | F | M |
| Taken To: City Morgue | Taken By: Montgomery Police Department Crime Scene Investigator | | | | | | | |
| Ronald Tyrone Roby | 4441 Sunnybrook Drive, Montgomery, AL. 36108 | 2 | 1 | K | 44 | M | T | M |
| Taken To: City Morgue | Taken By: Montgomery Police Department Crime Scene Investigator | | | | | | | |

### CODES
- **Injury Type**: K-Killed, B-Bruise/Abrasion/Swelling, A-Visible or Carried from Scene, C-Not Visible—Has Pain/Faint
- **Ejected**: N-Not, F-Fully, P-Partially, T-Trapped, U-Unknown, A-Not Applicable
- **First Aid By**: A-Ambulance Attended, D-Doctor, M-Paramedic, O-Other, P-Police, U-Unknown, N-None

## NARRATIVE AND DIAGRAM

SEE SHEETS 2-4 of 6

**Officer's Opinion of What Happened:** Vehicle Number One (1) was traveling south on Interstate 85. A witness stated Vehicle Number One (1) had been driving erratically. Vehicle Number One (1) approached Interstate 85 south and the Day Street Exit and crashed into the guardrail cushion. Vehicle Number One (1) then traveled up onto the concrete guardrail, where it left the overpass and landed onto Interstate 65 South colliding with Vehicle Number Two (2) which was traveling south-bound in the right hand lane. Both vehicles came to an uncontrolled rest.

## ROADWAY ENVIRONMENT

Unit 1: Contributing Road Defects - (4) 4-None; Surface Construction - (2) 2-Concrete; Condition - (1) 1-Dry; Accident in or Related to Road Construction Zone? - No; Material in Roadway - (1) 1-None; Material Source - (1) 1-Not Applicable; Character - (1) 1-Straight—Level

Unit 2: same selections - None; Concrete; Dry; No; None; Not Applicable; Straight—Level

**Vision Obscured By**: (97) 97-Not Obscured
**Traffic Control**: (97) 97-None
**Opposing Lanes Separated By**: (5) 5-Concrete Barrier, (6) 6-Metal Guard Rail
**Trafficway Lanes**: (6) 6-Six Lanes or More
**Traffic Control Functioning**: N/A
**DOT Railroad Crossing No**: N/A
**One-Way Street**: No

## INVESTIGATION

**Light**: (2) Dawn
**Weather**: (1) Clear
**Locale**: (1) Open Country
**Non-Vehicular Property Damage**: (4) Severe
**Property Damage Description**: Concrete Guardrailing Crash Cushion
**Owner**: State Of Alabama (DOT), 608 Chisholm St, Montgomery, AL. 3611

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 06:10 PM | 06:17 PM | 06:15 PM | Sgt. J. M. Bowman #431 |

| Witness Full Name | Address | Telephone |
|---|---|---|
| Johnny Pollard | 6356 Village Court, San Antonio, Texas | (210) 684-0652 |
| Michael Boozer | 1155 Noremac Road, Montgomery, Alabama | (334) 318-0215 |

| Name of Investigating Officer | Officer ID | Agency ORI |
|---|---|---|
| Corporal K.E. Green | 328 | 0030100 |
| Corporal R.A. Bradley | 081 | 0030100 |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of investigating officer: [signed] 328

Date: 04-11-2005

SEE SHEET 2-4 OF 6

| Diagram Not To Scale = (20 feet) | Location | | | 06 | 05 | A P |
| Diagram Scale 1 inch = (10 feet) | MONTGOMERY | | | | | M |
| Signature of Reporting Officer(s) | Officer ID | Reporting Police Agency DRI | | DATE | | |
| Coike D | 328 | 0030100 | | 04 | 11 | 2005 |

## Definitions-

### Truck

A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
- Have at least 6 tires on the ground, or
- Carry a Hazardous Material Placard.

### Bus

A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

### Trailer

A non-power vehicle towed by a motor vehicle.

### Reportable Accident

A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:
- One or more fatalities, or
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, or
- One or more of the vehicles being removed from the scene as a result of disabling damage, or
- One or more vehicles requiring intervening assistance before proceeding under its own power.

## Typical Vehicle Silhouettes

1. Bus 
2. Single unit truck - 2 axles / 6 tires 
3. Single unit truck - 3 axles 
4. Truck with trailer 
5. Truck tractor (bobtail) 
6. Tractor with semi-trailer 
7. Tractor with double trailers 
8. Tractor with triple trailers 

## Typical Hazardous Material Placards



# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 3398

SUPPLEMENTAL SHEET

Event # 70121

SHEET 5 OF 6 SHEET

AST No. 34 Rev. 4/88

**ADDITIONAL ACCIDENT VICTIMS**

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | A |
|---|------|---------|----------|----------|----------|-----------|-------------|-----|-----|----------|---|
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |

**ADDITIONAL NARRATIVE SPACE**

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

ADDITIONAL WITNESSES:

| | | | |
|---|---|---|---|
| 3. | Jermale Ayers, | 7140 Eastern Shores Road, Montgomery, AL | (334)270-8990 |
| 4. | Michael Griggs | 365 Law Road, Titus, AL | (334)613-7788 |
| 5. | Stephen W. Hornsby | 2395 Central Plank Road, Wetumpka, AL | (334)514-1869 |
| 6. | Willie Rob Simmons | 73 Cotton Blossom Road, Greenville, AL | (334)382-7167 |
| 7. | Lisa Warr | 2935 Highland Avenue, Montgomery, AL | (334)262-3508 |

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

AST-34T 1/94

Unit No. 1 (same as on main report)

Sheet 6 of 6 Sheets

## General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

## Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard **1**
Buses designed to carry 16 or more (including driver) **0**

**Number of Persons:**
Sustaining fatal injuries **2**
Transported for **immediate** medical treatment **0**

Number of vehicles towed from scene due to damage or provided assistance **2**

## Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus **13500**
B. Trailer or trailers (total) **15000**
Total GVWR for unit (A+B) **28500**

Total number of axles **5**

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes **X** No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box **N/A**
B. The 1-digit number from bottom of diamond **N/A**
Was hazardous material released from THIS vehicle's cargo? ___ Yes **X** No

**Vehicle Configuration** (circle one number)
1 Bus   2 Single unit truck (2 axles/ 6 or more tires)   **(3)** Single unit truck (3 or more axles)
4 Truck with trailer   5 Truck tractor only (bobtail)   **(6)** Tractor with semi-trailer   7 Tractor with double trailers
8 Tractor with triple trailers   9 Unknown class heavy truck   10 Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1 Bus   **(2)** Van/enclosed box   3 Cargo tank   4 Flatbed   5 Dump
6 Concrete mixer   7 Auto transporter   8 Garbage/ refuse   9 Other _____

## Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name **Benton Express Inc.**
Source (circle one number)   **(1)** Vehicle side   2 Shipping papers   3 Driver   4 Other
Carrier mailing address (Street or P.O. Box) **2061 SCL Drive**
City, State, Zip **Jacksonville, Florida, 32209**

Carrier Identification Numbers  ( ___ None = 0)
US DOT **92694**   ICC IVIC **110410**   STATE NO. _____   STATE _____

## Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 **15**   Event #2 **6**   Event #3 **10**   Event #4 **16**

**EVENT CODES**

Non-Collision:
1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Other non-collision

Collision With:
9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train
13. Pedalcycle   14. Animal   15. Fixed object   16. Other object

Signature of Reporting Officer: *Cpl K&B*
Officer ID: 328
Reporting Police Agency ORI: 0030100
Date: 04-11-2005
Time: 0605 PM