# EXHIBIT 1



# *Harvesters Federal Credit Union*

### *Dedicated To Serving Our Members*

850-968-2233
800-859-2077

**Post Office Box 5
Cantonment, FL 32533**

HARVESTERS FEDERAL CREDIT UNION
P.O. BOX 5
CANTONMENT, FL 32533-0005

217080

04/01/05   04/30/05

1

>3253300004<
CRAIG A STEPHENS
1959 STACEY RD
CANTONMENT FL 32533-0000

**IMPORTANT NOTICE**
Effective June 1, 2005, the Thrifty
Member Account (TMA) Dividend Rate
will now be subject to change monthly
rather than weekly and will be
determined by the HFCU Board of
Directors rather than indexed off of the
Merrill Lynch 30-day Ready Asset Account

| Date | Date2 | Description | Amount | Balance |
|---|---|---|---|---|
| 04/01 | ID 01 | REGULAR SHARE Previous Balance | | 50.09 |
| 04/01 | | Deposit Dividend 0.750% | 0.09 | 50.18 |
| | | Annual Percentage Yield Earned 0.73% from 01/01/05 through 03/31/05 | | |
| | | Based on Average Daily Balance of 50.09 | | |
| 04/11 | | Withdrawal Transfer To Share 07 | 0.18- | 50.00 |
| 04/30 | | New Balance | | 50.00 |
| | | Y-T-D Dividends Paid Year to Date | 0.18 | |
| | | Y-T-D Dividends Paid In 2004 | 0.47 | |
| 04/01 | ID 07 | SHARE DRAFT Previous Balance | | 400.93 |
| 04/01 | | Deposit Dividend 0.250% | 0.11 | 401.04 |
| | | Annual Percentage Yield Earned 0.26% from 01/01/05 through 03/31/05 | | |
| | | Based on Average Daily Balance of 174.89 | | |
| 04/01 | | Deposit ACH Benton Express | 641.97 | 1043.01 |
| | | TYPE: PAYROLL   ID: 1580542111 | | |
| 04/01 | | Withdrawal Transfer | 30.00- | 1013.01 |
| | | To STEPHENS,SARINA XXXXXXXXXX Share 08 | | |
| 04/01 | | Withdrawal Transfer To Share 40 | 5.00- | 1008.01 |
| 04/01 | | Withdrawal Transfer | 20.00- | 988.01 |
| | | To STEPHENS,SARINA XXXXXXXXXX Share 01 | | |
| 04/01 | | Withdrawal Transfer | 400.00- | 588.01 |
| | | To STEPHENS,STEPHAN XXXXXXXXXX Share 07 | | |
| 04/01 | | Withdrawal Transfer | 588.00- | 0.01 |
| | | To STEPHENS,STEPHAN XXXXXXXXXX Share 07 | | |
| 04/01 | | Deposit | 670.00 | 670.01 |
| | | TAX REFUND | | |
| 04/08 | | Deposit ACH Benton Express | 638.87 | 1308.88 |
| | | TYPE: PAYROLL   ID: 1580542111 | | |
| 04/08 | | Withdrawal Transfer | 30.00- | 1278.88 |
| | | To STEPHENS,SARINA XXXXXXXXXX Share 08 | | |
| 04/08 | | Withdrawal Transfer To Share 40 | 5.00- | 1273.88 |
| 04/08 | | Withdrawal Transfer | 20.00- | 1253.88 |
| | | To STEPHENS,SARINA XXXXXXXXXX Share 01 | | |
| 04/08 | | Withdrawal Transfer | 400.00- | 853.88 |
| | | To STEPHENS,STEPHAN XXXXXXXXXX Share 07 | | |
| 04/08 | | Withdrawal at ATM #006751 | 100.00- | 753.88 |
| | | ATM HAVCCTF1,600 HWY 29 N PENSACOLA FL | | |
| 04/11 | 04/09 | Withdrawal at ATM #003020 | 102.00- | 651.88 |
| | | ATM HAVCCIR1,CHAPEL SQUARE DECATUR GA | | |
| 04/11 | 04/09 | Withdrawal at ATM #198255 | 61.75- | 590.13 |
| | | ATM HAVCCTF1,2501 COLUMBIA DRIV US DECATUR | | |
| | | GA | | |
| 04/11 | 04/09 | Withdrawal at ATM #198851 | 21.75- | 568.38 |
| | | ATM HAVCCTF1,2501 COLUMBIA DRIV US DECATUR | | |
| | | GA | | |
| 04/11 | 04/09 | Withdrawal at ATM #311483 | 81.75- | 486.63 |
| | | ATM HAVCCTF1,2501 COLUMBIA DRIV US DECATUR | | |
| | | GA | | |
| 04/11 | 04/09 | Withdrawal at ATM #313397 | 41.75- | 444.88 |
| | | ATM HAVCCTF1,2501 COLUMBIA DRIV US DECATUR | | |
| | | GA | | |
| 04/11 | 04/10 | Withdrawal at ATM #018349 | 61.95- | 382.93 |
| | | ATM HAVCCTF1,3230 PANTHERSVILLE DECATUR GA | | |
| 04/11 | 04/10 | Withdrawal at ATM #296521 | 101.75- | 281.18 |

--- Continued on following page ---

5,300



# Harvesters Federal Credit Union

## Dedicated To Serving Our Members

850-968-2233
800-859-2077

Post Office Box 5
Cantonment, FL 32533

```
HARVESTERS FEDERAL CREDIT UNION
P.O. BOX 5
CANTONMENT, FL 32533-0005                                    217080

                                                      04/01/05   04/30/05
                                                           2

     >3253300004<
      CRAIG A STEPHENS                    **IMPORTANT NOTICE**
      1959 STACEY RD                      Effective June 1, 2005, the Thrifty
      CANTONMENT FL 32533-0000            Member Account (TMA) Dividend Rate
                                          will now be subject to change monthly
                                          rather than weekly and will be
                                          determined by the HFCU Board of
                                          Directors rather than indexed off of the
                                          Merrill Lynch 30-day Ready Asset Account
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 | 04/10 | Withdrawal at ATM #296522 | 41.75- | 239.43 |
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 | 04/10 | Withdrawal at ATM #296523 | 41.75- | 197.68 |
|  |  | ATM HAVCCTF1,2501 COLUMBIA DRIV US DECATUR GA |  |  |
| 04/11 | 04/10 | Withdrawal at ATM #166070 | 41.75- | 155.93 |
|  |  | ATM HAVCCTF1,2645 WESLEY CHAPEL DECATUR GA |  |  |
| 04/11 | 04/10 | Withdrawal at ATM #022332 | 21.95- | 133.98 |
|  |  | ATM HAVCCTF1,2645 WESLEY CHAPEL DECATUR GA |  |  |
| 04/11 |  | Withdrawal at ATM #022345 | 41.95- | 92.03 |
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 |  | Withdrawal at ATM #296555 | 81.75- | 10.28 |
| 04/11 |  | Deposit Transfer From Share 01 | 0.18 | 10.46 |
| 04/11 |  | Withdrawal at ATM #296556 | 21.75- | 11.29- |
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 |  | Withdrawal Courtesy Pay fee | 27.00- | 38.29- |
| 04/11 |  | Withdrawal at ATM #296557 | 41.75- | 80.04- |
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 |  | Withdrawal Courtesy Pay fee | 27.00- | 107.04- |
| 04/11 |  | Withdrawal at ATM #296560 | 41.75- | 148.79- |
|  |  | ATM HAVCCTF1,Columbia Chevron US Decatur GA |  |  |
| 04/11 |  | Withdrawal Courtesy Pay fee | 27.00- | 175.79- |
| 04/11 |  | Withdrawal at ATM #256758 | 41.75- | 217.54- |
|  |  | ATM HAVCCTF1,Faith Business, IncUS Decatur GA |  |  |
| 04/11 |  | Withdrawal Courtesy Pay fee | 27.00- | 244.54- |
| 04/29 |  | Deposit by Check | 919.20 | 674.66 |
| 04/30 |  | New Balance |  | 674.66 |
|  |  | Y-T-D Dividends Paid Year to Date | 0.13 |  |
|  |  | Y-T-D Dividends Paid In 2004 | 0.14 |  |

```
===========================================================================
04/10 ID 40 IRA - 12 MONTH CERT Previous Balance                  486.79
04/01        Deposit Dividend 2.400%                        0.76    487.55
             Annual Percentage Yield Earned  2.43% from 03/08/05 through 03/31/05
             Based on Average Daily Balance of 480.54
04/01        Deposit Transfer From Share 07 Normal Contribution  5.00   492.55
04/08        Deposit Transfer From Share 07 Normal Contribution  5.00   497.55
04/30        New Balance                                                497.55
             IRA - 12 MONTH CERT will mature on 03/08/06
             Nontaxable Dividends Year to Date              2.39
             Nontaxable Dividends In 2004                   4.33
             A 2.400% Dividend of $0.98 will be posted on 05/01/05
===========================================================================
             *** ANNUAL PERCENTAGE RATE 4.500% ***     Periodic Rate (Daily) .012328%
04/01 ID 01 1998 CHEVROLET (Open End) Previous Balance                12115.65
5,301        --- Continued on following page ---
```



# Harvesters Federal Credit Union
## Dedicated To Serving Our Members

850-968-2233
800-859-2077

Post Office Box 5
Cantonment, FL 32533

HARVESTERS FEDERAL CREDIT UNION
P.O. BOX 5
CANTONMENT, FL 32533-0005

217080

04/01/05    04/30/05

3

>3253300004<
CRAIG A STEPHENS
1959 STACEY RD
CANTONMENT FL 32533-0000

**IMPORTANT NOTICE**
Effective June 1, 2005, the Thrifty
Member Account (TMA) Dividend Rate
will now be subject to change monthly
rather than weekly and will be
determined by the HFCU Board of
Directors rather than indexed off of the
Merrill Lynch 30-day Ready Asset Account

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/05 | Loan Advance Adjustment Insurance CPI REFUND | | | | |
| | | 973.00 | 0.00 | 973.00- | 11142.65 |
| 04/29 | Payment by Check | 209.98 | 65.83 | 144.15- | 10998.50 |
| 04/30 | New Balance | | | | 10998.50 |
| | A Payment of 209.98 is due on 05/15/05 | | | | |
| | Interest Paid YTD Year to Date | | | 207.87 | |
| | Interest Due through 04/30/05 | | | 2.71 | |

=========================================================================================

| | |
|---|---|
| Total Previous Year IRA Contributions | 220.00 |
| Total Current Year IRA Contributions | 70.00 |
| Total Y-T-D Dividends Paid Year to Date | 0.31 |
| Total Nontaxable Dividends Year to Date | 2.39 |
| Total Y-T-D Dividends Paid in 2004 | 0.61 |
| Total Nontaxable Dividends in 2004 | 4.33 |

5,302