# EXHIBIT 2



**Start:** 1045 S River Industrial Blvd Se
Atlanta, GA 30315-8810, US

**End:** 2501 Columbia Dr
Decatur, GA 30034-1718, US

**Notes:**



**Directions**                                                                 **Distance**

**Total Est. Time:** 15 minutes      **Total Est. Distance:** 9.02 miles

| | | |
|---|---|---|
| START | **1:** Start out going EAST on S RIVER INDUSTRIAL BLVD SE toward MORELAND AVE SE / US-23 S / GA-42 E. | 0.5 miles |
| SOUTH 23 | **2:** Turn RIGHT onto MORELAND AVE SE / US-23 S / GA-42 S. | 1.1 miles |
| EAST 285 | **3:** Merge onto I-285 E / GA-407 E via the ramp on the LEFT toward AUGUSTA / GREENVILLE. | 4.7 miles |
| 48 EXIT | **4:** Take the FLAT SHOALS RD exit- EXIT 48- toward CANDLER RD. | 0.2 miles |
| | **5:** Merge onto GA-155. | 1.1 miles |
| EAST 20 | **6:** Merge onto I-20 E / GA-402 E toward AUGUSTA. | 0.9 miles |
| 66 EXIT | **7:** Take the COLUMBIA DRIVE exit- EXIT 66. | 0.2 miles |
| | **8:** Turn RIGHT onto COLUMBIA DR. | 0.1 miles |
| END | **9:** End at **2501 Columbia Dr** Decatur, GA 30034-1718, US | |

**Total Est. Time:** 15 minutes      **Total Est. Distance:** 9.02 miles



**Start:**
**1045 S River Industrial Blvd Se**
Atlanta, GA 30315-8810, US

**End:**
**2501 Columbia Dr**
Decatur, GA 30034-1718, US



These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.