# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:05CV494-T |
| BENTON EXPRESS, INC., et al, | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF GREGORY A. BROCKWELL

Personally appeared before me, the undersigned authority, a Notary Public in and for said County and State, Gregory A. Brockwell, who being by me, first duly sworn, did depose and say on oath as follows:

1. My name is Greg Brockwell. I am over the age of nineteen (19) years and have personal knowledge of the facts contained within this affidavit.

2. I am counsel of record for Defendant Benton Express, Inc., in this matter.

3. From reviewing the bank records of Craig Stephens, I have been able to determine that he made withdrawals at ATMs in the following locations during the period of April 9 to April 11, 2005:

- Chapel Square, Decatur, Georgia
- 2501 Columbia Drive, Decatur, Georgia
- 2425 Columbia Drive, Decatur, Georgia (Columbia Chevron)
- 2381 Columbia Drive, Decatur, Georgia (Faith Business, Inc.)
- 2645 Wesley Chapel Road, Decatur, Georgia
- 3230 Panthersville Road, Decatur, Georgia

4. I have not located the "Chapel Square" ATM location. However, I have personally visited the other 5 ATM locations and discovered that all of these 5 ATMs are located inside gas station convenience stores.

5. I also discovered that at least some of the gas station convenience stores where the ATM withdrawals were made also contain video gambling machines.

Further affiant sayeth not.

_____
GREGORY A. BROCKWELL

STATE OF ALABAMA        )

COUNTY OF Jefferson     )

Sworn to and subscribed before me this the 16th day of December, 2005.

_____
Notary Public

11/10
My Commission Expires