IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as )<br>Administratrix of the )<br>of the Estate of Ronald )<br>Tyrone Roby, Deceased, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>BENTON EXPRESS, INC., )<br> )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv494-T |

ORDER

It is ORDERED that:

(1) The motion to extend (Doc. No. 41) is granted.

(2) The motion for summary judgment (Doc. No. 34) is reset for submission, without oral argument, on January 3, 2006, with the non-movant's brief and evidentiary materials due by said date.

DONE, this the 19th day of December, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE