IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as )<br>Administratrix of the )<br>of the Estate of Ronald )<br>Tyrone Roby, Deceased, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>BENTON EXPRESS, INC., )<br>  )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:05cv494-T |

ORDER

It is ORDERED that the alternative motion to extend discovery cutoff (Doc. No. 42) is denied.

DONE, this the 19th day of December, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE