IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the of the Estate of Ronald Tyrone Roby, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv494-T |
| BENTON EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to strike (Doc. No. 49) is denied.

DONE, this the 27th day of December, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE