IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as<br>Administratrix of the<br>of the Estate of Ronald<br>Tyrone Roby, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>BENTON EXPRESS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:05cv494-T |

**ORDER**

It is ORDERED that:

(1) The motion to extend (Doc. No. 51) is granted.

(2) The motion for summary judgment (Doc. No. 34) is reset for submission, without oral argument, on January 17, 2006, with the non-movant's brief and evidentiary materials due by said date.

DONE, this the 3rd day of January, 2006

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE