IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV494-T |
| | ) | [WO] |
| BENTON EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

This matter is before the court on the plaintiff's motion to compel the taking of expert depositions (Doc. # 42). Counsel for both parties have made representations to the court indicating that they have resolved the dispute central to the motion. Therefore, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 3rd day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE