IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAZEL M. ROBY, as Administratrix of §
the Estate of RONALD TYRONE §
ROBY, Deceased, §
§
    Plaintiff, §
§
v. § CIVIL ACTION NO.
§ 2:05cv494-B
BENTON EXPRESS, INC., et al., §
§
    Defendants. §

### INDEX OF EXHIBITS TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT BENTON EXPRESS INC.'S <u>MOTION FOR SUMMARY JUDGMENT</u>

1. Excerpts from the deposition of Garlin McClellan.
2. Excerpts from the deposition of Stephanie Stephens.
3. Excerpts from the deposition of Lisa Warr.
4. Defendant's Brief in Support of its Motion for Summary Judgment.
5. BOLO Report filed with the Atlanta Police Department.
6. Federal Motor Carrier Safety Regulation 395.3.
7. Excerpts from the deposition of Glenn Clark.
8. Excerpts from the deposition of Bill Jones.
9. Craig Anthony Stephens' trip logs.
10. Excerpts from the deposition of Don Hammonds.
11. Excerpts from the deposition of Officer K. J. Stapler.
12. Insurance Institute for Highway Safety article.
13. Benton Driver & Cargo Security Policy.
14. Excerpts from the deposition of Barry Weems.
15. Excerpts from the deposition of Roland Brown.
16. Opinions of Roland Brown.
17. Liberty Mutual Survey.
18. Benton Express, Inc. advertising.
19. Trip Manifest from Benton Express.
20. Alabama Uniform Traffic Incident Report.
21. Excerpts from the deposition of Robert Tynes.
22. Excerpts from the deposition of Steven Stephens.