# Exhibit 3 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

WARR1

                                                                                   1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                     NORTHERN DIVISION
 4
 5   HAZEL M. ROBY, as Administratrix of the
 6   Estate of RONALD TYRONE ROBY, Deceased,
 7        Plaintiff,
 8
 9   vs.            CIVIL ACTION NO.: 2:05CV194-T
10
11   BENTON EXPRESS, INC., et al.,
12        Defendants.
13
14                 *    *    *    *    *    *
15        VIDEO DEPOSITION OF LISA WARR, taken
16   pursuant to notice and stipulation on behalf
17   of the Defendants, at the law offices of
18   Beasley, Allen, Crow, Methvin, Portis &
19   Miles, Montgomery, Alabama, before Bridgette
20   Mitchell, Shorthand Reporter and Notary
21   Public in and for the State of Alabama at
22   Large, on December 13, 2005, commencing at
23   1:57 p.m.
```

0

WARR1

52

1          MR. BROCKWELL:  Object to the form.
2 A.  Are you talking about the officer's opinion
3     of what happened?
4 Q.  Yes.
5 A.  Okay.  Said, Vehicle No. 1 was traveling
6     south on Interstate 85.  A witness stated
7     Vehicle No. 1 had been driving erratically.
8     Vehicle No. 1 approached Interstate 85 south
9     and the Day Street exit and crashed into
10    guardrail cushion.  Vehicle No. 1 then
11    traveled up onto the concrete guardrail
12    where it had left the overpass and landed on
13    Interstate 65 south, colliding with Vehicle
14    No. 2, which was traveling southbound in the
15    right-hand lane.  Both vehicles came to --
16    came to an uncontrolled rest.
17 Q. Based on the first part of it, would that be
18    accurate based on your recollection what you
19    told the police, that Vehicle No. 1 was
20    traveling south on 85, meaning the truck was
21    Vehicle 1?
22 A.  Yes.
23 Q.  And would it also be accurate as you being a

0

WARR1

1   witness that Vehicle No. 1 had been driving
2   erratically?
3 A. Yes.
4 Q. And would that have been something you have
5   told the police officer?
6 A. Yes.
7 Q. And would you have also confirmed with the
8   police officer that Vehicle 1 approached
9   Interstate 85 south and the Day Street exit
10  and crashed into the guardrail cushion?
11 A. Correct.
12 Q. And that Vehicle No. 1, the truck, then
13  traveled up onto the concrete guardrail
14  where it left the overpass and landed on
15  Interstate 65 south?
16 A. Yes.
17 Q. I know you talked about a red sports car
18  earlier.
19 A. Right.
20 Q. When you say "sports car," I imagine some
21  things when I say --
22 A. Okay.
23 Q. -- red sports car. And I'm just trying to

54

1   get more detail on the red sports car. When
2   you say red sports car, do you mean a small