# Exhibit 5 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

| Report Type: Original | **Atlanta Police Department** | Incident / CICA #: 05-100-0654 |
|---|---|---|
| Confidential: | **INCIDENT REPORT** | Report Status: Approved |

### INCIDENT

| Incident / CICA # | Report Date / Time | Date / Time Occurred From | Date / Time Occurred To | Officer Involvement |
|---|---|---|---|---|
| 05-100-0654 | 04/10/2005 11:15 | 04/09/2005 00:17 | 04/10/2005 10:00 | Reported Case |
| Incident Description | | | Beat | County |
| Overdue Motorist/ Missing Truck & Product | | | 309 | Fulton |
| Location Of Incident (Street, City, State, Zip Code, Quadrant) | | | | Location Type |
| 1045 South River Industri Blvd SE, Atlanta, GA 30315 | | | | Other/Unknown |

GA Codes:UCR Class : 9920:9999 Driving Without Consent  
Family Violence : No  
Gang Related : No  
Temperature : Warm  
Weapon Or Tool : None  
Appears Drug Related? : No  
Security Devices? : No  
Attempt Only : No  
Bias Incident : No  
Special Event : No  
Weather : 1-Clear  
Alcohol Related? : No  
Forced Entry? : No  
Work Requested Or Completed? : No

### FAMVIOL

| Relationship Of The Parties | Police Action Taken | Reason No Arrest Made |
|---|---|---|
| Primary Aggressor Identified By | | # Of Previous Complaints |

### SUBJECT 1

| Codes (Primary/Secondary) | Type | Name / Business Name |
|---|---|---|
| Victim | Business | Benton Express |

| Home Phone | Permanent Address | Work Phone |
|---|---|---|
| (404) 267-2200 | 1045 South River Industri Blvd, Atlanta, GA, 30315 | |
| Temp. Phone | Temp. Address | Temp. Address Valid Until |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|

Relation To Offender : None  
Prosecute/Testify? : Yes  
Notified Of Rights? : No  
If No Injury, Describe Act : Owner of property

### SUBJECT 2

| Codes (Primary/Secondary) | Type | Name / Business Name |
|---|---|---|
| Reporting Person | Adult | Jones, Bill |

| Home Phone | Permanent Address | Work Phone |
|---|---|---|
| (678) 618-1924 | 1045 South River Ind. Blvd, Atlanta, GA, 30315 | |
| Temp. Phone | Temp. Address | Temp. Address Valid Until |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|
| White | M | 03/24/1951 | 54 | | | | |

Sobriety : Sober  
Notified Of Rights? : No  
Involved Injury? : No  
Relation To Offender : Employer  
Prosecute/Testify? : Yes  
If No Injury, Describe Act : Reported incident

### SUBJECT 3

| Codes (Primary/Secondary) | Type | Name / Business Name |
|---|---|---|
| Suspect | Adult | Stephens, Craig Anthony |

| Home Phone | Permanent Address | Work Phone |
|---|---|---|
| (850) 937-8911 | 1959 Stacey Rd, Cantonment, FL | |
| Temp. Phone | Temp. Address | Temp. Address Valid Until |

| Race | Sex | DOB | Age | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|
| Black | M | 11/02/1964 | 40 | 6'1" | 170 lbs | Brown | Black |

Build : Thin  
Involved Injury? : No  
Complexion : Medium  
Teeth : Normal  
Hair Style : Crew Cut  
Who ID'd This Person : Bill Jones  
Sobriety : Unknown  
Skin Tone : Medium Brown  
Speech : Normal  
Oddity : Calm  
Facial Hair : Clean Shaven  
Occupation : Truck Driver

Incident / CICA # 05-100-0654                                                      Page 1 of 2

| Report Type: Original | Atlanta Police Department | Incident / CICA #: 05-100-0654 |
| Confidential: | INCIDENT REPORT | Report Status: Approved |

### VEHICLE 1

| Owner | Year 1998 | Make Volvo | Model Tactor | Style Tractor | Color (Top / Bottom) White/White |
|---|---|---|---|---|---|
| Tag # A7701Q | Tag State GA | Tag Type Commercial | | Tag Year 2005 | Vehicle Type 4-Truck, Semi w/Trailer |
| VIN 4VGJDAPF8WNB51468 | | | | Record Type Other | |

Is Driver The Owner? : No
Vehicle Locked? : No
Keys In Ignition? : Yes

Was Driver Arrested? : No
Ignition Locked? : No

### NARRATIVE

Topic: Information About Incident

On 4-10-05 I was contacted by Bill Jones who is the Regional Manager for Benton Express. Mr. Jones reported that a truck driver by the name of Craig Anthony Stephens left Benton Express at 1045 South River Ind. Blvd. on 04-09-05 at 0017 hrs driving the listed truck pulling a trailer loaded with floor tile, film products, and cleaning compound. Mr. Stephens was to take the load to Florida which was about a 6 hour trip. Bill Jones said that Mr. Stephens never made it to his destination with the load. Bill Jones and other company managers began trying to locate Mr. Stephens. Bill Jones said that Mr. Stephens would not answer his Nextel. They contacted Mr. Stephens' wife and she said that Mr. Stephens called her on 04-09-05 at 0030 hrs and told her that he was leaving Atlanta and would be home in a few hours and that is the last time she has heard from Mr. Stephens. The trailer that Mr. Stephens is pulling is silver and has "Trucks Inc." written on the side, the trailer number is 5074. The truck's number is 546 and has Benton Express written on the sides. Bill Jones said that Mr. Stephens has worked for the company for over one year and has been a good employee so far.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Electronic Signature) | ID # | Assignment | Gender | Signed Date / Time | Off Days | Court Time |
|---|---|---|---|---|---|---|
| Off STAPLER, K J | 1179 | 2350 | M | 04/11/2005 11:04 | Fri, Sat | 09:00 |
| Supervisor (Electronic Signature) | ID # | Assignment | Gender | Signed Date / Time | | |
| Sgt BATTLE, M A | 1142 | 2396 | M | 04/11/2005 12:18 | | |
| Central Records (Electronic Signature) | ID # | VIC # | | Signed Date / Time | Referred To | |
| Clv BRINKLEY, K | 1137 | | | 04/11/2005 17:53 | Auto, Z-3 | |

From: "David E. Tripp" <tripp.david@fhp.hsmv.state.fl.us>
To: "Gregory Brockwell" <GAB@carrallison.com>
Date: 9/12/05 1:58PM
Subject: RE: Benton Express BOLO

Mr. Brockwell:
Although the .wav file appears to one file, the telephone calls were received at the TRCC at the following times.

| CALL | DATE | TIME |
|---|---|---|
| 1 | 04/09/05 | 14:13:34 |
| 2 | 04/09/05 | 14:14:49 |
| 3 | 04/09/05 | 17:07:53 |
| 4 | 04/09/05 | 17:11:01 |
| 5 | 04/09/05 | 17:11:25 |
| 6 | 04/09/05 | 17:12:33 |

Captain David E. Tripp
Florida Highway Patrol
Tallahassee Regional
Communications Center
(850) 245-7720
(800) 459-6861
(850) 921-6119 Fax
(850) 591-9912 Cell
tripp.david@fhp.hsmv.state.fl.us
www.fhp.state.fl.us

-----Original Message-----
From: Gregory Brockwell [mailto:GAB@carrallison.com]
Sent: Monday, September 12, 2005 12:34 PM
To: tripp.david@fhp.hsmv.state.fl.us
Subject: Re: Benton Express BOLO

Captain Tripp,

Can you please confirm the date and time of the telephone conversations on the recording?

Thanks,

Gregory A. Brockwell
Carr, Allison, Pugh, Howard,
    Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
Telephone (205) 822-2006
General Facsimile (205) 822-2057

```
Direct Facsimile (205) 822-4058
gab@carrallison.com
```

***********************************************************
This e-mail and any files transmitted with it
are confidential and intended solely for the
individual or entity to whom they are addressed.
If you are not the intended recipient, please do
not read, copy or retransmit this communication
but destroy it immediately. Any unauthorized
dissemination, distribution, or copying of this
communication is strictly prohibited.
***********************************************************

>>> "David E. Tripp" <tripp.david@fhp.hsmv.state.fl.us> 09/12/05 09:17AM >>>

Dear Mr. Brockwell:

The Tallahassee Regional Communications Center is in receipt of your letter dated August 16, 2005 requesting all records regarding a crash in Montgomery, Alabama, on April 11, 2005. An exhaustive search of our records found the actual Teletype BOLO, which was issued to all available state law enforcement units that were in service at that time. The Teletype and the telephone .wav files from the original calls are attached. I regret that the actual radio transmission of the BOLO is not available. The DVD that held that transmission has been reused and the BOLO, which your office is looking for, has been recorded over with more recent transmissions. Therefore there will not be any cost for the attachments.

Captain David E. Tripp
Florida Highway Patrol
Tallahassee Regional
Communications Center
(850) 245-7720
(800) 459-6861
(850) 921-6119 Fax
(850) 591-9912 Cell
tripp.david@fhp.hsmv.state.fl.us
www.fhp.state.fl.us

```
Received: 2005-04-09 17:31:38
  DEV-NBR-HDR:
  MNE-HDR: H37900001
  ATTN-HDR: SYSTEM GENERATED HEADER
  DTE-HDR: 20050409
  TIME-HDR: 1732
  MSG-NBR-HDR: 00058
```

--FLORIDA ADMINISTRATIVE MESSAGE--

```
   FROM: H37-90-0146
   TO: REG-IO-N01
   SUBJECT: ATTEMPT TO LOCATE
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*OVERDUE MOTORIST\*\*\*\*\*\*\*\*\*\*ATTEMPT TO LOCATE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PLEA
SE BOLO INFO TO ALL AVAILABLE FIELD UNITS\*\*\*\*\*
MOTORIST: CRAIG ANTHONY STEPHENS  //  B/M  41YEO // 6'00
FLORIDA LICENSE  S315101644020
SHOULD BE DRIVING A SEMI TRACTOR TRAILER WHITE IN COLOR WITH RED WRITING ALONG THE SIDE "GENERAL COMMODITY" // ALSO HAS "546" VISIBLE ON THE DOOR.
SUBJ LEFT ATLANTA GA ENROUTE TO PENSACOLA FL VIA THE FOLLOWING ROUTE:
I85 IN GEORGIA TO MONTGOMERY ALABAMA
FROM ALABAMA HE WOULD HAVE TAKEN I65 SB TO FLUMMELTON TO HWY 113
FROM HWY 113 SOUTHBOUND INTO FLORIDA WHERE  HWY 113 BECOMES US29.
THERE IS NO RADIO CONTACT WITH HIM AT THIS TIME.
HIS WIFE ADVISED HE HAS NOT CONTACTED HER AT THIS TIME EITHER
THE TRAILER CONTAINS GENERAL PRODUCTS SUCH AS ELETRICAL MOTORS, TILES, AND
OTHER ITEMS NOTHING HAZARDOUS.
SEMI UNIT NUMBER IS 546
SEMI HAS FL TAG OF A7701Q UNK TRAILER TAG
TRAILER NUMBER IS 5074
ANY CONTACT WITH THIS SUBJ PLEASE ADV HIM TO MAKE CONTACT WITH HIS SPV GLEN CLARK AT 850-232-2325 OR 850-479-8403 AND HIS WIFE ASAP
\*\*\*\*\*\*\*\*\*PLEASE CHECK ALL RESTAREAS AND/OR TRUCKSTOPS FOR THIS SUBJ\*\*\*\*\*\*\*\*
THANKS FOR YOUR ASSISTANCE