# Exhibit 9 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment



**BENTON EXPRESS, INC.** SINCE 1924

*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2051 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev -57

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406779N**

Date: 10 / 1 / 04
Total miles driving today: 587
Vehicle Numbers: 562-3166-616-1117

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: Pensacola fl

USE TIME STANDARD AT HOME TERMINAL

I certify these entries are true & correct: Driver's signature in full

**OVER THE ROAD MANIFEST #'S**
1. 30024
2. 300248
3.
4.

Log grid hours:
- Off Duty: 10
- Sleeper Berth: —
- Driving: 9
- On Duty Not Driving: 5
- TOTAL: 24

Remarks on grid: Tallahassee pick up / Pensacola MVI / Pensacola fl / Atlanta GA drop off

**RECAP 8 DAY 70 HR.**
- TODAY: 14
- YESTERDAY: 10
- 3RD DAY: 4
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 28
- HRS NEXT 2 DAYS: 42
- 7TH DAY: 0
- 7 DAY TOTAL: 28
- HRS NEXT DAY: 42
- 8TH DAY: 0
- 8 DAY TOTAL: 28

**CHECK**
- TODAY: 14
- 7 DAY TOTAL: 14
- 8 DAY TOTAL: 28

**LOAD / UNLOAD MANIFEST #S**
- 304261 — PLACARDS REQ.: NO — TYPE: N/A
- 199348 — PLACARDS REQ.: NO — TYPE: N/A

Benton 614

Explain excess hours:

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Tallahassee fl    TO: Pensacola fl       TURN ☐  LAYOVER ☐
      2 Pensacola fl         Atlanta GA.          TURN ☐  LAYOVER ☐

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 562 | ☐ | ☐ | 3166 | ☐ |
| ☐ | 616 | ☐ | ☐ | 1117 | ☐ |

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed: [signature]



**BENTON EXPRESS, INC.** — SINCE 1934

"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2051 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406778 N**

Month: **10**  Day: **2**  Year: **04**
Total miles driving today: **626**
Vehicle Numbers: **616 – 5085**

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: **Pensacola fl**

USE TIME STANDARD AT HOME TERMINAL

| | Hours |
|---|---|
| 1: OFF DUTY | 19½ |
| 2: SLEEPER BERTH | — |
| 3: DRIVING | 4 |
| 4: ON DUTY NOT DRIVING | ½ |
| TOTAL | 24 |

Remarks: Atlanta GA pick up; Pensacola fl un l

OVER THE ROAD MANIFEST #'S
1. 800248
2.
3.
4.

**RECAP — 8 DAY 70 HR.**

| | |
|---|---|
| TODAY | 4½ |
| YESTERDAY | 14 |
| 3RD DAY | 10 |
| 4TH DAY | 4 |
| 5TH DAY | 0 |
| 6TH DAY | 0 |
| 6 DAY TOTAL | 32½ |
| HRS. NEXT 2 DAYS | 37½ |
| 7TH DAY | 0 |
| 7 DAY TOTAL | 32½ |
| HRS. NEXT DAY | 37½ |
| 8TH DAY | 0 |
| 8 DAY TOTAL | 32½ |
| CHECK TODAY | 4½ |
| 7 DAY TOTAL | 14 |
| 8 DAY TOTAL | 18½ |

LOAD / UNLOAD MANIFEST #S: **334182**

PLACARDS REQ.: YES ✓ / NO

TYPE OF PLACARD: **Corrosive**

Benton 615

Explain excess hours: FROM PREVIOUS DAY LOG

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 **Atlanta GA**  TO: **Pensacola fl**  TURN ☐ LAYOVER ☐
2.                                                TURN ☐ LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| | 616 | | | 5085 | |

DRIVER'S REPORT OF VEHICLE INSPECTIONS

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — SINCE 1944

"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: ____   DATE ____   LOCATION ____
FOR PERIOD OF ____   HOURS TIME FROM ____   TO ____
TERM. MANAGER OR SUPERVISOR CALLED ____   TIME ____   VERIFIED AND APPROVED BY ____

Form MCS 59-Prescribed by the U.S. Department of Transportation, Federal Highway Administration Rev -67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406788 N**

Date: **10 / 15 / 04**
Total miles driving today: **507**
Vehicle Numbers: **562 - 1138   616-600**

BENTON BROS. FILM EXPRESS, ATLANTA, GA 30321
Home Terminal Address: **Pensacola fl**
I certify these entries are true & correct. Driver's signature in full.
USE TIME STANDARD AT HOME TERMINAL

Hours grid totals:
- 1. Off Duty: **10**
- 2. Sleeper Berth: —
- 3. Driving: **9**
- 4. On Duty Not Driving: **5**
- TOTAL: **24**

Remarks: Tallahassee fl — Pensacola fl in — Pensacola fl out — Atlanta GA drop off

OVER THE ROAD MANIFEST #'S
1. 300268
2. 300269
3. —
4. —

**RECAP — 8 DAY 70 HR.**
- TODAY: 14
- YESTERDAY: 11
- 3RD DAY: 10½
- 4TH DAY: 10½
- 5TH DAY: 4
- 6TH DAY: 7½
- 6 DAY TOTAL: 57½
- HRS. NEXT 2 DAYS: 12½
- 7TH DAY: 0
- 7 DAY TOTAL: 57½
- HRS. NEXT DAY: 12½
- 8TH DAY: 0
- 8 DAY TOTAL: 57½
- CHECK — TODAY: 14
- 7 DAY TOTAL: 43½
- 8 DAY TOTAL: 57½

FROM PREVIOUS DAY LOG

LOAD / UNLOAD MANIFEST #S: 199372, 199373
PLACARDS REQ.: NO (checked)
TYPE OF PLACARD: N/A, N/A
Benton 631

Explain excess hours. Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | | ✓ |
| 2 Pensacola fl | Atlanta GA | | |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| | 562 | | | 507 | |
| | | | | 1138 | |
| | 616 | | | 600 | |

Signed: ____



**BENTON EXPRESS, INC.** SINCE 1934

*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406789N**

Date: 10 / 16 / 04    Total miles driving today: 325    Vehicle Numbers: 616 - 48355

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: Pensacola fl

I certify these entries are true & correct: Driver's signature in full

USE TIME STANDARD AT HOME TERMINAL

Hours:
- Off Duty: 20
- Sleeper Berth: —
- Driving: 4
- On Duty (Not Driving): —
- TOTAL: 24

REMARKS: Atlanta GA — Pensacola fl

**OVER THE ROAD MANIFEST #'S**
1. 300269
2. —
3. —
4. —

**RECAP 8 DAY 70 HR.**
- TODAY: 4
- YESTERDAY: 11
- 3RD DAY: 10½
- 4TH DAY: 10½
- 5TH DAY: 4
- 6TH DAY: 7½
- 6 DAY TOTAL: 61½
- HRS NEXT 2 DAYS: 8½
- 7TH DAY: 0
- 7 DAY TOTAL: 61½
- HRS NEXT DAY: 8½
- 8TH DAY: 0
- 8 DAY TOTAL: 61½

CHECK
- TODAY: 4
- 7 DAY TOTAL: 43½
- 8 DAY TOTAL: 47½

LOAD / UNLOAD MANIFEST #S: 336168

PLACARDS REQ.: YES [ ]  NO [✓]

TYPE OF PLACARD: N/A

Benton 632

Explain excess hours: _____
FROM PREVIOUS DAY LOG

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA    TO: Pensacola fl    TURN [ ]   LAYOVER [ ]
      2                                    TURN [ ]   LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 48355 | [ ] |
| [ ] |  | [ ] | [ ] |  | [ ] |
| [ ] |  | [ ] | [ ] |  | [ ] |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — SINCE 1934

"We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2051 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: _____ DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59 - Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev -67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER: **406416N**

Month: 11   Day: 1   Year: 04
Total miles driving today: 323
Vehicle Numbers: 616-550

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: Pensacola fl

I certify these entries are true & correct: Driver's signature in full

**OVER THE ROAD MANIFEST #'S**
1. 300298
2. ___
3. ___
4. ___

Hours grid:
- Off Duty: 18
- Sleeper Berth: —
- Driving: 5
- On Duty Not Driving: 1
- TOTAL: 24

Remarks: Pensacola fl mrt ; Atlanta GA drop off

**RECAP** 8 DAY 70 HR.
- TODAY: 6
- YESTERDAY: 7½
- 3RD DAY: 0
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 13½
- HRS. NEXT 2 DAYS: 56½
- 7TH DAY: 0
- 7 DAY TOTAL: 13½
- HRS. NEXT DAY: 56½
- 8TH DAY: 0
- 8 DAY TOTAL: 13½

CHECK
- TODAY: 6
- 7 DAY TOTAL: 7½
- 8 DAY TOTAL: 13½

FROM PREVIOUS DAY LOG

**LOAD / UNLOAD MANIFEST #'S**: 199401

**PLACARDS REQ.**: YES ☐  NO ☑

**TYPE OF PLACARD**: N/A

Benton 648

Explain excess hours _____

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Pensacola fl   TO: Atlanta GA.   TURN ☐  LAYOVER ☐
2 _____                                    TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|--------|---------|-------|--------|---------|-------|
| ☐ | 616 | ☐ | ☐ | 550 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.** — SINCE 1954

*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: _____ DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406417N**

Date: **11 / 2 / 04**  (Month/Day/Year)
Total miles driving today: **323**
Vehicle Numbers: **676 – 5228 – 736  562**

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: **Pensacola fl**

USE TIME STANDARD AT HOME TERMINAL

| | Hours | ¼'s |
|---|---|---|
| 1: Off Duty | 14 | ½ |
| 2: Sleeper Berth | — | |
| 3: Driving | 8 | — |
| 4: On Duty (Not Driving) | 1 | ½ |
| TOTAL | 24 | |

Remarks: Pensacola fl M VI ... Pensacola fl M VI ... Tallahassee fl Drop off

OVER THE ROAD MANIFEST #S
1. 36028
2. 30029

RECAP 8 DAY 70 HR.
- TODAY: 9 ½
- YESTERDAY: 6
- 3RD DAY: 7 ½
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 5 DAY TOTAL: 23
- HRS NEXT 2 DAYS: 47
- 7TH DAY: 0
- 7 DAY TOTAL: 23
- HRS NEXT DAY: 47
- 8TH DAY: 0
- 8 DAY TOTAL: 23

CHECK
- TODAY: 9 ½
- 7 DAY TOTAL: 13 ½
- 8 DAY TOTAL: 23

LOAD / UNLOAD MANIFEST #S: **336728**, **199404**

PLACARDS REQ.: YES ☐ / NO ☑
TYPE OF PLACARD: N/A, N/A

Benton 649

FROM PREVIOUS DAY LOG

Explain excess hours:
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| | FROM | TO | TURN | LAYOVER |
|---|---|---|---|---|
| 1 | ATL GA | Pensacola fl | ☐ | ☐ |
| 2 | Pensacola fl | Tallahassee fl | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5228 | ☐ |
| ☐ | 562 | ☐ | ☐ | 736 | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



"We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME _____ VERIFIED AND APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406517N**

Date: 1/28/05   Total miles driving today: 323   Vehicle Numbers: 562-837-616

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Home Terminal Address: Pensacola fl

**OVER THE ROAD MANIFEST #'S**
1  300415
2  300417
3  _____
4  _____

Hours log:
- Off Duty: 10½
- Sleeper Berth: —
- Driving: 9
- On Duty Not Driving: 4½
- TOTAL: 24

Remarks: Tallahassee fl pick up — Pensacola fl M V I — Pensacola fl M V I — Atlanta GA Drop off

**RECAP 8 DAY 70 HR.**
- TODAY: 13½
- YESTERDAY: 10
- 3RD DAY: 9½
- 4TH DAY: 11½
- 5TH DAY: 5
- 6TH DAY: 8
- 6 DAY TOTAL: 57½
- HRS. NEXT 2 DAYS: 12½
- 7TH DAY: 0
- 7 DAY TOTAL: 57½
- HRS. NEXT DAY: 12½
- 8TH DAY: 0
- 8 DAY TOTAL: 57½

**CHECK**
- TODAY: 13½
- 7 DAY TOTAL: 44
- 8 DAY TOTAL: 57½

FROM PREVIOUS DAY LOG →

**LOAD / UNLOAD MANIFEST #S**
323362
199532

**PLACARDS REQ.**   YES [ ]   NO [✓]
**TYPE OF PLACARD**   N/A
N/A

Benton 737

Explain excess hours _____

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | [ ] | [ ] |
| 2 Pensacola fl | Atlanta GA. | [ ] | [ ] |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 562 | [ ] | [ ] | 837 | [ ] |
| [✓] | 616 | [ ] | [ ] | 51129 | [ ] |
| [ ] | | [ ] | [ ] | | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E | 2051 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

RELIEVED FROM DUTY: DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

LOG NUMBER **406518 N**

- (Month) **1** / (Day) **29** / (Year) **05**
- (Total miles driving today) **294**
- Vehicle Numbers - (Show each unit) **616-544**

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

(Home Terminal Address) **Pensacola fl**

I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| Status | Hours |
|---|---|
| 1: OFF DUTY | 19 1/2 |
| 2: SLEEPER BERTH | |
| 3: DRIVING | 4 — |
| 4: ON DUTY (NOT DRIVING) | 1/2 |
| TOTAL | 24 |

REMARKS: Pensacola fl / M+I

OVER THE ROAD MANIFEST #'S
1. 300117
2.
3.

| RECAP | |
|---|---|
| 8 DAY 70 HR. | |
| TODAY | 4 1/2 |
| YESTERDAY | 13 1/2 |
| 3RD DAY | 10 — |
| 4TH DAY | 9 1/2 |
| 5TH DAY | 11 |
| 5TH DAY | 5 — |
| 6 DAY TOTAL | 8 — |
| HRS. NEXT 2 DAYS | 8 — |
| 7TH DAY | 0 — |
| 7 DAY TOTAL | 62 — |
| HRS. NEXT DAY | 8 — |
| 8TH DAY | 0 — |
| 8 DAY TOTAL | 62 — |
| CHECK | |
| TODAY | 4 1/2 |
| 7 DAY TOTAL | 57 1/2 |
| 8 DAY TOTAL | 62 |

LOAD / UNLOAD MANIFEST #S: **340628**

PLACARDS REQ. YES [ ] NO [X]

TYPE OF PLACARD: **N/A**

Benton 738

FROM PREVIOUS DAY LOG

Explain excess hours

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 **Atlanta GA** TO: **Pensacola fl**   TURN [✓]   LAYOVER [ ]
      2                                        TURN [ ]   LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 544 | [ ] |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____

# BENTON EXPRESS, INC.
### SINCE 1934

*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2051 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OR SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

**LOG NUMBER 406524 N**

2 / 4 / 05   507   562-327-327
(Month) (Day) (Year) (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 30042
2. 300430
3. _____
4. _____

Hours recap:
- 1: Off Duty — 11
- 2: Sleeper Berth — 
- 3: Driving — 8
- 4: On Duty (Not Driving) — 5
- TOTAL — 24

Remarks:
- Tallahassee fl pick up
- Pensacola fl MVI
- Pensacola fl MVI
- Atlanta GA drop off

**RECAP — 8 DAY 70 HR.**
- TODAY: 13
- YESTERDAY: 12½
- 3RD DAY: 14
- 4TH DAY: 3½
- 5TH DAY: 7
- 6TH DAY: 0
- 6 DAY TOTAL: 59½
- HRS. NEXT 2 DAYS: 10½
- 7TH DAY: 0
- 7 DAY TOTAL: 59½
- HRS. NEXT DAY: 10½
- 8TH DAY: 0
- 8 DAY TOTAL: 59½

**CHECK**
- TODAY: 13
- 7 DAY TOTAL: 46½
- 8 DAY TOTAL: 59½

**LOAD / UNLOAD MANIFEST #S**
- 323395
- 199546

**PLACARDS REQ.** YES ☐  NO ☑

**TYPE OF PLACARD:** N/A, N/A

Benton 749

Explain excess hours: _____
FROM PREVIOUS DAY LOG →

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | ☐ | ☑ |
| 2 Pensacola fl | Atlanta GA | ☐ | ☐ |

| ORIGIN TRACTOR DEST. | ORIGIN TRLR. # DEST. |
|---|---|
| 562 | 327 |
| 616 | 327 |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2051 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: _____ DATE _____ LOCATION _____
FOR PERIOD OF _____ HOURS TIME FROM _____ VERIFIED AND _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG**
(One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406525N**

2 / 5 / 05    323           616-5329
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| Status | Hours | ¼ S |
|---|---|---|
| 1: OFF DUTY | 18 | ½ |
| 2: SLEEPER BERTH | | |
| 3: DRIVING | 5 | — |
| 4: ON DUTY (NOT DRIVING) | | ½ |
| TOTAL | 24 | |

5: REMARKS

Atlanta GA Pick up
Pensacola fl MVI

**OVER THE ROAD MANIFEST #'S**
1  306420
2 _____
3 _____
4 _____

**RECAP**
8 DAY 70 HR.

| | |
|---|---|
| TODAY | 5 ½ |
| YESTERDAY | 13 — |
| 3RD DAY | 12 ½ |
| 4TH DAY | 14 — |
| 5TH DAY | 3 ½ |
| 6TH DAY | 7 — |
| 6 DAY TOTAL | 65 — |
| HRS. NEXT 2 DAYS | 5 — |
| 7TH DAY | 0 — |
| 7 DAY TOTAL | 65 — |
| HRS. NEXT DAY | 5 — |
| 8TH DAY | 0 — |
| 8 DAY TOTAL | 65 — |

**CHECK**
| | |
|---|---|
| TODAY | 5 ½ |
| 7 DAY TOTAL | 59 ½ |
| 8 DAY TOTAL | 65 — |

**LOAD / UNLOAD MANIFEST #S**
340779

**PLACARDS REQ.**
YES ☐   NO ☒

**TYPE OF PLACARD**
N/A

Benton 750

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.    TO: Pensacola fl    TURN ☐  LAYOVER ☐
      2                                     TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5329 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____