# Exhibit 11 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

**FREEDOM COURT REPORTING**

```
1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
2                     NORTHERN DIVISION
3

   HAZEL M. ROBY, as                   )
4  Administratrix of the Estate        )
   of RONALD TYRONE ROBY,              )
5  deceased,                           )
                                       )   CIVIL ACTION FILE
6              Plaintiff,              )   NO:  2:05-CV194-T
                                       )
7       vs.                            )
                                       )
8  BENTON EXPRESS, INC., et al.,       )
                                       )
9              Defendants.             )
10
11                       - - -
12
13
14
15       Video Deposition of K.J. STAPLER,
16
17  taken on behalf of the Defendants, pursuant to the
18
19  stipulations, agreed to herein, before Meredith B.
20
21  Cohen, Certified Court Reporter and Notary Public
22
23  at 215 Lakewood Way, Atlanta, Georgia, on the 7th
24
25  day of December, 2005, commencing at 12:00 p.m.
```

COPY

**367 VALLEY AVENUE**
**(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397**

FREEDOM COURT REPORTING

Page 23

```
 1  vehicle is gone, we will do a Stolen Vehicle Report --
 2       Q    And in this circumstance -- I am sorry --
 3       A    In this case, they knew who had the truck.
 4  He had permission to have the truck. So at this point,
 5  we had no evidence that he was trying to steal the
 6  truck. So I told Mr. Jones that he couldn't report the
 7  truck stolen.
 8       Q    Let me ask you this, sir: I don't if you
 9  were contacted by the opposing parties in this case to
10  take this deposition, but did anybody tell you that
11  Mr. Craig Stevens actually called his terminal and told
12  him he was delayed?
13       A    Nobody has ever told me that he called the
14  terminal.
15       Q    Did anybody tell you, on behalf of them,
16  tell you that Mr. Craig Stevens called a co-worker and
17  asked him, could he take his Sunday run?
18       A    No.
19       Q    Did anybody tell you that Mr. Craig Stevens'
20  assignment was to drive from Pensacola to Atlanta to
21  pick up a load?
22       A    No. I was told that Mr. Stevens was leaving
23  Atlanta with a load heading for Pensacola; it was a
24  six-hour trip, and he should have been there and
25  wasn't; and that's all I know.
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1  Q   Did anybody tell you from Benton that
2  Mr. Craig Stevens was a good reliable employee?
3  A   Yes.
4  Q   Did anybody tell you from Benton that
5  Mr. Craig Stevens' supervisor, Glen Clark, stated that
6  he never thought Mr. Craig Stevens had left the scope
7  of his employment or had stolen a vehicle?
8       MR. BROCKWELL:  Object to the form.
9       THE WITNESS:  I am sorry.
10 BY MR. BOONE:
11 Q   Did anybody ever report to you that Mr. Craig
12 Stevens' supervisor has testified in this case that he
13 never thought Mr. Craig Stevens stole the vehicle?
14      MR. BROCKWELL:  Object to the form.
15      THE WITNESS:  No, I don't remember hearing
16   anything about anybody else's testimony.
17 BY MR. BOONE:
18 Q   And let me ask you this:  On an Overdue
19 Motorist Report, what would you do, I mean --
20 A   Well, being that I was the report taker, this
21 is all I would do is take the report and forward the
22 report to my supervisors.  It is up to them to assign
23 an investigator to investigate the case, and they
24 didn't assign it to me.  I don't know who it was
25 assigned to.  That is normal procedure.

1  Q    Based on your training and experience with an
2  Overdue Motorist Report, what if you saw that overdue
3  motorist, what would you do?
4  A    Check on him and make sure he is okay. If no
5  crime has been committed, he can probably, with a good
6  explanation, I guess he would be sent on his way.
7  Q    And I think you said -- I want to repeat one
8  thing I thought you said, "and no crime has been
9  committed."
10 A    Just on an overdue motorist -- a grown
11 man can go and come as he pleases; and if he hasn't
12 committed a crime, then there is no police action that
13 can be taken towards that individual.
14 Q    And to the best of your knowledge in this
15 case, was a Stolen Vehicle Report ever filed by Benton?
16 A    No.
17 Q    And being more specific, looking at what we
18 have marked as Defendants' Exhibit 1, in your
19 narrative, it did state that Mr. Bill Jones stated that
20 this trip was approximately a six-hour trip?
21 A    Yes.
22 Q    And it also stated, in the last sentence,
23 that Mr. Bill Jones said that Mr. Stevens has worked
24 for the company for over a year; is that correct?
25 A    Yes.