# Exhibit 12 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

# INSURANCE INSTITUTE FOR HIGHWAY SAFETY
## Fatality Facts

### LARGE TRUCKS
### 2002

Based on their numbers on the road and the amount they travel, large trucks (tractor-trailers, single-unit trucks, and some cargo vans weighing more than 10,000 pounds) account for more than their share of highway deaths. Tractor-trailers have higher fatal crash rates per mile than passenger vehicles, although a higher percentage of their travel occurs on interstates, the safest roads.[1]

Large truck occupant deaths number about 700 annually. About 3,600-3,700 occupants of passenger vehicles die each year in collisions with large trucks; this amounts to more than one-fifth of all passenger vehicle occupant deaths in multiple-vehicle crashes. The main problem is the vulnerability of people traveling in smaller vehicles. Trucks often weigh 20-30 times as much as passenger cars.

Truck braking capability may be a factor in some crashes. Loaded tractor-trailers take 20-40 percent farther than cars to stop, and the discrepancy is greater when trailers are empty.[2] Of a representative sample of trucks inspected in 1996, 29 percent were ordered off the road because of serious vehicle defects, more than half of which were brake defects.[3] Antilock brakes help and were required on new tractors as of 1997 and new trailers as of 1998.[4] No reliable estimates are available of the extent to which defective brakes contribute to deaths and injuries in large truck crashes.

Drivers of large trucks currently are allowed by federal hours-of-service regulations to drive no more than 14 hours per day, but will allow up to 77 hours of driving over a 7-day period.[5] Surveys indicate that many drivers violate the regulations and work even longer hours.[6,7] Other studies show drivers are much more likely to crash after long hours behind the wheel.[8-13] The proportion of large truck crashes for which fatigue is a contributing factor is uncertain.

The following facts are based on analysis of data from the U.S. Department of Transportation's Fatality Analysis Reporting System:

- 4,805 people died in large truck crashes in 2002. Most of the deaths in large truck crashes are among people other than the truck occupants: 14 percent were truck occupants, 75 percent were people in cars and other passenger vehicles, and 10 percent were pedestrians, bicyclists, or motorcyclists.



Deaths in Crashes Involving Large Trucks

### Deaths in crashes involving large trucks

| | Passenger vehicle occupant deaths | Large truck occupant deaths | Non-Occupant Deaths |
|---|---|---|---|
| 1975 | 2,757 | 916 | 528 |
| 1976 | 3,071 | 1,100 | 622 |
| 1977 | 3,631 | 1,229 | 653 |
| 1978 | 3,954 | 1,315 | 776 |
| 1979 | 4,226 | 1,372 | 830 |
| 1980 | 3,623 | 1,183 | 844 |
| 1981 | 3,752 | 1,082 | 772 |
| 1982 | 3,447 | 917 | 679 |
| 1983 | 3,615 | 960 | 732 |
| 1984 | 3,712 | 1,040 | 712 |
| 1985 | 3,825 | 941 | 724 |
| 1986 | 3,752 | 892 | 718 |
| 1987 | 3,833 | 821 | 712 |
| 1988 | 3,938 | 886 | 647 |
| 1989 | 3,847 | 822 | 587 |
| 1990 | 3,790 | 684 | 615 |
| 1991 | 3,447 | 650 | 562 |
| 1992 | 3,300 | 580 | 481 |
| 1993 | 3,611 | 590 | 462 |
| 1994 | 3,764 | 658 | 555 |
| 1995 | 3,625 | 634 | 495 |
| 1996 | 3,866 | 602 | 465 |
| 1997 | 3,990 | 717 | 497 |
| 1998 | 3,981 | 739 | 495 |
| 1999 | 3,916 | 747 | 519 |
| 2000 | 3,863 | 737 | 490 |
| 2001 | 3,709 | 691 | 513 |
| 2002 | 3,584 | 670 | 460 |



DEFENDANT'S EXHIBIT 382

## Deaths in large truck crashes

| | Tractor-trailer occupants | Single-unit truck occupants | Truck type unknown | Passenger vehicle occupants | Other or unknown vehicle | Non-occupant deaths | Total |
|---|---|---|---|---|---|---|---|
| 1975 | 660 | 162 | 94 | 2,757 | 104 | 528 | 4,305 |
| 1976 | 809 | 291 | 0 | 3,071 | 100 | 622 | 4,893 |
| 1977 | 915 | 231 | 83 | 3,631 | 101 | 653 | 5,614 |
| 1978 | 968 | 251 | 96 | 3,954 | 115 | 776 | 6,160 |
| 1979 | 1,008 | 282 | 82 | 4,226 | 111 | 830 | 6,539 |
| 1980 | 867 | 234 | 82 | 3,623 | 90 | 844 | 5,740 |
| 1981 | 832 | 186 | 64 | 3,752 | 74 | 772 | 5,680 |
| 1982 | 720 | 141 | 56 | 3,447 | 82 | 679 | 5,125 |
| 1983 | 733 | 132 | 95 | 3,615 | 97 | 732 | 5,404 |
| 1984 | 853 | 125 | 62 | 3,712 | 86 | 712 | 5,550 |
| 1985 | 747 | 123 | 71 | 3,825 | 123 | 724 | 5,613 |
| 1986 | 689 | 139 | 64 | 3,752 | 106 | 718 | 5,468 |
| 1987 | 654 | 112 | 55 | 3,833 | 105 | 712 | 5,471 |
| 1988 | 706 | 119 | 61 | 3,938 | 95 | 647 | 5,566 |
| 1989 | 643 | 116 | 63 | 3,847 | 104 | 587 | 5,360 |
| 1990 | 503 | 126 | 55 | 3,790 | 85 | 615 | 5,174 |
| 1991 | 448 | 130 | 72 | 3,447 | 69 | 562 | 4,728 |
| 1992 | 412 | 136 | 32 | 3,300 | 61 | 481 | 4,422 |
| 1993 | 423 | 142 | 25 | 3,611 | 115 | 462 | 4,778 |
| 1994 | 453 | 165 | 40 | 3,764 | 92 | 555 | 5,069 |
| 1995 | 443 | 168 | 23 | 3,625 | 80 | 495 | 4,834 |
| 1996 | 426 | 149 | 27 | 3,866 | 115 | 465 | 5,048 |
| 1997 | 481 | 196 | 40 | 3,990 | 91 | 497 | 5,295 |
| 1998 | 501 | 212 | 26 | 3,981 | 101 | 495 | 5,316 |
| 1999 | 539 | 187 | 21 | 3,916 | 117 | 519 | 5,299 |
| 2000 | 514 | 214 | 9 | 3,863 | 83 | 490 | 5,173 |
| 2001 | 475 | 209 | 7 | 3,709 | 99 | 513 | 5,012 |
| 2002 | 465 | 198 | 7 | 3,584 | 91 | 460 | 4,805 |

- Ninety-eight percent of people killed in two-vehicle crashes involving a passenger vehicle and a large truck in 2002 were occupants of the passenger vehicles.

- Since 1979, when large truck crash deaths were at an all-time high, they have declined 27 percent overall, but there has been a greater percentage decline among occupants of large trucks (51 percent among occupants of large trucks compared with 15 percent among passenger vehicle occupants).

- Large truck crash deaths have declined each year since 1998; deaths in 2002 were 10 percent lower than 1998.

- When occupants of large trucks die in multiple-vehicle crashes, more than half of these deaths are in collisions involving another large truck. Of the 239 truck occupant deaths in multiple-vehicle crashes during 2002, 64 percent of them were in crashes that involved another large truck.

- Large trucks accounted for 3 percent of registered vehicles and 7 percent of miles driven in 2001.[1] They were involved in 11 percent of all passenger vehicle occupant deaths in 2002 and 21 percent of passenger vehicle occupant deaths in multiple-vehicle crashes.

- Single-unit trucks were involved in 27 percent of large truck crash deaths in 2002, and tractor-trailers were involved in 74 percent.

- Fifty-nine percent of deaths in large truck crashes in 2002 occurred on major roads other than freeways, 30 percent occurred on freeways, 11 percent occurred on minor roads, and 1 percent occurred on unknown road types.

## COMPARISON OF LARGE TRUCKS AND PASSENGER VEHICLES INVOLVED IN FATAL CRASHES

- In 2002, a total of 590 large trucks involved in fatal crashes rolled over. Compared with passenger vehicles, a higher percentage of occupant deaths in large trucks occur in rollover crashes. In 2002, 54 percent of deaths among occupants of large trucks occurred in crashes in which their vehicle rolled over, compared with 33 percent of passenger vehicle occupant deaths.

- Single-vehicle crashes were responsible for most deaths (64 percent) among occupants of large trucks in 2002, compared with 48 percent of passenger vehicle occupant deaths.

- Among vehicles in fatal crashes during 2002, 84 percent of large trucks and 61 percent of passenger vehicles were involved in crashes of 2 or more vehicles.

Vehicles in fatal crashes by number of vehicles in crash — large trucks compared with passenger vehicles, 2002

|  | Large trucks | | Passenger vehicles | |
| --- | --- | --- | --- | --- |
|  | Number | Percent | Number | Percent |
| Single-vehicle crashes | 712 | 16 | 18,887 | 39 |
| Two vehicle crashes | 2,810 | 63 | 22,118 | 46 |
| Crashes with >2 vehicles | 929 | 21 | 7,165 | 15 |
| Total | 4,451 | 100 | 48,170 | 100 |

Deaths in large-truck crashes by truck configuration, 2002

| | |
| --- | --- |
| Tractor-trailer | 3,568 |
| Single-unit truck | 1,303 |
| Unknown truck configuration | 39 |
| Total | 4,805 |
| Note: Total is less than sum of deaths because deaths in crashes with more than one truck type are counted once. | |

Deaths in large truck crashes by highway type, 2002

|  | Freeways | Other major roads | Minor roads | Unknown | Total |
| --- | --- | --- | --- | --- | --- |
| Single-vehicle crashes | 181 | 184 | 62 | 4 | 431 |
| Multiple-vehicle crashes | 1,073 | 2,404 | 327 | 19 | 3,823 |
| Crashes with pedestrians, bicyclists, motorcyclists | 127 | 219 | 112 | 2 | 460 |
| Other/unknown | 46 | 38 | 6 | 1 | 91 |

- In contrast with passenger vehicle drivers, drivers of large trucks killed in fatal crashes rarely have high blood alcohol concentrations. Six percent of fatally injured tractor-trailer drivers in 2002 had blood alcohol concentrations at or above 0.08 percent. This percentage has fallen since 1982, when it was 16 percent. Truck drivers are subject to strict regulations concerning drinking and driving.

- Most large truck crash deaths occur during the day (6 a.m. to 6 p.m.). Fewer occur on Saturday or Sunday than on individual weekdays. These patterns differ from those of total passenger vehicle occupant deaths, of which a much higher proportion occur on weekends (35 percent) and at night (49 percent).

Distribution of deaths in large truck crashes by day of week, 2002

|  | Percent |
| --- | --- |
| Sunday | 7 |
| Monday | 16 |
| Tuesday | 16 |
| Wednesday | 17 |
| Thursday | 16 |
| Friday | 18 |
| Saturday | 9 |

Distribution of deaths in large truck crashes by time of day, 2002

|  | Percent |
| --- | --- |
| Midnight – 3 am | 8 |
| 3 am – 6 am | 9 |
| 6 am – 9 am | 15 |
| 9 am – Noon | 17 |
| Noon – 3 pm | 19 |
| 3 pm – 6 pm | 15 |
| 6 pm – 9 pm | 9 |
| 9 pm – Midnight | 8 |

## REFERENCES

[1] Federal Highway Administration. 2002. Highway statistics, 2001. Washington, DC: U.S. Department of Transportation. Available:http://www.fhwa.dot.gov/ohim/hs01/pdf/vm1.pdf.

[2] National Highway Traffic Safety Administration. 1987. Heavy truck safety study. Report no. DOT HS 807 109. Washington, DC: U.S. Department of Transportation.

[3] Federal Highway Administration. 1998. National fleet safety survey, 1996. Report no. FHWA MC 98 015. Washington, DC: U.S. Department of Transportation.

[4] Federal Highway Administration. Parts and accessories necessary for safe operation; antilock brake systems. 49 CFR Part 393. Washington, DC: U.S. Department of Transportation.

[5] Federal Motor Carrier Safety Administration. 49 CFR Parts 385, 390, and 395. Hours of Service of Drivers; Driver Rest and Sleep for Safe Operations; Final Rule. 68 FR 22456 (April 28, 2003).

[6] Braver, E.R.; Preusser, C.W.; Preusser, D.F.; Baum, H.M.; Beilock, R.; and Ulmer, R. 1992. Long hours and fatigue: a survey of tractor-trailer drivers. Journal of Public Health Policy 13 (3): 341-366.

[7] McCartt, A.T.; Hammer, M.C.; and Fuller, S.Z. 1997. Work and sleep/rest factors associated with driving while drowsy: experiences among long-distance truck drivers. Proceedings of the 41st Annual Conference of the Association for the Advancement of Automotive Medicine, 95-108. Des Plaines, IL: Association for the Advancement of Automotive Medicine.

[8] Frith, W.J. 1994. A case-control study of heavy vehicle drivers' working time and safety. Proceedings of the 17th Australian Road Research Board Conference, 17-30. Queensland, Australia: Australian Road Research Board.

[9] Jones, I.S. and Stein, H.S. 1989. Defective equipment and tractor-trailer crash involvement. Accident Analysis and Prevention 21:469-81.

[10] Lin, T.D.; Jovanis, P.P.; and Yang, C.Z. 1994. Time of day models of motor carrier accident risk. Transportation Research Record 1467, 1-8. Washington, DC: Transportation Research Board.

[11] Mackie, R.R. and Miller, J.C. 1978. Effects of hours of service, regularity of schedules, and cargo loading on truck and bus driver fatigue. Report no. DOT HS 803 799. Washington, DC: U.S. Department of Transportation.

[12] Saccomanno, F.F.; Shortreed, J.H.; and Yu, M. 1996. Effect of driver fatigue on commercial vehicle accidents. Truck Safety: Perceptions and Reality, 157-74. Waterloo, Canada: The Institute for Risk Research.

[13] Summala, H. and Mikkola, T. 1994. Fatal accidents among car and truck drivers: effects of fatigue, age, and alcohol consumption. Human Factors 36:315-26.

Insurance Institute for Highway Safety • 1005 North Glebe Road • Arlington, VA 22201 • 703-247-1500 • www.highwaysafety.org
©2003, Insurance Institute for Highway Safety
October 2003

ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2000 1/
BY HIGHWAY CATEGORY AND VEHICLE TYPE

TABLE VM-1

October 2001

| YEAR | ITEM | PASSENGER CARS | MOTOR-CYCLES | BUSES | OTHER 2-AXLE 4-TIRE VEHICLES 2/ | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS PASSENGER CARS AND OTHER 2-AXLE 4-TIRE VEHICLES | SUBTOTALS SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Motor-Vehicle Travel: (millions of vehicle-miles) | | | | | | | | | |
| 2000 | Interstate Rural | 134,857 | 1,167 | 981 | 79,318 | 8,260 | 44,377 | 214,175 | 52,637 | 268,980 |
| 1999 | | 130,856 | 1,100 | 971 | 76,190 | 8,073 | 42,976 | 207,046 | 51,049 | 260,166 |
| 2000 | Other Arterial Rural | 234,726 | 1,680 | 1,270 | 141,247 | 13,643 | 28,003 | 375,973 | 41,646 | 420,569 |
| 1999 | | 231,117 | 1,662 | 1,375 | 138,475 | 13,978 | 26,713 | 369,592 | 40,691 | 413,320 |
| 2000 | Other Rural | 224,784 | 1,667 | 2,247 | 140,386 | 13,759 | 12,509 | 365,170 | 26,348 | 395,432 |
| 1999 | | 222,792 | 1,686 | 2,321 | 136,993 | 13,965 | 12,236 | 359,785 | 26,201 | 389,993 |
| 2000 | All Rural | 594,367 | 4,514 | 4,498 | 360,951 | 35,662 | 84,969 | 955,318 | 120,631 | 1,084,961 |
| 1999 | | 584,765 | 4,448 | 4,667 | 351,658 | 36,016 | 81,925 | 936,423 | 117,941 | 1,063,479 |
| 2000 | Interstate Urban | 230,578 | 1,692 | 791 | 128,328 | 8,719 | 23,472 | 358,906 | 32,191 | 393,580 |
| 1999 | | 224,132 | 1,690 | 752 | 124,399 | 8,494 | 23,792 | 348,531 | 32,286 | 383,259 |
| 2000 | Other Urban | 776,969 | 4,273 | 2,312 | 434,739 | 26,202 | 26,767 | 1,211,708 | 52,969 | 1,271,262 |
| 1999 | | 760,203 | 4,446 | 2,243 | 424,955 | 25,794 | 26,667 | 1,185,168 | 52,461 | 1,244,318 |
| 2000 | All Urban 4/ | 1,007,547 | 5,965 | 3,103 | 563,067 | 34,921 | 50,239 | 1,570,614 | 85,160 | 1,664,842 |
| 1999 | | 984,335 | 6,136 | 2,995 | 549,354 | 34,288 | 50,459 | 1,533,699 | 84,747 | 1,627,577 |
| 2000 | Total Rural and Urban | 1,601,914 | 10,479 | 7,601 | 924,018 | 70,583 | 135,208 | 2,525,932 | 205,791 | 2,749,803 |
| 1999 | | 1,569,100 | 10,584 | 7,662 | 901,022 | 70,304 | 132,384 | 2,470,122 | 202,688 | 2,691,056 |
| 2000 | Number of motor vehicles registered 5/ | 133,621,420 | 4,346,058 | 746,125 | 79,084,979 | 5,926,030 | 2,096,619 | 212,706,399 | 8,022,649 | 225,821,241 |
| 1999 | | 132,432,044 | 4,152,433 | 720,777 | 75,350,376 | 5,782,064 | 2,028,562 | 207,788,420 | 7,791,426 | 220,461,056 |
| 2000 | Average miles traveled per vehicle | 11,908 | 2,411 | 10,187 | 11,684 | 11,911 | 64,489 | 11,875 | 25,651 | 12,177 |
| 1999 | | 11,848 | 2,549 | 10,514 | 11,957 | 12,199 | 65,260 | 11,880 | 26,014 | 12,206 |
| 2000 | Person-miles of travel 6/ (millions) | 2,547,044 | 11,527 | 161,152 | 1,469,189 | 70,583 | 135,208 | 4,016,233 | 205,791 | 4,394,703 |
| 1999 | | 2,494,870 | 11,642 | 162,445 | 1,432,625 | 70,304 | 132,384 | 3,927,495 | 202,688 | 4,304,270 |
| 2000 | Fuel consumed 7/ (thousand gallons) | 72,915,503 | 209,560 | 1,110,235 | 52,831,511 | 9,540,300 | 25,645,067 | 125,747,014 | 35,193,367 | 162,260,196 |
| 1999 | | 73,282,927 | 211,680 | 1,148,307 | 52,859,068 | 9,372,071 | 24,537,320 | 126,141,995 | 33,909,391 | 161,411,373 |
| 2000 | Average fuel consumption per vehicle (gallons) 7/ | 546 | 48 | 1,488 | 668 | 1,611 | 12,232 | 591 | 4,387 | 719 |
| 1999 | | 553 | 51 | 1,576 | 701 | 1,620 | 12,096 | 607 | 4,352 | 732 |
| 2000 | Average miles traveled per gallon of fuel consumed 7/ | 22.0 | 50.0 | 6.0 | 17.5 | 7.4 | 5.3 | 20.1 | 5.8 | 16.9 |
| 1999 | | 21.4 | 50.0 | 6.7 | 17.0 | 7.5 | 5.4 | 19.6 | 6.0 | 16.7 |

1/ The 50 states and the District of Columbia report travel by highway category, number of motor vehicles registered, and total fuel consumed. The travel and fuel data by vehicle type and stratification of trucks, as well as related data, are calculated by the Federal Highway Administration (FHWA). Entries for 1999 may have been revised based on the availability of more current data. Estimation procedures include use of the 1997 Census of Transportation Vehicle Inventory and Use Survey (VIUS) and independent analysis of light truck travel.
2/ Other 2-Axle 4-Tire Vehicles which are not passenger cars. These include vans, pickup trucks, and sport/utility vehicles.
3/ Single-Unit 2-Axle 6-Tire or More Trucks on a single frame with at least two axles and six tires.
4/ Urban consists of travel on all roads and streets in urban places with 5,000 or greater population.
5/ Stratification of the truck figures is made by the FHWA based on State-supplied data and the 1997 VIUS. Combination trucks represent approximately the number of tractors with semi-trailer(s) and a majority of heavy single-unit trucks used regularly in combination with trailer(s).
6/ As estimated by the FHWA using the 1995 Nationwide Personal Transportation Survey (NPTS).
7/ Total fuel consumption figures are derived from state fuel tax records and reflect latest available data. Distribution by vehicle type is estimated by the FHWA based on miles per gallon for both diesel and gasoline powered vehicles using State-supplied data, the 1997 VIUS, and other sources as a baseline.