# Exhibit 15 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

FREEDOM COURT REPORTING

1

1    IN THE UNITED STATES DISTRICT COURT FOR

2         THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5    CASE NUMBER:   2:05CV194-T    COPY

6

7    HAZEL M. ROBY, as Administratrix of the

8    Estate of RONALD TYRONE ROBY, Deceased,

9              Plaintiff,

10              vs.

11

12    BENTON EXPRESS, INC., et al.,

13              Defendants.

14

15              S T I P U L A T I O N

16         IT IS STIPULATED AND AGREED by

17    and between the parties through their

18    respective counsel, that the deposition

19    of ROLAND BROWN may be taken before

20    Leslie K. Hartsfield, at the offices of

21    Beasley, Allen, Crow, Methvin, Portis &

22    Miles, P.C., 218 Commerce Street,

23    Montgomery, Alabama, 36103,

FREEDOM COURT REPORTING

123

1   you would, please.  There should be a

2   sleeve because I usually put photos --

3   those type things in sleeves rather than

4   folders.

5          Q.    (By Mr. Ross)  One did not.

6   It was in here like this (indicated).

7          A.    Okay.  That's fine.  That's

8   fine.

9          Q.    I'll put the poppy paper

10  back in there for you.

11         A.    Okay.  It would be in a

12  sleeve rather than a folder because

13  they'll slide out.

14         Q.    Okay.  The next item is No.

15  42 on your listing appears to be some

16  marking material for Qualcomm; is that

17  right --

18         A.    Yes.

19         Q.    -- off their website?  Does

20  it state anywhere in there or do you

21  know what Qualcomm's market saturation

22  is as to what percentage of trucks out

23  there have Qualcomm?

FREEDOM COURT REPORTING

1          A.        In 2002 according to I

2     believe it's the American Trucking

3     Association, at least 50 percent of

4     trucks had it.  This -- this talks about

5     the fact that it's 20 years.  It's been

6     in existence for 20 years.  It talks

7     about the types of operations and it

8     pretty well covers a lot of territory.

9     But my experience is that the number of

10    people with Qualcomm has increased

11    tremendously especially since 911.

12    There have been and -- and I know a -- I

13    say I know.  I know of a salesman with

14    Qualcomm and he and I talk from time to

15    time.  And I know that their -- that

16    their sales have increased since 2002.

17    But in 2002 it was at least 50 percent

18    and that was a conservative figure.  I

19    couldn't tell you an exact number now,

20    but I know it's considerably more than

21    50 percent.

22          Q.        I'm curious where that 2002

23    50 percent figure comes from.  Can you

1    remember, can you point me to some sort,

2    you know, that's my job is to verify

3    these things.  Where would I find that

4    if I sought verification?

5         A.    Well, I think you can -- I

6    believe I may have in my documents

7    something that talks about it.  But I

8    got that figure from the American

9    Trucking Association if it's not in some

10   of the printed material that's apart of

11   my file, that's where I got it from the

12   American Trucking Association in a

13   survey they did.

14        Q.    Since we're on the topic and

15   so we don't lose the thought, if you

16   want to look through your file and see

17   if you can find it, I'm definitely

18   interested in that.

19        A.    If you would give me my list

20   of documents I --

21        Q.    Sure.  We introduced one

22   copy of it as an exhibit so let's --

23   here you go (indicated).  I don't see --

FREEDOM COURT REPORTING

1    it should be close to this --

2             MR. BOONE:  Just to help

3    out, I know this one talks about it.

4    You mentioned it to me (indicated).

5             A.     I thought it was this one.

6    This was the one I was looking for.

7    This may not be the one that I'm looking

8    for, but it -- at least it refers to it.

9    This is the fall of 2004 put out by

10   Liberty Mutual Insurance Company which

11   is one of the leading insurers in the

12   trucking industry.  And it says, Best

13   and industry-accepted practices, Liberty

14   Mutual organizes less -- I mean, best

15   and industry-accepted practices program

16   area which allows to insure and address

17   certain programs.  And then on the next

18   page it says, GPS global positioning

19   system, almost half of the companies

20   have GPS -- companies with GPS had a

21   medium crash frequency that was 20

22   percent less than those that did not

23   have GPS.  And that's where I got the 50

FREEDOM COURT REPORTING

127

1    percent was from this survey run by --

2    and that is No. 56 in my documents.

3    That's what I was looking for was that

4    document.

5           Q.    It says almost half of the

6    companies, do you know what the

7    companies they're referring to is?

8           A.    The survey they ran which --

9    without having the total publication

10   that --

11          Q.    It refers, Liberty Mutual

12   conducts an annual trucker survey for

13   customers in for hire and private

14   trucking operations so their customers,

15   Liberty Mutual?

16          A.    Right.

17          Q.    That's where you're getting

18   this 50 percent?

19          A.    Right.

20          Q.    Do you know how many

21   customers Liberty Mutual has?

22          A.    Several thousand.  I would

23   not -- I would not venture to say how

FREEDOM COURT REPORTING

133

1        Q.      10, Swift?

2        A.      Swift does have, yes.

3        Q.      Looking at some of these

4   others; for instance, just the ones I'm

5   more familiar with 14, Landstar, do you

6   know whether or not they have?

7        A.      I'm not sure whether they do

8   or not.  I'm not sure.

9        Q.      17, ABF, do you know if they

10  have it?

11       A.      They do -- they do in

12  selected areas.

13       Q.      19, Warner, do you know if

14  they have it?

15       A.      Yes.

16       Q.      20, Overnight, do you know

17  if Overnight has it?

18       A.      The last I -- of course

19  they're based in Richmond and I lived in

20  that area for a good little while.  They

21  did not have it when I left there.  But

22  however, they had made the corporate

23  decision to go to it.  I don't know if

FREEDOM COURT REPORTING

134

1   they have yet or not.

2          Q.      22, U.S. Express, do you

3   know if they have it?

4          A.      Yes, they do have it.

5          Q.      As we get down this list,

6   there's a hundred and we can go through

7   a hundred but I don't think it's good

8   use of our time to do that.  But as we

9   get into some of the smaller ones on

10  that list, Benton is not on the list of

11  the top 100 carriers.

12         A.      I understand that.

13         Q.      Arrow Trucking; for

14  instance, I'm familiar with them, do you

15  know if they have it?

16         A.      Where are they based?

17         Q.      Tulsa.

18         A.      Yes, they do have.

19         Q.      Roadlink from

20  Jacksonville?

21         A.      I'm not familiar with

22  them.

23         Q.      Rail, they're from

FREEDOM COURT REPORTING

1    Marshfield, Wisconsin?

2         A.    I'm not sure.  I think they

3    do but I'm not positive.

4         Q.    Jack Cooper?

5         A.    I'm not familiar with

6    them.

7         Q.    Carry autos mostly from

8    Kansas City.  Do you know?

9         A.    That's what I thought they

10   were but I'm not that familiar with

11   their operation.

12        Q.    And you haven't conducted

13   any sort of survey to determine who has

14   it and who doesn't, have you?

15        A.    I have done some surveys in

16   the past.  I did a good bit of surveys

17   back in the '99, 2000 area because I was

18   considering GPS for the company I was

19   working for.  And I checked quite a

20   few -- quite a few companies; for

21   example, I checked with New England

22   Motor Freight which is a carrier in the

23   Northeast; they had it.  I checked with

FREEDOM COURT REPORTING

136

1    Estes Express.  Estes had it.  Yes, I

2    have done a survey on carriers who had

3    it back in the '99, 2000 to 2001 period,

4    yes.

5           Q.    Did they have it at Virginia

6    Tank Lines?

7           A.    Yes, sir.

8           Q.    They have it --

9           A.    I had it put in there in

10   2000.  As a matter of fact, it was -- we

11   got it completed not long before 911.

12          Q.    Did they have it at Coral

13   Industries?

14          A.    They did not have it at

15   Coral when I was there.  They are still

16   one, as I said, one of my consulting

17   clients.  I have recommended to them in

18   my last visit there that they do it.

19   And they have -- have asked me to get

20   some figures together which I'm in the

21   process of working on now to get a cost

22   figure for them because I know what it

23   was when I had it done at Virginia Tank

1   Lines.  But I've pointed out some of the

2   advantages to Central Alabama Transport

3   and -- which is the trucking division of

4   Coral Industries.  And they are

5   seriously considering it and I have

6   strongly recommended it to them.

7           Q.     But as of right now, Coral

8   does not have it?

9           A.     Well, I don't -- I don't

10  think they've done it yet.  I think they

11  are -- they are waiting to get the

12  figures back from me.  It would be

13  Central Alabama Transport, not Coral.

14  Because Coral is not an over-the-road

15  operation.  Central Alabama Transport

16  is.  Central Alabama Transport is the

17  transportation division of Coral

18  Industries.

19          Q.     As I understand your

20  opinions in this case, you believe

21  Benton Express should have had Qualcomm

22  or something similar, GPS?

23          A.     Well, yes.  I think they

FREEDOM COURT REPORTING

138

1    should have -- should have had some type

2    of a tracking system, GPS.  Simply

3    because they advertise that they have

4    the latest in technology.  On their web

5    page, they present to their customers

6    and potential customers that they have

7    the latest in technology and certainly

8    global positioning systems are the

9    latest in technology.  And plus the fact

10   that if they're not going to have that

11   they certainly need some tracking system

12   and they need to have a plan, not only a

13   plan, they need to have a procedure and

14   they need to enforce a procedure for

15   tracking.

16        Q.    I'm just talking about GPS

17   alone at the moment.  Is it your opinion

18   that it is the industry standard now to

19   have GPS in trucks?

20        A.    I -- I would say yes, that

21   it's getting to be.  It may not be

22   totally the industry standard but it's

23   getting closer to it and there's

1    certainly a lot of indication that it is

2    getting to be the trucking -- the

3    industry standard, yes.

4          Q.    So you would believe that

5    Benton Express is in violation of that

6    industry standard by not having it?

7          A.    That or -- or some other

8    system. Some type of tracking system,

9    yes.

10         Q.    So anyone who doesn't have

11   it such as your other client, Coral

12   Industries, would be in violation of the

13   industry standard by not having GPS in

14   their trucks?

15         A.    Well, I think it depends --

16   depends on the size of the fleet, the

17   operation they carry on, what kind of

18   safety procedures they have in place and

19   are exercising. But yeah, I told Coral

20   I think they're in violation of a safety

21   tool that is -- that is vitally

22   important to the safe operation of

23   their -- of their Central Alabama

1    Transport division.

2         Q.    Do you know what it costs to

3    have a GPS system in your truck?

4         A.    When we installed it at

5    Virginia Tank Lines, it was about -- I

6    believe we were able to get it for about

7    15- to $1600 per unit plus there's a

8    monthly maintenance fee on it.

9         Q.    Do you know how much that

10   is?

11        A.    It depends on whether you

12   use it for communication and tracking.

13   We used it for the communication or

14   dispatching of our trucks because --

15   there's systems.  There's one called

16   OmniTracs.  There's one called Qualcomm.

17   And if you use both of them, the service

18   charge is, depending on the area you

19   cover, it can range anywhere from 20- to

20   $60 per unit.

21        Q.    For smaller operators, that

22   might be a cost prohibitive, do you

23   agree?

FREEDOM COURT REPORTING

143

1   experience as to what type of operation

2   the company has as to whether or not

3   they use Qualcomm?

4        A.    No, I don't think it matters

5   the type of operation they have.  I

6   think it matters in the -- in today's

7   economy and in today's world of events

8   and with the height of recognition of

9   terrorism and hijackings, this type

10  thing, and Benton certainly has

11  recognized these are -- are threats.

12  I -- I think the type operation you have

13  the -- I don't think it necessarily

14  relates to the type of operation.  I

15  think it relates to your emphasis on

16  trying to -- to know where your trucks

17  are.  Certainly if you're going to

18  advertise and you're going to promote to

19  your customer base that you have the

20  latest in technology, then I think you

21  need to have the latest in technology

22  and I think GPS falls into that

23  category.

1      Q.     What benefit does the GPS

2    have to the customers of Benton

3    Express?

4      A.     Well, it would have the

5    opportunity; for example, if they're

6    running from Atlanta to Pensacola, they

7    can't track that shipment from the time

8    it leaves Atlanta until it gets to

9    Pensacola according to the testimony

10   that -- that I've read.  They have an

11   in-house computer system that is a

12   tracking system, but they can't tell a

13   customer if that truck is in route from

14   Atlanta to Pensacola, they can't say

15   that your truck or the trailer with your

16   shipment on it is going to be here at X

17   hour.  All they can do is -- is to work

18   off of experience they've had and a

19   pattern that has been set.  If they

20   had -- if they had Qualcomm or some GPS

21   system, they can say that truck is 18

22   miles south of Montgomery and his

23   anticipated arrival time here is X

FREEDOM COURT REPORTING

```
 1    hours.
 2         Q.     You think -- it's your
 3    testimony that there is a business need
 4    for Benton Express to be able to tell
 5    their customers where between Atlanta
 6    and Pensacola their shipment is
 7    precisely rather than it's somewhere in
 8    between.
 9              MR. BOONE:  Object to the
10    form.  And I think testimony by
11    corporate representative --
12              MR. ROSS:  Well, LaBarron,
13    that's an objection to the form and then
14    some speaking objection that follows it
15    which I don't want him to take any clue
16    from.  You know where I'm coming from
17    there.
18              MR. BOONE:  (Nodded head
19    affirmatively.)
20         A.     I think it has a direct
21    relationship to Benton's own
22    publications where they can say --
23         Q.     I'm not talking about that.
```

1    and procedures, not policies that only

2    apply to Mr. Stephens but the corporate

3    policies and procedures so it is

4    important.

5            MR. ROSS:  How is it

6    important to this accident?  You have to

7    tell me that if -- that some other

8    driver other than Mr. Stephens had --

9    didn't have a piece of equipment that

10   could have prevented this accident, that

11   driver wasn't in this accident, what

12   difference could that possibly make?

13           MR. BOONE:  Qualifies as

14   procedure.

15           MR. ROSS:  What does that

16   have to do with --

17           MR. BOONE:  I'll let you ask

18   it to him, but I just think that's a

19   mischaracterization.  We could argue to

20   the judge about it.  I'll put that on

21   the record that part of his opinions you

22   had poor corporate procedures.

23           A.    And that's why I'm

1    addressing corporate procedures and of

2    course there's very definitely a way

3    that having some -- some type of a

4    company-provided communication could

5    have prevented this accident and one of

6    them would have been GPS so they could

7    locate the truck.

8         Q.    But they had a Nextel.  They

9    attempted to contact him on it

10   unsuccessfully; correct?

11        A.    That's correct.

12        Q.    Now, you can disable a GPS

13   device as a driver of a vehicle;

14   right?

15        A.    You can disable anything.

16        Q.    Right.  So certainly that's

17   not a fool proof guarantee --

18        A.    But --

19        Q.    -- that he or a hijacker

20   didn't disable it and it's gone with the

21   truck; true?

22        A.    Once it's disabled, you know

23   where it was when it was disabled.  You

FREEDOM COURT REPORTING

1    warning letter to a driver as to what he

2    or she violated, what the DOT regulation

3    is, and the exact date; all the

4    pertinent information we did back

5    manually.

6              But someone should be going

7    through checking the logs to make sure

8    first of all that the miles -- miles are

9    correct that a driver is logging because

10   a driver could drive 500 miles but write

11   350 miles and show driving it in seven

12   hours and that doesn't look like a

13   violation.  But if someone is checking

14   that and they know that from point A to

15   point B, they have a PC Miler or Rand

16   McNally trip master or whatever they

17   might have readily available to them;

18   and certainly the company the size of

19   Benton Express can afford either one of

20   those two programs because they're

21   relatively inexpensive.  I, as a

22   consultant, have both of them and I'm

23   sure not as big as Benton Express.

FREEDOM COURT REPORTING

1            But someone needs to be

2       verifying.  And you've got to keep up

3       with the hours of service to assure that

4       there are no violations of the hours of

5       service and you would -- the company

6       should establish a maximum average that

7       you can log.  And DOT does.  I mean, DOT

8       will come in and tell you, hey, you're

9       allowing these drivers to average 63

10      miles an hour and that's not reasonable.

11      In the last audit that I went through,

12      they pointed that out to me.  We were

13      not in violation but they pointed out to

14      me that that's one of the things they

15      were looking at is allowing drivers to

16      average an average speed that was not

17      realistic.

18            So to me in -- in Benton's

19      case if they are not going to spend the

20      $3,000 or so for a J. J. Keller scanner

21      system that will scan the logs that will

22      scan hundreds of logs per day and print

23      out warning letters, then they need to

1    drivers.

2                  And then the other thing

3    that goes back to the GPS and whether

4    they had GPS or not, nobody that I have

5    read or anything I have seen or read

6    says GPS is a bad thing.  You shouldn't

7    have it.  It's dangerous on trucks.

8    Like CBs, there's -- there used to be

9    CBs on every truck.  There's now a

10   regulation that says you can't have a CB

11   on a commercial motor vehicle.  Nobody

12   said that having GPS on a truck is a bad

13   thing.  Everything that I've read talks

14   about how good it is and how it can save

15   you money.  It can be efficient.

16                  You mentioned cost.  And I

17   know you're running up in your mind and

18   you're going to try to come back with

19   the fact that Benton has 300 and

20   something tractors and if they have to

21   spend 12-, 1500, $1800 on a truck that

22   that's expensive.  I'm sure Benton

23   Express does a lot of things that are

1    expensive.  And -- and they --

2    obviously there's a great expense in

3    being in the trucking business.  You

4    say, well, you got this monthly charge

5    that can run anywhere from 20- to $60.

6    Yes, you do have, but it depends on how

7    much of that -- they don't really need

8    the dispatching -- the dispatching

9    segment or the dispatching element

10   necessarily of that -- of that GPS

11   system because they're pretty well

12   dispatching terminal to terminal so they

13   don't really need that.  So they

14   wouldn't have as much expense as other

15   cases.  But there's one thing for sure,

16   if they had had GPS equipment on this

17   truck, they could have and would have

18   found this truck immediately.  They

19   would -- they would have either had a

20   monitoring station in Pensacola or

21   Atlanta or Jacksonville or wherever they

22   chose to put the centralized monitoring

23   system for the GPS tracking.

1          And then the other thing

2    that Mr. Bill Jones and I agree with is

3    the fact that he testified and in his

4    report to the Atlanta police department

5    he said this is approximately an

6    six-hour run.  In his deposition, he

7    testified that this is a five to six and

8    a half hour run.  So he and I agree that

9    Mr. Stephens could not make this round

10   trip and stay within the 11 hours of

11   driving.  And had they found this truck,

12   had they taken him out of service in

13   Atlanta when they should have and -- and

14   had they had GPS to where they could

15   locate it, they would have located it

16   before it got into Montgomery, Alabama

17   and ultimately cause this accident.

18          Q.    Any other opinions that you

19   have that we haven't talked about now?

20          A.    I believe that covers them.

21          Q.    I think so too.  One last --

22   well, actually there may be more than

23   one last question but just a random