# Exhibit 18 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment



Trace by PRO #



Transit Time Calculator

Origin Zip
Dest. Zip



## About Us
### Welcome to Benton Express!

We appreciate you taking the time to look into our company. Here at Benton, we push to provide the most current technological advancements and use the most modern and well-maintained fleet of equipment. The partners involved in your shipments are well-trained and friendly, and have the proper tools to answer all your questions.

Since 1934, Benton Express has been a growing family owned and operated LTL carrier throughout the Southeast. We hope that in your decision of which carrier to use, you will choose Benton. Whether it is because of our well-trained partners, faster transit times, technological advancements, or all of the above, we know you will be glad you chose Benton

About Us



Send mail to webmaster@bentonexpress.com with questions or comments about this web site
Copyright © 2004 BENTON EXPRESS, INC.
Last modified: July 14, 2004