# Exhibit 19 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

**BENTON**
"We Do It Right The First Time"

#1 OFFICE COPY

## DRIVER DAILY TRIP LOG

Date __2__
Driver __3__
Tractor __4__
Trailer __5__
Route No. __6__
Lunch Fr. __7__ To ____

Terminal __1__

FUEL ____
OIL ____
LOCATION ____
SIGNATURE ____

|   | Mileage | Hours |
|---|---------|-------|
| End |  |  |
| Begin |  |  |
| TOTAL |  |  |

(marked __7__ at left)

Time Leave Terminal __9__
Time Arrive Terminal __10__

FUEL ____
OIL ____
LOCATION ____
SIGNATURE ____

OPERATING POLICIES
CALL YOUR SUPERVISOR:
A. 1. ON DELAYS OR EXPECTED DELAYS OVER 15 MINUTES
   2. PROGRESS REPORT EVERY 60 MINUTES
   3. IMMEDIATELY! - ON ALL ACCIDENTS
   4. ON ALL EXCEPTIONS
B. 1. WRITE UP ALL MECHANICAL DEFECTS ON FORMS PROVIDED
   2. TALLY ALL SHIPMENTS OF 25 PIECES OR MORE
   3. COMPLETE THIS TIME LOG AS DAY PROGRESSES
   4. VISUALLY CHECK ADEQUATE FUEL AND OIL FOR TRIP
   5. CODE REASON FOR NON-DELIVERY IN COLUMN BELOW

Fill in Miles Driven in Each State

| GA | FL | SC | Ala. | Other |
|----|----|----|------|-------|
|    |    |    |      |       |

(marked __1__ at left)

A. ORDER CANCELLED   E. STRIKE            I. NOT RECEIVING    M. NO FRT.
B. WRONG ADDRESS     F. DAMAGED REFUSED   J. NO COD MONEY
C. MOVED             G. LINE TOO LONG     K. CUT OFF
D. TOO LATE          H. NO ONE HOME       L. OTHER

| Stop No. | Time Arrive | Time Depart | Pro Number | Consignee | HM | Pcs. | Weight | FGT/COLL COD. FEE | Code No. |
|----------|-------------|-------------|------------|-----------|----|------|--------|-------------------|----------|
|          | A           |             | B          |           | C  | D    | E      | F                 | G        |
| H = I =  |             | J           |            |           |    |      |        |                   |          |

Benton 143