# Exhibit 20 to Plaintiff's Supplemental Opposition to Defendant Benton Express, Inc.'s Motion for Summary Judgment

AST-27
REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No

Shaded Areas To Be Used By Data Processing Only

Event # 2005-00070121 Sheet 1 of 5 Sheet(s) Microfilm No ______ Local Case No: 3398

## LOCATION AND TIME

| Date (Month Day Year) | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 04 11 2005 | 06 : 05 (AM / PM / MT) | (M) T W TH F S S | 03 | Montgomery . | | I—Interstate, S—State, F—Federal, C—County, M—Municipal, P—Private Prop., O—Other (Interstate circled) | 01 |

| On Street Road or Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|
| Interstate 85 S | Interstate 65 S | Interstate 85 N Ent Ramp |

Street or Road Code: I085 — Node Code 1: 2614 — Node Code 2: 2614 — N/A.

Feet / Miles From Node (Circle One): 1 or 2

Intersection Related: 1 Node 1, 2 Node 2, (N) Not Int Related
Mile Post: 0 0 0 . 1 0
Control Access Hwy Loc: 1 Main Rd, (3) Interchange, 5 Exit Ramp, 2 Frontage Rd, 4 Entrance Ramp, 6 N/A
Prime Contr Circms: 27
Prime Contr Unit No: 1

First Harmful Event: 52
Event Location: 1
Distance to Fixed Object: N/A FT
No. Vehicles: 2 — No. Pedestrians: 0 — No. Injured: 0

NON COLLISION EVENT: 01 - Overturned, 02 - Fire/Explosion, 03 - Immersion, 04 - Gas Inhalation, 05 - Spill, 06 - Road/Bridge Collapsed, 07 - Jackknifed, 08 - Parts/Cargo Fell From Moving Vehicle, 09 - Trailer Hitch Came Loose, 12 - Other

COLLISION EVENT: 15 - Pedestrian(s), 20 - Non-parked Vehicle, 30 - Parked Vehicle, 35 - Train, 40 - Pedal Cyclist, 45 - Animal, 51 - Guardrail, 52 - Crash Cushion, 53 - Utility Pole, 54 - Non-breakaway Light, 55 - Tree, 56 - Fire Hydrant, 57 - Pier or Column, 59 - Non-breakaway Sign, 61 - Mailbox(es), 62 - Gas Line, 63 - Barricade, 64 - Bridge Rail, 65 - Culvert Headwall, 66 - Curbing, 67 - Retaining Wall, 68 - Median Barrier, 69 - Sidescope, 71 - Building, 72 - Fence, 73 - Boulder, 74 - Ditch, 75 - Overpass/Underpass, 76 - Other Fixed Object, 77 - Breakaway Sign, 78 - Manhole, 79 - Telephone Booth, 80 - Guy Wire, 81 - Breakaway Light, 82 - Overhead Object, 84 - Bridge Abutment, 87 - Animal with Rider, 90 - Foreign Material in R, 93 - Pothole, 97 - None, 98 - Other

## UNIT NO 1 — COM VEH (X)

### DRIVER

| Driver Full Name | Street Address | City and State | Zip | Telephone No |
|---|---|---|---|---|
| Craig Anthony Stephens | 1959 Stacey Road | Cantonment, FL | 32533 | (850) 937-8911 |

| DOB (Month Day Year) | Race | Sex | DL State | Driver License No | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 02 1964 | B | M | FL | S 315 101 64 402 0 | A | C | | C | | Yes (No) |

Place of Employment: Benton Express Inc.
Liability Insurance Co.: CNA Insurance
Social Security No: N/A

Driver Condition: (1) - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown
Sobriety — Officer's Opinion: Alcohol: Yes No (Unk); Drugs: Yes No (Unk)
Type Test Given: 9 - No Test, 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, (4) - Unable to Administer, 5 - Refused Test
Test Result: .

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 01 | Interstate 85 | I085 | N (E) S W, A - Not on Rd, D - Unk | 99 | 20 | 1 |

### VEHICLE

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1998 | Volv | Tra | N/A | 4VGJDAPF8WN861468 | A7701Q | FL | 2005 |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| Benton Express Inc. | 2061 SCL Drive | Jacksonville | FL. | 32209 |

Type: 1 - Auto, 2 - Sta. Wagon, 3 - Pick Up, 4 - Van, (5) - Truck Tractor, 6 - Other Truck, 7 - Comm Bus, 8 - School Bus, 9 - Other Bus, 10 - Motorcycle, 11 - Moped, 12 - M. Scooter, 13 - Pedal Cycle, 14 - Farm Mach., 15 - Train, 16 - Road Equip., 17 - Ridden Animal, 18 - M. Home (R.V.), 19 - ATV, 99 - Other

Usage: 1 - Personal, 2 - Driver Trng., 3 - Construction, 4 - Ambulance/Paramedical, 5 - Military, 6 - Taxi, (7) - Transport Prop, 8 - Agriculture, 9 - Wrecker/Tow, 10 - Police, 11 - Other Business, 12 - Bus/Pass. Transport., 13 - Fire Fighting, 98 - Other

Hazardous Cargo: (1) - None, 2 - Explosive, 3 - Gas, 4 - Flam/Combust Liq., 5 - Flammable Solids, 6 - Oxidizer/Peroxide, 7 - Poison, 8 - Radioactive Material, 9 - Corrosive Material, 98 - Other
Placard: Yes No (NA)

Attachment: 1 - None, 2 - Mobile Home, (3) - Semi Trailer, 4 - Utility Trailer, 5 - Wheel Trailer, 6 - Boat Trailer, 7 - Camper Trailer, 8 - Towed Vehicle, 9 - Tanker, 10 - Pole Trailer, 11 - Double Trailer, 98 - Other
Oversized Load (Req Permit): Yes No (NA)
If Yes, Did Owner Have Permit? Yes No (NA)

Contributing Defect: 97 - None, 1 - Brakes, 2 - Steering, 3 - Power Plant, 4 - Suspension, 5 - Tires, 6 - Exhaust, 7 - Lights, 8 - Turn Signal, 9 - Windows/Windshield, 10 - Restraint Sys., 11 - Wheels, 12 - Truck Coupling, 13 - Cargo, 14 - Fuel System, 98 - Other, (99) - Unknown

Circle areas Damaged On Diagram: Under Carriage; TOTAL; 11 Attachment
Enter Point of Initial Impact: 2

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit |
|---|---|---|---|---|---|
| 50 MPH | 999 MPH | None | 1 - Non Visible, 2 - Not Disabled, (3) - Disabled | (Yes) No | 1 |

Vehicle Towed By Whom: B&R Wrecker Service
To Where: B&R Impound Lot

## UNIT NO 2 — VEHICLE (X) OR PEDESTRIAN

### DRIVER

| Driver Full Name | Street Address | City and State | Zip | Telephone No |
|---|---|---|---|---|
| Ronald Tyrone Roby | 4441 Sunnybrook Drive, | Montgomery, AL. | 36108 | (334) 281-9626 |

| DOB (Month Day Year) | Race | Sex | DL State | Driver License No | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 29 1960 | B | M | AL | 4022665 | D | C | | N | | (Yes) No |

Place of Employment: Disabled
Liability Insurance Co.: Travelers Ins.
Social Security No: N/A

Driver Condition: (1) - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown
Sobriety — Officer's Opinion: Alcohol: Yes (No) Unk; Drugs: Yes (No) Unk
Type Test Given: (9) - No Test, 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, 4 - Unable to Administer, 5 - Refused Test
Test Result: N/A

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 01 | Interstate 85 | I085 | N E (S) W, A - Not on Rd, D - Unk | 97 | 20 | 1 |

### VEHICLE

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 2000 | Chev | Mal | 4D | 1G1ND52J1Y6236350 | VO7038 | AL | 2005 |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| Richard Johnson | Same As Driver | N/A | NA | N/A |

Type: (1) - Auto, 2 - Sta. Wagon, 3 - Pick Up, 4 - Van, 5 - Truck Tractor, 6 - Other Truck, 7 - Comm Bus, 8 - School Bus, 9 - Other Bus, 10 - Motorcycle, 11 - Moped, 12 - M. Scooter, 13 - Pedal Cycle, 14 - Farm Mach., 15 - Train, 16 - Road Equip., 17 - Ridden Animal, 18 - M. Home (R.V.), 19 - ATV, 99 - Other

Usage: (1) - Personal, 2 - Driver Trng., 3 - Construction, 4 - Ambulance/Paramedical, 5 - Military, 6 - Taxi, 7 - Transport Prop, 8 - Agriculture, 9 - Wrecker/Tow, 10 - Police, 11 - Other Business, 12 - Bus/Pass. Transport., 13 - Fire Fighting, 98 - Other

Hazardous Cargo: (1) - None, 2 - Explosive, 3 - Gas, 4 - Flam/Combust Liq., 5 - Flammable Solids, 6 - Oxidizer/Peroxide, 7 - Poison, 8 - Radioactive Material, 9 - Corrosive Material, 98 - Other
Placard: Yes No (NA)

Attachment: (1) - None, 2 - Mobile Home, 3 - Semi Trailer, 4 - Utility Trailer, 5 - Wheel Trailer, 6 - Boat Trailer, 7 - Camper Trailer, 8 - Towed Vehicle, 9 - Tanker, 10 - Pole Trailer, 11 - Double Trailer, 98 - Other
Oversized Load (Req Permit): Yes No (NA)
If Yes, Did Owner Have Permit? Yes No (NA)

Contributing Defect: (97) - None, 1 - Brakes, 2 - Steering, 3 - Power Plant, 4 - Suspension, 5 - Tires, 6 - Exhaust, 7 - Lights, 8 - Turn Signal, 9 - Windows/Windshield, 10 - Restraint Sys., 11 - Wheels, 12 - Truck Coupling, 13 - Cargo, 14 - Fuel System, 98 - Other, 99 - Unknown

Circle areas Damaged On Diagram: Under Carriage; TOTAL; 11 Attachment
Enter Point of Initial Impact: 8

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit |
|---|---|---|---|---|---|
| 50 MPH | 999 MPH | None | 1 - Non Visible, 2 - Not Disabled, (3) - Disabled | (Yes) No | 1 |

Vehicle Towed By Whom: B&R Wrecker Service
To Where: B&R Impound Lot

## CODES

**Contributing Circumstances:** 01 - Improper Passing, 02 - Improper Lane Change/Usage, 03 - Improper Turn/U-Turn, 04 - Following Too Close, 05 - Misjudge Stopping Dist, 06 - Over Speed Limit, 07 - Avoid Object/Person/Veh, 08 - Unseen Object/Person/Veh, 09 - Improper Backing, 10 - Inop Traffic Control, 11 - Improper/No Signal, 12 - Failure to Heed Sign/Signal, 13 - Improper Driving Environ, 14 - Road Defect, 15 - Vision Obstruction, 16 - Defective Equipment, 17 - DUI, 18 - Under Min Speed, 19 - Improper Load/Size, 20 - Improper Attachment, 21 - Fail to Yield Right-of-Way, 22 - Driver Condition, 23 - Wrong Side of Road, 24 - Veh Pushed/Towed by Veh, 25 - Veh Pushed by Person, 26 - Veh Left Road, 27 - Driver Not in Control, 28 - Load Shift, 29 - Parts/Cargo From Veh, 30 - Ped Violation, 31 - Veh Wgt/Hgt/Length, 32 - Ped Under Influence, 33 - Illegal/Improper Parking, 97 - None, 98 - Other, 99 - Unknown

**Driver Maneuver:** 01 - Go Straight Ahead, 02 - Pass on Left, 03 - Pass on 1-Way Street, 04 - Pass on Right, 05 - Go Straight—Left Turn Lane, 06 - Go Straight—Right Turn Lane, 07 - Change Lanes—Left, 08 - Change Lanes—Right, 09 - Merge—Left, 10 - Merge—Right, 11 - Wrong Side of Road, 12 - Wrong Way—1 Way, 13 - Right Turn, 14 - Left Turn, 15 - U-Turn, 16 - Start From Park, 17 - Start in Traffic, 18 - Slowing/Stopping, 19 - Stopped in Traffic, 20 - Avoid Object in Road, 21 - Exiting Private Road/Property, 60 - PedCyc Ride with Traffic in Road, 61 - PedCyc Ride with Traffic on Road, 62 - PedCyc Ride Against Traffic in Rd, 63 - PedCyc Ride Against Traffic off Rd, 64 - PedCyc Ride Across Road, 65 - PedCyc Ride in Bike Path, 70 - Enter Parked Position, 71 - Parked—Legally, 72 - Parked—Illegally, 85 - Backing, 86 - Pushed by Vehicle, 87 - Pushed By Pedestrian, 98 - Other, 99 - Unknown

**Pedestrian Action:** 01 - Cross/Enter—Intersection, 02 - Cross/Enter—Other, 03 - Walk in Road—With Traffic, 04 - Walk in Road—Against Traffic, 05 - Stand in Roadway, 06 - Get on/off Vehicle, 07 - Push/Work on Vehicle, 08 - In Road—Other Work, 09 - In-Road—Playing, 10 - In-Road Other, 11 - Not in Road, 98 - Other, 99 - Unknown

**Event Location:** 1 - On Roadway, 2 - Off Roadway, 3 - Median, 4 - Driveway, 5 - Private Road/Property, 6 In Intersection

## SEATING

Unit 1: 1 — Seat 22

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

Unit 2: 2 — Seat 42

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

## CODES

**SAFETY EQUIPMENT**

01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)

**Lap Belt Only**
11 - Fastened
12 Not Fastened

**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used

**Motorcycle Helmet**
31 - None Used
32 - Used

**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used

Child Restraint
51 - Child Restraint Used
52 - Other Restraint Used
53 - None Used

Pedal Cycle/Pedestrian
91 Contrasting Clothing
92 Non-contrasting Clothing

## VICTIMS

N/A

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Craig Anthony Stephens | 1959 Stacey Road, Cantonment FL 32533 | 1 | 1 | K | 41 | M | F | M |
| Taken To: City Morgue | Taken By: Montgomery Police Department Crime Scene Investigator | | | | | | | |
| Ronald Tyrone Roby | 4441 Sunnybrook Drive, Montgomery, AL 36108 | 2 | 1 | K | 44 | M | T | M |
| Taken To: City Morgue | Taken By: Montgomery Police Department Crime Scene Investigator | | | | | | | |

## CODES

Injury Type: K Killed; B Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint

Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; A - Not Applicable

First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

## NARRATIVE AND DIAGRAM

SEE SHEETS 2-4 of 6

Officer's Opinion of What Happened: Vehicle Number One (1) was traveling south on Interstate 85. A witness stated Vehicle Number One (1) had been driving erratically. Vehicle Number One (1) approached Interstate 85 south and the Day Street Exit and crashed into the guardrail cushion. Vehicle Number One (1) then traveled up onto the concrete guardrail, where it left the overpass and landed onto Interstate 65 South colliding with Vehicle Number Two (2) which was traveling south-bound in the right hand lane. Both vehicles came to an uncontrolled rest.

## ROADWAY ENVIRONMENT

N/A 1 / N/A 2

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

Unit 1: 1 — Unit 2: 2

Contributing Road Defects: (circled) None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other

Surface Construction: 1 - Asphalt; (circled) 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other

Condition: (circled) 1 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other

Accident In Or Related To Road Construction Zone? Yes / (circled) No

Material In Roadway (Contributing): (circled) 1 - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other

Material Source: (circled) 1 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown

Character: (circled) 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; (circled) 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: (circled) 97 - Not Obscured; 1 - Buildings; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve In Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; (circled) 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; (circled) 97 - None; 98 - Other

Traffic Control Functioning: (circled) Yes / No / N/A; Yes / No / (circled) N/A

DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; (circled) 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier

Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; (circled) 6 - Six Lanes or More

One-Way Street: Yes / (circled) No

## INVESTIGATION

Light: 1 - Daylight; (circled) 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit

Weather: (circled) 1 - Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

Locale: (circled) 1 - Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; (circled) 4 - Severe

Property Damage Description: Concrete Guardrailing Crash Cushion

Owner: State Of Alabama (DOT)

Address: 608 Chisholm St, Montgomery, Al. 3611

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 06 : 10 (MT) | 06 : 17 (MT) | 06 : 15 (MT) | Sgt. J. M. Bowman #431 |

| Witness Full Name | Address | Telephone |
|---|---|---|
| Johnny Pollard | 6356 Village Court, San Antonio, Texas | (210 )684-0652 |
| Michael Boozer | 1155 Noremac Road, Montgomery, Alabama | (334 )318-0215 |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Review |
|---|---|---|---|
| Corporal K.E. Green | 328 | 0030100 | |
| Name of Other Investigating Officers at Scene: Corporal R.A. Bradley | 081 | 0030100 | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof

Signature of Investigating Officer: [signature] 328

Date: 04-11-2005

SEE SHEET 2-4 OF 6

| Diagram Not To Scale<br>Diagram Scale I Inch = | (20 feet)<br>(10 feet) | Location | | MONTGOMERY | 06 | 05 | A P M |
|---|---|---|---|---|---|---|---|
| Signature of Reporting Officer(s) | | Officer ID<br>328 | Reporting Police Agency DRI<br>0030100 | | DATE<br>04 | 11 | 2005 |

## Definitions-

### Truck

A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:

- Have at least 6 tires on the ground, or
- Carry a Hazardous Material Placard.

### Bus

A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

### Trailer

A non-power vehicle towed by a motor vehicle.

### Reportable Accident

A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:

- One or more fatalities, or
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, or
- One or more of the vehicles being removed from the scene as a result of disabling damage, or
- One or more vehicles requiring intervening assistance before proceeding under its own power.

## Typical Vehicle Silhouettes

1. Bus




2. Single unit truck - 2 axles / 6 tires





3. Single unit truck - 3 axles






4. Truck with trailer



5. Truck tractor (bobtail)



6. Tractor with semi-trailer



7. Tractor with double trailers



8. Tractor with triple trailers



## Typical Hazardous Material Placards



ALABAMA
UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 3398

SHEET 5 OF 6 SHEET

Event # 70121

AST No. 34 Rev. 4/88

## SUPPLEMENTAL SHEET

### ADDITIONAL ACCIDENT VICTIMS

| No. | Name / Taken to | Address / Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | A |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Name / Taken to | Address / Taken by | | | | | | | |
| 4 | Name / Taken to | Address / Taken by | | | | | | | |
| 5 | Name / Taken to | Address / Taken by | | | | | | | |
| 6 | Name / Taken to | Address / Taken by | | | | | | | |
| 7 | Name / Taken to | Address / Taken by | | | | | | | |
| 8 | Name / Taken to | Address / Taken by | | | | | | | |
| 9 | Name / Taken to | Address / Taken by | | | | | | | |
| 10 | Name / Taken to | Address / Taken by | | | | | | | |
| 11 | Name / Taken to | Address / Taken by | | | | | | | |
| 12 | Name / Taken to | Address / Taken by | | | | | | | |

### ADDITIONAL NARRATIVE SPACE

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

ADDITIONAL WITNESSES:

3. Jermale Ayers, 7140 Eastern Shores Road, Montgomery, AL (334)270-8990
4. Michael Griggs 365 Law Road, Titus, AL (334)613-7788
5. Stephen W. Hornsby 2395 Central Plank Road, Wetumpka, AL (334)514-1869
6. Willie Rob Simmons 73 Cotton Blossom Road, Greenville, AL (334)382-7167
7. Lisa Warr 2935 Highland Avenue, Montgomery, AL (334)262-3508

AST-34T 1/94

# Alabama Uniform Traffic Accident Report
# Truck/Bus Supplemental Sheet

Unit No. 1 (same as on main report)

Sheet 6 of 6 Sheets

## General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

## Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard 1

Buses designed to carry 16 or more (including driver) 0

*Number of Persons:*

Sustaining fatal injuries 2

Transported for **immediate** medical treatment 0

Number of vehicles towed from scene due to damage or provided assistance 2

## Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus 13500

B. Trailer or trailers (total) 15000

Total GVWR for unit (A+B) 28500

Total number of axles 5

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes X No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box N/A

B. The 1 -digit number from bottom of diamond N/A

Was hazardous material released from THIS vehicle's cargo? ____ Yes X No

*Vehicle Configuration* *(circle one number)*

1 Bus 2 Single unit truck (2 axles/ 6 or more tires) (3) Single unit truck (3 or more axles)
4 Truck with trailer 5 Truck tractor only (bobtail) (6) Tractor with semi-trailer 7 Tractor with double trailers
8 Tractor with triple trailers 9 Unknown class heavy truck 10 Any other 4-tired vehicle

*Cargo Body Type* *(circle one number)*

1 Bus (2) Van/enclosed box 3 Cargo tank 4 Flatbed 5 Dump
6 Concrete mixer 7 Auto transporter 8 Garbage/ refuse 9 Other ____

## Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name Benton Express Inc.

Source (circle one number) (1) Vehicle side 2 Shipping papers 3 Driver 4 Other

Carrier mailing address (Street or P.O. Box) 2061 SCL Drive

City, State, Zip Jacksonville, Florida., 32209

Carrier Identification Numbers (____ None = 0)

US DOT 92694 ICC MC 110410 STATE NO. ____ STATE ____

## Sequence of Events

Note: for THIS vehicle - list up to four Event #1 15 Event #2 6 Event #3 10 Event #4 16

*EVENT CODES*

Non-Collision 1. Ran off road 2. Jackknife 3. Overturned (rollover) 4. Downhill runaway
5. Cargo loss or shift 6. Explosion or fire 7. Separation of units 8. Other non-collision

Collision With 9. Pedestrian 10. Non-parked vehicle 11. Parked vehicle 12. Train
13. Pedalcycle 14. Animal 15. Fixed object 16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | AM PM |
|---|---|---|---|---|---|
| [signature] | 328 | 0030100 | 04-11-2005 | 0605 | |