IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as administratrix of the estate of Ronald Tyrone Roby, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 2:05cv494-T |
| BENTON EXPRESS, INC., | ) |
| Defendant. | ) |

ORDER

Because the motion to dismiss (Doc. No. 27) presents issues best addressed on a summary-judgment motion, it is ORDERED that the motion to dismiss (Doc. No. 27) is denied without prejudice.

DONE, this the 4th day of January, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE