IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAZEL M. ROBY, as Administratrix of §
the Estate of RONALD TYRONE §
ROBY, Deceased, §
　　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　　§
v. § CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　§ 2:05cv494-B
BENTON, INC., et al., §
　　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## MOTION TO FILE UNDER SEAL

Even though this request does not arise out of a Court order or legal requirement,

Plaintiff requests that Exhibits 1 through 5 to Plaintiff's Response to Defendant's

Supplement to its Motion for Summary Judgment be filed under seal pursuant to a verbal

agreement with Benton's counsel

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LABARRON N. BOONE
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record as shown below on this the _____ 7¹ʰ _____ day of January 2006.

_____
OF COUNSEL

Gregory A. Brockwell
Brett A. Ross
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL  35216