IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAZEL M. ROBY, as              )
Administratrix of the          )
of the Estate of Ronald        )
Tyrone Roby, Deceased,         )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:05cv494-MHT
                               )
BENTON EXPRESS, INC.,          )
                               )
     Defendant.                )
```

ORDER

It is ORDERED that the motion to file under seal (Doc. No. 57) is granted.

DONE, this the 11th day of January, 2006

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE