MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

| | |
|---|---|
| DATE COMMENCED: 1/23/06 | DIGITAL RECORDING: 10:04 - 10:46 |
| DATE COMPLETED: 1/23/06 | |

Hazel M. Roby                *        2:05cv494-MHT

vs                           *

Benton Express, Inc.         *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| LaBarron Nelson Boone | * | Gregory Austin Brockwell |
| | * | |
| | * | |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Discovery Hearing


SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | DISCOVERY HEARING  2:05cv494-MHT:  Hazel M. Roby vs. Benton Express, Inc.: | |
|---|---|---|
| **Date** 1/23/2006 | **Location** | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:04:45 AM | Court | Opens Court ; Questions attorneys regarding the lst sentence in the Order recently issued to verify the assumption is correct |
| 10:06:48 AM | Plaintiff | Addresses the court as to discovery dispute |
| 10:08:15 AM | Court | Questions the Issue of Craig Stephens acting in line of and Scope of his authority in his employment an issue in this Court |
| 10:08:19 AM | Defendant | Addresses the Court regarding Ms. Stephens, widower of Mr. Stephens' Claim |
| 10:09:50 AM | Court | Questions attorneys as to receipt of Mr. Stephens' Workman's compensation payment relevant to whether he acted in line and scope of his authority of employment |
| 10:10:39 AM | Defendant | Responds to Court Questions; Workman compensation issued has been resolved in Florida; |
| 10:14:28 AM | Plaintiff | Argues his issue of discovery |
| 10:16:47 AM | Court | Questions Plaintiff's attorney |
| 10:17:22 AM | Plaintiff | Responds |
| 10:22:10 AM | Court | Needs to know if the Florida case has been dismissed |
| 10:22:52 AM | Plaintiff | Attorney not sure; Continues argument |
| 10:26:21 AM | Court | Questions as to what prejudice or protection does the defendant seek |
| 10:27:56 AM | Defendant | Responds |
| 10:37:06 AM | Court | Discusses issue regarding the renewed motion to compel; questions defendant |
| 10:39:49 AM | Court | Will reject time defense as to claim of prejudice |
| 10:44:05 AM | Court | Plaintiff to file a Notice of Authority listing cases cited by l/25/06 which should include exactly what Plaintiff is requesting; By 1/27/06 Defendants file a Notice of Opposition to Use of those cases; Court is to enter a written order by Monday,1/30/06. |