IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HAZEL M. ROBY,                  )
as administratrix of            )
the estate of Ronald            )
Tyrone Roby, deceased,          )
                                )
       Plaintiff,               )
                                )
       v.                       )      CIVIL ACTION NO.
                                )        2:05cv494-MHT
BENTON EXPRESS, INC.,           )
                                )
       Defendant.               )

ORDER

Because this court denied defendant Benton Express, Inc.'s motion to dismiss (Doc. No. 27), it is ORDERED that plaintiff Hazel M. Roby's motion to strike evidentiary submissions accompanying said motion to strike (Doc. No. 33) is denied as moot.

DONE, this the 26th day of January, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE