**EXHIBIT 2:** **LOGBOOK ENTRIES FOR CRAIG STEPHENS' TRIPS TO ATLANTA IN THE SIX MONTHS PRECEDING THE SUBJECT ACCIDENT**

Case 2:05-cv-00494-MHT-VPM    Document 73-3    Filed 01/31/2006    Page 1 of 17



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

RELIEVED FROM DUTY: DATE ___ LOCATION ___
FOR PERIOD OF ___ HOURS TIME FROM ___ TO ___
TERM. MANAGER OF SUPERVISOR CALLED ___ TIME ___ VERIFIED AND APPROVED BY ___

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406779N**

10 / 1 / 04    587    562-3166-616-1117
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)   I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours:
1: OFF DUTY — 10
2: SLEEPER BERTH — 
3: DRIVING — 9
4: ON DUTY (NOT DRIVING) — 5
TOTAL — 24

Remarks: Tallahassee pick up / Pensacola fl MVI / Pensacola fl / Atlanta GA drop off

OVER THE ROAD MANIFEST #'S
1  30024
2  300248
3  ___
4  ___

RECAP 8 DAY 70 HR.
TODAY  14
YESTERDAY  10
3RD DAY  4
4TH DAY  0
5TH DAY  0
6TH DAY  0
8 DAY TOTAL  28
HRS. NEXT 2 DAYS  42
7TH DAY  0
7 DAY TOTAL  28
HRS. NEXT DAY  42
8TH DAY  0
8 DAY TOTAL  28
CHECK
TODAY  14
7 DAY TOTAL  14
8 DAY TOTAL  28

LOAD / UNLOAD MANIFEST #'S
304261
199348

PLACARDS REQ.  YES / NO
☐ / ☒
☐ / ☒

TYPE OF PLACARD
N/A
N/A

Benton 614

Explain excess hours
FROM PREVIOUS DAY LOG →

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Tallahassee fl   TO: Pensacola fl     TURN ☐  LAYOVER ☐
2 Pensacola fl       Atlanta GA.    TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|--------|---------|-------|--------|---------|-------|
| ☒ | 562 | ☐ | ☐ | 3166 | ☐ |
| ☐ | 616 | ☐ | ☐ | 1117 | ☐ |
| ☐ |  | ☐ | ☐ |  | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed ___



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406778 N**

10 / 2 / 04    626    616-5085
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola Fl
(Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours:
- Off Duty: 19½
- Sleeper Berth: —
- Driving: 4
- On Duty (Not Driving): ½
- **TOTAL: 24**

Remarks: Atlanta GA — pick up; Pensacola Fl — m v I

**OVER THE ROAD MANIFEST #'S**
1. 300248
2. ____
3. ____
4. ____

**RECAP** 8 DAY 70 HR.
- TODAY: 4½
- YESTERDAY: 14
- 3RD DAY: 10
- 4TH DAY: 4
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 32½
- HRS. NEXT 2 DAYS: 37½
- 7TH DAY: 0
- 7 DAY TOTAL: 32½
- HRS. NEXT DAY: 37½
- 8TH DAY: 0
- 8 DAY TOTAL: 32½

**CHECK**
- TODAY: 4½
- 7 DAY TOTAL: 14
- 8 DAY TOTAL: 18½

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 334182 | ✓ | ☐ | Corrosive |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |

Benton 615

Explain excess hours _____
FROM PREVIOUS DAY LOG →

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA    TO: Pensacola Fl    TURN ☐    LAYOVER ☐
      2 _____                             TURN ☐    LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5085 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.**

*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406788N**

10 / 15 / 04    507    562 - 1138 616-600
(Month) (Day) (Year)  (Total miles driving today)    Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)    I certify these entries are true & correct. Driver's signature in full

USE TIME STANDARD AT HOME TERMINAL

Hours log graph:
- Off Duty: 10
- Sleeper Berth: —
- Driving: 9
- On Duty (Not Driving): 5
- TOTAL: 24

Remarks: Tallahassee, Pensacola fl MVI, Pensacola fl MVI, Atlanta GA Dropoff

**OVER THE ROAD MANIFEST #'S**
1. 300268
2. 300269
3. —
4. —

**RECAP** – 8 DAY 70 HR.
- TODAY: 14
- YESTERDAY: 11
- 3RD DAY: 10 1/2
- 4TH DAY: 10 1/2
- 5TH DAY: 4
- 6TH DAY: 7 1/2
- 8 DAY TOTAL: 57 1/2
- HRS. NEXT 2 DAYS: 12 1/2
- 7TH DAY: 0
- 7 DAY TOTAL: 57 1/2
- HRS. NEXT DAY: 12 1/2
- 6TH DAY: 0
- 8 DAY TOTAL: 57 1/2
- CHECK TODAY: 14
- FROM PREVIOUS DAY LOG: 43 1/2
- 8 DAY TOTAL: 57 1/2

**LOAD / UNLOAD MANIFEST #S**
199372
199373

**PLACARDS REQ.** YES ☐ NO ☑

**TYPE OF PLACARD**
N/A
N/A

Benton 631

Explain excess hours

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | ☐ | ☑ |
| 2 Pensacola fl | Atlanta GA | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 562 | ☐ | ☐ | 507 | ☐ |
| ☐ | | ☐ | ☐ | 1138 | ☐ |
| ☐ | 616 | ☐ | ☐ | 600 | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



**BENTON EXPRESS, INC.**
SINCE 1894

"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406789N**

10 / 16 / 04   325   616 – 48355
(Month)(Day)(Year) (Total miles driving today)   Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Log grid:
- OFF DUTY
- SLEEPER BERTH
- DRIVING
- ON DUTY (NOT DRIVING)

Hours: 20 / — / 4 / —
TOTAL: 24

REMARKS: Atlanta GA cs / Pensacola fl

**OVER THE ROAD MANIFEST #'S**
1  300269
2  ___
3  ___
4  ___

**RECAP** 8 DAY 70 HR.
TODAY 4
YESTERDAY 11
3RD DAY 10½
4TH DAY 10½
5TH DAY 4
6TH DAY 7½
8 DAY TOTAL 61½
HRS NEXT 2 DAYS 8½
7TH DAY 0
7 DAY TOTAL 61½
HRS. NEXT DAY 8½
8TH DAY 0
8 DAY TOTAL 61½

CHECK
TODAY 4
FROM PREVIOUS DAY LOG → 7 DAY TOTAL 43½
8 DAY TOTAL 47½

**LOAD / UNLOAD MANIFEST #'S**
336168

**PLACARDS REQ.** YES [ ] NO [X]

**TYPE OF PLACARD**
N/A

Benton 632

Explain excess hours

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA   TO: Pensacola fl   TURN [ ] LAYOVER [ ]
2                                        TURN [ ] LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [ ] | 616 | [ ] | [ ] | 48355 | [ ] |
| [ ] |  | [ ] | [ ] |  | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
| --- | --- | --- |
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME _____ VERIFIED AND APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406416 N**

11 / 1 / 04    323 (Total miles driving today)    616 – 550 (Vehicle Numbers)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl (Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full

USE TIME STANDARD AT HOME TERMINAL

Hours:
- Off Duty: 18 –
- Sleeper Berth: —
- Driving: 5 –
- On Duty (Not Driving): 1 –
- **TOTAL: 24**

Remarks: Pensacola fl mt ; Atlanta GA Bros off

**OVER THE ROAD MANIFEST #'S**
1. 300292
2. _____
3. _____
4. _____

**RECAP 8 DAY 70 HR.**
- TODAY: 6 –
- YESTERDAY: 7 1/2
- 3RD DAY: 0 –
- 4TH DAY: 0 –
- 5TH DAY: 0 –
- 6TH DAY: 0 –
- 6 DAY TOTAL: 13 1/2
- HRS. NEXT 2 DAYS: 56 1/2
- 7TH DAY: 0 –
- 7 DAY TOTAL: 13 1/2
- HRS. NEXT DAY: 56 1/2
- 8TH DAY: 0 –
- 8 DAY TOTAL: 13 1/2

**CHECK**
- TODAY: 6 –
- 7 DAY TOTAL: 7 1/2
- 8 DAY TOTAL: 13 1/2

**LOAD / UNLOAD MANIFEST #'S**: 199401

**PLACARDS REQ.**: YES ☐  NO ☑

**TYPE OF PLACARD**: N/A

Benton 648

FROM PREVIOUS DAY LOG →

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Pensacola fl    TO: Atlanta GA.    TURN ☐    LAYOVER ☐
2                                                  TURN ☐    LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
| --- | --- | --- | --- | --- | --- |
| ☐ | 616 | ☐ | ☐ | 550 | ☐ |
| ☐ |  | ☐ | ☐ |  | ☐ |
| ☐ |  | ☐ | ☐ |  | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OF SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month

**LOG NUMBER 406417N**

11 / 2 / 04      323      676 - 5228 - 736
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers - (Show each unit)
                                                  562

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 300292
2. 300294
3. ___
4. ___

Hours graph:
- 1: OFF DUTY — 14½
- 2: SLEEPER BERTH — 
- 3: DRIVING — 8
- 4: ON DUTY (NOT DRIVING) — 1½
- TOTAL — 24

Remarks: Pensacola fl MVI, Pensacola fl MVI, Tallahassee fl Drop off

**RECAP** 8 DAY 70 HR.
- TODAY: 9½
- YESTERDAY: 6
- 3RD DAY: 7½
- 4TH DAY: 0
- 5TH DAY: 0
- 6TH DAY: 0
- 6 DAY TOTAL: 23
- HRS. NEXT 2 DAYS: 47
- 7TH DAY: 0
- 7 DAY TOTAL: 23
- HRS. NEXT DAY: 47
- 8TH DAY: 0
- 8 DAY TOTAL: 23
- CHECK TODAY: 9½
- 7 DAY TOTAL: 13½
- 8 DAY TOTAL: 23

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 336778 | | ✓ | N/A |
| 199404 | | ✓ | N/A |
| | | | |
| | | | |

Benton 649

Explain excess hours

FROM PREVIOUS DAY LOG

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | | TO: | | | |
|---|---|---|---|---|---|
| 1 | ATL GA | Pensacola fl | TURN ☐ | LAYOVER ☐ |
| 2 | Pensacola fl | Tallahassee fl | TURN ☐ | LAYOVER ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ✓ | 616 | ☐ | ☐ | 5228 | ☐ |
| ☐ | 562 | ☐ | ☐ | 736 | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-87

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406517N**

1 / 28 / 05    323    562-837-616-
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours grid:
- 1: OFF DUTY — 10½
- 2: SLEEPER BERTH — 
- 3: DRIVING — 9
- 4: ON DUTY (NOT DRIVING) — 4½
- TOTAL — 24

Remarks: Tallahassee fl pick up; Pensacola fl M V I; Pensacola fl M V I; Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1. 300415
2. 300417
3. ——
4. ——

**RECAP — 8 DAY 70 HR.**
- TODAY: 13½
- YESTERDAY: 10
- 3RD DAY: 9½
- 4TH DAY: 11½
- 5TH DAY: 5
- 6TH DAY: 8
- 8 DAY TOTAL: 57½
- HRS. NEXT 2 DAYS: 12½
- 7TH DAY: 0
- 7 DAY TOTAL: 57½
- HRS. NEXT DAY: 12½
- 8TH DAY: 0
- 8 DAY TOTAL: 57½
- CHECK: 13½
- FROM PREVIOUS DAY LOG
- 2 DAY TOTAL: 44
- 8 DAY TOTAL: 57½

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 323362 | ☐ | ☑ | N/A |
| 199532 | ☐ | ☑ | N/A |
| | ☐ | ☐ | |
| | ☐ | ☐ | |

Benton 737

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Tallahassee fl    TO: Pensacola fl    TURN ☐  LAYOVER ☐
      2 Pensacola fl           Atlanta GA.       TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☑ | 562 | ☐ | ☐ | 837 | ☐ |
| ☑ | 616 | ☐ | ☐ | 51129 | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑ , found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2081 SCL DR.<br>JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406518 N**

1 / 29 / 05    284 (Total miles driving today)    Vehicle Numbers: 616-544

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl (Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 300417
2. 
3. 
4. 

Hours:
- 1: Off Duty — 19½
- 2: Sleeper Berth — 
- 3: Driving — 4
- 4: On Duty (Not Driving) — ½
- TOTAL — 24

Remarks: Pensacola fl M+I

**RECAP**
8 DAY 70 HR.
- TODAY: 4½
- YESTERDAY: 13½
- 3RD DAY: 10
- 4TH DAY: 9½
- 5TH DAY: 11
- 6TH DAY: 5
- 8 DAY TOTAL: 8
- HRS. NEXT 2 DAYS: 8
- 7TH DAY: 0
- 7 DAY TOTAL: 62
- HRS. NEXT DAY: 8
- 8TH DAY: 0
- 8 DAY TOTAL: 62
- CHECK
- TODAY: 4½
- 7 DAY TOTAL: 57½
- 8 DAY TOTAL: 62

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 340628 | ☐ | ☐ | N/A |
|  | ☐ | ☐ |  |
|  | ☐ | ☐ |  |
|  | ☐ | ☐ |  |

Benton 738

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.    TO: Pensacola fl    TURN ☑  LAYOVER ☐
      2                                      TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. | DRIVER'S REPORT OF VEHICLE INSPECTIONS |
|---|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 544 | ☐ | I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form. |
| ☐ |  | ☐ | ☐ |  | ☐ |  |
| ☐ |  | ☐ | ☐ |  | ☐ | Signed _____ |



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME — VERIFIED AND APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406524 N**

(Month) 2 / (Day) 4 / (Year) 05    (Total miles driving today) 507    Vehicle Numbers 562-327-1327

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

(Home Terminal Address) pensacola fl

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours totals:
- 1: OFF DUTY — 11 —
- 2: SLEEPER BERTH — 
- 3: DRIVING — 8 —
- 4: ON DUTY (NOT DRIVING) — 5 —
- TOTAL — 24

REMARKS: Tallahassee fl pick up; pensacola fl MVI; pensacola fl MVI; Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1. 300428
2. 300430
3. ——
4. ——

**RECAP 8 DAY 70 HR.**
- TODAY: 13 —
- YESTERDAY: 12 ½
- 3RD DAY: 14 —
- 4TH DAY: 3 ½
- 5TH DAY: 7 —
- 6TH DAY: 0 —
- 6 DAY TOTAL: 59 ½
- HRS. NEXT 2 DAYS: 10 ½
- 7TH DAY: 0 —
- 7 DAY TOTAL: 59 ½
- HRS. NEXT DAY: 10 ½
- 8TH DAY: 0 —
- 8 DAY TOTAL: 59 ½

**CHECK**
- TODAY: 13 —
- 7 DAY TOTAL: 46 ½
- 8 DAY TOTAL: 59 ½

FROM PREVIOUS DAY LOG

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 323395 | ☐ | ☑ | N/A |
| 199546 | ☐ | ☑ | N/A |
| | ☐ | ☐ | |
| | ☐ | ☐ | |

Benton 749

Explain excess hours

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee fl | Pensacola fl | ☐ | ☑ |
| 2 Pensacola fl | Atlanta GA | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☑ | 562 | ☐ | ☐ | 327 | ☐ |
| ☑ | 616 | ☐ | ☐ | 327 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**

I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2061 SCL DR.
JACKSONVILLE, FL 32209

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ | TO _____ |
| TERM. MANAGER OF SUPERVISOR CALLED _____ | TIME _____ VERIFIED AND APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406525N**

2 / 5 / 05   323   616-5329
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1  306430
2  _____
3  _____
4  _____

Hours:
- 1: OFF DUTY — 18 1/2
- 2: SLEEPER BERTH — 
- 3: DRIVING — 5
- 4: ON DUTY (NOT DRIVING) — 1/2
- TOTAL — 24

REMARKS: Atlanta GA pick up / Pensacola fl M v I

**LOAD / UNLOAD MANIFEST #S**
340779

**PLACARDS REQ.**  YES ☐  NO ☒

**TYPE OF PLACARD**  N/A

Benton 750

**RECAP** 8 DAY 70 HR.
- TODAY: 5 1/2
- YESTERDAY: 13
- 3RD DAY: 12 1/2
- 4TH DAY: 14
- 5TH DAY: 3 1/2
- 6TH DAY: 7
- 8 DAY TOTAL: 65
- HRS. NEXT 2 DAYS: 5
- 7TH DAY: 0
- 7 DAY TOTAL: 65
- HRS. NEXT DAY: 5
- 8TH DAY: 0
- 8 DAY TOTAL: 65
- CHECK
  - TODAY: 5 1/2
  - FROM PREVIOUS DAY LOG
  - 7 DAY TOTAL: 59 1/2
  - 8 DAY TOTAL: 65

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.   TO: Pensacola fl    TURN ☐  LAYOVER ☐
       2                                   TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5329 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



"We Do It Right The First Time"

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

| RELIEVED FROM DUTY: | DATE _____ | LOCATION _____ |
|---|---|---|
| FOR PERIOD OF _____ | HOURS TIME FROM _____ VERIFIED AND | TO _____ |
| TERM. MANAGER OR<br>SUPERVISOR CALLED _____ | TIME _____ APPROVED BY _____ | |

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

DRIVER'S DAILY LOG (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

LOG NUMBER **406550 N**

2 / 25 / 05    507    562-869-765
(Month) (Day) (Year)  (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct/Driver's signature in full

USE TIME STANDARD AT HOME TERMINAL

OVER THE ROAD MANIFEST #'S
1. 300458
2. 300459
3. ___
4. ___

Hours:
1: OFF DUTY — 10
2: SLEEPER BERTH — 
3: DRIVING — 7½
4: ON DUTY (NOT DRIVING) — 6½
TOTAL — 24

Remarks: Tallahassee fl pick up / city fl / Pensacola fl / Pensacola fl MVI

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 323565 | ☐ | ☑ | N/A |
| 199575 | ☐ | ☑ | N/A |
| | ☐ | ☐ | |
| | ☐ | ☐ | Benton 770 |

RECAP 8 DAY 70 HR.
TODAY — 14
YESTERDAY — 13½
3RD DAY — 4
4TH DAY — 6
5TH DAY — 4
6TH DAY — 7½
8 DAY TOTAL — 49
HRS. NEXT 2 DAYS
7TH DAY — 0
7 DAY TOTAL — 49
HRS. NEXT DAY
8TH DAY — 0
8 DAY TOTAL — ___
CHECK
TODAY — 14
7 DAY TOTAL — 35
8 DAY TOTAL — 49

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Tallahassee fl    TO: Pensacola fl    TURN ☐  LAYOVER ☐
      2 Pensacola fl         Atlanta GA.       TURN ☐  LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☑ | 562 | ☐ | ☑ | 869 | ☐ |
| ☑ | 562 | ☐ | ☑ | 765 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

DRIVER'S REPORT OF VEHICLE INSPECTIONS
I certify that before using the equipment listed I inspected it and, if marked ☑ , found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.
Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406551N**

2 / 26 / 05    329    562-254
(Month) (Day) (Year)  (Total miles driving today)  Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321
Pensacola fl
(Home Terminal Address)    I certify these entries are true & correct / Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours totals:
- 1: OFF DUTY — 17½
- 2: SLEEPER BERTH —
- 3: DRIVING — 5½
- 4: ON DUTY (NOT DRIVING) — 1
- TOTAL — 24

Notes on grid: "Atlanta GA drop off", "Pensacola fl m+t"

**OVER THE ROAD MANIFEST #'S**
1. 300459
2. ___
3. ___
4. ___

**RECAP 8 DAY 70 HR.**
- TODAY: 6½
- YESTERDAY: 19
- 3RD DAY: 13½
- 4TH DAY: 4
- 5TH DAY: 6
- 6TH DAY: 4
- 4 DAY TOTAL: 4½
- HRS. NEXT 2 DAYS: —
- 7TH DAY: 0
- 7 DAY TOTAL: 59½
- HRS. NEXT DAY: —
- 8TH DAY: 0
- 8 DAY TOTAL: 59½

**CHECK**
- TODAY: 6½
- 7 DAY TOTAL: 49
- 8 DAY TOTAL: 55½

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 345558 | ☐ | ☑ | N/A |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |

Benton 771

FROM PREVIOUS DAY LOG

Explain excess hours _____
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.   TO: Pensacola fl   TURN ☐   LAYOVER ☐
       2 _____                          TURN ☐   LAYOVER ☐

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☑ | 562 | ☐ | ☐ | 254 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E.<br>ATLANTA, GA 30315 | 2061 SCL DR.<br>JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OF SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406562 N**

3 / 10 / 05     184     616-863 52200
(Month) (Day) (Year)  (Total miles driving today)  Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola Fl
(Home Terminal Address)

I certify these entries are true & correct. Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

Hours:
1: OFF DUTY — 10
2: SLEEPER BERTH — (blank)
3: DRIVING — 10
4: ON DUTY (NOT DRIVING) — 4
TOTAL — 24

Remarks: Tallahassee Fl pickup / Pensacola Fl MVI / Pensacola Fl MVI / Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1  300486
2  300881
3  ———
4  ———

**RECAP — 8 DAY 70 HR.**
TODAY: 14
YESTERDAY: 11
3RD DAY: 12
4TH DAY: 4
5TH DAY: 7½
6TH DAY: 0
8 DAY TOTAL: 48½
HRS. NEXT 2 DAYS: 21½
7TH DAY: 0
7 DAY TOTAL: 48½
HRS. NEXT DAY: 21½
8TH DAY: 0
8 DAY TOTAL: 48½

CHECK
TODAY: 14
7 DAY TOTAL: 34½
8 DAY TOTAL: 48½

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 323502 | ✓ | | Corrosive |
| 199599 | | ✓ | N/A |
| | | | |
| | | | |

Benton 789

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Tallahassee Fl | Pensacola Fl | ☐ | ☐ |
| 2 Pensacola Fl | Atlanta GA | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ✓ | 616 | ☐ | ☐ | 863 | ☐ |
| ☐ | 616 | ☐ | ☐ | 52200 | ☐ |
| ☐ | | ☐ | ☐ | | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____



"We Do It Right The First Time"

**GENERAL OFFICE**
1045 S. RIVER IND. BLVD., S.E.
ATLANTA, GA 30315

**SAFETY DEPARTMENT**
2081 SCL DR.
JACKSONVILLE, FL 32209

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406563N**

3 / 11 / 05    323    616  52169
(Month) (Day) (Year)  (Total miles driving today)   Vehicle Number(s) (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct: Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| Status | Hours |
|---|---|
| 1: OFF DUTY | 13 1/2 |
| 2: SLEEPER BERTH | |
| 3: DRIVING | 9 — |
| 4: ON DUTY NOT DRIVING | 1 1/2 |

5: REMARKS: Pensacola fl MVI ; Pensacola fl MVI ; Atlanta GA drop off

**OVER THE ROAD MANIFEST #'S**
1  300687
2  300462
3  —
4  —

**RECAP 8 DAY 70 HR.**
TODAY  10 1/2
YESTERDAY  14 —
3RD DAY  11 —
4TH DAY  12 —
5TH DAY  4 —
6TH DAY  7 1/2
6 DAY TOTAL  59 —
HRS. NEXT 2 DAYS  11 —
7TH DAY  0 —
7 DAY TOTAL  59 —
HRS. NEXT DAY  11 —
8TH DAY  0 —
8 DAY TOTAL  11 —

**CHECK**
TODAY  10 1/2
FROM PREVIOUS DAY LOG
7 DAY TOTAL  48 1/2
8 DAY TOTAL  59

**LOAD / UNLOAD MANIFEST #S**
944314
199600

**PLACARDS REQ.**
YES [ ]   NO [X]
YES [ ]   NO [X]

**TYPE OF PLACARD**
N/A
N/A

Benton 790

Explain excess hours _____

Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM:
1  Atlanta GA     TO: Pensacola fl     TURN [ ]   LAYOVER [ ]
2  Pensacola fl         Atlanta GA.     TURN [ ]   LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [X] | 616 | [ ] | [ ] | 52169 | [ ] |
| [ ] | 616 | [ ] | [ ] | 52171 | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
TERM. MANAGER OF SUPERVISOR CALLED _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406564 N**

3 / 12 / 05    323    616-52200
(Month) (Day) (Year)   (Total miles driving today)    Vehicle Numbers - (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)
I certify these entries are true & correct Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

| | Hours | 1/4 S |
|---|---|---|
| 1: OFF DUTY | 19 1/2 | |
| 2: SLEEPER BERTH | | |
| 3: DRIVING | 4 — | |
| 4: ON DUTY (NOT DRIVING) | 1/2 | |
| | 24 TOTAL | |

5: REMARKS — Pensacola fl

**OVER THE ROAD MANIFEST #'S**
1. 300488
2. ___
3. ___
4. ___

**RECAP**
8 DAY 70 HR.
TODAY 4 1/2
YESTERDAY 10 1/2
3RD DAY 14 —
4TH DAY 11 —
5TH DAY 12 —
6TH DAY 4 —
6 DAY TOTAL 7 1/2
HRS. NEXT 2 DAYS 6 1/2
7TH DAY -0-
7 DAY TOTAL 63 1/2
HRS. NEXT DAY 6 1/2
8TH DAY -0-
8 DAY TOTAL 63 1/2
CHECK
TODAY 4 1/2
7 DAY TOTAL 55
FROM PREVIOUS DAY LOG
8 DAY TOTAL 63 1/2

**LOAD / UNLOAD MANIFEST #S**
344326

**PLACARDS REQ.**
YES [✓]  NO [ ]

**TYPE OF PLACARD**
Oxidizer

Benton 791

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

FROM: 1 Atlanta GA.    TO: Pensacola fl    TURN [✓]  LAYOVER [ ]
2                                               TURN [ ]  LAYOVER [ ]

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| [✓] | 616 | [ ] | [ ] | 52200 | [ ] |
| [ ] | | [ ] | [ ] | | [ ] |
| [ ] | | [ ] | [ ] | | [ ] |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked [✓], found it to be roadworthy and in compliance with DOT rules. Equipment marked [X] had defects which are written up on separate form.

Signed _____



*"We Do It Right The First Time"*

| GENERAL OFFICE | SAFETY DEPARTMENT |
|---|---|
| 1045 S. RIVER IND. BLVD., S.E. | 2061 SCL DR. |
| ATLANTA, GA 30315 | JACKSONVILLE, FL 32209 |

**RELIEVED FROM DUTY:** DATE _____ LOCATION _____
**FOR PERIOD OF** _____ HOURS TIME FROM _____ TO _____
**TERM. MANAGER OF SUPERVISOR CALLED** _____ TIME _____ VERIFIED AND APPROVED BY _____

Form MCS 59-Prescribed by the U.S. Department of Transportation Federal Highway Administration Rev.-67

**DRIVER'S DAILY LOG** (One day - 24 hours)

Form Approved, Budget Bureau No. 04-R2399
ORIGINAL-File each day at home terminal
DUPLICATE-Driver retains in his possession for one month.

**LOG NUMBER 406586 N**

4 / 2 / 05    696    616-5074 494
(Month)(Day)(Year)  (Total miles driving today)   Vehicle Numbers (Show each unit)

BENTON BROS. FILM EXPRESS
ATLANTA, GA 30321

Pensacola fl
(Home Terminal Address)

I certify these entries are true & correct; Driver's signature in full
USE TIME STANDARD AT HOME TERMINAL

**OVER THE ROAD MANIFEST #'S**
1. 337309
2. ____
3. ____
4. ____

Hours chart:
- 1: OFF DUTY — 12½
- 2: SLEEPER BERTH
- 3: DRIVING — 10
- 4: ON DUTY (NOT DRIVING) — 1½
- TOTAL — 24

Remarks: Pensacola fl MVI; Atlanta GA drop off; Pensacola fl MVI

**RECAP 8 DAY 70 HR.**
- TODAY: 11½
- YESTERDAY: 9½
- 3RD DAY: 9
- 4TH DAY: 10
- 5TH DAY: 11
- 6TH DAY: 10
- 8 DAY TOTAL: 61
- HRS. NEXT 2 DAYS: 9
- 7TH DAY: 0
- 7 DAY TOTAL: 61
- HRS. NEXT DAY: 9
- 8TH DAY: 0
- 8 DAY TOTAL: 61

**CHECK**
- TODAY: 11½
- 7 DAY TOTAL: 49½
- 8 DAY TOTAL: 61

| LOAD / UNLOAD MANIFEST #S | PLACARDS REQ. YES | NO | TYPE OF PLACARD |
|---|---|---|---|
| 199345 | ☐ | ✓ | N/A |
| 323747 | ☐ | ✓ | N/A |
| | ☐ | ☐ | |
| | ☐ | ☐ | Benton 821 |

FROM PREVIOUS DAY LOG

Explain excess hours
Enter name of place you reported and were released from work and when and where each change of duty occurred at time it occurs.

| FROM: | TO: | TURN | LAYOVER |
|---|---|---|---|
| 1 Pensacola fl | Atlanta GA | ☐ | ☐ |
| 2 Atlanta GA | Pensacola fl | ☐ | ☐ |

| ORIGIN | TRACTOR | DEST. | ORIGIN | TRLR. # | DEST. |
|---|---|---|---|---|---|
| ☐ | 616 | ☐ | ☐ | 5074 | ☐ |
| ☐ | 616 | ☐ | ☐ | 454 | ☐ |

**DRIVER'S REPORT OF VEHICLE INSPECTIONS**
I certify that before using the equipment listed I inspected it and, if marked ☑, found it to be roadworthy and in compliance with DOT rules. Equipment marked ☒ had defects which are written up on separate form.

Signed _____