**EXHIBIT 3:   EXCERPTS OF DEPOSITION OF BILL JONES**

FOSHEE & TURNER COURT REPORTERS

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                      NORTHERN DIVISION
 4
 5    HAZEL M. ROBY, as Administratrix
 6    of the Estate of RONALD TYRONE ROBY,
 7    deceased,
 8              Plaintiff,
 9                                   CIVIL ACTION FILE
10         vs.
11                                   NO. 2:05CV194-T
12    BENTON EXPRESS, INC., et al.,
13              Defendants.
14
15              VIDEOTAPED DEPOSITION OF
16                 GEORGE WILLIAM JONES
17
18                September 26, 2005
19                     2:22 p.m.
20
21              1180 West Peachtree Street
22                       Suite 900
23                    Atlanta, Georgia
24
25       Lisa Fischer, CCR-B-1277, RPR, CRR
```

COPY

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 104

```
 1        A.   No.
 2        Q.   Became aware they did that?
 3        A.   No.
 4        Q.   Do you have any idea the normal time
 5   it takes for one of your drivers to go from
 6   Atlanta to Pensacola?
 7        A.   Five to six-and-a-half hours.
 8        Q.   What kind of things will vary the
 9   length of a route like that?  Just say
10   sometimes it's five to six and a half.  I know
11   that's a simple question; but for laypeople who
12   may not know, can you tell me some of the
13   factors that would vary on a route like that,
14   that you may be able to drive it one time in
15   five, and six and a half the next time?
16        A.   The traffic, fueling, mechanical
17   situations, weather.
18        Q.   And when you meant (sic) "fueling,"
19   you meant like if you have to stop versus not
20   stopping?
21        A.   Yes, sir.
22        Q.   Does the typical truck have enough
23   fuel in it that they can go from Atlanta to
24   Pensacola and Pensacola back to Atlanta without
25   fueling, if it's full?
```

Page 105

1    A.    If it's full, yes.

2    Q.    Have you ever drove or rode with

3    anybody from Atlanta to Pensacola on the route

4    we think Mr. Craig Stephens was taking?

5         MR. BROCKWELL:   Object to the form.

6         THE WITNESS:   Have I ever driven

7    in an automobile?

8    Q.   (By Mr. Boone)   Yes.

9    A.    Yes.

10   Q.    And do you recall how long it took you

11   when you were driving in an automobile?

12   A.    No, sir.

13   Q.    Was it just going down there for

14   vacation or reporting to --

15   A.    For pleasure, yes, sir.

16   Q.    Pleasure.

17        Do you routinely go to the seminars to

18   keep you updated on trucking, the trucking

19   industry?

20   A.    No, I don't.

21   Q.    Have you been to any in the last two

22   years?

23   A.    No.

24   Q.    Do you get any kind of --

25   A.    You mean outside seminars?