**EXHIBIT 4:**     **MAPQUEST PRINTOUT OF ROUTE BETWEEN DEFENDANT'S PENSACOLA AND ATLANTA TERMINALS**



**Start:** 1045 S River Industrial Blvd Se
Atlanta, GA 30315-8810, US

**End:** 8792 Paul Starr Dr
Pensacola, FL 32514-7047, US

**Notes:**



| Directions | Distance |
|---|---|
| **Total Est. Time:** 5 hours, 5 minutes | **Total Est. Distance:** 318.22 miles |
| **1:** Start out going EAST on S RIVER INDUSTRIAL BLVD SE toward MORELAND AVE SE / US-23 S / GA-42 E. | 0.5 miles |
| **2:** Turn RIGHT onto MORELAND AVE SE / US-23 S / GA-42 S. | 1.0 miles |
| **3:** Merge onto I-285 W / GA-407 W. | 7.7 miles |
| **4:** Merge onto I-85 S via EXIT 61 toward COLUMBUS / MONTGOMERY. | 151.0 miles |
| **5:** Merge onto I-65 S via the exit on the LEFT toward MOBILE. | 101.6 miles |
| **6:** Take the AL-113 exit- EXIT 69- toward FLOMATON / WALLACE. | 0.2 miles |
| **7:** Turn LEFT onto AL-113 / CR-17. Continue to follow AL-113. | 14.8 miles |
| **8:** Turn LEFT onto US-29 / AL-113. Continue to follow US-29 S. | 35.7 miles |
| **9:** Take the US-90-ALT E ramp toward TALLAHASSEE. | 0.2 miles |
| **10:** Turn LEFT onto W NINE MILE RD / US-90 ALT E / FL-10 E. | 3.7 miles |

| Directions | Distance |
|---|---|
| **11:** Turn RIGHT onto COPTER RD / CR-498. Continue to follow CR-498. | 0.7 miles |
| **12:** CR-498 becomes COPTER RD. | 0.2 miles |
| **13:** Turn RIGHT onto PAUL STARR DR. | 0.2 miles |
| **14:** End at **8792 Paul Starr Dr** Pensacola, FL 32514-7047, US | |

**Total Est. Time:** 5 hours, 5 minutes     **Total Est. Distance:** 318.22 miles



**Start:**
**1045 S River Industrial Blvd Se**
Atlanta, GA 30315-8810, US

**End:**
**8792 Paul Starr Dr**
Pensacola, FL 32514-7047, US




<u>All rights reserved. Use Subject to License/Copyright</u>
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.