**EXHIBIT 6:     EXCERPTS OF DEPOSITION OF ROLAND BROWN**

1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR
 2         THE MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5   CASE NUMBER:   2:05CV194-T                COPY
 6
 7   HAZEL M. ROBY, as Administratrix of the
 8   Estate of RONALD TYRONE ROBY, Deceased,
 9         Plaintiff,
10         vs.
11
12   BENTON EXPRESS, INC., et al.,
13         Defendants.
14
15              S T I P U L A T I O N
16         IT IS STIPULATED AND AGREED by
17   and between the parties through their
18   respective counsel, that the deposition
19   of ROLAND BROWN may be taken before
20   Leslie K. Hartsfield, at the offices of
21   Beasley, Allen, Crow, Methvin, Portis &
22   Miles, P.C., 218 Commerce Street,
23   Montgomery, Alabama, 36103,
```

FREEDOM COURT REPORTING

137

1    Lines.  But I've pointed out some of the
2    advantages to Central Alabama Transport
3    and -- which is the trucking division of
4    Coral Industries.  And they are
5    seriously considering it and I have
6    strongly recommended it to them.
7        Q.    But as of right now, Coral
8    does not have it?
9        A.    Well, I don't -- I don't
10   think they've done it yet.  I think they
11   are -- they are waiting to get the
12   figures back from me.  It would be
13   Central Alabama Transport, not Coral.
14   Because Coral is not an over-the-road
15   operation.  Central Alabama Transport
16   is.  Central Alabama Transport is the
17   transportation division of Coral
18   Industries.
19       Q.    As I understand your
20   opinions in this case, you believe
21   Benton Express should have had Qualcomm
22   or something similar, GPS?
23       A.    Well, yes.  I think they

FREEDOM COURT REPORTING

138

1  should have -- should have had some type
2  of a tracking system, GPS. Simply
3  because they advertise that they have
4  the latest in technology. On their web
5  page, they present to their customers
6  and potential customers that they have
7  the latest in technology and certainly
8  global positioning systems are the
9  latest in technology. And plus the fact
10 that if they're not going to have that
11 they certainly need some tracking system
12 and they need to have a plan, not only a
13 plan, they need to have a procedure and
14 they need to enforce a procedure for
15 tracking.
16     Q.   I'm just talking about GPS
17 alone at the moment. Is it your opinion
18 that it is the industry standard now to
19 have GPS in trucks?
20     A.   I -- I would say yes, that
21 it's getting to be. It may not be
22 totally the industry standard but it's
23 getting closer to it and there's

FREEDOM COURT REPORTING

139

1   certainly a lot of indication that it is
2   getting to be the trucking -- the
3   industry standard, yes.
4           Q.   So you would believe that
5   Benton Express is in violation of that
6   industry standard by not having it?
7           A.   That or -- or some other
8   system.  Some type of tracking system,
9   yes.
10          Q.   So anyone who doesn't have
11  it such as your other client, Coral
12  Industries, would be in violation of the
13  industry standard by not having GPS in
14  their trucks?
15          A.   Well, I think it depends --
16  depends on the size of the fleet, the
17  operation they carry on, what kind of
18  safety procedures they have in place and
19  are exercising.  But yeah, I told Coral
20  I think they're in violation of a safety
21  tool that is -- that is vitally
22  important to the safe operation of
23  their -- of their Central Alabama

1  experience as to what type of operation
2  the company has as to whether or not
3  they use Qualcomm?
4      A.    No, I don't think it matters
5  the type of operation they have.  I
6  think it matters in the -- in today's
7  economy and in today's world of events
8  and with the height of recognition of
9  terrorism and hijackings, this type
10 thing, and Benton certainly has
11 recognized these are -- are threats.
12 I -- I think the type operation you have
13 the -- I don't think it necessarily
14 relates to the type of operation.  I
15 think it relates to your emphasis on
16 trying to -- to know where your trucks
17 are.  Certainly if you're going to
18 advertise and you're going to promote to
19 your customer base that you have the
20 latest in technology, then I think you
21 need to have the latest in technology
22 and I think GPS falls into that
23 category.

1    hours.

2        Q.    You think -- it's your

3    testimony that there is a business need

4    for Benton Express to be able to tell

5    their customers where between Atlanta

6    and Pensacola their shipment is

7    precisely rather than it's somewhere in

8    between.

9        MR. BOONE:  Object to the

10   form.  And I think testimony by

11   corporate representative --

12       MR. ROSS:  Well, LaBarron,

13   that's an objection to the form and then

14   some speaking objection that follows it

15   which I don't want him to take any clue

16   from.  You know where I'm coming from

17   there.

18       MR. BOONE:  (Nodded head

19   affirmatively.)

20       A.    I think it has a direct

21   relationship to Benton's own

22   publications where they can say --

23       Q.    I'm not talking about that.

1   had no way of tracking it and that could
2   happen in any situation. Plus the fact;
3   it's important to them because they have
4   advertised and they have committed
5   themselves to having the latest in
6   technology to be able to satisfy their
7   customers' needs.
8       Q.   Right.
9       A.   And they have also --
10  management has publicized and put into a
11  publication that they can immediately be
12  able to track a shipment. And how can
13  they immediately track a shipment?
14      Q.   You can call your driver on
15  a cell phone, can't you?
16           MR. BOONE: Object to the
17  form.
18      Q.   And ask them -- you could do
19  that and ask them where they are if they
20  answer the phone?
21           MR. BOONE: Object to the
22  form.
23      A.   If you furnish them cell

FREEDOM COURT REPORTING

148

1  phones, yeah.  If you as a company
2  supply them with a cell phone and
3  require them to keep that cell phone on,
4  yes, you could do that.  That's the
5  reason I said there are other tracking
6  systems available other than GPS.  But
7  Benton didn't require their drivers to
8  have a cell phone.  They didn't provide
9  them with a cell phone and this
10 particular driver had a cell phone and
11 they didn't even have his telephone
12 number so how could they have checked up
13 on him.
14         Q.    You've read the testimony.
15 There's evidence of repeated efforts to
16 contact Mr. Stephens on his cell phone;
17 correct?
18         A.    No, sir.
19         Q.    You don't remember reading
20 that?
21         A.    No, sir.  It was -- they
22 were trying to get him on his Nextel,
23 which once the battery was dead, they