**EXHIBIT 8:    EXCERPTS OF DEPOSITION OF TONY STEPHENS**

```
                                                                    1
   1            IN THE UNITED STATES DISTRICT COURT

   2            FOR THE MIDDLE DISTRICT OF ALABAMA

   3                    NORTHERN DIVISION

   4

   5   CIVIL ACTION NO.: 2:05CV494-B

   6

   7   HAZEL ROBY, As Administratrix

   8   of the Estate of RONALD

   9   TYRONE ROBY, Deceased,

  10            Plaintiff,

  11   v.

  12   BENTON EXPRESS, INC., et al.,

  13            Defendants.

  14   _____/

  15            DEPOSITION OF STEVE A. STEPHENS

  16

  17            The videotaped deposition of STEVE A.

  18   STEPHENS was taken before Karen Kelley, CSR,

  19   Notary Public, State at Large, on December 28,

  20   2005, by the plaintiff, commencing at 10:02 a.m.

  21   in the office of Carr, Allison in Brimingham,

  22   Alabama, pursuant to the stipulations set forth

  23   herein.

  24

  25
```

COPY

232

1   speed.

2       Q.   Have you seen any evidence as to what
3   Mr. Stephens' speed was immediately prior to the
4   collision?

5       A.   Based on the witnesses, we have seen
6   information from them.

7       Q.   Okay.  And what was that evidence,
8   sir?

9       A.   There in the area of 60 miles an
10  hour, as best I recall.

11      Q.   Okay.  And, sir, you were asked
12  various questions about GPS systems for
13  tractor-trailers.  I think you told us that you
14  are not an expert on GPS systems; is that correct?

15      A.   That's correct.

16      Q.   As a state trooper, did you ever
17  write a ticket to a tractor-trailer driver for not
18  having a GPS unit on his truck?

19      A.   It's not a violation.

20      Q.   So as far as you know, the Alabama --

21           MR. BOONE:  Object to the form.

22      Q.   -- State Troopers don't require any
23  trucking companies to have GPS tracking?

24      A.   No, sir.

25           MR. BROCKWELL:  That's all of the