Craig Steph[...]

BENTON BROTHERS FILM EXPRESS

RIVERS TIME SHEET | | | | NAME | |
---|---|---|---|---|---
 | OFF | | MILES OR | | DENTON P
DATE | FROM | DESTINATION | HOURS | PAY |
4/4 | ATL | | | |
4/5 | Pen | Tal | 191 | |
4/5 | Tal | Pen | 191 | |
4/6 | Pen | Tal | 191 | |
4/6 | Tal | Pen | 191 | |
4/7 | Pen | Tal | 191 | |
4/7 | Tal | Pen | 191 | |

Mon
Tue
Wed
Thur

BENTON BROTHERS FILM EXPRESS

RIVERS TIME SHEET | | | | NAME | |
---|---|---|---|---|---
 | | | MILES OR | | DENTON P[...]
DATE | FROM | DESTINATION | HOURS | PAY |
4/8 | Pen | ATL | ~~Pen~~ 323 | |

TOTAL (1469 Mile)    11.46 TTL Miles
APPROVED BY

Terminal
WORKsheet

Employee Killed in
Traffic Accident
4/11/05

**Exhibit A**    Benton 392