IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as administratrix of the estate of RONALD TYRONE ROBY, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>)    2:05cv494-MHT |
| BENTON EXPRESS, INC., | )<br>) |
| Defendant. | ) |

ORDER

It is ORDERED that the motion for leave to file reply brief (Doc. No. 72) is granted. If plaintiff wishes to file a further response, she must do so within 14 days from the date of this order.

DONE, this the 1st day of February, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE