**EXHIBIT 1-A:    PRIVILEGE LOG FOR DEFENDANT'S WORKERS'
COMPENSATION FILE**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC., et al,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.: 2:05CV494-T |

---

### PRIVILEGE LOG FOR DEFENDANT'S WORKERS' COMPENSATION FILE

---

COMES NOW the Defendant, Benton Express, Inc., and, pursuant to Rule 26(b)(5) of the Federal Rules of Civil Procedure, provides the following as a log of privileged and therefore non-discoverable documents contained in Defendant's complete workers' compensation file:

| Doc. # | Date | Description of Document |
|---|---|---|
| 1 | 4/14/05 | Correspondence from Benton Express' attorney to Benton Express |
| 2 | 4/18/05 | Correspondence from Benton Express' attorney to workers' compensation insurance adjuster |
| 3 | 4/18/05 | Correspondence from workers' compensation insurance adjuster to Benton Express regarding Benton Express' attorney's correspondence |
| 4 | 4/21/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 5 | 4/28/05 | Correspondence from Benton Express' attorney to Benton Express |
| 6 | 5/1/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |

| 7 | 5/10/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
|---|---------|---------|
| 8 | 5/12/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 9 | 5/18/05 | Correspondence from Benton Express to its attorney |
| 10 | 6/14/05 | Correspondence from Benton Express' attorney to workers' compensation insurance adjuster and Benton Express |
| 11 | 6/17/05 | Correspondence from Benton Express' attorney to workers' compensation insurance adjuster and Benton Express |
| 12 | 6/28/05 | Correspondence from Benton Express' attorney to workers' compensation insurance adjuster and Benton Express |
| 13 | 6/30/05 | Correspondence from workers' compensation insurance adjuster to investigator and Benton Express' attorney |
| 14 | 7/5/05 | Correspondence from investigator to workers' compensation insurance adjuster and Benton Express' attorney |
| 15 | 7/6/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 16 | 7/6/05 | Correspondence from Benton Express to workers' compensation insurance adjuster |
| 17 | 7/6/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 18 | 7/20/05 | Correspondence from Benton Express' attorney to workers' compensation insurance adjuster and Benton Express |
| 19 | 9/12/05 | Correspondence from Benton Express' attorney to Benton Express |
| 20 | 9/22/05 | Correspondence from Benton Express to its attorney |
| 21 | 10/11/05 | Correspondence between Benton Express' attorneys |
| 22 | 10/14/05 | Correspondence from Benton Express to its attorney |

| 23 | 10/19/05 | Correspondence from Benton Express' attorney to Benton Express |
| 24 | 10/20/05 | Correspondence from Benton Express to workers' compensation insurance adjuster |
| 25 | 10/20/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 26 | 12/21/05 | Correspondence between Benton Express' attorneys |
| 27 | 12/22/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 28 | 12/22/05 | Correspondence from workers' compensation insurance adjuster to Benton Express |
| 29 | 1/3/06 | Correspondence from Benton Express to its attorney |
| 30 | 1/5/06 | Correspondence between Benton Express' attorneys |

Respectfully submitted,

BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing upon the following counsel of record by placing same in U.S. mail, addressed as follows and postage prepaid, on this the 3rd day of February, 2006:

Jere L. Beasley
LaBarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Of Counsel

4