**EXHIBIT 2:**    **EXCERPTS OF DEPOSITION OF STEPHANIE STEPHENS**

```
1              IN THE UNITED STATES DISTRICT COURT

            FOR THE MIDDLE DISTRICT OF ALABAMA

2                      NORTHERN DIVISION

3

4   HAZEL ROBY, as Administratrix of )

    the Estate of RONALD TYRONE         )

5   ROBY, Deceased,                     )
                                        )
6           Plaintiffs                  )
                                        )  CIVIL ACTION
7   VS.                                 )  NO. 2:05
                                        )  CV494-B
8   BENTON EXPRESS, INC., et al.,       )
                                        )
9           Defendants.                 )

10

11

         The video deposition of STEPHANIE STEPHENS,

12  pursuant to notice and the within stipulation at

    the law office of Thomas J. Ueberschaer, 601

13  North Baylen Street, Pensacola, Florida,

    beginning at 9:17 a.m., on December 8, 2005.

14

15

16

17

18

19

20

         BEFORE:  Rachel S. Landreneau, CCR, LA, MS

21

22

23
```

146

1      A.   Correct.

2      Q.   Which is -- did you also understand that

3   the company wouldn't begin paying benefits to you

4   while that investigation was going on?

5      A.   Correct.

6      Q.   Do you know who Commercial Risk

7   Management is?

8      A.   No.

9      Q.   Uh, was it after that letter that's been

10  marked as Defense Exhibit Six that you, uh, went

11  to see a lawyer?

12     A.   No.  I went to see a lawyer after talking

13  to Mr. Matthews, Chip Matthews.

14     Q.   Okay.  And why did you go to see a lawyer

15  after that?

16     A.   Um, just the -- the way he talked, uh, I

17  didn't feel comfortable.  I -- I -- I -- uh,

18  assumed that they would try to make Craig the bad

19  guy, so I sought for an attorney.

20     Q.   Okay.  Well, um, do you remember anything

21  specific about your conversation with

22  Mr. Matthews?

23          MR. BOONE:    Objection.  Hearsay.

147

1        A.    No, I don't, I don't recall that.  I

2    just, I just, uh, remember being uncomfortable

3    with our conversation, but I don't remember it.

4    That, that was two days after the event and

5    I . . .

6    BY MR. BROCKWELL CONTINUED:

7        Q.    And were you uncomfortable because, uh,

8    you gathered from the conversation that, uh, you

9    would not be receiving any death benefits from

10   the company?

11       MR. BOONE:    Objection, form.  Asked

12       and answered.

13       A.    I, uh -- yes.

14       MR. BROCKWELL:    Okay, Ms. Stephens,

15       that's all the questions I have for you at

16       this time.  Thank you.

17       MR. BOONE:    Ms. Stephens, I have just a

18       couple of things to clear up real quick.

19            E X A M I N A T I O N

20

21   BY MR. BOONE:

22       Q.    Um, the attorney during his questioning,

23   uh, read you deposition questions that talked