**EXHIBIT 3:** **NOTICE OF APPEARANCE OF STEPHANIE STEPHENS' ATTORNEY IN WORKERS' COMPENSATION CASE**

STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF JUDGE OF COMPENSATION CLAIMS
DISTRICT "A" WEST

EMPLOYEE:
Craig Stephens
1959 Stacey Rd.
Cantonment, FL 32533

ATTORNEY FOR EMPLOYEE:
Thomas J. Ueberschaer, Esquire
601 North Baylen Street
Pensacola, FL 32501-3905

EMPLOYER:
Benton Express Inc.
8792 Paul Starr Drive
Pensacola, FL 32514

ATTORNEY FOR EMPLOYER:
None of Record

OJCC CASE NO.: not yet assigned
D/ACCIDENT: 4/11/2005

CARRIER:
Commercial Risk Management
P.O. Box 18366
Tampa, FL 33679-8366

## NOTICE OF APPEARANCE

COMES NOW the undersigned, of Thomas J. Ueberschaer, P.A., and files this his Notice of Appearance as counsel of record on behalf of the claimant/employee in the above-captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the above-named parties, by U.S. Mail, on April 20, 2005.

Thomas J. Ueberschaer
Attorney for Employee\Claimant
601 North Baylen Street
Pensacola, FL 32501-3905
Florida Bar No.: 0988847

0-5150

OJCC Case #: not yet assigned
Bar #: 0988847
Pleading #: Notice of Appearance

Page 1 of 1