IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAZEL M. ROBY, etc.,   )
           )
    Plaintiff,  )
           )
v.          )  CIVIL ACTION NO. 2:05CV494-MHT
           )  [WO]
BENTON EXPRESS, INC., et al., )
           )
    Defendants. )

## ORDER ON MOTION

Upon consideration of the defendant's Motion To Reconsider its order (Doc. # 71)

compelling production , filed on 3 February 2006 (Do. # 77).  For good cause, it is

ORDERED that the motion is DENIED.

DONE this 6th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE