IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 2:05CV494-T |
| BENTON EXPRESS, INC., et al, ) | |
| Defendants. ) | |

**MOTION TO STAY**

COMES NOW the Defendant, Benton Express, Inc., and, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, respectfully requests that this Honorable Court stay any action required under the trial court's orders of January 31, 2006 (Doc. No. 71) and February 6, 2006 (Doc. No. 78) during the pendency of Defendant's Petition for Writ of Mandamus to the Eleventh Circuit Court of Appeals.

In support thereof, Defendant offers the following:

1. There has been a dispute between the parties regarding the discovery of evidence of Stephanie Stephens' workers' compensation claim pending before the Court for several weeks. To resolve this dispute, the Court entered an order (Doc. No. 71) requiring Defendant to produce its "complete workers' compensation file" on or before February 7, 2006. This order specifically required that Defendant produce any *privileged* documents contained in the file.

2. On February 3, 2006, Defendant filed a motion to reconsider (Doc. No. 77) the order as it relates to privileged documents. The Court has now entered an order (Doc. No. 78)

1

denying Defendant's motion to reconsider.

3. In accordance with the Court's orders, Defendant produced all non-privileged documents from its workers' compensation file on February 7, 2006. However, Defendant withheld the privileged documents contained in the file and instead produced a privilege log listing the privileged documents.

4. Defendant is filing a Petition for Writ of Mandamus to the Eleventh Circuit Court of Appeals challenging this Court's orders compelling Defendant to produce privileged documents.

5. It would severely prejudice Defendant to require it to produce privileged documents while the appeal is pending. Once the privileged documents are produced, the damage will be done. Requiring the privileged documents to be produced now would deny Defendant its appellate rights.

WHEREFORE, premises considered, Defendant respectfully requests, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, that this Court stay any action required under the trial court's orders of January 31, 2006, and February 6, 2006, during the pendency of Defendant's Petition for Writ of Mandamus.

        Respectfully submitted,

        s/ Gregory A. Brockwell
        BRETT A. ROSS (ASB-6771-O76B)
        GREGORY A. BROCKWELL (ASB-9949-R49B)

        Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)
E-mail:    bar@carrallison.com
            gab@carrallison.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 8th day of February, 2006:

Jere L. Beasley  
Labarron N. Boone  
Julia A. Beasley  
BEASLEY, ALLEN, CROW,  
   METHVIN, PORTIS & MILES, P.C.  
218 Commerce Street  
P.O. Box 4160  
Montgomery, AL 36103-4160

                                              s/ Gregory A. Brockwell  
                                              Of Counsel