IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAZEL M. ROBY, as Administratrix of §
the Estate of RONALD TYRONE §
ROBY, Deceased, §
§
    Plaintiff, §
§
v. § CIVIL ACTION NO.
§ 2:05cv494-B
BENTON EXPRESS, INC., et al., §
§
    Defendants. §

## PLAINTIFF'S PROPOSED EXHIBIT LIST

COMES NOW the Plaintiff in the above styled matter, by and through the undersigned counsel of record and hereby submits the following list of exhibits anticipated to be used at the trial of this matter:

| | |
|---|---|
| 1 | Alabama Uniform Traffic Incident Report |
| 2 | Montgomery Police Department Traffic Homicide File |
| 3 | AEGIS Public Safety System Incident Report |
| 4 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation Case Summary |
| 5 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation |
| 6 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation Vehicle Impound Report – 1998 Volvo Truck |
| 7 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation Vehicle Impound Report – 2000 Chevrolet Malibu |
| 8 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Johnny Pollard |
| 9 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Michael Boozer |
| 10 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Jermale Ayers |
| 11 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Michael Griffs |
| 12 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Stephen Hornsby |

| | |
|---|---|
| 13 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Willie Rob Simmons |
| 14 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Statement of Lisa Warr |
| 15 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation Case Summary – Evidence Log |
| 16 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Diagrams of I85/I65 Interchange |
| 17-217 | Montgomery Police Department City of Montgomery, Alabama, Fatal Traffic Collision Investigation – Scene Photos |
| 218-288 | Photos of 2000 Chevrolet Malibu |
| 289-334 | Photos of 1998 Volvo Tractor-trailer |
| 335-346 | Scene Photos |
| 347-375 | Aerial Scene Photos |
| 376 | Liberty Mutual Trucker Survey Identifies Top Practices in Fleet Safety |
| 377 | Benton Express Employee Handbook |
| 378 | Benton Express Handbook regarding Drug and Alcohol Testing |
| 379 | Department of Transportation HM 232 Driver & Cargo Security Policy |
| 380 | Hazardous Materials Training |
| 381 | Driver Training Manual |
| 382 | Employee File of Craig Anthony Stephens – Copy of CDL |
| 383 | Employee File of Craig Anthony Stephens – Copy of Social Security Card |
| 384 | Employee File of Craig Anthony Stephens – Driver File Checklist |
| 385 | Employee File of Craig Anthony Stephens – Post Hiring Medical Questionnaire |
| 386 | Employee File of Craig Anthony Stephens – Alcohol and Drug Free Workplace Policy signed by Craig Anthony Stephens |
| 387 | Employee File of Craig Anthony Stephens – Authorization for Use or Disclosure of Medical Information signed by Craig Anthony Stephens |
| 388 | Employee File of Craig Anthony Stephens – Consent Form for Drug/ Alcohol Testing signed by Craig Anthony Stephens |
| 389 | Employee File of Craig Anthony Stephens – Alcohol and Drug Free Workplace Drug Use Information form signed by Craig Anthony Stephens |
| 390 | Employee File of Craig Anthony Stephens – Federal Drug Testing Custody and Control Form signed by Craig Anthony Stephens |
| 391 | Employee File of Craig Anthony Stephens – Medical Examination Report for Commercial Driver Fitness Determination signed by Craig Anthony Stephens |
| 392 | Employee File of Craig Anthony Stephens – U.S. Department of Justice Immigration and Naturalization Service Employment Eligibility Verification form signed by Craig Anthony Stephens |
| 393 | Employee File of Craig Anthony Stephens – Form from Jack Germany/Insurance Department of Benton Express advising that New Hire Package was sent to Craig Anthony Stephens |
| 394 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Computer Load Sheet |

| | |
|---|---|
| 395 | Employee File of Craig Anthony Stephens – Employee's Withholding Allowance Certificate |
| 396 | Employee File of Craig Anthony Stephens – Change of Job Status and/or Wage dated 5/19/04 – 90 day evaluation and raise |
| 397 | Employee File of Craig Anthony Stephens – Driver File Checklist – Phase One |
| 398 | Employee File of Craig Anthony Stephens – Benton Express, Inc. driver application for employment for Craig Anthony Stephens |
| 399 | Employee File of Craig Anthony Stephens – Fork Lift Operating Rules |
| 400 | Employee File of Craig Anthony Stephens – Forklift Training Record |
| 401 | Employee File of Craig Anthony Stephens – Forklift Truck Operator's Performance Test |
| 402 | Employee File of Craig Anthony Stephens – Certification of Forklift Training signed by Craig Anthony Stephens |
| 403 | Employee File of Craig Anthony Stephens – Fork Lift Test signed by Craig Anthony Stephens |
| 404 | Employee File of Craig Anthony Stephens – Verification of participation and completion of Forklift Safety Training Program for Craig Anthony Stephens |
| 405 | Employee File of Craig Anthony Stephens – Disclosure and Release signed by Craig Anthony Stephens |
| 406 | Employee File of Craig Anthony Stephens – New Employee Probation Form signed by Craig Anthony Stephens |
| 407 | Employee File of Craig Anthony Stephens – Driver File Checklist – Phase Three |
| 408 | Employee File of Craig Anthony Stephens – Certification of Hazardous Materials Training and Testing for Craig Anthony Stephens |
| 409 | Employee File of Craig Anthony Stephens – Hazardous Materials Transportation Test for Craig Anthony Stephens |
| 410 | Employee File of Craig Anthony Stephens – Receipt acknowledging receipt of a copy of the Federal Motor Carrier Safety Regulations of the U.S. Department of Transportation signed by Craig Anthony Stephens |
| 411 | Receipt for Benton Express Employee Handbook signed by Craig Anthony Stephens dated 01/30/04 |
| 412 | Employee File of Craig Anthony Stephens – Driver's Instructions signed by Craig Anthony Stephens |
| 413 | Employee File of Craig Anthony Stephens – Acknowledge of receipt of Keller's Drug & Alcohol Testing: Training and Awareness Driver Handbook signed by Craig Anthony Stephens |
| 414 | Employee File of Craig Anthony Stephens – Acknowledgment of receipt of Hazardous Materials Compliance Pocketbook signed by Craig Anthony Stephens |
| 415 | Employee File of Craig Anthony Stephens – Change of Job Status and/or Wage dated 08/20/2004 |
| 416 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Road Driver Evaluation Report for Craig Anthony Stephens |
| 417 | Employee File of Craig Anthony Stephens – Driver File Checklist – Phase |

| | | |
|---|---|---|
| | | One |
| 418 | | Employee File of Craig Anthony Stephens – State of Florida Division of Driver Licenses Transcript of Driver Record dated 01/15/04; 06/21/04, 07/13/04, 01/19/05 |
| 419 | | Employee File of Craig Anthony Stephens – Driver File Checklist – Phase One |
| 420 | | Employee File of Craig Anthony Stephens – Notice dated 12/22/04 that Violation and Review Statement for Craig Anthony Stephens expires 1/26/04 |
| 421 | | Employee File of Craig Anthony Stephens – Notice of Disqualification as driver for Benton Express dated January 28, 2005, to Craig Anthony Stephens due to expiration of annual violation and review statement |
| 422 | | Employee File of Craig Anthony Stephens - U.S. Department of Justice Immigration and Naturalization Service Employment Eligibility Verification form signed by Craig Anthony Stephens |
| 423 | | Employee File of Craig Anthony Stephens – Certification of Compliance with Driver License Requirements dated 01/26/04 signed by Craig Anthony Stephens |
| 424 | | Employee File of Craig Anthony Stephens – New Employee Probation Form Company Policy signed by Craig Anthony Stephens |
| 425 | | Employee File of Craig Anthony Stephens – Driver File Check List – Phase Three |
| 426 | | Employee File of Craig Anthony Stephens – Benton Express, Inc. Employee Handbook Acknowledgement Form signed by Craig Anthony Stephens |
| 427 | | Employee File of Craig Anthony Stephens – Benton Express, Inc. Employee Handbook Important Notice signed by Craig Anthony Stephens |
| 428 | | Employee File of Craig Anthony Stephens – Shipper's Load and Count signed by Craig Anthony Stephens |
| 429 | | Employee File of Craig Anthony Stephens – Benton Express, Inc. Post Hiring Medical Questionnaire for Craig Anthony Stephens |
| 430 | | Employee File of Craig Anthony Stephens – COD Delivery signed by Craig Anthony Stephens |
| 431 | | Employee File of Craig Anthony Stephens – Driver's Receipt of Hazardous Materials Compliance Pocketbook signed by Craig Anthony Stephens |
| 432 | | Employee File of Craig Anthony Stephens – February 13, 2004 Memo from Helen/Safety Dept. to Glenn Clark re: past employment verification for Craig Anthony Stephens |
| 433 | | Employee File of Craig Anthony Stephens – Benton Express, Inc. Driver Qualification File for Craig Anthony Stephens |
| 434 | | Employee File of Craig Anthony Stephens – Benton Express, Inc. Post Hiring Medical Questionnaire for Craig Anthony Stephens |
| 435 | | Employee File of Craig Anthony Stephens – Alcohol and Drug-Free Workplace Policy Applicant Alcohol & Drug Testing Consent Agreement signed by Craig Anthony Stephens |
| 436 | | Employee File of Craig Anthony Stephens – Authorization for Use or Disclosure of Medical Information signed by Craig Anthony Stephens |
| 437 | | Employee File of Craig Anthony Stephens – Consent Form for Drug/Alcohol |

| | |
|---|---|
| | Testing signed by Craig Anthony Stephens |
| 438 | Employee File of Craig Anthony Stephens – Alcohol and Drug Free Workplace Policy signed by Craig Anthony Stephens |
| 439 | Employee File of Craig Anthony Stephens – Medical Examination report for Commercial Driver Fitness Determination for Craig Anthony Stephens |
| 440 | Employee File of Craig Anthony Stephens – Employee's Withholding Allowance Certificate |
| 441 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Computer Load Sheet for Craig Anthony Stephens |
| 442 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Disclosure and Release signed by Craig Anthony Stephens |
| 443 | Employee File of Craig Anthony Stephens – Resume of Craig Anthony Stephens |
| 444 | Employee File of Craig Anthony Stephens – Previous Pre-employment Employee Alcohol and Drug Test Statement signed by Craig Anthony Stephens |
| 445 | Employee File of Craig Anthony Stephens – Fax from AmSouth Bank re: Employment verification for Craig Anthony Stephens |
| 446 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Driver Qualification File |
| 447 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Certification of Violations/Annual Review of Driving Record for Craig Anthony Stephens dated 01/31/05 |
| 448 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Certification of Violations/Annual Review of Driving Record for Craig Anthony Stephens dated 01/26/04 |
| 449 | Employee File of Craig Anthony Stephens – State of Florida Transcript of Driving Record for Craig Anthony Stephens dated 01/15/04 |
| 450 | Employee File of Craig Anthony Stephens – Copy of Driver's License for Craig Anthony Stephens |
| 451 | Employee File of Craig Anthony Stephens – Medical Examiner's Certificate for Craig Anthony Stephens |
| 452 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Qualification file for Craig Anthony Stephens |
| 453 | Employee File of Craig Anthony Stephens – Driver Application for Employment for Craig Anthony Stephens |
| 454 | Employee File of Craig Anthony Stephens – Copy of Social Security Card for Craig Anthony Stephens |
| 455 | Employee File of Craig Anthony Stephens – Record of Road Test for Craig Anthony Stephens |
| 456 | Employee File of Craig Anthony Stephens – Certification of Road Test for Craig Anthony Stephens |
| 457 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Inquiry to Past Employer – Baldwin Transfer |
| 458 | Employee File of Craig Anthony Stephens – Benton Express, Inc. Inquiry to Past Employer – Davison Oil Company |

| 459 | Employee File of Craig Anthony Stephens – Driver's Receipt of Keller's Drug & Alcohol Testing: Training and Awareness Driver Handbook signed by Craig Anthony Stephens |
| --- | --- |
| 460 | Employee File of Craig Anthony Stephens – Receipt Acknowledging receipt of Benton Express, Inc. Employee Handbook signed by Craig Anthony Stephens |
| 461 | Employee File of Craig Anthony Stephens – Acknowledgment receipt for Federal Motor Carrier Safety Regulations of the US DOT signed by Craig Anthony Stephens |
| 462 | Employee File of Craig Anthony Stephens – Certification of Hazardous Materials Training and Testing for Craig Anthony Stephens |
| 463 | Employee File of Craig Anthony Stephens – Hazardous Materials Transportation Test for Craig Anthony Stephens |
| 464 | Benton Express, Inc. Driver's Sign In & Sign Out Sheet for 3/21 – 4/10 |
| 465 | Benton Express, Inc. Tractor/Trailer Movements for 4/8 – 4/9 |
| 466 | Benton Film Express Sign In & Sign Out sheet for 4/9/05 |
| 467 | Benton Express, Inc. Driver's Time Sheet for Craig Anthony Stephens for 4/4/05 – 4/8/05 with notation "employee killed in traffic accident 4/11/05" |
| 468 | Truck and Trailer documents |
| 469 | Bills of Lading for freight |
| 470 | ICC Permit |
| 471 | Note from Garlin McClellan to Craig Anthony Stephens |
| 472 | Phone/Radio Records |
| 473 | Maintenance Records |
| 474 | DOT Accident Registry |
| 475 | Fuel Tax Records |
| 476 | Craig Anthony Stephens trip logs for October 2004 |
| 477 | Craig Anthony Stephens trip logs for November 2004 |
| 478 | Craig Anthony Stephens trip logs for December 2004 |
| 479 | Craig Anthony Stephens trip logs for January 2005 |
| 480 | Craig Anthony Stephens trip logs for February 2005 |
| 481 | Craig Anthony Stephens trip logs for March 2005 |
| 482 | Craig Anthony Stephens trip logs for April 2005 |
| 483 | Time cards for Craig Anthony Stephens for weeks ending 1/14/05 and 1/21/05 |
| 484 | Time cards for Craig Anthony Stephens for weeks ending 2/4/05 and 2/25/05 |
| 485 | Benton Express, Inc. Notice of Violation of Driving Hours for Craig Anthony Stephens |
| 486 | Benton Express, Inc. Driver Summary Report for Craig Anthony Stephens for 2/12/05 – 3/4/05 |
| 487 | Benton Express, Inc. Driver Summary Report for Craig Anthony Stephens for 3/5/05 – 3/18/05 |
| 488 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for October 2004 |
| 489 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for |

| | |
|---|---|
| | November 2004 |
| 490 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for December 2004 |
| 491 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for January 2005 |
| 492 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for February 2005 |
| 493 | Benton Express, Inc. Over the Road Manifest for Craig Anthony Stephens for March 2005 |
| 494 | Driver Daily Trip Logs for January 2005 through April 2005 for Craig Anthony Stephens |
| 495 | Door Tech claim for destroyed freight |
| 496 | Trucks, Inc. claim for destroyed trailer |
| 497 | IGM claim for destroyed freight |
| 498 | Baldor Electric Company claim for destroyed freight |
| 499 | MBW, Inc. claim for destroyed freight |
| 500 | Broan Nutone claim for destroyed freight |
| 501 | Briggs & Stratton claim for destroyed freight |
| 502 | Spangler Candy Company claim for destroyed freight |
| 503 | Slayton Floor Covering claim for destroyed freight |
| 504 | Insurance Institute for Highway Safety Article |
| 505 | Death Certificate of Ronald T. Roby |
| 506 | Alabama DOT File regarding repairs to guardrail |
| 507 | Workers Compensation Mediation Settlement Agreement |
| 508 | Printout of Worker's Comp payments to Stephanie Stephens |
| 509 | Cellular Telephone records for Craig Anthony Stephens |
| 510 | Harvester Credit Union Account Printouts |
| 511 | Plaintiff's Rule 26 Expert Submissions |
| 512 | CV for Roland Brown (DX-2: Deposition of Roland Brown) |
| 513 | Safer Web (DX 7: Deposition of Roland Brown) |
| 514 | Fatalities of Fact (DX-9: Deposition of Roland Brown) |
| 515 | BOLO Report filed with Atlanta, Georgia Police Department (Paper) |
| 516 | BOLO Report filed with Atlanta, Georgia Police Department (CD) |
| 517 | CD from Montgomery Police Department Containing Entire Homicide File |
| 518 | CD of 9-1-1 calls to Montgomery County Sheriff's Department |
| 519 | CD of 9-1-1 calls to Montgomery Police Department |
| 520 | Worker's Compensation File for Craig Anthony Stephens |
| 521 | Federal Motor Carrier Safety Regulations |
| 522 | J. J. Keller Pocket Edition – Federal Motor Carrier Safety Regulations |
| 523 | Trip Logs for Craig Anthony Stephens' trips from Pensacola to Atlanta |
| 524 | MCMIS Company Safety Profile for Benton Express, Inc. |
| 525 | Letters of Administration granted to Hazel Roby |
| 526 | CV of M. P. Stirling |
| 527 | Invoice from M. P. Stirliing (DX-5: Deposition of M. P. Stirling) |
| 528 | Equations of M. P. Stirling (DX-6: Deposition of M. P. Stirling) |

| | |
|---|---|
| 529 | BOLO (paper) w/handwritten notes of M. P. Stirling (DX-10: Deposition of M. P. Stirling) |
| 530 | Notes from Photos |
| 531 | CD |
| 532 | City Engineer Photos (DX-9: Deposition of M. P. Stirling) |
| 533 | Autostat (DX-13: Deposition of M. P. Stirling) |
| 534 | Geometric Layout (DX-15: Deposition of M. P. Stirling) |
| 535 | Defendant's Expert Submissions |
| 536 | CD – MPD Homicide File (Exhibit 8 – Deposition of Bob Tynes) |
| 537 | CD of Documents (Exhibit 9 – Deposition of Bob Tynes) |
| 538 | Letter of 10/31/05 (Exhibit 10 - Deposition of Bob Tynes) |
| 539 | Letter of 10/12/05 (Exhibit 11 - Deposition of Bob Tynes) |
| 540 | Driver Daily Trip Log (Exhibit 13 - Deposition of Bob Tynes) |
| 541 | Safety Regulations Handbook (Exhibit 14 - Deposition of Bob Tynes) |
| 542 | Billing Detail Report and Fee Schedule (Exhibit 1 and 15 - Deposition of Bob Tynes) |
| 543 | Sign-in and sign-out sheets (Exhibit 16 - Deposition of Bob Tynes) |
| 544 | Tractor-trailer movements (Exhibit 17 - Deposition of Bob Tynes) |
| 545 | Accident Report (Exhibit 18 - Deposition of Bob Tynes) |
| 546 | Itemized billing for Steve A. Stephens (Exhibit 1 – Deposition of Steve Stephens) |
| 547 | Typed notes of Steve Stephens (Exhibit 3 – Deposition of Steve Stephens) |
| 548 | Correspondence and documents to Steve Stephens from Carr, Allison (Exhibit 5 – Deposition of Steve Stephens) |
| 549 | BOLO Report filed with Atlanta Police Department (Exhibit 7 & 8 – Deposition of Steve Stephens) |
| 550 | MPD Homicide File provided by Carr, Allison (Exhibit 9 – Deposition of Steve Stephens) |
| 551 | Photograph (Exhibit 10 – Deposition of Steve Stephens) |
| 552 | Photograph (Exhibit 11 – Deposition of Steve Stephens) |
| 553 | Correspondence to Tony Stephens from Carr, Allison (DX-1 – Deposition of Steve Stephens) |
| 554 | Driver's History for Craig Anthony Stephens |
| 555 | DOT Diagrams of Interchange |
| 556 | DOT Diagram of Interchange |
| 557 | DOT Aerial Photograph of Interchange |
| 558 | Accident Scene Photographs |
| 559 | CD of Accident Scene Photographs |
| 560 | Personnel File of Steve A. Stephens |
| 561 | Plaintiff's First Discovery to Benton Express, Inc. |
| 562 | Plaintiff's Second Discovery to Benton Express, Inc. |
| 563 | Plaintiff's Third Discovery to Benton Express, Inc. |
| 564 | Benton Express, Inc.'s Responses to Plaintiff's First Request for Admission |
| 565 | Benton Express, Inc.'s Responses to Plaintiff's Second Request for Admission |
| 566 | Benton Express, Inc.'s Responses to Plaintiff's First Request for Production |

| 567 | Benton Express, Inc.'s Responses to Plaintiff's First Interrogatories |
| --- | --- |
| 568 | Benton Express, Inc.'s Responses to Plaintiff's Second Interrogatories |
| 569 | Benton Express, Inc.'s Responses to Plaintiff's Second Request for Production |
| 570 | Benton Express, Inc.'s Responses to Plaintiff's Third Request for Admission |
| 571 | Benton Express, Inc.'s web page advertisement |
| 572 | Complaint |
| 573 | First Amended Complaint |
| 574 | Answer |
| 575 | September 8, 2005, letter from counsel for Plaintiff to counsel for Defendant |
| 576 | September 9, 2005 letter from counsel for Defendant to counsel for Plaintiff |
| 577 | Toxicology report for Craig Anthony Stephens |
| 578 | News articles |
| 579 | CD (Accident Sequence) |
| 580 | Scene Diagrams |

Plaintiff reserves the right to offer any exhibit listed by any other party.

Plaintiff reserves the right to use any exhibit necessary for cross examination.

Plaintiff reserves the right to use any exhibit necessary for rebuttal or impeachment.

Plaintiff reserves the right to enlarge any exhibit or excerpt therefrom necessary for trial.

Plaintiff reserves the right to use any exhibit attached to a deposition of any witness deposed in this case.

Plaintiff reserves the right to amend the exhibit list as necessary.

Plaintiff reserves the right to amend his exhibit list if new documents are discovered that were not previously produced.

_____
LABARRON N. BOONE    (BOO029)

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 – Telephone
(334) 954-7555 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing it in the United States mail, postage prepaid and properly addressed to them on this the 7th day of February 2006.

_____
OF COUNSEL

Brett A. Ross
Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,
  Oliver & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama