IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:05cv494-B |
| BENTON EXPRESS, INC., et al., | § § § | |
| Defendants. | § | |

## PLAINTIFF'S PROPOSED WITNESS LIST

COMES NOW the Plaintiff in the above styled matter, by and through the undersigned counsel of record and hereby submits the following list of witnesses anticipated to be called at the trial of this matter:

1. Hazel M. Roby
   6301 Old Pond Road
   Montgomery, Alabama 36117

2. Maurice T. Roby
   6301 Old Pond Road
   Montgomery, Alabama 36117

3. Deborah Roby
   6301 Old Pond Road
   Montgomery, Alabama 36117

4. Corporal K. E. Green
   Montgomery Police Department
   Montgomery, Alabama

5. Corporal R. A. Bradley
   Montgomery Police Department
   Montgomery, Alabama

6. Lt. J. D. Hapney
   Montgomery Police Department
   Montgomery, Alabama

7.  Dr. David Thrasher

8.  Brigitte Harris
    305 1st Ave.
    P O Box 780615
    Tallassee, Alabama  36078

9.  Richard Patterson
    1746 Fontaine Drive
    Jonesboro, GA  30236

10. Ladon Dansby
    3946 Wares Ferry Road
    Montgomery, Alabama  36109

11. Andrew Davis
    Post Office Box 2775
    Montgomery, Alabama  36120

12. Stephanie Stephens
    1959 Stacey Road
    Cantonment, Florida  32533

13. Johnny Pollard
    6356 Village Cliff
    San Antonio, Texas  78250

14. Lisa Pollard
    6356 Village Cliff
    San Antonio, Texas  78250

15. Jermale Ayers
    7140 Eastern Shores Road
    Montgomery, Alabama

16. Lisa Warr
    2935 Highland Avenue
    Montgomery, Alabama

17. Michael Boozer
    1155 Normac Road
    Montgomery, Alabama

18. Stephen W. Hornsby
    Lot 44 Macon Place
    Wetumpka, AL

19. Marshall Taylor
    58 Oakwood Drive
    Shorter, Alabama

20. Corporal K. S. Bowers
    Montgomery Police Department
    Montgomery, Alabama

21. Sgt. J. M. Bowman
    Montgomery Police Department
    Montgomery, Alabama

21. M. P. Stirling

22. Roland Brown

23. Steve A. Stephens

24. Bob Tynes

25. Officer K. Stapler, Atlanta Police Department

26. Major David Warren
    Montgomery Police Department
    Montgomery, Alabama

27. Mr. Randall Estes
    Alabama Department of Transportation
    Montgomery, Alabama 36110

28. Don Hammonds

29. Garlin McClellan

30. Glenn E. Clark, Jr.

31. David L. Justice

32. Barry Weems

33. George William "Bill" Jones

34. Any witness identified by Defendant.

35. Any witness necessary for impeachment purposes.

36. Any witness necessary for rebuttal purposes.

37. Any person deposed in this action.

38. Any witnesses needed to authenticate any exhibit or document offered into evidence.

39. Plaintiff reserves the right to amend and/or supplement this witness list as necessary and if allowed by the Court.

/s/ LaBarron N. Boone
LABARRON N. BOONE    (BOO029)

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 – Telephone
(334) 954-7555 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing it in the United States mail, postage prepaid and properly addressed to them on this the 7th day of February 2006.

_____
OF COUNSEL

Brett A. Ross
Gregory A. Brockwell
***Carr, Allison, Pugh, Howard,
  Oliver & Sisson, P.C.***
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216