IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HAZEL M. ROBY, as Administratrix** | § | |
| **Of the Estate of RONALD TYRONE** | § | |
| **ROBY, Deceased,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **2:05cv494-MHT** |
| **BENTON EXPRESS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

<u>**DESIGNATION OF DEPOSITIONS FOR USE AT TRIAL**</u>

Plaintiff reserves the right to offer the following portions of depositions for use at trial:

1. **<u>Don Hammonds</u>** - Page 6, lines 2 through 7, and page 6, line 19 through page 8, line 11; page 12, lines 1 through 4; page 15, lines 1 through 9; page 16, lines 4 through 8, and lines 12 through 23; page 17, line 8 through page 18, line 4, and line 18 through page 19, line 2; page 25, lines 2 through 15; page 26, lines 17 through 22; page 27, line 1 through page 28, line 5; page 29, lines 18 through 21; page 30, line 5 through page 31, line 11, and line 22 through page 32, line 13, and lines 18 through 20; page 33, line 1 through page 34, line 10, and line 13 through page 35, line 15; page 36, lines 3 through 14; page 37, line 8 through page 38, line 14; page 39, line 6 through page 40, line 17; page 45, line 11 through page 46, line 22; page 47, lines 3 through 13 and lines 16 through 20; page 50, line 13 through page 51, line 21; page 52, line 1 through page 54, line 1; page 58, lines 4 through 22; page 60, line 11 through page 62, line 4; page 66, lines 11 through 19; page 67,

lines 5 through 10 and line 16 through page 68, line 19; page 69 lines 1 through 19; page 70, lines 13 through 15; page 71, line 13 through page 73, line 21; page 75, lines 2 through 17; page 76, line 2 through page 82, line 18; page 83, line 20 through page 84, line 5; page 85, lines 17 through 23; page 87, lines 5 through 23; page 89, lines 4 through 12; page 97, line 21 through page 98, line 10 and line 15 through page 99, line 13; page 100, line 18 through page 102, line 21; page 103, line 18 through page 104, line 20; page 105, line 1 through page 108, line 1, and lines 8 through 21; page 109, lines 1 through 9; page 110, lines 2 through 10 and line 21 through page 111, line 8; page 113, lines 18 through 22; page 118, line 20 through page 120, line 22; page 121, line 1 through page 123, line 7 and lines 13 through 21; page 124, line 2 through page 126, line 22; page 129, line 8 through page 130, line 22; page 131, lines l through 23; page 133, line 10 through page 134, line 2 and line 23 through page 137, line 7 and lines 12 through 16; page 140, lines 10 through 17; page 145, lines 16 through 19; page 146, line 16 through page 147, line 20; page 153, lines 9 through 12 and line 17 through page 154, line 16 and line 21 through page 155, line 20; page 164, line 9 through page 168, line 19; page 169, line 21 through page 174, line 13, page 175, lines 1 through 6 and line 9 through page 176, line 15 and line 18 through page 177, line 14 and line 17 through page 178, line 6 and line 9 through page 179, line 18; page 182, line 21 through page 183, line 10, lines 13 through 18, and line 21 through page 184, line 3; page 185, lines 12 through 19; page 193, line 21 through page 196, line 4, and line 7 through page 198, line 19; page 199, lines 2 through 21; page 201, lines 4 through 16; page 204, lines 18 through 22; page 206, lines 8 through 12; page 210, lines 4 through 21; page 211, lines 1 through 2; page 215, line 10 through page 217, line 4 and line 16 through page 219, line 8 and lines 12 through 21; page 224, lines 2 through 12; page 230, line 1 through page 231,

line 1; page 232, line 21 through page 233, line 16; page 237, lines 14 through 21; page 238, line 13 through 240, line 19; page 241, line 2 through page 242, line 18; page 254, lines 10 through 16; page 255, line 5 through page 256, line 13; page 259, line 11 through page 260, line 3; page 264, lines 13 through 18; and page 265, lines 2 through 14.

2.     **Glenn E. Clark, Jr.** – Page 6, line 20 through page 7, line 6; page 10, line 9 through page 12, line 14 and lines 20 through 22; page 14, lines 2 through 14; page 17, lines 9 through 11; page 18, lines 15 through 17 and line 21 through page 19, line 17; page 20, lines 14 through 18; page 22, line 4 through page 23, line 10 and line 20 through page 24, line 9; page 25, lines 2 through 20; page 26, line 10 through page 27, line 22; page 28, lines 4 through 7, line 15 through page 29, line 4, and line 8 through page 31, line 7; page 33, lines 4 through 14; page 34, lines 6 through 17 and line 23 through page 35, line 4; page 42, line 21 through page 43, line 2 and lines 18 through 22; page 45, line 7 through page 46, line 1, line 22 through page 47, line 8, line 13 through page 49, line 22; page 50, line 23 through page 51, line 12; page 52, lines 6 through 12; page 54, lines 5 through 21 and line 23; page 55, lines 7 through 14; page 57, lines 10 through 17; page 58, lines 1 through 3 and lines 12 through 19; page 63, lines 4 through 22; page 64, line 17 through page 65, line 6, line 21 through page 66, line 3, and line 22 through page 67, line 2; page 68, lines 13 through 21; page 69, lines 3 through 7; page 70, lines 3 through 8; page 71, line 2 through page 72, line 17; page 73, line 2 through page 74, line 3, and line 23 through page 75, line 17; page 81, lines 6 through 19; page 82, lines 1 through 13; page 85, line 8 through page 86, line 14; page 92, line 1 through page 95, line 2 and line 7 through page 97, line 12; page 99, line 1 through page 100, line 18; page 101, lines 8 through 10 and lines 18 through 21; page 102, lines 2 through 15, lines 17 through 21, and line 23 through page 103, line 8 and lines 10

through 19; page 104, lines 1 through 9; page 105, line 3 through page 106, line 19; page 109, line 18 through page 110, line 1 and lines 7 through 18; page 117, lines 2 through 10; page 118, lines 4 through 7 and  lines 17 through 23; page 119, lines 4, 7 through 8, and 10 through 17; page 124, line 21 through page 125, line 13; page 126, lines 1 through 4, 8 through 15, and 18 through 19; page 127, lines, 10 through 11, 14, and 16 through 21; page 128, line 1 through 17 and 20 through 23; page 129, lines 5 through 11; and page 132, line 4 through page 133, line 13.

3.    **Albert Garlin McLellan** – Page 22, lines 2 through 23; page 23, lines 19 through 23; page 24, lines 8 through 16, 18, and line 20 through page 25, line 7 and lines 12 through 23; page 26, line 2 through page 27, line 6 and lines 18 through 22; page 28, line 7 through page 29, line 1, 4 through 5, 12, and 14 through 16; page 30, lines 6 through 7, 13 through 15, 18 through 19, and 23; page 32, line 6 through page 34, line 14 and line 20 through page 37, line 9 and line 15 through page 39, line 18; page 40, line 18 through page 41, line 5; page 45, line 13 through page 46, line 1 and  line 23 through page 47, line 22; page 48, line 2 through page 49, line 2 and line 14 through page 50, line 2; page 54, line 7 through page 55, line 22; page 56, lines 1 through 10; page 57, line 22 through page 58, line 2; page 63, lines 16 through 18; page 64, lines 2 through 5; page 66, line 19 through page 70, line 4 and lines 6 through 23; page 71, line 21 through page 72, line 13; page 73, line 17 through page 74, line 1; page 77, line 22 through page 78, 11; page 84, lines 6 through 12; page 86, line 16 through page 87, line 4 and lines 6 through 10; page 88, line 5 through page 89, line 1; page 90, line 8 through page 91, line 1; page 96, lines 5 through 13 and 17 through 20; page 97, lines 9 through 16; page 98, lines 14 through 16; page 100, lines 7 through 9; page 104, lines 1 through 14; page 108, lines 5 through 18; page 110, lines 8

through 15; page 114; line 11 through page 115, line 1 and 5; page 116, lines 15 through 19;

page 117, line 1 through 9 and 13 through 14; and page 118, lines 15 through 21.

   4.   **David LeLand Justice** – Page 5, lines 10 through 22; page 8, lines 5

through 18; page 37; line 14 through page 38, line 24; page 43, lines 3 through 7 and line 11

through page 44, line 2; page 45, lines 3 through 7; page 46, line 22 through page 47, line

23; page 52, lines 5 through 9; page 54, lines 1 through 17; page 55, lines 3 through 10; page

66, lines 4 through 13 and lines 18 through 25; page 67, lines 2 and 18 through 22; page 68,

line 16 through page 70, line 4 and lines 5 through 12; page 71, lines 14 through 24; page

73, line 15 through page 74, line 4 and line 21 through page 75, line 4; page 87, lines 11

through 20; page 88, lines 11 through 16 and 20 through 23; page 89, lines 2 through 9;

page 90, lines 6 through 15 and line 20 through page 91, line 18; page 92, lines 23 through

page 93, line 13 and line 21 through page 95, line 12; page 96, lines 6 through 17; page 97,

lines 17 through 22; page 101, line 16 through page 102, line 12; page 106, line 23 through

page 107, line 13, line 23 through page 108, line 3 and line 18 through page 109, line 1 and

12 through page 110, line 18; page 116, lines 1 through 6; and page 117, line 15 through

page 118, line 4.

   5.   **George William Jones** – Page 4, lines 6 through 7; page 5, lines 13 through

16; page 10, lines 18 through 21; page 13, lines 8 through 11 and lines 22 through 25; page

15, lines 4 through 6; page 17, line 4 through page 18, line 24; page 19, lines 3 through 20

and line 22 through page 20, lines 9, 14 and 17; page 21, lines 1 through 11, 15 through

20,and line 24 through page 22, line 18; page 23, lines 1 through 13; page 24, line 5 through

page 26, line 25; page 27, lines 1 through 21; page 28, lines 1 through 4 and 8 through 16;

page 29, line 14 through page 30, line 5 and line 11 through page 31, line 11; page 33, line

14 through page 37, line 4; page 44, lines 6 through 11; page 47, line 25 through page 48, line 4; page 51, lines 9 through 11; page 56, lines 2 through 5 and 7; page 62, lines 16 through 18 and 20 through 22; page 63, lines 1 through 3; page 68, lines 20 through 25; page 71, line 19 through page 72, line 8 and line 21 through page 73, line 7,15 through 20, and line 23 through page 74, line 8 and 11 through 12; page 75, lines 2 through 13; page 76, lines 15 through 25; page 81, line 14 through page 82, line 2; page 89, lines 9 through 14 and line 25 through page 90, line 19 and line 24 through page 91, line 22; page 92, lines 3 through 25; page 93, line 1 through page 94, line 3 and line 18 through page 96, line 10 and line 11 through 18; page 97, lines 23 through 25; page 101, line 17 through page 102, line 10; page 103, lines 5 through 7; page 104, lines 4 through 7, and 8 through 21; page 107, line 24 through page 108, line 6, and 15 through 25; page 109, lines 1 through page 110, line 15; page 114, lines 5 through 14; page 115, line 13 through page 116, line 11; page 117, lines 4 through 8; page 120, lines 7 through 15; and page 122, lines 7 through 10, and 12 through 23.

6.   **Barry Lynn Weems** – Page 4, line 15 through page 5, line 1; page 8, lines 14 through 25; page 8, lines 1 through 4, and line 18 through page 10, line 3; page 11, line 4 through page 12, and line 24; page 13, lines 5 through 6, 10, and line 14 through page 16, line 18, 20 through 23 and line 24 through page 18, lines 3, 7 through 9, 13 through 22 and line 24 through page 20, line 25; page 21, lines 1 through 4, 6 through 21 and line 23 through page 22, line 5; page 24, lines 1 through 22; page 26, line 23 through page 27, line 14; page 28, line 1 and line 10 through page 29, line 9; page 30, line 10 through page 31, line 14; page 33, line 6 through page 34, line 8; page 43, line 5 through page 44, line 6; page 45, lines 3 through 14 and line 18 through page 46, line 1, 5 through 9 and line 17 through

page 47, line 23; page 48, lines 1 through 2; page 49, lines 9 through 20; page 50, line 20 through page 52 line 25; page 53, lines 1 through 15 and line 21 through page 55, line 7, page 57, lines 10 through 16 and line 24 through page 58, line 24; page 61, lines 3 through 8; page 63, line 10 through page 65, line 1 and line 7 through page 66, line 25; page 67, lines 1 through 21; page 68; lines 5 through 22; page 69, line 1 through page 71, line 19; page 72, lines 1 through 7 and 13 through 23; page 74, lines 8 through 14; page 75, line 7 through page 76, line 15 and line 19 through page 78, line 9 and line 13 through page 79, line 11 and line 13 through page 81, line 10 and line 15 through page 82, line 9; page 83, line 13 through page 85, line 8 and line 14 through page 86, lines 4 and 15 through 18; page 87, lines 2 through 9 and line 17 through page 89, line 6 and line 9 through page 90, line 23; page 92, lines 8 through 10; page 93, lines 8 through 11; page 95, line 5 through page 96, line 24; page 97, lines 2 through 19 and line 21 through page 98, line 9; page 100, lines 12 through 25; page 101, lines 1 through 25; page 102, line 10 through page 103, line 13; page 104, line 24 through page 107, line 4 and line 15 through page 109, line 22.

7.    **Steven Stephens** -    Page 5, lines 1 through 25; page 6, line 3 through page 7, line 22; page 8, line 1 through page 8, line 9; page 11, lines 9 through 21; page 12, line 10 through page 13, line 2 and line 23 through page 14, line 12; page 15, lines 15 through 25; page 16, lines 1 through 3, 5 through 9 and 11 through 14; page 17, line 8 through page 18, lines 7, 10 through 14 and line 21 through page 19, line 8; page 20, line 4 through page 21, line 10; page 22, line 7 through page 24, lines 9, 11 through 14 and line 16 through page 25, line 20 and line 22 through page 26, line 6, lines 8 through 13, 15 through 20 and line 22 through page 27, line 19; page 28, lines 1 through 24; page 29, line 1 through page 31, line 9 and lines 11 through 25; page 32, line 1 through page 33, line 18; page 37,

lines 1 through 21; page 38, line 15 through page 40, line 5 and line 15 through page 41, line 6 and line 23 through page 42, line 3, lines 18 through 22 and line 24; page 43, line 13 through page 44, line 21; page 48, line 17 through page 49, line 3 and lines 16 through 25; page 50, lines 1 through 4, line 12 through page 51, line 6 and line 9 through page 52, line 4; page 53, lines 22 through 25; page 54, line 1 through page 55, line 10; page 56, lines 1 through 22; page 57, lines 8 through 12 and line 18 through 22; page 58, lines 5 through 6; page 59, line 9 through page 62, line 1 and line 7 through page 63, line 13 and line 15 through page 66, line 3, lines 5 through 12, 14 through 23 and line 25 through page 70, line 20, and line 25 through page 71, line 15 and line 17 through page 72, line 12, line 20 through page 73, line 8 and line 19 through page 74, line 4; page 83, lines 15 through 18; page 84, lines 1 through 9 and line 15 through page 85, line 15; page 86 lines 2 through 21; page 87, lines 4 through 17 and line 19 through page 88, line 2, lines 4 through 5, line 22 through page 89, line 11 and lines 14 through 24; page 90, line 1 through page 92, line 2, lines 4 through 5, and line 7 through page 93, line 1; page 94, line 5 through page 95, line 2 and lines 4 through 6; page 96, lines 3 through 15; page 99, lines 2 through 6 and line 8 through page 101, line 14 and line 20 through page 103, line 24; page 104, line 1; page 105, line 15 through page 106, line 4 and lines 6 through 15; page 109, lines 12 through 18; page 110, line 3 through 9 and line 20 through page 111, line 7, lines 9 through 17 and 19 through 25; page 112, lines 1 through 4,6 through 13, 14 through 21, and line 23 through page 113, line 13; page 114, line 17 through page 115, line 20 and line 23 through page 116, line 3 and lines 5 through 6; page 117, lines 8 through 25; page 118, lines 1 through 16 and 18 through 23; page 119, lines 5 through 8 and line 10 through page 120, line 13 and line 15 through page 121, line 7, lines 20 through 21, and line 23 through page 123, line 17, and lines 19

through 25; page 124, lines 1 through 24; page 125, lines 9 through 24; page 126, lines 1 through 21, line 23 through page 127, line 1, lines 6 through 7 and 12 through 15; page 130, line 3 through page 133, line 9; page 135, lines 20 through 22; page 136, line 7 through page 137, line 3 and line 18 through page 138, line 10; page 139, lines 17 through 23; page 143, lines 13 through 25; page 144, lines 2 through 6 and 10 through 13; page 146, lines 4 through 6, 9 through 12 and line 15 through page 149, line 2, lines 3 through 8, 10 through page 151, line 5, lines 17 through 19 and 21 through 22; page 152, lines 1 through 2, 4 through 18, and 20 through 25; page 153, lines 3 through 10 and 13 through 14; page 156, lines 2 through 24; page 158, line 4 through page 159, line 6, 8 through 12, 15 through 19 and 22; page 161, line 10 through page 162, line 7; page 172, lines 7 through 19 and line 21 through page 173, line 5, lines 7 through 11 and 13 through 17; page 184, lines 8 through 13 and line 15 through page 185, line 1, lines 3 through 8 and 10 through 19; page 186, lines 2 through 4, and 6 through 7; page 189, line 3 through page 190, line 25; page 195, line 22 through page 197, line 1; page 198, line 1 through page 199, line 2 and lines 6 through 21; page 200, lines 1 through 23, and line 25 through page 201, line 9, lines 11 through 22 and line 24 through page 202, line 22; page 203, lines 2 through 9, 11 through 12, 14 through 22 and line 24 through page 204, line 4, lines 6 through 18 and line 23 through page 205, line 3; lines 5 through 19, and 22 through 25; page 206, lines 1 through 8 and 11; page 207, lines 17 through 20 and line 22 through page 209, line 14 and line 19 through page 210, line 8, line 15 through page 211, line 15; and page 212, lines 3 through 15 and 17.

8.    **Stephanie Stephens** -  Page 7, line 1 through page 8, line 17; page 9, lines 9 through 22; page 10, line 1 through page 11, line 10; page 12, line 9 through page 14, line 10; page 18, line 8 through page 19, line 15; page 20, line 4 through page 22, line 16; page

23, lines 2 through 5, and lines 8 through 23; page 24, lines 1 through 17, line 19 and 20; page 25, lines 2 through 6; page 28, lines 13 through 23; page 30, line 16 through page 32, line 22; page 34, lines 3 through 23; page 35, line 22 through page 37, line 2; page 38, line 20 through page 40, line 10; page 42, line 9 through page 43, line 5 and line 16 through page 45, line 22; page 46, line 1 through page 47, lines 2 and 4; page 48, lines 2 through 15; page 50, line 19 through page 51, line 4; page 56, lines 4 through 9; page 67, lines 13 through 21; page 70, lines 10 through 18; page 71, lines 21 through page 72, lines 1 through 20; page 75, lines 6 through 9 and line 18 through page 76, line 1; page 92, line 21 through page 93, line 16; page 95, lines 2 through 9; page 98, line 22 through page 66, line 11; page 106, lines 4 through 11, lines 15 through 17, 19 and 21 through 23; page 108, line 12 through page 109, line 13; page 112, lines 1 through 21; page 125, lines 12 through 14 and 17 through 19; page 129, line 18 through page 130, line 11; page 131, line 8 through page 132, line 15; page 135, line 2 through page 136, line 11; page 143; lines 15 through 17 and line 19 through page 144, lines 2, and 7 through 12; page 149, lines 6 through 9 and line 12 through page 150, lines 5 and 7.

9.    **Angela M. Daniels** – Page 5, lines 17 through 19; page 6, lines 7 through 12 and line 18 through page 7, line, 4 and 13 through 25; page 8, lines 1 through 15; page 9, line 17 through page 10, lines 7 and 23 through 25; page 11, lines 4 through 14; page 13, line 12 through page 14, line 7; page 15, lines 11 through 21; page 16, 1 through 6; page 18, line 22 through page 19, line 6 and lines 10 through 25; page 20, lines 1 through 8, 14 through 23, and line 25 through page 21, line 10; and page 22, lines 3 through 14.

10.    **K.J. Stapler** – Page 5, lines 13 through 15; page 6, lines 3 through 6; page 7, line 19 through page 8, line 25; page 9, lines 1 through 4 and line 17 through page 10, line 2;

page 13, lines 2 through 4, 5 through 6 and line 21 through page 15, line 13 and line 23 through page 17, line 1 and lines 9 through 25; page 21, line 17 through page 22, line 4 and line 13 through page 24, line 3; page 25, lines 7 through 16; page 26, line 3 through page 27, line 4, lines 6 through 9 and 11 through 15; page 28, lines 14 through 17 and 21 through 24; page 31, lines 4 through 6 and 8 through 15; and page 32, lines 10 through 17.

11.    **Lisa Warr** – Page 5, line 13 through page 6, line 18; page 7, line 16 through page 8, line 20; page 9, line 23 through page 10, line 18; page 11, line 3 through page 12, line 13, and line 21 through page 14, line 19; page 16, lines 3 through 21; page 17, line 1 through page 20, line 16; page 22, lines 16 through 20; page 23; lines 13 through 16; page 24, lines 15 through 19; page 25, lines 16 through page 26, line 17; page 28, line 13 through page 31, line 5 and line 12 through page 32, line 11; page 33, line 16 through page 34, line 10; page 39, line 17 through page 40, line 7; page 41, line 18 through page 42, line 4; page 43, line 5 through page 44, line 1; page 50, lines 3 through 7; page 51, line 19 through page 52, line 22; page 53, lines 1 through 16; page 57, line 18 through page 58, line 5; page 59, line 14 through page 60, lines 6 and 10 through 20; page 62, line 23 through page 63, lines 14 and 22 through page 64, line 9 and line 12.

12.    **David Edwin Tripp** - Page 5, lines 18 through 23; page 6, lines 5 through 14 and line 23 through page 7, line 13; page 15, lines 17 through 21; page 18, lines 6 through 9; page 26, lines 6 through 21; page 27, lines 18 through 22; and page 28, line 23 through page 29, line 11.

13.    **Robert C. Tynes** - Page 6, lines 21 through 24; page 7, lines 6 through 14 and line 24 through page 8, and line 2, lines 10 through 14; page 9, lines 4 through 9 and 14 through 18; page 10, lines 5 through 16' page 11, line 20 through page 13, line 2; page 14,

line 4 through page 16, line 15; page 17, line 14 through page 19, line 1; page 22, lines 19

through 23; page 23, line 18 through page 24, line 11 and line 23 through page 25, line 2;

page 38, line 13 through page 39, line 23 and line 25 through page 40, line 10; page 41, line

5 through page 42, line 9; page 51, lines 8 through 16 and line 18 through page 52, line 6;

page 56, line 21 through page 58, line 16; page 64, line 19 through page 66, line 18; page

69, line 8 through page 70, line 13 and line 20 through page 71, line 12; page 75, line 11

through page 76, line 16; page 79, line 4 through page 80, line 11; page 81, lines 15 through

25; page 82, line 1 through page 83, line 5; page 84, line 9 through page 85, line 3 and line

18 through page 86, line 19; page 87, lines 8 through 16; page 89, line 10 through page 90,

line 23; page 81, line 19 through page 93, line 8 and line 23 through page 94, line 18 and

line 24 through page 95, line 6 and line 10 through page 96, line 19 and line 21 through page

97, line 10; page 99, lines 3 through 25; page 100, lines 1 through 7 and line 20 through

page 102, line 11; page 105, line 23 through page 106, line 7 and lines 10 through 23; page

114, line 12 through page 119, line 4; page 120, line 18 through page 123, line 1 and line 13

through page 125, line 12; page 126, line 13 through page 128, line 11; page 135, line 8

through page 136, line 22; page 137, lines 18 through 25; page 138, line 4 through page 140,

line 17 and line 19 through page 141, line 7; page 145, lines 17 through 25; page 146, lines 1

through 7 and line 21 through page 147, line 6; page 148, line 16 through page 149, line 25;

page 150, line 1 through page 151, line 11; page 153, line 15 through page 155, line 15;

page 156, line 9 through page 157, line 22 and line 24 through page 159, line 22; page 160,

lines 16 through 20; page 162, lines 18 through 21; page 164, lines 3 through 19 and line 25

through page 166, line 5; page 170, line 13 through page 171, line 17; page 174, lines 17

through 23; page 180, line 7 through page 181, line 11; page 185, lines 1 through 6; page

187, line 10 through page 191, line 1; page 194,line 15 through page 195, line 5 and line 7 through page 197, line 21; page 198, line 1 through page 199, line 18; page 202, lines 17 through 21; page 207, line 25 through page 208, line 8; page 209, line 2 through page 210, line 2; page 213, line 5 through page 214, line 1; page 218, line 21 through page 219,line 4; page 222, lines 3 through 18; page 235, line 5 through page 238, line 1 and line 13 through page 239, line 20 and line 22 through page 240, line 4; page 243, line 15 through page 244, line 21; page 245, lines 7 through 9; page 250, line 19 through page 251, line 19; page 254, line 1 through page 255, line 5; page 260, lines 6 through 25; page 261, line 22 through page 264, line 8; page 266, line 19 through page 267, line 2 and line 22 through page 268, line 1; page 269, lines 6 through 14 and line 16 through page 270, line 4 and line 23 through page 271, line 17.

LABARRON N. BOONE

OF COUNSEL:

BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing it in the United States mail, postage prepaid and properly addressed to them on this the 7ᵗʰ day of February 2006.

OF COUNSEL

Gregory A. Brockwell
Brett A. Ross
Carr, Allison, Pugh, Howard,
 Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216