IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV494-MHT |
| | ) | |
| BENTON EXPRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 8 February 2006, the defendant filed a Motion To Stay (Doc. # 83), requesting the court to forego enforcement of two of its previous orders (Docs. # 71 and 78) pending the defendant's filing (and implicitly, resolution) of a Petition for Mandamus to the Court of Appeals.  The defendant is ADVISED that it may seek review of the referenced orders by the assigned District Judge.

Accordingly, on or before 14 February 2006, the defendant shall show cause, in view of its right to seek review by the District Judge, why the court should not deny the Motion to Stay on the grounds asserted.

DONE this 10th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE