IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV494-MHT |
| | ) | [WO] |
| BENTON EXPRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion to Withdraw Motion to Stay, filed on 10 February 2006 (Doc. # 91), is GRANTED. It is further

ORDERED that the Motion to Stay (Doc. # 83) is deemed withdrawn, or in the alternative, the motion to stay is DENIED as moot.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE