IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV494-MHT |
| ) | [WO] |
| BENTON EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion for Order Expediting Autopsy and Toxicology Reports, filed on 9 February 2006 (Doc. # 88), be DENIED. The motion is denied because (1) the time for discovery in this case expired on 16 December 2005, and (2) the Alabama Department of Forensic Sciences is a non-party, and (3) in any case, there is no evidence that the Department refused to comply with a duly issued subpoena served before the expiration of discovery.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE