IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV494-MHT |
| | ) [WO] |
| BENTON EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Second Motion to Stay, filed on 10 February 2006 (Doc. # 92), is GRANTED.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE