IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as administratrix of the estate of RONALD TYRONE ROBY, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>BENTON EXPRESS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:05cv494-MHT<br>)<br>)<br>)<br>)  |

ORDER

It is ORDERED that the objections to magistrate judge's orders and motion to set aside orders (Doc. No. 90) are set for submission, without oral argument, on February 17, 2006, with all briefs due by said date.

DONE, this the 13th day of February, 2006.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE