# Hazel Roby, as Administratrix of the Estate of Ronald Tyrone Roby, Deceased

## v.

# Benton Express, Inc.

# Exhibit A
# Plaintiff's Response to Defendant's Reply Brief

# Benton Express, Inc.
# Web Page





Trace by PRO #

Submit

Transit Time Calculator

Origin Zip

Dest. Zip



Submit

## About Us
### Welcome to Benton Express!
We appreciate you taking the time to look into our company. Here at Benton, we push to provide the most current technological advancements and use the most modern and well-maintained fleet of equipment. The partners involved in your shipments are well-trained and friendly, and have the proper tools to answer all your questions.

Since 1934, Benton Express has been a growing family owned and operated LTL carrier throughout the Southeast. We hope that in your decision of which carrier to use, you will choose Benton. Whether it is because of our well-trained partners, faster transit times, technological advancements, or all of the above, we know you will be glad you chose Benton.

About Us



Send mail to webmaster@bentonexpress.com with questions or comments about this web site
Copyright © 2004 BENTON EXPRESS, INC
Last modified: July 14, 2004