# Hazel Roby, as Administratrix of the Estate of Ronald Tyrone Roby, Deceased
# v.
# Benton Express, Inc.

## Exhibit B
## Plaintiff's Response to Defendant's Reply Brief

## Benton Express, Inc.
## Brochure



## Proudly Serving the Southeast

**BENTON EXPRESS, INC.** — SINCE 1934

**FLORIDA**
F. MYERS
941-337-2220
Fax: 941-337-2426

JACKSONVILLE
904-354-6794
Fax: 904-353-3037

MIAMI
305-887-8755
Fax: 305-887-9288

OCALA
352-237-0776
Fax: 352-237-7820

ORLANDO
407-855-4200
Fax: 407-855-9528

PENSACOLA
850-479-8403
Fax: 850-484-7715

TALLAHASSEE
850-576-5151
Fax: 850-575-2817

TAMPA
813-621-5541
Fax: 813-628-4130

WEST PALM BEACH
561-844-9775
Fax: 561-844-2950

**GEORGIA**
ATHENS
706-353-7502
Fax: 706-353-7585

ATLANTA
404-267-2200
Fax: 404-267-2201

COLUMBUS
706-660-1573

MACON
912-750-0211
Fax: 912-742-0282

MOULTRIE
912-985-4143
Fax: 912-890-6932

ROME
706-232-9776
Fax: 706-232-6983

SAVANNAH
912-964-0008
Fax: 912-964-0250

**N. CAROLINA**
CHARLOTTE (Kings Mountain)
704-730-0021
Fax: 704-730-0014

RALEIGH (Morrisville)
919-388-9900
Fax: 919-388-8101

GREENSBORO (Kernersville)
336-996-1460

**S. CAROLINA**
COLUMBIA
803-791-7822
Fax: 803-791-7828

FLORENCE
843-669-1204
Fax: 843-669-2135

MYRTLE BEACH
843-365-2999
Fax: 843-365-4075

Benton 140

**Serving Over 4100 Direct Points Throughout The Southeast.**
Florida 814 points
Georgia 795 points
South Carolina 780 points
North Carolina 1754 points

# REASONS WHY BENTON EXPRESS IS THE BEST!

- Our PEOPLE–Dedicated, Loyal and Committed to Doing It Right The First Time.
- History of Handling Time Sensitive Materials.
- Our Reputation as an Outstanding Service Carrier–providing Consistent, Dependable, Reliable, On-time Service of 98.4%.
- Regional Carrier, Serving–Florida, Georgia, North Carolina, and South Carolina DIRECT.
- Our Tremendous Success with the Opening of the Carolina Markets.
- Low Cargo Claims Ratio (Less than 1/2%).
- Extended Coverage through Marketing Partners to most of the U.S.
- Non-Union Status, employees are treated as Partners.
- On-time Pick-up Service.
- Centralized Linehaul Dispatch.
- 19 Company-Operated Terminals.
- Pool/Distribution Service Available in Atlanta, Jacksonville & Orlando.
- EDI processes available.
- Rate Diskettes available–Windows based.
- Customized Service Reports available.
- Highly-Trained Customer Service and Administrative Personnel trained to Provide Personalized Service.
- Account Executives assigned to Handle All your Needs.
- Professionally-Trained Drivers.
- Benton Chairman–Past Chairman of the American Trucking Association.
- Financially Secure, Family-Owned Business, Operated Since 1934.
- Minority Carrier Status.
- Special Price Quotes on Volume and Backhaul Traffic.
- Immediate Shipment Status Availability.
- Reduced handling Through Direct Loading.
- Duval Storage Trailers Available for Short and Long Term Rental.
- Expedited Service Available–(Shark Service–Atlanta to Miami/West Palm Beach).
- Daily Auto Fax Report Available.
- Numerous Customer Awards & Recognition For Quality Service

## Quality is . . .

. . . 98% Plus Consistent Transit Time Without Loss or Damage
. . . Dependable Pick-Up Service
. . . Clean, Efficient Equipment providing transportation without interruption
. . . Friendly, Courteous Service from well-trained Benton partners
. . . An Industry Leading Safety Record
. . . Accurate Billing and Rating Procedures.

Benton Express, Inc.–Your Premium LTL Carrier for Florida, Georgia, North Carolina and South Carolina.

**We Do It Right The First Time.**

BENTON EXPRESS, INC.