Hazel Roby, as Administratrix of the Estate
of Ronald Tyrone Roby, Deceased

v.

Benton Express, Inc.


Exhibit D
Plaintiff's Response to
Defendant's Reply Brief

Excerpts from the Deposition of
William George "Bill" Jones

FOSHEE & TURNER COURT REPORTERS

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                      NORTHERN DIVISION
 4
 5   HAZEL M. ROBY, as Administratrix
 6   of the Estate of RONALD TYRONE ROBY,
 7   deceased,
 8            Plaintiff,
 9                                    CIVIL ACTION FILE
10       vs.
11                                    NO. 2:05CV194-T
12   BENTON EXPRESS, INC., et al.,
13            Defendants.
14
15            VIDEOTAPED DEPOSITION OF
16               GEORGE WILLIAM JONES
17
18               September 26, 2005
19                    2:22 p.m.
20
21             1180 West Peachtree Street
22                     Suite 900
23                  Atlanta, Georgia
24
25     Lisa Fischer, CCR-B-1277, RPR, CRR
```

FOSHEE & TURNER COURT REPORTERS

Page 89

1   Q. Being a regional manager, are you over
2   the Pensacola region?
3   A. At this point I am.
4   Q. I mean at that point, at the time.
5   A. Yes, sir. At that point, yes, sir, I
6   was in charge of that situation at that time.
7   I made that decision on my own to stop the
8   driver to relieve him of duty.
9   Q. Right. And what you're saying by that
10  point -- your actual territory is Atlanta,
11  right?
12  A. Georgia.
13  Q. Georgia?
14  A. Yes, sir.
15  Q. But being that you're in a higher
16  position than Glenn Clark, you made the
17  personal call to make the call in that
18  situation?
19  A. Yes, sir.
20  Q. Have you had an opportunity to go back
21  and look into any of the records concerning
22  when he first checked in and when he checked
23  out at the Atlanta terminal?
24  A. Yes.
25  Q. Were any records -- were all the

Page 116

```
 1      physically inoperable because it may have
 2      broke?
 3           A.   No, sir.
 4           Q.   So you don't know specifically
 5      anything about what caused this delay?
 6           A.   No, sir.
 7           Q.   Anybody at Benton Express that's told
 8      you about specifically what was going on with
 9      Craig Stephens in his employ that caused this
10      delay?
11           A.   No, sir.
12           Q.   So even without knowing whether or not
13      he was hijacked or ill or some very legitimate
14      explanation for what occurred, your saying that
15      you were going to relieve him of duty means you
16      were going to investigate further on whether or
17      not you would ultimately terminate him, or does
18      it mean you were going to terminate him?
19           A.   I had been --
20               MR. BROCKWELL:  Object to the form.
21               THE WITNESS:  I had been
22      investigating for 24 to 48 hours.
23           Q.   (By Mr. Boone)  Got you.
24           A.   The gentleman would have been
25      terminated.  It would have been up to somebody
```

Page 117

1   else to decide whether he would have a job in
2   the future with Benton Express, because I would
3   have terminated him.
4       Q.  And my question to you is:  What
5   information, other than the fact that you
6   couldn't locate him, did you discover in this
7   investigation?
8       A.  None.
9       Q.  So you don't have a clue what
10  happened?
11      A.  Not a clue, except for my tractor, our
12  tractor and our trailer and our customer's
13  product couldn't be found.  It was not at the
14  destination it should have been six and a half,
15  five hours later.
16      Q.  And based on what you were personally
17  doing in your role at Benton Express, based on
18  your experience there and obviously the
19  position you hold, you would have felt the
20  decision should be termination?
21      A.  Yes.
22      Q.  And the only thing I'm trying to
23  do -- and I hate to repeat the question, but a
24  couple of depositions, every time -- if I asked
25  a question of was there some more information,