# Hazel Roby, as Administratrix of the Estate of Ronald Tyrone Roby, Deceased
# v.
# Benton Express, Inc.

## Exhibit E
## Plaintiff's Response to Defendant's Reply Brief

## Excerpts from the Deposition of Roland Brown

FREEDOM COURT REPORTING

1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR
 2         THE MIDDLE DISTRICT OF ALABAMA
 3               NORTHERN DIVISION
 4
 5    CASE NUMBER:   2:05CV194-T      COPY
 6
 7    HAZEL M. ROBY, as Administratrix of the
 8    Estate of RONALD TYRONE ROBY, Deceased,
 9           Plaintiff,
10    vs.
11
12    BENTON EXPRESS, INC., et al.,
13           Defendants.
14
15              S T I P U L A T I O N
16         IT IS STIPULATED AND AGREED by
17    and between the parties through their
18    respective counsel, that the deposition
19    of ROLAND BROWN may be taken before
20    Leslie K. Hartsfield, at the offices of
21    Beasley, Allen, Crow, Methvin, Portis &
22    Miles, P.C., 218 Commerce Street,
23    Montgomery, Alabama, 36103,
```

367 Valley Avenue
Birmingham, Alabama   35209
1-877-373-3660

FREEDOM COURT REPORTING

137

1   Lines.  But I've pointed out some of the
2   advantages to Central Alabama Transport
3   and -- which is the trucking division of
4   Coral Industries.  And they are
5   seriously considering it and I have
6   strongly recommended it to them.
7        Q.   But as of right now, Coral
8   does not have it?
9        A.   Well, I don't -- I don't
10  think they've done it yet.  I think they
11  are -- they are waiting to get the
12  figures back from me.  It would be
13  Central Alabama Transport, not Coral.
14  Because Coral is not an over-the-road
15  operation.  Central Alabama Transport
16  is.  Central Alabama Transport is the
17  transportation division of Coral
18  Industries.
19       Q.   As I understand your
20  opinions in this case, you believe
21  Benton Express should have had Qualcomm
22  or something similar, GPS?
23       A.   Well, yes.  I think they

1   should have -- should have had some type
2   of a tracking system, GPS.  Simply
3   because they advertise that they have
4   the latest in technology.  On their web
5   page, they present to their customers
6   and potential customers that they have
7   the latest in technology and certainly
8   global positioning systems are the
9   latest in technology.  And plus the fact
10  that if they're not going to have that
11  they certainly need some tracking system
12  and they need to have a plan, not only a
13  plan, they need to have a procedure and
14  they need to enforce a procedure for
15  tracking.
16       Q.    I'm just talking about GPS
17  alone at the moment.  Is it your opinion
18  that it is the industry standard now to
19  have GPS in trucks?
20       A.    I -- I would say yes, that
21  it's getting to be.  It may not be
22  totally the industry standard but it's
23  getting closer to it and there's

1  certainly a lot of indication that it is
2  getting to be the trucking -- the
3  industry standard, yes.
4      Q.    So you would believe that
5  Benton Express is in violation of that
6  industry standard by not having it?
7      A.    That or -- or some other
8  system. Some type of tracking system,
9  yes.
10     Q.    So anyone who doesn't have
11 it such as your other client, Coral
12 Industries, would be in violation of the
13 industry standard by not having GPS in
14 their trucks?
15     A.    Well, I think it depends --
16 depends on the size of the fleet, the
17 operation they carry on, what kind of
18 safety procedures they have in place and
19 are exercising. But yeah, I told Coral
20 I think they're in violation of a safety
21 tool that is -- that is vitally
22 important to the safe operation of
23 their -- of their Central Alabama

1   experience as to what type of operation
2   the company has as to whether or not
3   they use Qualcomm?
4        A.   No, I don't think it matters
5   the type of operation they have.  I
6   think it matters in the -- in today's
7   economy and in today's world of events
8   and with the height of recognition of
9   terrorism and hijackings, this type
10  thing, and Benton certainly has
11  recognized these are -- are threats.
12  I -- I think the type operation you have
13  the -- I don't think it necessarily
14  relates to the type of operation.  I
15  think it relates to your emphasis on
16  trying to -- to know where your trucks
17  are.  Certainly if you're going to
18  advertise and you're going to promote to
19  your customer base that you have the
20  latest in technology, then I think you
21  need to have the latest in technology
22  and I think GPS falls into that
23  category.

FREEDOM COURT REPORTING

144

1    Q.    What benefit does the GPS
2  have to the customers of Benton
3  Express?
4    A.    Well, it would have the
5  opportunity; for example, if they're
6  running from Atlanta to Pensacola, they
7  can't track that shipment from the time
8  it leaves Atlanta until it gets to
9  Pensacola according to the testimony
10  that -- that I've read. They have an
11  in-house computer system that is a
12  tracking system, but they can't tell a
13  customer if that truck is in route from
14  Atlanta to Pensacola, they can't say
15  that your truck or the trailer with your
16  shipment on it is going to be here at X
17  hour. All they can do is -- is to work
18  off of experience they've had and a
19  pattern that has been set. If they
20  had -- if they had Qualcomm or some GPS
21  system, they can say that truck is 18
22  miles south of Montgomery and his
23  anticipated arrival time here is X

367 Valley Avenue
Birmingham, Alabama    35209
1-877-373-3660

1  hours.

2  Q. You think -- it's your

3  testimony that there is a business need

4  for Benton Express to be able to tell

5  their customers where between Atlanta

6  and Pensacola their shipment is

7  precisely rather than it's somewhere in

8  between.

9  MR. BOONE: Object to the

10  form. And I think testimony by

11  corporate representative --

12  MR. ROSS: Well, LaBarron,

13  that's an objection to the form and then

14  some speaking objection that follows it

15  which I don't want him to take any clue

16  from. You know where I'm coming from

17  there.

18  MR. BOONE: (Nodded head

19  affirmatively.)

20  A. I think it has a direct

21  relationship to Benton's own

22  publications where they can say --

23  Q. I'm not talking about that.