# Hazel Roby, as Administratrix of the Estate of Ronald Tyrone Roby, Deceased

## v.

# Benton Express, Inc.

# Exhibit F
# Plaintiff's Response to Defendant's Reply Brief

# Affidavit of Roland Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BENTON EXPRESS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 2:05cv494-B |

### AFFIDAVIT OF ROLAND B. BROWN

STATE OF FLORIDA

COUNTY OF

Personally appeared before me, the undersigned Notary Public in and for said County and State, the within named Roland B. Brown, who, after first being duly sworn, states as follows:

1. I, Roland Brown was hired by the Plaintiff in this case to testify as a safety expert.

2. On December 6, 2005, I was deposed by Attorney Gregory Brockwell, counsel for Benton Express. It is my intent to make absolutely clear my opinion on December 6, 2005 that it is the industry standard and best practice for all trucking companies is to have GPS tracking devices on their trucks. In fact, in my deposition I, specifically, stated that I have recommended GPS tracking to clients. (Exhibit 1).

Further, Affiant sayeth not

_Roland B. Brown_
Roland B. Brown

SWORN TO and SUBSCRIBED before me on this the 3rd day of February 2006.

_Amanda J. Franklin_
NOTARY PUBLIC

My Commission Expires: 4-26-09

[Notary Seal: AMANDA J. FRANKLIN, MY COMMISSION #DD411679, EXPIRES: April 26, 2009, Bonded Thru Budget Notary Services, State of Florida]