Hazel Roby, as Administratrix of the Estate
of Ronald Tyrone Roby, Deceased

v.

Benton Express, Inc.


Exhibit A
Plaintiff's Response to Defendant's
Objections to Magistrate Judge's Orders and
Motion to Set Aside Orders
Of Magistrate Judge

Correspondence to counsel for
Defendant Benton Express, Inc.
Concerning Discovery Responses

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

September 8, 2005

Brett A. Ross
Gregory A. Brockwell
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

    RE:    Hazel Roby v. Benton Express, Inc.

Dear Gentlemen:

    Your response to Plaintiff's first interrogatories #17, does not give the address and telephone number for Craig Stephens, deceased. Please supplement this response.

    Please produce documentation to Plaintiff's first request for production #57 showing how Benton Express pays its drivers, such as Craig Stephens, deceased.

    Please produce documentation to request for production #58 showing how Benton Express contacts its employees, such as Craig Stephens, deceased, either by cellular telephone, digital telephone, CB radio, pager, etc., and any other code or identification that would allow the defendant to contact its employee drivers while on the road.

    Please provide documentation to request for production #62, showing whether or not workers' compensation or any other form of payment was provided on behalf of Craig Stephens, deceased.

    Please be more specific in your response to request for production #64. It states that the defendant is not in possession, custody, or control of satellite data, Qualicom data or electronic control module data. Does this mean that the data exist on the subject tractor or trailer but the defendant does not have possession, custody or control of it?

    Let me know if you are going to continue to object to these questions so that I can make a decision on how to proceed.

Sincerely,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P C

LABARRON N BOONE

LNB/ceh

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J GREG ALLEN
MICHAEL J CROW
THOMAS J METHVIN
J COLE PORTIS
W DANIEL MILES, III
R GRAHAM ESDALE, JR
JULIA ANNE BEASLEY
RHON E JONES
LABARRON N BOONE
ANDY D BIRCHFIELD, JR
RICHARD D MORRISON
C GIBSON VANCE
J P SAWYER
C LANCE GOULD

JOSEPH H AUGHTMAN
DANA G TAUNTON
J MARK ENGLEHART
CLINTON C CARTER
BENJAMIN E BAKER, JR
DAVID B BYRNE, III
TED G MEADOWS
GERALD B TAYLOR, JR
FRANK WOODSON
KENDALL C DUNSON
J PAUL SIZEMORE
SCARLETTE M TULEY
CHRISTOPHER E SANSPREE
ROMAN ASHLEY SHAUL
W ROGER SMITH, III

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN COM

LARRY A GOLSTON, JR
D MICHAEL ANDREWS
MELISSA A PRICKETT
JOHN E TOMLINSON
KIMBERLY R WARD
NAVAN WARD, JR
WESLEY CHADWICK COOK

OF COUNSEL:
BENJAMIN L LOCKLAR
P LEIGH O'DELL

ALSO ADMITTED IN ARIZONA
ALSO ADMITTED IN ARKANSAS
ALSO ADMITTED IN FLORIDA
ALSO ADMITTED IN GEORGIA
ALSO ADMITTED IN KENTUCKY
ALSO ADMITTED IN MINNESOTA
ALSO ADMITTED IN MISSISSIPPI
ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN OHIO
ALSO ADMITTED IN OKLAHOMA
ALSO ADMITTED IN SOUTH CAROLINA
ALSO ADMITTED IN TENNESSEE
ALSO ADMITTED IN TEXAS
ALSO ADMITTED IN WASHINGTON, D.C.
ALSO ADMITTED IN WEST VIRGINIA

JAMES W TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

September 30, 2005

Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,*
*Oliver & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re:   *Hazel Roby v. Benton Express, Inc.*

Dear Greg:

I would ask that you supplement your client's responses to the following interrogatories and requests for production:

Interrogatory numbers 49 and 50.
Requests for Production numbers 62, 63

It is Plaintiff's contention, in light of your allegations that Craig Anthony Stephens was not acting in the line and scope of his employment, that any and all documents, communications, and any other information relating, referring to, or regarding worker's compensation payments to Mr Stephens' widow are fully discoverable. If you will not agree to produce this information, please advise so I can seek the Court's intervention.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/drj

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | JOSEPH H AUGHTMAN | *Attorneys at Law* | LARRY A GOLSTON JR | ALSO ADMITTED IN ARIZONA |
| J GREG ALLEN | DANA G TAUNTON | 218 COMMERCE STREET | D MICHAEL ANDREWS | ALSO ADMITTED IN ARKANSAS |
| MICHAEL J CROW | J MARK ENGLEHART | POST OFFICE BOX 4160 | MELISSA A PRICKETT | ALSO ADMITTED IN FLORIDA |
| THOMAS J METHVIN | CLINTON C CARTER | MONTGOMERY, ALABAMA | JOHN E TOMLINSON | ALSO ADMITTED IN GEORGIA |
| J COLE PORTIS | BENJAMIN E BAKER, JR | 36103-4160 | KIMBERLY R WARD | ALSO ADMITTED IN KENTUCKY |
| W DANIEL MILES, III | DAVID B BYRNE III | (334) 269-2343 | NAVAN WARD, JR | ALSO ADMITTED IN MINNESOTA |
| R GRAHAM ESDALE, JR | TED G MEADOWS | | WESLEY CHADWICK COOK | ALSO ADMITTED IN MISSISSIPPI |
| JULIA ANNE BEASLEY | GERALD B TAYLOR, JR | TOLL FREE | | ALSO ADMITTED IN NEW YORK |
| RHON E JONES | FRANK WOODSON | (800) 898-2034 | | ALSO ADMITTED IN OHIO |
| LABARRON N BOONE | KENDALL C DUNSON | | OF COUNSEL: | ALSO ADMITTED IN OKLAHOMA |
| ANDY D BIRCHFIELD, JR | J PAUL SIZEMORE | TELECOPIER | BENJAMIN L LOCKLAR | ALSO ADMITTED IN SOUTH CAROLINA |
| RICHARD D MORRISON | SCARLETTE M TULEY | (334) 954-7555 | P LEIGH O'DELL | ALSO ADMITTED IN TENNESSEE |
| C GIBSON VANCE | CHRISTOPHER E SANSPREE | | | ALSO ADMITTED IN TEXAS |
| J P SAWYER | ROMAN ASHLEY SHAUL | BEASLEYALLEN.COM | | ALSO ADMITTED IN WASHINGTON, D.C. |
| C LANCE GOULD | W ROGER SMITH, III | | | ALSO ADMITTED IN WEST VIRGINIA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

October 3, 2005

Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,*
 *Oliver & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re:  *Hazel Roby v. Benton Express, Inc.*

Dear Greg:

I would ask that you supplement your client's responses to interrogatory numbers 49 and 50 as well as responses to requests for production numbers 62 and 63.

It is Plaintiff's contention, in light of your allegations that Craig Anthony Stephens was not acting in the line and scope of his employment, that any and all documents, communications, and any other information relating, referring to, or regarding worker's compensation payments to Mr. Stephens' widow are fully discoverable. If you will not agree to produce this information, please advise so I can seek the Court's intervention

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/drj

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

November 7, 2005

<u>**VIA FACSIMILE TRANSMISSION**</u>

Gregory A. Brockwell
*Carr, Allison, Pugh, Howard,*
*Oliver & Sisson, P.C.*
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

Re:   *Hazel Roby v. Benton Express, Inc.*

Dear Greg:

I wrote to you on October 3, 2005, requesting the information relating to the worker's comp benefits paid on behalf of Craig Anthony Stephens. To date, I have not received a response to this letter. If I do not receive this information by Monday, November 14, 2005, I will have no alternative but to seek the Court's intervention. As stated in my previous letter, I feel that this information is not only discoverable but is completely relevant and material in light of your allegations that Craig Anthony Stephens was no acting in the line and scope of his employment.

I appreciate your prompt response to this letter and am hopeful that we can resolve this issue without seeking the Court's intervention.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

LABARRON N. BOONE

LNB/drj



100 Vestavia Parkway
Birmingham, AL 35216
Phone (205) 822-2006
Fax (205) 822-2057
www.carrallison.com

Gregory A. Brockwell
Direct Dial (205) 949-2916
Direct Facsimile (205)822-4058
gab@carrallison.com

November 8, 2005

LaBarron N. Boone
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P C
218 Commerce Street
P O. Box 4160
Montgomery, AL 36103-4160

    RE:   Estate of Ronald T. Roby v. Benton Express, Inc.
          In the United States District Court for the Middle District of Alabama
          2:05CV-194-T

Dear LaBarron.

    This letter is in response to yours of November 7, 2005   We will continue to object to the discovery of any workers' compensation information. Please let us know if you have any questions or comments

                                              Very truly yours,

                                              Gregory A. Brockwell
                                              For the Firm

GAB/sdh
cc.   Brett A. Ross, Esq

Birmingham  ::  Dothan  ::  Florence  ::  Gulfport  ::  Jasper  ::  Mobile