# Hazel Roby, as Administratrix of the Estate of Ronald Tyrone Roby, Deceased
# v.
# Benton Express, Inc.

## Exhibit C
## Exhibit Plaintiff's Response to Defendant's Objections to Magistrate Judge's Orders and Motion to Set Aside Orders Of Magistrate Judge

## Court's Order, Docket # 95
## Order Denying Plaintiff's Request for In Camera Review

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV494-MHT |
| ) | [WO] |
| BENTON EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's alternative Motion for In-Camera Review, filed on 9 February 2006 (Doc. # 87), is DENIED. The motion is denied because, as the court stated in a previous order, the time for discovery has expired.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE