IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HAZEL M. ROBY AS ADMINISTRATRIX OF THE ESTATE OF RONALD TYRONE ROBY, DECEASED, )<br><br>Plaintiff, )<br><br>v. )<br><br>BENTON EXPRESS, INC., )<br><br>Defendant. ) | <br><br><br><br><br><br><br>CASE NO.: 2:05-CV-00494-MHT-VPM |

### REPORT OF MEDIATOR

Mediation was held in this case on February 13, 2006, and no agreement of settlement was reached.

Respectfully submitted,

_____
Ezra B. Perry, Jr.
Mediator
Post Office Box 1387
Birmingham, Alabama 35201
(205) 939-0033

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on all counsel listed by placing a copy of same in the United States mail, postage prepaid, on this the ___ day of February, 2006.

LaBarron N. Boone
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, Alabama 36103

Brett A. Ross
Carr, Allison, Pugh, Howard, Oliver & Sisson, PC
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

_____
Of Counsel

W0188607.1