IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   2:05cv494-B<br>§<br>§<br>§ |

## PLAINTIFF'S REBUTTAL DESPOSITION DESIGNATIONS

Plaintiff hereby submits the following deposition designations to be used to rebut the deposition designations of Defendant:

Angie Daniels

   Page 24, line 10 through Page 25, line 6

David Tripp

   Page 27, lines 18-22

_____
LABARRON N. BOONE    (BOO029)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 – Telephone
(334) 954-7555 – Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing it in the United States mail, postage prepaid and properly addressed to them on this the 20 day of February 2006.

_____
OF COUNSEL

Brett A. Ross
Gregory A. Brockwell
***Carr, Allison, Pugh, Howard,***
 ***Oliver & Sisson, P.C.***
100 Vestavia Parkway, Suite 200
Birmingham, Alabama  35216