# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE              AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   FEBRUARY 22, 2006              AT       10:50       A.M./P.M.

DATE COMPLETED   FEBRUARY 22, 2006              AT       11:35       A.M./P.M.

HAZEL M. ROBY                )
                             )
       Plaintiff             )
                             )
   v                         )     CA No. 2:05cv494-MHT
                             )
BENTON EXPRESS, INC          )
                             )
       Defendant             )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Attys Jere Beasley, LaBarron Boone, Jon Cole Portis (Notice to be filed) | X X X X X | Attys Brett Ross, Gregory Brockwell |

COURT OFFICIALS PRESENT:

| David Sapp, Law Clerk | Sheila Carnes, Courtroom Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   PRETRIAL CONFERENCE

10:50 a.m.   Pretrial conference commenced (on the record). Estimated trial time: 2-3 days; settlement possibility: negotiations are ongoing (private mediator). Oral argument heard regarding Count III of the complaint (per dn 80). Discovery issue (re worker's compensation file) will be referred back to Magistrate Judge McPherson; sanctions discussed for failure to produce. Parties directed to try to resolve issue re authenticity of documents for trial.
11:35 a.m.   Conference concluded.