IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:05cv494-B |
| BENTON EXPRESS, INC., et al., | § § § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE

COMES NOW J. Cole Portis of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and hereby gives notice of his appearance as co-counsel or record for Plaintiff Hazel Roby in the above-styled matter.

J. COLE PORTIS

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 – Telephone
(334) 954-7555 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record as shown below on this the 22nd day of February 2006.

_____
OF COUNSEL

Gregory A. Brockwell
Brett A. Ross
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216