**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| **HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:05cv494-MHT** |
| | ) | |
| **BENTON EXPRESS, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**NOTICE OF SUBMISSION OF PRIVILEGED DOCUMENTS FOR IN CAMERA REVIEW**

---

COMES NOW the Defendant, Benton Express, Inc., and hereby gives notice of its submission of privileged documents from its workers' compensation file for the Court's in camera review. These privileged documents have previously been identified in a privilege log. [See Doc. No. 77, Exhibit 1-A]. The Court held a pretrial hearing on February 22, 2006. During that hearing, the Court directed Defendant to submit the privileged documents to Magistrate Judge McPherson for in camera review. In accordance with the Court's oral directive, Defendant is submitting those documents today, under seal, by United States mail.

Dated this the 1st day of March, 2006.

Respectfully submitted,

s/ Gregory A. Brockwell
BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Benton Express, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)
E-mail:      bar@carrallison.com
                  gab@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 1st day of March, 2006:

Jere L. Beasley
Labarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

 s/ Gregory A. Brockwell
Of Counsel