IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 2:05cv494-B<br>§<br>§<br>§ |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

COMES NOW the Plaintiff, by and through the undersigned counsel of record, and hereby objects to the Defendant's exhibits as follows:

1. Defendant's Exhibit 1: Report of Bob Tynes – Objection: contains irrelevant, immaterial, and inadmissible opinions that said expert is not qualified to offer under F.R.C.P. 26(a)(2), 702, 703, and 705, and hearsay.

2. Defendant's Exhibit 2: Report of Tony Stephens – Objection: contains irrelevant, immaterial, and inadmissible opinions that said expert is not qualified to offer under F.R.C.P. 26(a)(2), 702, 703, and 705, and hearsay.

3. Defendant's Exhibit 3: File of Bob Tynes – Objection: contains irrelevant, immaterial, and inadmissible opinions that said expert is not qualified to offer under F.R.C.P. 26(a)(2), 702, 703, and 705, and hearsay.

4. Defendant's Exhibit 4: File of Tony Stephens – Objection: contains irrelevant, immaterial, and inadmissible opinions that said expert is not qualified to offer under F.R.C.P. 26(a)(2), 702, 703, and 705, and hearsay.

5. Defendant's Exhibit 5: Telephone records of Craig Stephens – Objection: - irrelevant, immaterial, and hearsay.

6. Defendant's Exhibit 6: Banking records of Craig and Stephanie Stephens – Objection: irrelevant, immaterial, and hearsay.

7. Defendant's Exhibit 10: Photographs and/or video of the ATM locations where withdrawals were made from Craig and Stephanie Stephens' bank account from April 8 to April 11, 2005 – Objection: irrelevant, immaterial, unduly prejudicial.

8. Defendant's Exhibit 11: Craig Stephens' personnel file and related documents maintained by Benton Express – Objection: contains documents that are irrelevant, immaterial, hearsay.

9. Defendant's Exhibit 13: Maintenance records for the tractor-trailer involved in the accident – Objection: irrelevant and immaterial.

10. Defendant's Exhibit 18: BOLO report from Florida Highway Patrol - Objection: irrelevant, immaterial, hearsay.

11. Defendant's Exhibit 21: Incident report from Atlanta Police Department - Objection: irrelevant, immaterial, and hearsay.

12. Defendant's Exhibit 22: Deposition and accompanying exhibits of Stephanie Stephens – Objection: contains information that is irrelevant, immaterial, and hearsay.

13. Defendant's Exhibit 23: Deposition and accompanying exhibits of Officer K. J. Stapler – Objection: contains information that is irrelevant, immaterial, and hearsay.

14. Defendant's Exhibit 24: Deposition and accompanying exhibits of Captain David Tripp – Objection: contains information that is irrelevant, immaterial, and hearsay.

15. Defendant's Exhibit 25: Deposition and accompanying exhibits of Officer Angie Daniels – Objection: contains information that is irrelevant, immaterial, and hearsay.

16. Defendant's Exhibit 46: All exhibits listed or offered by any party to this action – Objection: vague, contains information that is irrelevant, immaterial, and hearsay.

17. Defendant's Exhibit 47: All documents that have been produced by any party to this action during discovery – Objection: vague, contains information that is irrelevant, immaterial, and hearsay.

18. Defendant's Exhibit 48: All documents produced by any deponent or party pursuant to deposition notices issued to them during the course of discovery in this action – Objection: vague, contains information that is irrelevant, immaterial, and hearsay.

19. Defendant's Exhibit 49: All documents made attachments to all depositions or referred to any deposition taken during the course of discovery in this action – Objection: vague, contains information that is irrelevant, immaterial, and hearsay.

20. Defendant's Exhibit 52: All treatises having any relation to the issues of this case – Objection: vague, contains information that is irrelevant, immaterial, and hearsay.

21.    Defendant's Exhibits 58, 61, 63, 64, 65, 66, and 67: Objection; vague; unable to determine what documents Defendant is referencing. Thus, Plaintiff reserves the right to object on grounds of relevancy, materiality, and hearsay

/s/ L. Boone
LABARRON N. BOONE
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record as shown below on this the __1__ day of March 2006.

/s/ L. Boone
OF COUNSEL

Gregory A. Brockwell
Brett A. Ross
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216