# Exhibit 3

# Defendant's Objections to Plaintiff's Trial Exhibits

BENTON BROTHERS FILM EXPRESS   Craig Stephen

RIVERS TIME SHEET

| | DATE | FROM | DESTINATION | MILES OR HOURS | PAY | BENTON PH |
|---|---|---|---|---|---|---|
| Sun | | OFF | | | | |
| Mon | 4/4 | City | | | | |
| Tue | 4/5 | Pen | Tal | 191 | | |
| | 4/5 | Tal | Pen | 191 | | |
| Wed | 4/6 | Pen | Tal | 191 | | |
| | 4/6 | Tal | Pen | 191 | | |
| Thur | 4/7 | Pen | Tal | 191 | | |
| | 4/7 | Tal | Pen | 191 | | |

BENTON BROTHERS FILM EXPRESS

RIVERS TIME SHEET

| DATE | FROM | DESTINATION | MILES OR HOURS | PAY | BENTON PH |
|---|---|---|---|---|---|
| 4/8 | Pen | ATL | 323 | | |

TOTAL (1469 Mile)   1146 TTL Miles
APPROVED BY

Terminal Worksheet

Employee Killed in Traffic Accident 4/11/05

Benton 824