# Exhibit 4

# Defendant's Objections to Plaintiff's Trial Exhibits

Benton 433

# DOT ACCIDENT REGISTRY 2005

| Date | City/State | Driver Name | Inj | Fat | Haz Mat |
|---|---|---|---|---|---|
| 2/4/2005 | Norcross, Ga | Rolstad, Timothy | 0 | 0 | No |
| 2/9/2005 | Tifton, Ga | Berna, Timothy | 1 | 0 | No |
| 3/10/2005 | Florence, SC | Johnson, Terry | 1 | 0 | No |
| 1/12/2005 | Sarasota, FL | Wright, Richard | 0 | 0 | No |
| 1/7/2005 | Orlando, FL | Denson, Leon | 1 | 0 | No |
| 4/11/2005 | Montgomery, AL | Stephens, Craig | 0 | 2 | No |