# Exhibit 6

# Defendant's Objections to Plaintiff's Trial Exhibits

# NOTICE OF DENIAL

FLORIDA DEPARTMENT OF FINANCIAL SERVICES
DIVISION OF WORKERS' COMPENSATION
200 East Gaines Street
Tallahassee, Florida 32399-4226

COMPLETE ALL APPLICABLE SECTIONS BEFORE FILING WITH DIVISION

| SENT TO DIVISION DATE | DIVISION RECEIVED DATE |
|---|---|
| SEP 29 2005 | |

PLEASE PRINT OR TYPE

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (First, Middle, Last) | DATE OF ACCIDENT: (Month-Day-Year) |
|---|---|---|
| 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 | STEPHENS, CRAIG | 04/11/2005 |

| EMPLOYEE ADDRESS | EMPLOYER NAME |
|---|---|
| 1959 STACEY RD<br>CANTONMENT, FL 32533 | BENTON EXPRESS, INC. |

ATTACH ADDITIONAL PAGE(S) IF NECESSARY

**DENIED BENEFITS (List below)**
DENIAL OF ENTITLEMENT TO COMPENSABILITY OF CLAIM.
EMPLOYER/SERVICING AGENT IS DENYING ENTITLEMENT TO ON-GOING INDEMNITY BENEFITS.

**REASON FOR DENIAL OF BENEFITS (Provide detailed information to support reason(s) for denial)**
1. PURSUANT TO 440.20(4), FLA. STAT., THE EMPLOYER/CARRIER FILES A DENIAL OF CLAIM WITHIN THE 120-DAY TIME PERIOD SET OUT IN THE ABOVE-MENTIONED STATUTE.
2. AFTER A THOROUGH INVESTIGATION OF THIS CLAIM, THE EMPLOYER/CARRIER HAS DETERMINED THAT CLAIMANT WAS NOT PREFORMING WORK IN THE COURSE AND SCOPE OF HIS EMPLOYMENT AT THE TIME OF THE ACCIDENT WHICH RESULTED IN HIS DEATH.
3. THE CLAIMANT ABONDONED HIS EMPLOYMENT WITH THE EMPLOYER/CARRIER.
4. THE CLAIMANT TOOK A DISTINCT AND SUBSTANTIAL DEVIATION FROM HIS EMPLOYMENT.
5. THE CLAIMANT WAS UNDER THE INFLUENCE OF ALCOHOL, DRUGS OR OTHER INTOXICANTS TO THE ESTENT THAT HIS NORMAL FACULTIES WERE IMPAIRED, THEREBY CAUSING THE ACCIDENT WHICH RESULTED IN HIS DEATH.
6. THE CLAIMANT ALSO PARTICIPATED IN MISCONDUCT WHICH CONSTITUTED A WILFUL OR WANTON DISREGARD OF THE EMPLOYER'S INTEREST 7. CARRIER RESERVES THE RIGHT TO PLEAD ANY AND ALL OTHER DEFENSES.
8. NO PICA

DATE DENIAL RESCINDED: ___/___/___    Description of benefits reinstated or started:

CC: (Name and Address) DIVISION AND EMPLOYEE
EMPLOYER/BENTON EXPRESS/SHARON OAKS AND FRANK BOZEMAN, ESQUIRE
THOMAS UEBERSCHAER, 601 NORTH BAYLEN ST., PENSACOLA, FL 32501-3905-CERT

| ADJUSTER NAME | ADJUSTER TELEPHONE |
|---|---|
| DIEMER, NANCY | ( 813 ) 289 - 3900   Ext. |

| INSURER CODE | DATE PREPARED | INSURER NAME |
|---|---|---|
| 9882 | 09/29/2005 | BENTON EXPRESS, INC. |
| SVC. CO/TPA CODE | CLAIMS-HANDLING ENTITY FILE # | CLAIMS-HANDLING ENTITY NAME AND ADDRESS<br>COMMERCIAL RISK MANAGEMENT, INC.<br>PO BOX 18366<br>TAMPA, FL 33679 |
| 6042 | 92150060 | |

Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information commits insurance fraud, punishable as provided in s. 817.234. Section 440.105(7), F.S.

Form DFS-F2-DWC-12 (08/20__)