RECEIVED

**IN THE UNITED STATES COURT OF APPEALS**

2006 MAR -1 P 2: 23

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 4 2006

THOMAS K. KAHN
CLERK

No. 06-11107-J

IN RE:

BENTON EXPRESS, INC.,

Petitioner.

\----------------------------

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Alabama

\----------------------------

Pursuant to petitioner's motion for voluntary dismissal, FRAP

Rule 42 and 11th Cir. R. 42-1(a), the above-referenced petition

was duly entered dismissed this 24th day of February, 2006.

THOMAS K. KAHN

Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:_____Deb Hall_____
Deputy Clerk

FOR THE COURT - BY DIRECTION