# DEFENDANT'S MOTION TO EXCLUDE
# PLAINTIFF'S EXPERTS

**EXHIBIT 4:** Correspondence Regarding Production of Witness Statements

| | |
|---|---|
| From: | Gregory Brockwell |
| To: | LaBarron Boone |
| Date: | 1/24/06 12:01PM |
| Subject: | RE: Roby v. Benton Express |

Thank you.

>>> "LaBarron Boone" <labarron.boone@beasleyallen.com> 01/24/06 09:05AM >>>
Sorry for the delay. I have been out of town a bunch and just couldn't get to it. I will make time this week to look at it. I don't think I will object to your request to produce. I will let you know one way or the other this week.

-----Original Message-----
From: Gregory Brockwell [mailto:GAB@carrallison.com]
Sent: Tuesday, January 24, 2006 8:14 AM
To: LaBarron Boone
Cc: Brett Ross
Subject: Roby v. Benton Express


LaBarron,

This is to follow-up on your email below, which is the last we heard from you on this issue. What have you decided regarding our request that you produce the witness statements reviewed by M.P. Stirling? As set out in our motion to compel (Doc. No. 53), these statements became discoverable as soon as they were reviewed by Ms. Stirling. We would like to avoid filing a renewed motion to compel, but we will have no choice if you do not produce them.

Thanks,

Gregory A. Brockwell
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 949-2916 Direct Dial
(205) 822-4058 Facsimile
Alabama - Birmingham, Dothan
Florence, Jasper & Mobile
Mississippi - Gulfport
www.carrallison.com

>>> "LaBarron Boone" <labarron.boone@beasleyallen.com> 01/12/06 05:46PM >>>
Hi, Bret. Let greg know will be available on monday to discuss Ds motion. I am leaning toward just producing the info you all requested instead of objecting.


CC:        Brett Ross

**From:** Gregory Brockwell
**To:** LaBarron Boone
**Date:** 1/24/06 8:14AM
**Subject:** Roby v. Benton Express

LaBarron,

This is to follow-up on your email below, which is the last we heard from you on this issue. What have you decided regarding our request that you produce the witness statements reviewed by M.P. Stirling? As set out in our motion to compel (Doc. No. 53), these statements became discoverable as soon as they were reviewed by Ms. Stirling. We would like to avoid filing a renewed motion to compel, but we will have no choice if you do not produce them.

Thanks,

Gregory A. Brockwell
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 949-2916 Direct Dial
(205) 822-4058 Facsimile
Alabama - Birmingham, Dothan
Florence, Jasper & Mobile
Mississippi - Gulfport
www.carrallison.com

>>> "LaBarron Boone" <labarron.boone@beasleyallen.com> 01/12/06 05:46PM >>>
Hi, Bret. Let greg know will be available on monday to discuss Ds motion. I am leaning toward just producing the info you all requested instead of objecting.


**CC:** Brett Ross

| | |
|---|---|
| From: | Gregory Brockwell |
| To: | LaBarron Boone |
| Date: | 2/3/06 2:28PM |
| Subject: | Re: Roby |

LaBarron,

This is to follow up on your message below. Please let us know when we can expect the witness statements.

Thanks,

Gregory A. Brockwell
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006 Office
(205) 822-2057 Facsimile
(205) 822-4058 Direct Facsimile
Alabama - Birmingham, Dothan
Florence & Mobile
Florida - Tallahassee
Mississippi - Gulfport
www.carrallison.com

CONFIDENTIALITY NOTICE: This e-mail (including any file attachments) is for the sole use of the intended recipients - not necessarily the addressees - and may contain confidential and privileged information that by its privileged and confidential nature is exempt from disclosure under applicable law. You are hereby notified that dissemination, disclosure, distribution, duplication, or other use of this transmission by someone other than an intended recipient or an intended recipient's designated agent is strictly prohibited. If you are not an intended recipient or believe you have received this transmission in error, please notify the sender.


>>> "LaBarron Boone" <labarron.boone@beasleyallen.com> 01/27/06 03:19PM >>>
We will provide the stuff Ms. Stirling reviewed that concern witness account of what happened. Let Greg know.

LABARRON N. BOONE
Shareholder
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone:  334-269-2343
Toll Free:  1-800-898-2034
FAX:    334-954-7555
Email: labarron.boone@beasleyallen.com
Website: www.beasleyallen.com
"Helping Those Who Need It Most For Over Twenty-Five Years"


CC:        Brett Ross