# DEFENDANT'S MOTION TO EXCLUDE
# PLAINTIFF'S EXPERTS

## EXHIBIT 6:    Deposition of Roland Brown

FREEDOM COURT REPORTING

1

1    IN THE UNITED STATES DISTRICT COURT FOR

2        THE MIDDLE DISTRICT OF ALABAMA

3            NORTHERN DIVISION

4

5    CASE NUMBER:   2:05CV194-T          *ORIGINAL*

6

7    HAZEL M. ROBY, as Administratrix of the

8    Estate of RONALD TYRONE ROBY, Deceased,

9            Plaintiff,

10           vs.

11

12   BENTON EXPRESS, INC., et al.,

13           Defendants.

14

15           S T I P U L A T I O N

16           IT IS STIPULATED AND AGREED by

17   and between the parties through their

18   respective counsel, that the deposition

19   of ROLAND BROWN may be taken before

20   Leslie K. Hartsfield, at the offices of

21   Beasley, Allen, Crow, Methvin, Portis &

22   Miles, P.C., 218 Commerce Street,

23   Montgomery, Alabama, 36103,

FREEDOM COURT REPORTING

137

1    Lines.  But I've pointed out some of the

2    advantages to Central Alabama Transport

3    and -- which is the trucking division of

4    Coral Industries.  And they are

5    seriously considering it and I have

6    strongly recommended it to them.

7        Q.    But as of right now, Coral

8    does not have it?

9        A.    Well, I don't -- I don't

10   think they've done it yet.  I think they

11   are -- they are waiting to get the

12   figures back from me.  It would be

13   Central Alabama Transport, not Coral.

14   Because Coral is not an over-the-road

15   operation.  Central Alabama Transport

16   is.  Central Alabama Transport is the

17   transportation division of Coral

18   Industries.

19       Q.    As I understand your

20   opinions in this case, you believe

21   Benton Express should have had Qualcomm

22   or something similar, GPS?

23       A.    Well, yes.  I think they

1  should have -- should have had some type

2  of a tracking system, GPS. Simply

3  because they advertise that they have

4  the latest in technology. On their web

5  page, they present to their customers

6  and potential customers that they have

7  the latest in technology and certainly

8  global positioning systems are the

9  latest in technology. And plus the fact

10 that if they're not going to have that

11 they certainly need some tracking system

12 and they need to have a plan, not only a

13 plan, they need to have a procedure and

14 they need to enforce a procedure for

15 tracking.

16       Q.    I'm just talking about GPS

17 alone at the moment. Is it your opinion

18 that it is the industry standard now to

19 have GPS in trucks?

20       A.    I -- I would say yes, that

21 it's getting to be. It may not be

22 totally the industry standard but it's

23 getting closer to it and there's

FREEDOM COURT REPORTING

139

1    certainly a lot of indication that it is

2    getting to be the trucking -- the

3    industry standard, yes.

4         Q.     So you would believe that

5    Benton Express is in violation of that

6    industry standard by not having it?

7         A.     That or -- or some other

8    system.  Some type of tracking system,

9    yes.

10        Q.     So anyone who doesn't have

11   it such as your other client, Coral

12   Industries, would be in violation of the

13   industry standard by not having GPS in

14   their trucks?

15        A.     Well, I think it depends --

16   depends on the size of the fleet, the

17   operation they carry on, what kind of

18   safety procedures they have in place and

19   are exercising.  But yeah, I told Coral

20   I think they're in violation of a safety

21   tool that is -- that is vitally

22   important to the safe operation of

23   their -- of their Central Alabama

FREEDOM COURT REPORTING

143

1    experience as to what type of operation

2    the company has as to whether or not

3    they use Qualcomm?

4        A.     No, I don't think it matters

5    the type of operation they have.  I

6    think it matters in the -- in today's

7    economy and in today's world of events

8    and with the height of recognition of

9    terrorism and hijackings, this type

10   thing, and Benton certainly has

11   recognized these are -- are threats.

12   I -- I think the type operation you have

13   the -- I don't think it necessarily

14   relates to the type of operation.  I

15   think it relates to your emphasis on

16   trying to -- to know where your trucks

17   are.  Certainly if you're going to

18   advertise and you're going to promote to

19   your customer base that you have the

20   latest in technology, then I think you

21   need to have the latest in technology

22   and I think GPS falls into that

23   category.

FREEDOM COURT REPORTING

145

1    hours.

2         Q.    You think -- it's your

3    testimony that there is a business need

4    for Benton Express to be able to tell

5    their customers where between Atlanta

6    and Pensacola their shipment is

7    precisely rather than it's somewhere in

8    between.

9              MR. BOONE:  Object to the

10   form.  And I think testimony by

11   corporate representative --

12             MR. ROSS:  Well, LaBarron,

13   that's an objection to the form and then

14   some speaking objection that follows it

15   which I don't want him to take any clue

16   from.  You know where I'm coming from

17   there.

18             MR. BOONE:  (Nodded head

19   affirmatively.)

20        A.    I think it has a direct

21   relationship to Benton's own

22   publications where they can say --

23        Q.    I'm not talking about that.

FREEDOM COURT REPORTING

1    had no way of tracking it and that could

2    happen in any situation. Plus the fact,

3    it's important to them because they have

4    advertised and they have committed

5    themselves to having the latest in

6    technology to be able to satisfy their

7    customers' needs.

8           Q.    Right.

9           A.    And they have also --

10    management has publicized and put into a

11    publication that they can immediately be

12    able to track a shipment. And how can

13    they immediately track a shipment?

14           Q.    You can call your driver on

15    a cell phone, can't you?

16           MR. BOONE:  Object to the

17    form.

18           Q.    And ask them -- you could do

19    that and ask them where they are if they

20    answer the phone?

21           MR. BOONE:  Object to the

22    form.

23           A.    If you furnish them cell

FREEDOM COURT REPORTING

148

1  phones, yeah.  If you as a company

2  supply them with a cell phone and

3  require them to keep that cell phone on,

4  yes, you could do that.  That's the

5  reason I said there are other tracking

6  systems available other than GPS.  But

7  Benton didn't require their drivers to

8  have a cell phone.  They didn't provide

9  them with a cell phone and this

10 particular driver had a cell phone and

11 they didn't even have his telephone

12 number so how could they have checked up

13 on him.

14      Q.    You've read the testimony.

15 There's evidence of repeated efforts to

16 contact Mr. Stephens on his cell phone;

17 correct?

18      A.    No, sir.

19      Q.    You don't remember reading

20 that?

21      A.    No, sir.  It was -- they

22 were trying to get him on his Nextel,

23 which once the battery was dead, they

FREEDOM COURT REPORTING

174

1   to drop off.  I usually do it -- try to

2   do it about every six months as far as

3   dropping cases off.  Because I -- what I

4   do is literally do that.  That's the

5   reason I don't have a seven year list

6   because I don't keep a -- I don't keep

7   the old file and establish a new file.

8        Q.    From this point on maybe all

9   the way through the remainder of the

10  deposition I would like to talk about

11  your disclosures.  So if you have a

12  copy -- you have a copy of that which

13  we've marked as Defendants' Exhibit 5

14  already.  Look at certain components of

15  it.  For instance, on the second page

16  you make the statement there that or the

17  statement is made I stay currently

18  informed on all motor fleet industry

19  safety regulations and industry

20  standards as well as DOT and state

21  regulatory agency regulations.  We

22  discussed TRANSPORT TOPICS.  Are there

23  other sources of information which you

FREEDOM COURT REPORTING

175

1    use to stay informed on industry safety

2    regulations and standards?

3            A.      Yes, sir.

4            Q.      What other sources do you

5    have?

6            A.      Well, I get -- I subscribe

7    to the J. J. Keller Internet update.  I

8    think they call it -- I can't remember

9    what they call it.  Something clicks.

10   Safety Clicks or something of that

11   nature.  But I get that almost weekly

12   and in some cases more often than that.

13            I subscribe to J. J.

14   Keller's update printed material that

15   they offer.  J. J. Keller is an

16   industry-recognized leader in the

17   publication of regulatory information.

18   As a matter of fact, for many years, the

19   American Trucking Association offered

20   that service and then several years ago

21   they chose to get out of the publication

22   business as far as that was concerned.

23   And they turned all of that

FREEDOM COURT REPORTING

176

1    responsibility over to and assigned it

2    to J. J. Keller and Associates.

3                I get -- I get safety

4    bulletins from the Alabama Trucking

5    Association from the -- from the --

6    several trucking associations put out

7    newsletters.  Virginia Trucking

8    Association puts out a monthly

9    newsletter and a couple of other light

10   and medium truck magazine and some other

11   publications.  I can't remember all of

12   them.  But it's basically subscription

13   or in some cases are paid or unpaid.  Of

14   the ones I mentioned so far, are all

15   paid.  But those are the methods I use

16   for staying abreast.

17              Q.    Do you read all of these

18   when they come in?

19              A.    Not when they first come in.

20   The J. J. Keller Safety Clicks I read

21   them pretty much as they come in.  I

22   also print them out and then will go

23   back and review them and I keep them in

FREEDOM COURT REPORTING

1   a file folder in my computer.  I keep a

2   J. J. Keller's file folder and I'll go

3   back from time to time and print out

4   everything that's in there and clean it

5   up.  But I -- J. J. Keller's and the

6   trucking association's publications I

7   read pretty regularly.  TRANSPORT

8   TOPICS, I read that.  I won't say as

9   soon as it comes in but it's got to

10  where it comes sporadic.  I mean,

11  sometimes you'll get two or three at one

12  time in Florida.  I didn't have that

13  problem when I lived in the D.C. area

14  because it was right there.  But I stay

15  pretty current on reading them.  I don't

16  read every one of them as soon as they

17  come in, but at some point in time, I'll

18  read them.

19          The trucking association

20  ones I read pretty close to the time

21  they come in because they have news

22  about seminars, safety issues, and

23  safety meetings and this type thing and

FREEDOM COURT REPORTING

178

1   I want to stay abreast of what's going

2   on in those.

3         Q.    So you read all these

4   publications maybe not the day they come

5   in, but you stay current on all these

6   publications which I assume probably

7   takes you quite a few hours out of your

8   weekend?

9         A.    I'm a work alcoholic.

10  Sometimes 11 or 12 o'clock if I'm not

11  working on a case I'm reading some of

12  those publications.

13        Q.    I see. Well, you mentioned

14  that you do that in -- I believe you say

15  in here in order to stay on top --

16  informed of safety regulations and

17  changes. Have there been any

18  significant safety regulation changes

19  this year?

20        A.    Well, the -- yes, there have

21  been. They finally reached a decision

22  on the hours of service. It was inacted

23  of January of 2004 but it went into

FREEDOM COURT REPORTING

213

1        Q.    Are there any books or

2   articles or other written materials we

3   could find that you're aware of that say

4   essentially the same thing that you've

5   opined about the need for GPS as a

6   safety device in trucks?

7        A.    Not that I can think of

8   right off.

9        Q.    Have you submitted your

10  report or any synopsis of your opinions

11  specific to this case to any other

12  experts that you know of in your

13  industry to ask them to review and give

14  you their opinion as to whether they

15  agree or have criticisms of your

16  opinions?

17       A.    No, I don't -- I don't

18  normally share opinions with other --

19  with other experts.  It's not a practice

20  of mine.  And I've never been asked by

21  any other expert to offer any opinions

22  concerning their testimony.

23       Q.    So just to make sure I got

FREEDOM COURT REPORTING

217

1  material in TRANSPORT TOPICS, I will do

2  it.

3           I will also point out to you

4  that you -- I think maybe we both

5  mischaracterized something in this

6  article put out by Liberty Mutual.  This

7  does not specifically restrict this to

8  their customers.  This says a trucking

9  industry survey.  It doesn't say their

10 customers or their clients.  This is

11 broader than that.  And this supports my

12 position.  This talks about best and

13 industry-accepted practices.

14      Q.    Okay.

15      A.    And it talks about an

16 industry survey they ran and it doesn't

17 restrict it just to their clients, if I

18 read it correctly.

19      Q.    But other than this article

20 from Liberty Mutual, can you identify

21 for me as we sit here today any other

22 articles or other publications?

23      A.    No.  Not as we sit here

FREEDOM COURT REPORTING

218

1    today, I can't.  No, sir.

2             MR. ROSS:  I hate to get

3    this, but it wasn't in there among the

4    material we copied; right?

5             MR. BOONE:  No, it hadn't

6    been marked, just the folder.

7             MR. ROSS:  I meant to --

8    let's mark that now then.  We'll mark

9    the Liberty Mutual article as

10   Defendants' Exhibit No. 13.  Okay.

11

12        (Defendants' Exhibit No. 13 was

13         marked for identification.)

14

15        Q.    In your report you state --

16   well, you quote from J. J. Keller again,

17   I think.  I wish these pages were

18   numbered.  It would be easier for me to

19   point you to it.  See the bold

20   quotations?  You there?

21        A.    Yes.

22        Q.    What's the source of this

23   question and guidance?