# DEFENDANT'S MOTION IN LIMINE NUMBER 15

## EXHIBIT 2: Deposition of Glenn Clark

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF ALABAMA
 3                       NORTHERN DIVISION
 4
 5
       * * * * * * * * * * * * * * * *
 6                                    *
                                      *                COPY
       HAZEL ROBY, as Administratrix  *
 7     of the Estate of RONALD TYRONE *
       ROBY, Deceased,                *
 8                                    *
                   Plaintiff,         *
 9                                    *
       VS.                            * CIVIL ACTION NUMBER
10                                    * 2:05CV494-B
       BENTON EXPRESS, INC., et al.,  *
11                                    *
                   Defendants.        *
12                                    *
       * * * * * * * * * * * * * * * *
13
14
15         The testimony of GLENN E. CLARK, JR.,
16         taken at Bozeman, Jenkins & Matthews, 114
17         East Gregory Street, Pensacola,
18         Florida, on the 5th day of October, 2005,
19         commencing at approximately 2:15, o'clock,
20         p.m.
21
22
23
```

```
 1   A            To the best of my knowledge, no.
 2   Q            Is one of the things -- do y'all ever
 3   talk about the importance of customer satisfaction,
 4   talk about keeping your customers happy, at any of
 5   these meetings?
 6   A            Yes, sir.
 7   Q            Have y'all ever talked about whether or
 8   not it's important to deliver products on time?
 9   A            It's very important.
10   Q            Is that one of Benton's mottos that they
11   have, that they promise good, timely delivery if you
12   choose them?  Is that a selling point of Benton
13   Express, that we are -- will provide you with timely
14   delivery?
15   A            That's correct.
16   Q            And do you know if Benton Express
17   advertises that they have the latest in technology
18   concerning tracking and making sure deliveries are on
19   time?
20   A            Yes, we -- we can track on-time
21   deliveries.
22   Q            Tell me how -- well, tell me what's the
23   latest in technology that you all have in place to
```

1    track deliveries.

2    A           Just our local computer system with --
3    the customer provides a freight bill, or if he does
4    not have that, he provides other information and we
5    can find the freight bill number for him and can look
6    that shipment up for him and tell him where it is.

7    Q           Okay. Tell me, once -- for example, when
8    Craig Stephens went to Atlanta and picked up the load
9    in Atlanta, once he left that terminal, did y'all
10   have any method of tracking his whereabouts through
11   this computer system you're talking about?

12   A           Not this one, no.

13   Q           Did y'all have any method on any computer
14   system that we haven't talked about yet that would
15   allow you all to track the goods on the trailer that
16   Craig Stephens was hauling once he left -- once he
17   picked the load up in Atlanta?

18   A           Would you -- could you state that again?

19   Q           Yes. Once Craig Stephens picked up the
20   load at the Atlanta terminal and signed out, did
21   y'all have any way to track those goods that he was
22   hauling?

23               MR. BROCKWELL: You mean prior to them

```
1            arriving in Pensacola, Labarron, like in
2            between the two points?
3  MR. BOONE:
4  Q           Yeah.  Once he left Atlanta, did y'all
5  have any way of tracking the whereabouts of those
6  goods?
7  A           No.
8  Q           So, once he left the Atlanta terminal or
9  signed out at the Atlanta terminal, how do you all --
10 how, if a customer calls you about your goods, could
11 you tell them precisely where they were?
12 A           As far as the goods are concerned, it
13 would show en route Atlanta to Pensacola, not
14 arriving.
15 Q           Right.  So, any way you all could tell
16 them specifically right now he's in Auburn, Opelika
17 or tell them specifically where the goods are at the
18 time the customer calls once he left Atlanta?
19 A           No, sir.
20             Rephrase that question.  You --
21 Q           Let's say if Craig -- once Craig Stephens
22 signed out with the tractor and trailer, out of the
23 Atlanta terminal, if somebody had called at 1:00
```