# DEFENDANT'S MOTION IN LIMINE NUMBER 16

## EXHIBIT 2: Deposition of Glenn Clark

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE MIDDLE DISTRICT OF ALABAMA

3                      NORTHERN DIVISION

4

5

   * * * * * * * * * * * * * * * *

6                                  *

                                   *                COPY

HAZEL ROBY, as Administratrix      *

7  of the Estate of RONALD TYRONE   *

   ROBY, Deceased,                  *

8                                   *

                Plaintiff,          *

9                                   *

   VS.                             * CIVIL ACTION NUMBER

10                                  * 2:05CV494-B

   BENTON EXPRESS, INC., et al.,    *

11                                  *

                Defendants.         *

12                                  *

   * * * * * * * * * * * * * * * *

13

14

15        The testimony of GLENN E. CLARK, JR.,

16        taken at Bozeman, Jenkins & Matthews, 114

17        East Gregory Street, Pensacola,

18        Florida, on the 5th day of October, 2005,

19        commencing at approximately 2:15, o'clock,

20        p.m.

21

22

23

1    A          Just the procedure, the way we're doing

2    it.

3    Q          Did you say just the way you're doing it?

4    A          Yes, sir.

5    Q          Okay.  And have you ever -- did anybody

6    train you, for example, or was there a terminal

7    manager there before you and said, hey, this is how

8    we do it?

9    A          I don't -- I don't remember.

10   Q          Has any drivers ever at Benton Express

11   ever called in -- when they're doing a line-haul

12   delivery, called in once every hour while on the

13   road?

14   A          No.

15   Q          I'm sorry?

16   A          No.

17   Q          And have you ever requested that they do

18   that?

19   A          No.

20   Q          Do you know if there is any requirement

21   for city drivers to call in every hour?

22   A          Yes.

23   Q          And is that something you request them to

1   do?

2   A          Yes.

3   Q          And is that something you enforce?

4   A          Yes.

5   Q          But that is not anything that you enforce

6   as it relates to line-haul drivers?

7   A          That's correct.

8   Q          I'm sorry.  You may have answered.  I'm

9   sorry.  I didn't hear.

10  A          Yeah.

11  Q          You do not require line-haul drivers to

12  call in every hour?

13  A          That's correct.

14  Q          I seen a sheet called a daily log trip.

15  Does line-haul drivers ever fill those sheets out?

16             MR. BROCKWELL:  Hey, do you have a

17         Bates number on that, Labarron?

18             MR. BOONE:  It may be in there.

19             Madam Court Reporter, do you see a

20         sheet in there that's called a daily log

21         trip?

22             THE COURT REPORTER:  Is that it?

23             MR. BOONE:  At the top of it?