# DEFENDANT'S MOTION IN LIMINE NUMBER 16

## EXHIBIT 3: Deposition of George Jones

FOSHEE & TURNER COURT REPORTERS

Page 1

1             IN THE UNITED STATES DISTRICT COURT
2            FOR THE MIDDLE DISTRICT OF ALABAMA
3                      NORTHERN DIVISION
4
5    HAZEL M. ROBY, as Administratrix         COPY
6    of the Estate of RONALD TYRONE ROBY,
7    deceased,
8              Plaintiff,
9                                    CIVIL ACTION FILE
10         vs.
11                                   NO. 2:05CV194-T
12   BENTON EXPRESS, INC., et al.,
13             Defendants.
14
15             VIDEOTAPED DEPOSITION OF
16                GEORGE WILLIAM JONES
17
18                September 26, 2005
19                     2:22 p.m.
20
21              1180 West Peachtree Street
22                     Suite 900
23                  Atlanta, Georgia
24
25         Lisa Fischer, CCR-B-1277, RPR, CRR

FOSHEE & TURNER COURT REPORTERS

Page 16

```
 1          A.   No, sir.
 2          Q.   Arrested for what?
 3          A.   DUI.
 4          Q.   And have you been arrested on any
 5    other occasion other than DUI?
 6          A.   No, sir.
 7          Q.   And when did the DUI occur?
 8          A.   When I was 18 years old, which was
 9    nineteen -- 18.
10          Q.   Any other incidents where you may have
11    been arrested or convicted of a crime by --
12          A.   No, sir.
13          Q.   In your time as an operations manager,
14    have you ever had a driver that was delayed?
15          A.   Yes.
16          Q.   Do you have any written rules or
17    policies that apply to your drivers in telling
18    them how much of a delay before they should
19    communicate with you or somebody at the
20    terminal?
21          A.   Concerning line haul or city?
22          Q.   Yeah, line haul.
23          A.   Just if something out of the ordinary
24    occurs.
25          Q.   What's considered "out of the
```