**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 7, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style: Roby v. Benton Express, Inc.

Case No.:  2:05cv00494-MHT

Document 113 Exhibit 5

File on 3/6/06

This Notice of Correction was filed in the referenced case to enter the corrected pdf of Exhibit 5 to the referenced document into the record. The original pdf was incomplete. The corrected pdf is attached to this document.