IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, )<br>as administratrix of )<br>the estate of Ronald )<br>Tyrone Roby, deceased, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BENTON EXPRESS, INC., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>  2:05cv494-MHT |

ORDER

It is ORDERED that the objections, motions in limine, and motions to exclude expert witnesses (Doc. Nos. 108-111 & 113-134) are set for submission, without oral argument, on March 10, 2006, with all briefs due by said date.

The parties are DIRECTED to indicate in their responses whether a particular objection or motion will

require this court's ruling, or if they concede the point.

DONE, this the 7th day of March, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**