IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAZEL M. ROBY,              )
as administratrix of        )
the estate of Ronald        )
Tyrone Roby, deceased,      )
                            )
    Plaintiff,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )      2:05cv494-MHT
BENTON EXPRESS, INC.,       )
                            )
    Defendant.              )
```

ORDER

So that the court can resolve the pending motions, it is ORDERED that the jury selection and trial in this case are continued to June 26, 2006, at 10:00 a.m. at the Frank M. Johnson Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that all scheduling-order deadlines expressly tied to the trial date are adjusted accordingly, and that pretrial briefs, proposed jury

selection questions, and proposed jury instructions are due by June 21, 2006.

DONE, this the 7th day of March, 2006.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**