# DEFENDANT'S MOTION TO CONTINUE

# EXHIBIT 1: AIRLINE TICKETS

## ETKT PASSENGER ITINERARY — PAGE 01 OF 02

**Delta** SKYTEAM TRANSFERABLE

ROSS/JENNIFER

DATE/PLACE OF ISSUE 19SEP05 BHMFTO

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| MON 19JUN06 | 22 | OK | DELTA AIR LINES INC | LV ATLANTA | 535P | 3G | BUSINESS | DINNER | |
| TUE 20JUN06 | | | | AR PARIS-DEGAULLE | 800A | | | | |
| WED 28JUN06 | 109 | OK | DELTA AIR LINES INC | LV MADRID | 1110A | 2A | BUSINESS | LUNCH | |
| | | | | AR ATLANTA | 310P | | | | |

CONTINUED . . .

O 0062154463928 4

---

## ETKT PASSENGER ITINERARY — PAGE 01 OF 02

**Delta** SKYTEAM TRANSFERABLE

ROSS/BRETT

DL2368496325   DATE/PLACE OF ISSUE 19SEP05 BHMFTO

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| MON 19JUN06 | 22 | OK | DELTA AIR LINES INC | LV ATLANTA | 535P | 3J | BUSINESS | DINNER | |
| TUE 20JUN06 | | | | AR PARIS-DEGAULLE | 800A | | | | |
| WED 28JUN06 | 109 | OK | DELTA AIR LINES INC | LV MADRID | 1110A | 2B | BUSINESS | LUNCH |  |
| | | | | AR ATLANTA | 310P | | | | |

CONTINUED . . .

O 0062154463927 3