# DEFENDANT'S MOTION TO CONTINUE

# EXHIBIT 2: SIMILAR ITINERARY



Home | Profile | Need Help? | Site Feedback          Search



**Log In**
SkyMiles # and PIN

☐ Remember my SkyMiles number

Go

Forgot SkyMiles # or PIN?
SkyMiles Enrollment

Related Links

**About Reservations**

**Reservations FAQs**

**Deals & Offers**

# Reservations

 2 Select Flights  ③ ④ ⑤

**Priced Itinerary**

Avoid **direct ticketing charges** and online booking fees, plus earn up to 1,000 bonus miles when you purchase at delta.com. Prices shown include all taxes and fees.

Note that flights in your preferred cabin were not available for every leg.

This itinerary has flights that arrive and depart at different airports.

**Leg 1:** Birmingham, AL to Paris-De Gaulle, France on Mon, 19 Jun 2006
**Leg 2:** Madrid, Spain to Birmingham, AL on Wed, 28 Jun 2006

| Departs | Arrives | Flight # | Cabin & Class | Price per Passenger |
|---|---|---|---|---|
| BHM<br>11:00am<br>19 Jun 2006 | ATL<br>12:50pm<br>19 Jun 2006 | Delta 1569<br>0 stops | First (F)<br>View Seats | Fare: $6,705.00 (USD)<br>U.S. Tax(es): $29.00 (USD)<br>Base Fare: $6,734.00 (USD) |
| ATL<br>3:35pm<br>19 Jun 2006 | CDG<br>6:20am<br>20 Jun 2006 | Delta 28<br>0 stops | Business (J)<br>View Seats | Taxes/Fees: $46.10 (USD)<br>Total: $6,780.10 (USD) |
| MAD<br>11:25am<br>28 Jun 2006 | ATL<br>3:05pm<br>28 Jun 2006 | Delta 109<br>0 stops | Business (D)<br>View Seats | View Fare rules |
| ATL<br>6:10pm<br>28 Jun 2006 | BHM<br>6:01pm<br>28 Jun 2006 | Delta 1598<br>0 stops | First (F)<br>View Seats | |

Special **entry requirements** may exist for your destination or country of transit.

Start Over                                                                Continue

Your ticket purchase is subject to important **terms and conditions.**

Risk-free cancellation: Valid for tickets purchased at the time of reservation directly from Delta for travel originating in the United States, U.S. Virgin Islands, Puerto Rico, and Canada. Cancellation request must be made by midnight of the day after the ticket is purchased or midnight of the departure date of the first flight, whichever comes first.

1,000 Bonus Miles: Earn 1,000 bonus miles for each flown roundtrip ticket purchased at delta.com. All SkyMiles program rules apply. To review the rules, visit delta.com/skymiles. Fares, offers and rules are subject to change without notice.

About Delta | Restructuring | Business Programs & Services | Travel Agents | Privacy/Security | Legal | Worldwide Sites