**Exhibit 1: Curriculum Vitae fo Robert C. Tynes**

# Curriculum Vitae

Robert C. Tynes
President
Bob Tynes & Associates, Inc.

---

## Office Address

Bob Tynes & Associates
8619 Stone Creek Court
Douglasville, Georgia 30135
(770) 942-2731
E-Mail: rtynes@mediaone.net

## Biographical Data

Birth Date: July 23, 1948
Place of Birth: Winter Haven, Florida
Citizenship: United States

## Education

**One Year Graduate Work**
Rollins College
Winter Park, Florida
Major: Criminal Justice

**Bachelor of Science**, Summer 1973
Florida State University
Tallahassee, Florida
Major: Criminology
Minor: Psychology

Page 2 of 8
Curriculum Vitae
Robert C. Tynes

## Honors and Awards

- Federal Highway Administration - Administrator's Award for Superior Achievement - 1991
- Greater Lansing Federal Executive Association - Employee of the Year - 1988
- U.S. DOT, Transportation Safety Institute - Outstanding Performance in the development and presentation of training courses - 1992
- U.S. DOT, Transportation Safety Institute - Continued Superior Performance as Associate Staff in the Motor Carrier Safety Program - 1994

## Work Experience

**Consultant**
Bob Tynes & Associates Inc.
P.O. Box 6389
Douglasville, Georgia 30135
1999- Present

-Provide safety regulatory consulting services to the motor carrier industry regarding the application of the Federal Motor Carrier Safety Regulations (FMCSR) and the Hazardous Materials Regulations (HMR).
-Conduct seminars for industry regarding the FMCSR and HMR.
-Provide Expert testimony services to clients regarding the FMCSR and standard industry operational practices.

Page 3 of 8
Curriculum Vitae
Robert C. Tynes

**State Director**
U.S. Department of Transportation
Federal Highway Administration
Office of Motor Carriers
Georgia Division
1994-1999

-Supervised the activities of eight Safety Investigators and approved their compliance reviews and enforcement cases.
-Evaluate Safety Investigator's knowledge, interpretive ability and application of the Federal Motor Carrier Safety Regulations (FMCSR)
-Issued civil forfeiture letters to motor carriers for violations of the FMCSR.
-Make formal presentations to industry, enforcement agencies and other interested parties regarding interpretation and application of the FMCSR.
-Coach new Safety Investigators and assure they possessed a thorough understanding of the FMCSR prior to working on their own.
-Represent the Agency in proceedings before various branches of government in offering testimony regarding the application of the FMCSR and other agency policies and procedures.

**Federal Programs Manager**
U.S. Department of Transportation
Federal Highway Administration
Office of Motor Carriers
Region 4
Atlanta, Georgia
1990-1994

-Supervise the enforcement and compliance review activities of 54 Safety Investigators in the eight states in Region 4, approving enforcement cases and evaluating their application of the FMCSR.
-Provide training to the eight states in Region 4 regarding the accurate and appropriate development of enforcement actions against non-compliant carriers.
-Train Safety Investigators and provide daily guidance to the eight states in the Region regarding interpretation of the FMCSR and the Hazardous Materials Regulations (HMR).
-Served as Regional Drug Testing Expert. In this ancillary duty, I provided training for Safety Investigators, State enforcement personnel and industry in application of the drug testing regulations.
-Performed as primary public speaker for the Region regarding interpretation and application of FMCSR. Appeared on behalf of Regional Director at various conventions, association meetings and state enforcement seminars.

Page 4 of 8
Curriculum Vitae
Robert C. Tynes

**State Programs Manager**
U.S. Department of Transportation
Federal Highway Administration
Office of Motor Carriers
Region 4
Atlanta, Georgia
1989-1990

-Monitored and evaluated the enforcement, compliance review and vehicle inspection activities of the eight state commercial vehicle enforcement programs in Region 4.
-Evaluated and monitored training in FMCSR and HMR provided to various states by the Transportation Safety Institute, other states and organizations.
-Evaluated and approved/disapproved State Enforcement Plans in grant application through the Motor Carrier Safety Assistance Program. Managed over $5 million in grants through this program to the states.

**State Program Specialist**
U.S. Department of Transportation
Federal Highway Administration
Office of Motor Carriers
Michigan Division Office
Lansing, Michigan
1987-1989

-Monitored and evaluated the enforcement, compliance review, and vehicle inspection activities of the state of Michigan's commercial vehicle enforcement program
-Evaluated and monitored training in FMCSR and HMR provided to Michigan by the Transportation Safety Institute, other states and organizations.
-Evaluated and approved/disapproved Michigan's State Enforcement Plans in grant application through the Motor Carrier Safety Assistance Program.

Page 5 of 8
Curriculum Vitae
Robert C. Tynes

**Safety Investigator**
U.S. Department of Transportation
Federal Highway Administration
Office of Motor Carriers
Michigan Division Office
Lansing, Michigan
1986-1987

-Conducted Compliance Reviews and prepared enforcement cases against non-compliant carriers.
-Answered technical questions for carriers and the general public regarding the FMCSR and the HMR.
-conducted motor vehicle roadside inspections to determine the compliance of the driver and the vehicle to the requirement of the FMCSR and the HMR.
-conducted numerous training seminars for industry and other interested parties regarding the FMCSR and the HMR.
-Applied and interpreted the FMCSR and HMR in conducting my daily work.

**Special Agent**
Interstate Commerce Commission
Bureau of Investigations and Enforcement
Washington DC
Chicago, Illinois
Lansing, Michigan
1976-1986

-One of only three Special Agents in the Chicago Regional Office of the ICC. Handled the more complex and extensive investigations of violations of the economic and safety regulations.
-Primary instructor for the ICC National Training Center in Washington, DC.
-Conducted several national high profile investigations involving violations of the Clayton Act, Elkins Act, and Racketeering statutes.

Page 6 of 8
Curriculum Vitae
Robert C. Tynes

**Safety Enforcement Officer**
    Florida Public Service Commission
    Field Office
    Orlando, Florida
    1973-1976


-Conducted Compliance Reviews and prepared enforcement cases against non-compliant motor carriers.
-Answered technical questions for carriers and the general public regarding the FMCSR and the HMR. (Florida had adopted the Federal Motor Carrier Safety Regulations in total)
-conducted motor vehicle roadside inspections to determine the compliance of the driver and the vehicle to the requirement of the FMCSR and the HMR.
-conducted numerous training seminars for industry and other interested parties regarding the FMCSR and the HMR.
-Applied and interpreted the FMCSR and HMR in conducting my daily work.


## Special Accomplishments

- Chaired National Enforcement Quality Team - Federal Highway Administration - 1993-1998 - Developed new and innovative FMCSR enforcement methods adopted nationwide by the agency.
- With one other person developed and implemented the Department's (DOT) first drug interdiction program for commercial motor vehicles. This highly successful program, named operation DEACON, exists yet today as project DIAP.
- Served as primary contract officer for the FHWA in a National Uniformity Study designed to determine the uniform application of the FMCSR, HMR and agency review and enforcement procedures nationally.
- Prepared and presented to the Congress of the United States a report on the safety practices of Owner/Operators working in the transportation of exempt commodities.

Page 7 of 8
Curriculum Vitae
Robert C. Tynes

## Conference Presentations

- Interviewing Strategy, Techniques and Tactics - Presented nationwide, both at the ICC and within the FMCSA.
- Investigative Techniques Related to Litigation - Presented nationwide while at the ICC.
- Managing Your DOT Audit - Presented to industry during 1999-2000.

## Teaching Experience

- Federal Programs Management - Transportation Safety Institute, Oklahoma City, OK - 1993 to 1999. (Topics covered entire scope of FMCSR and HMR.)
- Motor Carrier Enforcement - Transportation Safety Institute, Oklahoma City, OK - 1993 to 1999. (Topics included elements of proof for cases in FMCSR and HMR.)
- Effective Presentation Techniques - Transportation Safety Institute, Oklahoma City, OK - 1990 to 1999.

## Associations - Memberships

Chairman Georgia Council for Commercial Vehicle Safety - A joint public private organization promoting Commercial Motor Vehicle safety on GA roads.

Seat on liaison committee for GA Network of Employers for Transportation Safety

Associate Member, Georgia Motor Trucking Association.

Associate Member, Florida Trucking Association.

Associate Member, American Pyrotechnics Association.

Associate Member, National Association of Chemical Distributors.

Page 8 of 8
Curriculum Vitae
Robert C. Tynes

## Professional References

    Mr. Ed Crowell
    President
    Georgia Motor Trucking Association
    1280 West Peachtree Street NW
    Suite 300
    Atlanta, Geogia 30309
    (404) 876-4313

    Mr. Thomas Marlow
    State Director
    US DOT - FMCSA
    61 Forsythe Street
    Suite 17T85
    Atlanta, Georgia 30303
    (404) 562-3622

    Mr. James Keenan
    Director
    US DOT - FMCSA
    Washington, DC
    (202) 366-2966