IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as Administratrix of the Estate of RONALD TYRONE ROBY, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 2:05CV494-T |
| BENTON EXPRESS, INC., et al, ) ) ) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**

COMES NOW the Defendant, Benton Express, Inc., and responds to the Plaintiff's "Objections to Defendant's Deposition Designations" (Doc. No. 108) as follows:

The Court's scheduling order only requires objections to admissibility of depositions under Rule 32 of the Federal Rules of Civil Procedure at this time. [See Doc. No. 8, Section 11]. The Plaintiff has not stated any Rule 32 grounds for objections to Defendant's Deposition Designations. Accordingly, no response to the Plaintiff's objections is required at this time. Defendant reserves the right to respond to the Plaintiff's evidentiary objections to the substance of the depositions at the appropriate time.

                                              Respectfully submitted,

                                              s/ Gregory A. Brockwell
                                              BRETT A. ROSS (ASB-6771-O76B)
                                              GREGORY A. BROCKWELL (ASB-9949-R49B)

                                              Attorneys for Defendant Benton Express, Inc.

1

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-4058 (Direct Facsimile)
E-mail:     bar@carrallison.com
               gab@carrallison.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 10th day of March, 2006:

Jere L. Beasley
Labarron N. Boone
Julia A. Beasley
BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

                                                  s/ Gregory A. Brockwell
                                                  Of Counsel