IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as administratrix of the estate of RONALD TYRONE ROBY, deceased,   Plaintiff,   v.   BENTON EXPRESS, INC.,   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   2:05cv494-MHT<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to continue (Doc. No. 139) and motion for reconsideration (Doc. No. 140) are set for on-the-record oral argument on March 14, 2006, at 9:30 a.m.  Counsel for plaintiff are to arrange for the argument to be conducted by telephone.

DONE, this the 13th day of March, 2006.


　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**