IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, as administratrix of the estate of RONALD TYRONE ROBY, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>BENTON EXPRESS, INC., )<br><br>Defendant. ) | CIVIL ACTION NO.<br>2:05cv494-MHT |

**ORDER**

It is ORDERED that the motion for return of privileged documents (doc. no. 147) is granted. The clerk of the court is to arrange for the return of the documents.

DONE, this the 16th day of March, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE