IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HAZEL M. ROBY as Administratrix of the Estate of Ronald Tyrone Roby Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>BENTON EXPRESS, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:05-CV-00494-MHT-VPM<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL REPORT OF MEDIATOR**

Mediation was held in this case on February 13, 2006, and after post-mediation negotiation, an agreement of settlement was reached. The parties will be submitting an appropriate stipulation of dismissal or other dispositive order upon consummation of the settlement.

Respectfully submitted,

_____
Ezra B. Perry, Jr.
Mediator
Post Office Box 1387
Birmingham, Alabama 35201
(205) 939-0033

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served on all counsel listed by placing a copy of same in the United States mail, postage prepaid, on this the _17_ day of March, 2006.

J. Cole Portis
Beasley, Allen, Crow, Methvin, Portis & Miles, PC

W0187173.2 \ FIRM\FIRM                                  -1-

Post Office Box 4160
Montgomery, Alabama 36103

Brett A. Ross
Carr, Allison, Pugh, Howard, Oliver & Sisson, PC
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

_____
Of Counsel