IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAZEL M. ROBY, ) | |
| as administratrix of ) | |
| the estate of Ronald ) | |
| Tyrone Roby, deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05cv494-MHT |
| BENTON EXPRESS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that this court's order, dated May 12, 2006 (Doc. No. 152), is sealed.

DONE, this the 15th day of May, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**