# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  May 18, 2006              AT  10:10   A.M./P.M.

DATE COMPLETED  May 18, 2006              AT  10:40   A.M./P.M.

HAZEL ROBY
    Plaintiff                                Civil Action
                                         2:05-CV-498-MHT
      VS.

BENTON EXPRESS, INC.
    Defendant

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty LaBarron N. Boone | X | Atty Gregory A. Brockwell |
|  | X |  |
| Atty Sandra Lewis (ad litem) | X |  |
| Atty Wesley Pitters (ad litem) | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SETTLEMENT HEARING


10:10 a.m.              Settlement hearing convenes. Evidence
                        presented. Proposed settlement order to
                        be modified as stated on the record.
                        Settlement to be approved.
10:40 a.m.              Hearing concluded.