IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HAZEL ROBY
    Plaintiff

                           2:05-cv-494-MHT

  vs.

BENTON EXPRESS, INC.
    Defendant

---

     HAZEL ROBY                         BENTON EXPRESS, INC.

<u>WITNESS LIST</u>

1. <u>HAZEL ROBY</u>

2. <u>KIMBERLY LEE</u>