| PLAINTIFF EXHIBITS SETTLEMENT HEARING | | | | | HAZEL ROBY<br><br>v<br><br>BENTION EXPRESS, INC.<br>2:05cv494-MHT | | |
|---|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| *YES | 5/18/2006 | 5/18/2006 | 1 | ----------- | | disbursement schedule | |

**\*SEALED per court's directive after the hearing**